Case 1:03-cr-01322-DLI    Document 88-2    Filed 12/10/04    Page 1 of 3 PageID #: 268

United States District Court
Eastern District of New York

United States

v.

Mohamed Hasan Al Moayad
and Mohammed Mohsen Yahya Zayed

AFFIDAVIT

03 G. 1322 (S.J.)

State of New York ) s.s.
County of Kings )

Mohammed Ali Hassan Al-Moayed, being duly sworn deposes and says:

1. I understand very little English. I understood far less English in Frankfurt Germany in January 2003 when I spoke to Mohammed Alonsi and Saeed. I did not understand the English spoken by Saeed and Alonsi and really did not pay attention to the English because of that.

2. I did volunteer some information on the plane taking me to the United States to an agent in English. I do not recall exactly what I said. I did not know the words "bakery" "own", "feed", "citizen". I believe the agent summarized what I said and did not use my language.

3. In court when I heard the judge say "Mr. Jacobs has said that the defendant does not speak English, and he wants a television and radio." I answered yes that I wanted a television and radio as I had in Germany, when I heard the judge say television and radio.

4. I have attempted to talk to MDC personnel in English, but, most of the time they do not seem to understand me. I did write the note, with the assistance

of an Arabic speaking M.D.C. person
Kamel, who works in the nutrition field.
It was written in front of Mr. Desmond.
I did'nt know the word "Kosher"
before.

Sworn to before me
this 9th day of December 2004
Howard L Jacobs

HOWARD JACOBS
Notary Public, State of New York
No. 4608926
Qualified in New York County
Certificate Filed in New York County
Commission Expires

Translated to defendant

Fawzi ElShiekh

U.S.D.C.
E.D.N.Y.

U.S.A.                                    AFFIDAVIT
   v. ali
Mohammed Hassan                    ( 03G-1322 (S.S.)
Al-Moayad and
Mohammed Mohser Yahya Zayed (

State of New York ) ss
County of Kings )

Faud Elshiekh, being duly sworn
deposes and says:

1. I was born in Egypt and am fluent
in Arabic. I have been a qualified
interpreter for 15 years. I passed a
~~Federal~~ test in 1990. I was approved
to translate from Arabic to English
and English to Arabic in this case.

2. I have translated for the defendant
Mohammed ~~Ali~~ Abi Hassan Al-Moayad
approximately 40 times starting approximately
November 2003. In my opinion M.
Al-Moayad ~~understands~~ very little English and cannot
carry on a conversation in English. I
believe that his understanding of English
has improved in the past 13 months.

                              Faud Elshiekh
                              Faud Elshiekh

Sworn to before
me the 9th day
of December, 2004
   Howard K. Jacobs

HOWARD JACOBS
Notary Public, State of New York
No. 4608926
Qualified in New York County
Certificate Filed in New York County
Commission Expires 5/23/05