untion of FD-302 of ____MOHAMED  MOHSEN  YAHYA  ZAYED_____ , On 11/16/03 ____ , Page ___2__



     ZAYED was asked why he thought he and ALMOAYAD were going to meet ALANSSI in Germany.  ZAYED stated ALMOAYAD told him that an individual wanted to provide a lot.of money to ALMOAYAD's charity. Additionally, ALMOAYAD advised that he was going to receive some medical treatment in Germany.  The money was going to be coming from an American friend of ALANSSI.

     After arriving in Germany, ALMOAYAD and ALANSSI introduced ZAYED to a black American named ████████

315N-NY-280772

ation of FD-302 of ___ MOHAMED  MOHSEN  YAHYA  ZAYED ___ . On 11/16/03 ___ . Page ___ 3



ZAYED advised that prior to departing for Germany, ALMOAYAD never mentioned that ███████████ planned on providing money to anything other than the bakery. Prior to departing to Germany, ZAYED advised that ALMOAYAD never advised him that the meeting was going to be about jihad contributions. In Yemen, ALMOAYAD had informed ZAYED that ██████ was a good man and planned to meet both in Germany to discuss donating money. ZAYED advised that it was after he arrived in Germany, ALMOAYAD told ZAYED that ██████ wanted to donate money to HAMAS. ZAYED advised that this conversation took place in their hotel room. However, ALMOAYAD never mentioned that █████ wanted to provide money to AlQeada or any other jihad.

