**JONATHAN MARKS, P.C.**
ATTORNEY AT LAW
220 FIFTH AVENUE
3RD FLOOR
NEW YORK, NY 10001

E-MAIL: jonmarks@msn.com

TEL: (212) 545-8008
FAX: (212) 889-3595

February 15, 2005

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Mohamed Al-Moayad, et. al.
     Criminal Docket No. 03-1322 (SJ)

Dear Judge Johnson:

  I write to Your Honor to move the admission of Brian Murphy's 302 of his interview with Mohamed Zayed on November 16, 2003.

  The government does not object to the admission of the entire report. It has, however, opposed its introduction in a redacted from because, Ms. Kelly claims, the redactions would include portions of Zayed's statements which are inconsistent with other statements in the report. With that in mind, Zayed know offers the report with only two redactions. The government cannot in good faith claim that the proposed redactions are inconsistent with other parts of the report or misleading in any way. The redactions are mandated under *Crawford v. Washington*, 124 S.Ct. 1354 (2004).

The Honorable Sterling Johnson, Jr.
United States District Judge
Page 2


       The requested redactions are found on page five of the report and read as follows:

       . . . . Zayed advised that Almoyad told him, Alanssi, and Saeed that Almoyald could arrange a deal between Hamas and Saeed. Almayad advisesd that he could arrange for Saeed's funds to be funneled through Almoayad's charity, Alaqssa Foundation, since Almoayad was in charge of the organization.

       . . . . Zayed advised that Almoayad had been supporting the Palestinian people since the beginning of the Intifada in Palestine. Almoayad was committed to the efforts involved in the Intifada. Almoayad had given public speeches during which Almoayad supported Hamas and it military operations. Almoayad had advocated for the removal of all Jews from Palestine. . . . .

Rather, these redactions simply protect the rights of defendant Al Moyad under the Confrontation Clause without in any way prejudicing the government. I am attaching a copy of the 302 for Your Honor's consideration.


               Respectfully,


               Jonathan Marks


Att:

cc:   Kelly Moore, Esq.
       Pamela Chen, Esq.
       Jeffrey Knox, Esq.
       Howard Jacobs, Esq.
       William Goodman, Esq.