*FD-302 (Rev. 10-6-95)*

*E*

- 1 -

## FEDERAL BUREAU OF INVESTIGATION



GOVERNMENT
EXHIBIT
3500-AS – 3
03-CR-1322(SJ)

Date of transcription  11/17/2003

MOHAMED MOHSEN YAHYA ZAYED (ZAYED), date of birth 01/01/1974, of Sanaa, Yemen was interviewed while being extradited from Rheinmein Air Base (RAB), Frankfurt, Germany to JFK Airport, New York, New York. Present during the interview were Special Agents Brian James Murphy and Robert Fuller and Arabic translator Amira Soliman. ZAYED was asked if he read and understood the Arabic language and responded yes. ZAYED was provided the Arabic advice of rights form and upon reading the form waived his rights. ZAYED refused to sign the advice of right form.  ZAYED provided the following information:

ZAYED stated he is originally from Omran District which is located approximately 100 kilometers from Sanaa.  ZAYED advised that he had been living in Sanaa for the past several years.  ZAYED first met MOHAMED ALMOAYAD in 1996 after ZAYED's cousin, HAZA ALMISWAHI, married the daughter of ALMOAYAD.  ZAYED would not provide the name of ALMOAYAD's daughter.  In 1996, ALMOAYAD was the Yemen Minister of Religion for the AWKAFF MINISTRY and ZAYED was serving in the Yemen army.  At ZAYED's request, ZAYED became a driver for ALMOAYAD.  ZAYED advised that his primary responsibilities were to drive ALMOAYAD to the Yemen Army training camps.  Additionally, ZAYED became involved in ALMOAYAD's charity and purchased supplies for the KHIARA (good deeds) bakery.  ZAYED advised that the bakery is within the ALIHSAN Mosque located in the Asbahi District, Sanaa, Yemen.  The bakery was responsible for feeding 1200 families a day.  ZAYED could not provide the annual amount donated to the bakery.  ZAYED advised ALMOAYAD also accepted donations for a medical center located in the mosque.  ZAYED advised that neither himself not ALMOAYAD used any banks for depositing assets because they did not believe in interest bearing financial institutions.

Since 1996, ZAYED advised that he had attended several of ALMOAYAD's religious speeches at the ALIHSAN Mosque.  ZAYED advised that he had never heard ALMOAYAD call for jihad.  ALMOAYAD would mostly speak about Islam and how to correct society's problems through Islam.

ZAYED stated that he knew ALMOAYAD traveled internationally, however, he could only recall that ALMOAYAD had

Investigation on  11/16/03  at  Frankfurt, Germany

# 315N-NY-280772

SA Brian James Murphy  
by   SA Robert Fuller

Date dictated

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

315N-NY-280772

Continuation of FD-302 of  MOHAMED  MOHSEN  YAHYA  ZAYED  , On 11/16/03  , Page  2

been to Jordan.  ZAYED was asked if ALMOAYAD had traveled to any part of Lebanon to include Beirut.  ZAYED advised that he was unsure.

ZAYED was asked if he had ever heard of the ALAQSSA FOUNDATION.  ZAYED advised that he had heard of it before.  ZAYED was unsure if ALMOAYAD was involved with ALAQSSA.

ZAYED first met MOHAMED ALANSSI when ALANSSI and MOHAMED ALMOAYAD were together in ALMOAYAD's ALIHSAN Mosque during the Jamadi 2nd timeframe, which is according to the Islamic calendar. ALMOAYAD introduced ZAYED to ALANSSI during the meeting.  ZAYED advised that during the meeting ALANSSI and ALMOAYAD discussed donations.  ZAYED advised that he was unsure of what was the purpose of the meeting.

ALMOAYAD told ZAYED that the three, ZAYED, ALMOAYAD, and ALANSSI were going to travel overseas to meet one of ALANSSI's associates.  ALMOAYAD advised that ALANSSI's friend had a significant amount of money.  ALANSSI soon thereafter took ZAYED's and ALMOAYAD's passports to obtain visas for the trip to Germany.

Sometime later, ZAYED saw ALANSSI during a gathering in Sanaa at a group wedding.  The wedding was sponsored by ALMOAYAD as a way for people to contribute money to ALMOAYAD's charity.  ZAYED was responsible for receiving people outside the entrance to a large tent used for the event.  ZAYED saw ALANSSI videotape the wedding.  When asked if ZAYED recognized any of the speakers present during the wedding he stated that he missed a large portion of the ceremony due to being outside the tent.  ZAYED was provided the name MOHAMED SIAM which ZAYED recognized.  ZAYED advised that SIAM was an Imam of another Yemen mosque.  ZAYED advised that he did not personally know SIAM and he never heard SIAM speak at the wedding.  ZAYED knew about SIAM because SIAM wrote articles in the Yemeni papers largely about the suffering of Muslims in Palestine. ZAYED advised that SIAM was HAMAS's representative in Yemen.

ZAYED was asked why he thought he and ALMOAYAD were going to meet ALANSSI in Germany.  ZAYED stated ALMOAYAD told him that an individual wanted to provide a lot of money to ALMOAYAD's charity. Additionally, ALMOAYAD advised that he was going to receive some medical treatment in Germany.  The money was going to be coming from an American friend of ALANSSI.

315N-NY-280772

Continuation of FD-302 of    MOHAMED MOHSEN YAHYA ZAYED    , On 11/16/03    , Page    3

After arriving in Germany, ALMOAYAD and ALANSSI introduced ZAYED to a black American named SAEED SHERIF.

ZAYED was advised that the conversation in Germany was both video and audio taped. ZAYED was advised that a review of the audiotape indicated that a conversation had taken place during which SAEED advised that he had money for the jihad against the West. ZAYED advised that he was in the bathroom during this part of the discussion. ZAYED advised that he never heard SAEED, ALANSSI, and ALMOAYAD discuss money for jihad. ZAYED stated that ALMOAYAD told him after the meeting that jihad funding was the focus of the meeting in the hotel room. ZAYED advised that ALMOAYAD informed him of this back in their hotel room. During the same conversation in their hotel room, ZAYED informed ALMOAYAD that he disagreed with the use of the money for jihad and thought the money should only be used for the bakery and charity.

ZAYED advised that prior to departing for Germany, ALMOAYAD never mentioned that SAEED SHARIF planned on providing money to anything other than the bakery. Prior to departing to Germany, ZAYED advised that ALMOAYAD never advised him that the meeting was going to be about jihad contributions. In Yemen, ALMOAYAD had informed ZAYED that SAEED was a good man and planned to meet both in Germany to discuss donating money. ZAYED advised that it was after he arrived in Germany, ALMOAYAD told ZAYED that SAEED wanted to donate money to HAMAS. ZAYED advised that this conversation took place in their hotel room. However, ALMOAYAD never mentioned that SAEED wanted to provide money to AlQeada or any other jihad.

ZAYED advised that giving money to HAMAS in Yemen was legal. When asked what he thought about giving money to HAMAS, ZAYED advised that he believed that Islam was being attacked in Palestine. ZAYED was unaware if the Koran spoke about jihad or what qualified the call for jihad. ZAYED advised that although HAMAS was legal in Yemen and he supported them, he condemned violence in Palestine. ZAYED advised that he could not provide any additional information regarding HAMAS.

ZAYED was asked if he ever traveled to the Hamas office in Yemen and he responded that he did not know if the office existed.

ZAYED was asked if any HAMAS person had ever visited ALMOAYAD and he responded that he was unsure.

315N-NY-280772

Continuation of FD-302 of ___MOHAMED MOHSEN YAHYA ZAYED___ , On _11/16/03_ , Page __4__

ZAYED was asked if he ever heard of the CHARITABLE SOCIETY FOR SOCIAL WELFARE (CSSW) and stated no.

ZAYED was shown a photograph of SHEIKH ABDULLAH ALI SATAR. ZAYED recognized SATAR and advised that he was a well known Yemeni. SATAR was associated with the Islah political party. ZAYED never met SATAR or saw ALMOAYAD with SATAR. ZAYED knew of SATAR from the Yemeni media.

ZAYED advised that he had heard ALMOAYAD discuss the fact that ALMOAYAD had met with USAMA BIN LADEN (UBL). ALMOAYAD had informed ZAYED that ALMOAYAD had led a delegation from Yemen to Afghanistan to meet with UBL during the Soviet occupation. Additionally, ALMOAYAD stated that he had given UBL money for the jihad against the Soviets. ZAYED advised that ALMOAYAD had spoken about his meetings with UBL several times. ZAYED was unsure of how many times and when the last time ALMOAYAD had met UBL. ZAYED advised that the last meeting between ALMOAYAD and UBL occurred sometime before 1996. ZAYED added that the money ALMOAYAD had given to UBL was for the people of Afghanistan.

ZAYED advised there was a HAMAS office in Yemen. ALMOAYAD had previously told ZAYED about giving money to HAMAS. However, ZAYED insisted that he had never been told any specifics by ALMOAYAD about money going to UBL.

ZAYED was advised again that the meetings between ZAYED, ALMOAYAD, ALANSSI and SAEED were recorded both on audio and video tape. ZAYED advised that he was telling the truth and that he wanted to hear and see both the audio tape and video tape. ZAYED further stated that the audio and video evidence did not exist. ZAYED advised that when he was participating in meetings in Germany every time jihad, terrorist activities or HAMAS was mentioned he told ALMOAYAD that all the money collected from SAEED should be for the bakery. ZAYED advised that he voiced his objections in the hotel rooms in Germany.

ZAYED was advised that the tapes did not reflect ZAYED's statement. ZAYED stated that he was going to die for Allah rather than cooperate.

ZAYED was asked if he, ALMOAYAD, and ALANSSI ever swore on the Koran in the hotel room in Germany. ZAYED advised yes. ZAYED advised that his hand was the last one on the Koran. ALANSSI wanted all three persons to swear to silence. ALANSSI advised that

FD-302a (Rev. 10-6-95)

315N-NY-280772

Continuation of FD-302 of ___ MOHAMED MOHSEN YAHYA ZAYED ___ , On 11/16/03 ___ , Page ___5___

hawala was illegal in the United States and that ALANSSI was concerned that he could get in trouble. ZAYED was asked if during the swearing ceremony if ZAYED recalled hearing any mention of money being sent for jihad. ZAYED stated no.

ZAYED was asked why ALMOAYAD informed SAEED and ALANSSI that ZAYED could be counted on to get the money into the hands of the jihadists. ZAYED denied being told or even hearing ALMOAYAD mention such an arrangement.

ZAYED advised that he was not involved in any discussions about jihad that occurred between ALANSSI, SAEED and ALMOAYAD. ZAYED advised that ALMOAYAD told him, ALANSSI, and SAEED that ALMOAYAD could arrange a deal between HAMAS and SAEED. ALMOAYAD advised that he could arrange for SAEED's funds to be funneled through ALMOAYAD's charity, ALAQSSA FOUNDATION, since ALMOAYAD was in charge of the organization.

ZAYED was asked how ALMOAYAD supported HAMAS. ZAYED advised that ALMOAYAD had been supporting the Palestinian people since the beginning of the Intifada in Palestine. ALMOAYAD was committed to the efforts involved in the Intifada. ALMOAYAD had given public speeches during which ALMOAYAD supported HAMAS and its military operations. ALMOAYAD had advocated for the removal of all Jews from Palestine. However after the most recent wave of suicide bombings, ALMOAYAD did not speak as often about supporting HAMAS. ZAYED advised that he could not recall if he had any discussions with ALMOAYAD about his support for HAMAS. ZAYED was asked if ALMOAYAD had provided money to HAMAS during ALMOAYAD's tenure as the head of ALAQSSA FOUNDATION. ZAYED advised that he was unsure.

ZAYED was asked if he recalled ALMOAYAD naming ZAYED as his successor during a meeting with ALANSSI and SAEED in Germany. ZAYED advised that he recalled the conversation. ZAYED was asked what that meant. ZAYED advised that he was being named to succeed ALMOAYAD in the management of the bakery only. ZAYED advised that despite being named his successor, ALMOAYAD would most likely not have trusted ZAYED to directly handle the finance of the charity. ZAYED advised that several of ALMOAYAD's children had begun to work at ALMOAYAD's charity and that they would most likely handle the finances.

ZAYED advised that after one the meetings in the hotel room in Germany with SAEED, ZAYED and ALMOAYAD agreed to research how a hawala could take place between the U.S. and Yemen. ZAYED

FD-302a (Rev. 10-6-95)

315N-NY-280772

Continuation of FD-302 of ___MOHAMED MOHSEN YAHYA ZAYED___ , On _11/16/03_ , Page __6__

advised that he and ALMOAYAD wanted to facilitate the transfer of SAEED's money from the U.S. to Yemen.

ZAYED stated that he had not observed non-Yemeni citizens visiting ALMOAYAD's in Yemen.

ZAYED was shown a photograph of ABDUL WAHAB ZAYED, DOB 01/20/66. ZAYED did not recognize the name or the photograph. ZAYED also advised he was not related to the individual. ZAYED was advised that this statement was in contradiction to a statement that he had made while in German custody in January of 2003. ZAYED advised that he was sure that he did not know ABDUL WAHAB ZAYED.