

```
 1    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 2    ----------------------------------------x
      UNITED STATES OF AMERICA,
 3                  Plaintiff,

                                        03 CR 1322(SJ)
 4

 5          versus            United States Courthouse
                              225 Cadman Plaza East
 6                            Brooklyn, N.Y.  11201
      MOHAMMED AL-MOAYAD,  MOHAMMED ZAYED,
 7

                  DEFENDANTS.
 8
      ----------------------------------------x
 9                                 January 28,  2005
                                     9:00 a.m.
10          TRANSCRIPT OF JURY SELECTION
      Before:  HON. STERLING JOHNSON, JR.,
11                              DISTRICT COURT JUDGE
12                       APPEARANCES
13    ROSLYNN R. MAUSKOPF
      United States Attorney - Eastern District of New York
14    One Pierrepont Plaza
      Brooklyn, New York  11201
15          KELLY MOORE, ESQ.
            PAMELA CHEN, ESQ.
16    Assistant United States Attorney
17    ATTORNEY FOR DEFENDANT:
18    WILLIAM GOODMAN, ESQ.
      For Al-Moayad
19
      JONATHAN MARKS, ESQ.
20    ALMIS JAMAL DEEK, ESQ.
      For Zayed
21
      Court Reporter:  ALLAN R. SHERMAN, CSR, RPR
22                     225 Cadman Plaza East Rm 374
                       Brooklyn, New York  11201
23                     Tel: (718) 260-2529  Fax: (718) 254-7237
24
25    Proceedings recorded by mechanical stenography, transcription
      by CAT.
```

FILED

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAR 1 1 2005

P.M. _____
TIME A.M. _____



1          THE CLERK:  Criminal cause on trial, United States

2    of America versus Mohammed Al-Moayad and Mohammed Zayed.

3          (Whereupon, the following took place in chambers.)

4          THE COURT:  Augie said he was provided by one of the

5    jurors, doesn't know the number -- Augie says that, we have

6    two jurors.  One of the jurors stopped him, gave him this

7    document and we'll make copies for you.

8          THE CLERK:  Judge, maybe you shouldn't give it to

9    him first.  If he says that is his brother, I guess they are

10   going to figure out who he is.

11         THE COURT:  We have one with juror and I can show

12   you.

13         THE CLERK:  He wants to know if we have a press

14   person in here.

15         THE COURT:  No.

16         This guy is a Libyan trained assassin who is the

17   brother of one of the jurors.  The other is the fact is that

18   he has a doctor's note and it has his name on it.  It says

19   that he has bowel problems and the doctor says that he is not

20   a good candidate for a juror.

21         What is his number?

22         THE CLERK:  That is juror number 5.

23         MR. GOODMAN:  In seat number 5.

24         THE CLERK:  Actually, I think it's number 5.

25         MS. CHEN:  I don't think that five is on our list.

1          THE COURT:  The next thing is that there was one

2  juror who is a union worker, makes $35 and hour and they are

3  only paying him for six days, this is his last day.  It would

4  be a severe financial hardship if he were to continue.  My

5  suggestion there would be to call up the company and see if we

6  can get him paid or something like that.  I suspect they just

7  don't want to serve after they have read the papers.  There

8  are two jurors.

9          MS. CHEN:  The union worker was the same.

10          THE COURT:  2 different jurors.  One juror has a

11  brother who is a terrorist, Texas terror suspect.

12          MS. CHEN:  Just arrested?

13          THE COURT:  No, they are still looking for him.

14          MR. MARKS:  How does that effect him?  Is this the

15  guy with the bowel problem?

16          THE COURT:  Same thing, he has bowel problems and he

17  has a brother problem.

18          MR. MARKS:  Maybe they are related.

19          MS. CHEN:  For obvious reasons, that person, what I

20  suggest is that we bring in both of them and speak to them.

21          MR. MARKS:  Okay.

22          THE CLERK:  One at a time?

23          THE COURT:  Yes.  If we go without him, and I'm not

24  saying that we will, that leaves you --

25          MS. MOORE:  3 alternates.

1           MR. MARKS:  2.

2           THE COURT:  2 alternates.  The other thing you have

3  to worry about --

4           MR. MARKS:  We have three alternates.

5           THE COURT:  No, four.

6           MR. GOODMAN:  We'll start the trial with two

7  alternates.

8           THE COURT:  The thing is what does this mean with

9  respect to the other jurors?  They might want to have some

10  excusals.

11          MS. MOORE:  Is this one person -- he is the bowel

12  problem and the brother?

13          THE COURT:  Yes.

14          MS. MOORE:  That is one juror.  The other juror we

15  are still hoping to save if you call the boss.

16          (Juror enters the courtroom.)

17          THE COURT:  What is your number?

18          Remember what I told you, everything having to do

19  with this trial is recorded and recorded in the sense that

20  there is a court reporter.

21          I have this article where it mentions a terror

22  suspect eyed in thirty slayings.  Is that your brother?

23          A JUROR:  That is not my brother.  My brother was a

24  victim.

25          THE COURT:  I'm sorry to hear that.

1          Could you still be fair and impartial?  That is the

2    main thing.

3          These defendants are not charged with any acts of

4    murder or physical terrorism or anything like that and you

5    indicated you would be fair and impartial before.

6          A JUROR:  Right.

7          THE COURT:  And you -- can you still be fair and

8    impartial?

9          A JUROR:  Can I say something?

10         THE COURT:  Go ahead.

11         A JUROR:  Right now my job is moving from Manhattan

12   to New Jersey.  I had to leave here yesterday and go and pack

13   to 12:00 last night and while I was going through my things, I

14   found that article in my files and it brought back memories

15   and it brought this trial into a different light.

16         As far as my medical condition, I'm not even

17   supposed to be up the way I'm up.  I'm getting three to four

18   hours sleep at night.  My colon is inflamed.  I'm supposed to

19   be resting and it's just inconvenience to me right now.

20         I don't mind serving but now is not a good time for

21   me.  It's really not.  I'm in charge of the department.  I

22   don't know what is going on.  By the time I get to work,

23   everybody is gone.  So I'm working off of phone calls, playing

24   catchup and everything.  I don't think I should be on this

25   trial.  I really don't.

1          THE COURT:  Can you step outside for a second.

2          A JUROR:  Sure.

3          (Juror leaves chambers.)

4          THE COURT:  What we'll do is mark this as Court

5     Exhibit 1.  It's an article from the New York Post dated

6     November 12 of 1998.

7          He said his brother was a victim.  I guess there is

8     no problems making copies of this.

9          MS.CHAN:  Is it a picture of the victim or the

10    suspect?

11         THE COURT:  The suspect.

12         MR. GOODMAN:  What is the date of that?

13         THE COURT:  We'll make a copy and give it to you.

14    His brother was one of the victims but the doctor's note that

15    I have, I can't give it to you because it has his name on it.

16         MR. MARKS:  Could you just read it to us, Judge, the

17    doctor's note, without reading his name?

18         THE COURT:  Whatever his name is, he is recovering

19    from I guess diverticulitis.  He has trouble with his bowels.

20    I feel he is not a fit candidate for jury duty at this time.

21         MR. MARKS:  Can I tell you the way I read this?

22         MR. GOODMAN:   His main problem seems to be his

23    work situation because his diverticulitis doesn't seem to be

24    interfering with his going to the job and working until

25    midnight.  So presumably what would happen if he didn't serve

1    on this jury he would go back to work.

2              THE COURT:  But you heard him say he is cleaning out

3    his stuff to move, he comes across a 1998 article and it

4    brings back memories and now he doesn't feel that he could

5    serve.

6              MR. MARKS:  I didn't hear him say he couldn't serve

7    because of that article.

8              THE COURT:  He said I wouldn't be a fit juror.

9              MR. MARKS:  My sense is that his problem is the work

10   problem.  That's what he is concerned about, not so much the

11   article.

12             THE COURT:  What did you hear, Ms. Chen?

13             MS. CHEN:  Your Honor, I heard a number of things.

14   One is that he had some emotional response after coming across

15   the article again after some years.  And the date is 1998 in

16   the article.  And then obviously he has this medical

17   condition.  I think the distinction with work is that it's

18   harder for him to sit for long periods of time.  He didn't say

19   that but that was my perception.

20             THE COURT:  I don't think the main thrust of his

21   complaint is his work.

22             MR. GOODMAN:  Your Honor, it seems to me this is a

23   juror who had he presented these circumstances, leaving aside

24   the fact that he --

25             THE COURT:  He just said that he just remembered.

1          MR. GOODMAN:  I mean the medical circumstances, if

2    he brought those to our attention during the voir dire, I

3    don't have much question he would have been excused for cause.

4          The problem is that, as you know, it's much harder

5    now to dismiss him, lose an alternate and risk going down

6    below 12 jurors.

7          THE COURT:  We have 12 jurors and we have two

8    alternates.

9          MR. GOODMAN:  I mean during the length of the trial.

10   That is the risk.  So if there is -- I think what I would

11   request, what I do request is that the Court examine him a

12   little bit more without putting any pressure on and seeing

13   whether it would be possible notwithstanding his problems to

14   accommodate the court.

15         MR. MARKS:  I agree and I also suggest that maybe a

16   call to his boss would help.

17         MS. MOORE:  The man said he has an inflamed bowel,

18   he has trouble sitting, he should be resting now.

19         MR. MARKS:  He hadn't said that.

20         MS. MOORE:  My office prosecuted Dexter Francis and

21   though I wouldn't do anything -- my unit prosecuted Dexter

22   Francis, this man -- and though I would never do any digging

23   to find out who this man was, his anonymity is by virtue of

24   that possibly compromised.

25         But given what he said about his medical condition

1    combined with the emotional response to this, it seems that he

2    is trying to say frankly, that he can't be fair to the

3    defendants and so I feel like we have alternates for this

4    reason.

5          If the Court can resolve the union worker situation,

6    we will still have three alternates going into this trial and

7    I think that should be sufficient.

8          MR. GOODMAN:  I have another suggestion, which is

9    that the Court examine the second juror, see how vulnerable

10   the jury is with regard to that person's situation and then

11   make a decision in light of both examinations.

12         THE COURT:  Right now I'm inclined to let this

13   fellow go for the two reasons; the medical condition --

14   number 1, I have a doctor's note, I can't release it to you

15   because it has his name on here; and number 2, he said that he

16   found this article from 1998 and it triggered memories and he

17   says I don't think I can be -- serve on this jury.

18         MR. MARKS:  Judge, I know that your Honor asked him

19   the question whether he could be fair and I don't think that

20   he ever answered it.  I would just request that your Honor

21   have him in again, just find out why it is that he feels that

22   he can not sit.

23         THE COURT:  While I don't think that would be

24   necessary, I'm going to complete the record, I will do that.

25         My question to the government:  Do you feel

1  comfortable going ahead with two alternates?

2         MS. MOORE:  Yes, your Honor.

3         MR. MARKS:  We don't.

4         MR. GOODMAN:  Could you tell me what the date of the

5  doctor's note is, your Honor?

6         THE COURT:  1/26/05.

7         I'll bring him in, ask him a couple other questions.

8  I don't read him the way you read him.

9         (Jurors enters the chambers of the judge.)

10        THE COURT:  I'd like to ask you a couple of other

11 questions.

12        You know when you get a group of lawyers, nobody can

13 ever understand each other or agree.

14        As I understand it, you were rummaging through some

15 other things, you came across this 1998 article and it

16 triggered memories.

17        A JUROR:  Right.

18        THE COURT:  You also have a note which I have, these

19 lawyers haven't seen it, it has your name on it and I don't

20 want them to see it.  They will not see your name.  What is

21 your number?

22        A JUROR:  5.

23        THE COURT:  Then based upon that, you have some

24 medical problems?

25        A JUROR:  Absolutely.

1          THE COURT:  And the doctor has advised that you

2     should be on bed rest.  My question to you is:  Do you feel

3     you can be fair and impartial as a juror?  You said something

4     else about serving.  Repeat what you said and then give me the

5     reason.

6          A JUROR:  Repeat what I said.  What did I say?

7          THE COURT:  First of all, why did you bring this to

8     our attention?

9          A JUROR:  Which one is that?

10         THE COURT:  You have the note and the article?

11         A JUROR:  You mean everything?

12         Because this is really a bad time for me to be

13    serving on jury duty and I indicated that on the

14    questionnaire.  Then nobody ever asked me about that, to

15    elaborate on what I put down there.  My department has moved

16    from New York today.  They are moving this morning and I've

17    been leaving here, going to work at night, packing up things.

18         THE COURT:  I can understand.  That is not a legally

19    sufficient reason.  I'm concerned about your medical problem

20    and.

21         A JUROR:  That?

22         THE COURT:  Yes.

23         A JUROR:  I causes me to have an inflamed colon.  I

24    think it's diverticulitis.  When I got to go, I got to go.

25         THE COURT:  I understand that.

1          A JUROR:  And sitting around just isn't -- I'm

2     supposed to be taking my medication and minimum moving around.

3     I'm forced to move around now because my department, my job is

4     moving and I'm not getting any rest at night which he said I

5     should be getting and eliminating the stress in my life.

6          THE COURT:  What about this article relating to your

7     brother?

8          A JUROR:  Okay.  I brought that in because of the --

9     what is this?  Just to show that I was a victim of extremists,

10    trained extremists, trained executioners, whatever, and if

11    anything is similar to this trial, I think it would be right

12    for me to put that up front.

13         THE COURT:  As I said before, they are not charged

14    with --

15         A JUROR:  Actual doing anything.

16         THE COURT:  Right.

17         A JUROR:  I understand that.

18         THE COURT:  Does that make a difference to you?

19         A JUROR:  Yes.

20         THE COURT:  That they do not have been charged

21    with --

22         A JUROR:  Does that make a difference to me?

23         THE COURT:  Yes.

24         A JUROR:  Yes, in this trial, yes.

25         THE COURT:  It makes a difference?

1          A JUROR:  Yes.

2          THE COURT:  In what regard?

3          A JUROR:  As far as --

4          THE COURT:  As far as being fair and impartial to

5    both sides.

6          A JUROR:  Right now?

7          THE COURT:  Yes.

8          A JUROR:  At this moment right here?

9          THE COURT:  Yes.

10          A JUROR:  I say even though I haven't heard anything

11    yet, right now I'm leaning towards the prosecution.  I'll be

12    honest with you.  Straight up.

13          THE COURT:  Okay.  You can step outside.

14          (Juror leaves the judge's chambers.)

15          THE COURT:  What is your application?

16          MS. MOORE:  Your Honor, we ask that the juror be

17    struck for cause, more like relieved for cause.

18          MR. MARKS:  Your Honor, notwithstanding the fact

19    that this juror said that he is leaning towards the

20    prosecution, we still want to keep him.  We're really

21    reluctant to start this trial with only two alternates.

22          THE COURT:  I am going to relieve him because of his

23    medical condition.

24          Also, because he has read this article that the

25    parties have been given copies of and he said that he would be

1   leaning towards the prosecution and even the prosecution says

2   that they think he should be struck.  So I'm going to release

3   him.

4          Bring in the other juror.

5          (Juror enters chambers.)

6          THE COURT:  We are going to let you go but

7   physically, I don't know when you can leave.  They picked you

8   up by car somewhere?

9          A JUROR:  Yes.  That is stressful in itself.

10         THE COURT:  Being picked up by car?

11         A JUROR:  Yes, I can get here faster on my own.  I

12  really could, and where they are picking me up is kind of out

13  of the way, too.  It's a main hub.

14         MS. CHEN:  I wouldn't go into it.

15         THE COURT:  Now that the press is inquiring, you can

16  give them a copy of that article.

17         MS. MOORE:  I take it that this is not going to be

18  sealed and they can get the court record.

19         A JUROR:  Thank you.

20         THE COURT:  I wish you a lot of luck.

21         A JUROR:  Thank you.

22         (Juror exits chambers.)

23         THE COURT:  His number is 34?

24         MS. CHEN:  Yes.

25         THE COURT:  This creates some logistical problems

1    for the government also with your witnesses from Germany.

2                   MS. MOORE:  We will get them on and off.

3                   (Pause.)

4                   (Juror enters chambers.)

5                   THE CLERK:  This is juror 137, alternate five.

6                   THE COURT:  How are you?

7                   A JUROR:  All right.

8                   THE COURT:  As I understand it, you have a problem

9    in the sense that you are only getting paid for six days?

10                   A JUROR:  My union contract dictates that I get five

11   days pay for jury duty.  After that, I spoke to my employer

12   last night, he told me he is not paying me for my time.

13                   THE COURT:  Would it help if I made a telephone call

14   to your employer?

15                   A JUROR:  I don't know, I have no answer to that.  I

16   don't know if it will help or it wouldn't because by my

17   contract, he doesn't have to pay me.

18                   THE COURT:  I understand that but there are such

19   things as civic duty.  I guess most jury trials last six days

20   but sometimes there is an exception.  I don't want to see you

21   penalized financially if you have to serve here but I think

22   that he can make a contribution to justice by paying you.

23                   If you want to, you can give me, I don't know your

24   name, I can get the name of the employer and I as the judge,

25   can make a telephone call and see if I can prevail upon him to

1    do the right thing?

2           A JUROR:  I don't have a problem with that.

3           THE COURT:  What we can do, we can get that number

4    from him.  I'll get the number from him and maybe I'll call

5    him at the break or something like that.  We won't excuse him

6    right now and we can always do that later on if we have to.

7           MS. MOORE:  That sounds good.

8           THE COURT:  Now, give the number to Augie that we

9    should call and we'd like to speak to the top guy.

10          A JUROR:  Okay.

11          THE COURT:  Or have him give me a call so that he

12   will know that he is speaking to the judge.

13          Who is he?

14          A JUROR:  I can write the owner of the company's

15   name down.

16          THE COURT:  All right.  So we'll see if we can do it

17   that way.

18          A JUROR:  That is fair.

19          THE COURT:  Thanks a lot.

20          (Juror leaves chambers.)

21          THE COURT:  This is no secret.  We can have this

22   guy's name.  I'll Xerox another copy of that and I'll mark

23   this as an exhibit and make it part of the file.

24          MS. MOORE:  Your Honor, while we're all here,

25   Mr. Marks had filed a motion I guess at 6:00 a couple of days

1   ago basically seeking to reopen the issue of whether the

2   defense can go into some of the background and credibility

3   issues of the government's informants.  That issue was fully

4   briefed for the Court and fully ruled on by the Court and I

5   just want to make sure before going into opening statements

6   the defense will comply.

7            THE COURT:  I already ruled on it.

8            MR. MARKS:  The government has misconstrued my

9   motion.  I don't intend to say anything about the witnesses,

10  about Alansi's credibility, his credibility.  Your Honor has

11  ruled that I cannot do that.  I understand that.

12           What I did was to bring to the Court's attention

13  cases showing that motive evidence is admissible where the

14  defense is entrapment and I simply was alerting to the Court

15  to the fact that I would like to go into his motive, the fact

16  that he is making money, that he had a motive to entrap the

17  defendants.  It has nothing to do with credibility.

18           MS. MOORE:  Your Honor, that was part of his

19  response to the government's initial motion and we replied

20  that the case law is that motive for terrorist organization is

21  in fact irrelevant.  The courts have found so.  It was after

22  briefing this issue that the Court made its ruling.  The fire,

23  how much he was paid, his bad acts, should not be gone into by

24  the defense in openings or anywhere else.

25           MR. MARKS:  I agree that bad acts, I agree about the

1    fire.  I don't intend to get into that.  We are just talking

2    about his financial motive.

3              MS. MOORE:  The fact he was paid is already going to

4    come out.  How much, as we briefed thoroughly, is not

5    relevant.

6              THE COURT:  Don't go into that.

7              MR. MARKS:  Don't go into how much?

8              THE COURT:  Don't go into it.

9              MR. MARKS:  I can go into the fact that he was paid.

10             THE COURT:  Yes.

11             I'm going to seal Court Exhibit 1 and we'll seal

12   those documents.  We'll seal the medical note.

13             MR. GOODMAN:  The newspaper article is public,

14   right?

15             THE COURT:  Yes.

16

17

18

19

20

21

22

23

24

25

1          (The following proceedings took place back in the

2     courtroom.)

3          THE COURT:  Bring the jury in, Augie.

4          (Jury in at 9:55 a.m.)

5          THE COURT:  Make the adjustments, Augie.

6          THE CLERK:  Alternate one, sit in the five spot.

7     Alternate two, right up there, the seventh spot.  You can

8     shift over and the other two can come down.

9          THE COURT:  Now we will swear you in.

10         (Jury sworn.)

11         THE COURT:  Ladies and gentlemen, what is going to

12    happen is we have what they call openings.  And an opening is

13    what the government is going to tell you that they intend to

14    prove, what the case is all about.  You will be hearing it for

15    the first time.  I will be hearing it for the first time.

16    They figure that their opening statements will be 30 to 40

17    minutes.                                                     \

18         As I said before, in our system of justice,

19    defendants don't have to do anything.  They can remain mute.

20    However, it's my understanding that the defendants are going

21    to make an opening statement.

22         Mr. Goodman, you will also be 30 or 40 minutes?

23         MR. GOODMAN:  I had estimated 45 but I'll try to

24    pare it down a little bit from that, something like that.

25         MR. MARKS:  About 40 minutes, your Honor.

1          THE COURT:  Who is making the opening statement for

2     the government?

3          MS. MOORE:  I am, your Honor.

4          THE COURT:  All right.

5          May it please the Court, counsel, members of the

6     jury, in January of 2003, four men including these defendants

7     met in a hotel room in Frankfurt Germany and talked about

8     funneling millions of dollars to two of the world's most

9     vicious terrorist organizations, Al-Qaeda and Hamas.

10         The two defendants Sheikh Mohammed Al-Moayad and his

11    assistant Mohammed Zayed came to those meetings in Frankfurt

12    from Yemen.  The other two men came from Brooklyn.

13         And over the course of four days in Frankfurt, the

14    four of them talked about their mutual commitment to Jihad, or

15    the Islamic holy war.  They talked about the need to support

16    the fighters of the Jihad or the Mujahidin fighters with

17    weapons, equipment, training.  They talked about supporting Al

18    Qaeda and Hamas.  They talked about using codes to discuss

19    these topics and they talked about the use of charities to

20    disguise money that was really going to terrorist

21    organizations.  And at the defendant Moayad's request, they

22    placed their hand on the Koran to swear an oath of secrecy to

23    keep their discussions confidential, leaving no doubt that

24    Jihad was a field that he had been involved in for many years,

25    the defendant Moayad, who called himself Osama Bin Ladin's

Opening Statement/Government/Moore

Page 21

1   sheikh, bragged about association with other known terrorists

2   including the secretary general of Hamas. At the conclusion

3   of four days of meetings, the defendant agreed to transfer

4   millions of dollars to Al-Qaeda and Hamas. And the defendant

5   Moayad closed their meetings with a prayer and this was his

6   prayer. "Dear God, defeat the Jews, the tyrants, defeat the

7   infidel Americans. Dear God, strike them with earthquakes.

8   Put them in their coffins.

9           The defendant Zayed, the Sheikh's assistant, was far

10  more cautions during those meetings. He was surveillance

11  conscious. He was concerned about recording devices, at times

12  noting that he thought a telephone and a pager were too close,

13  obviously thinking they could record the conversations. He

14  spoke rarely, and when he did, he did so in low tones. And he

15  encouraged the others to be quiet when they swore on the

16  Koran, discuss this topic quietly. He was right to be worried

17  because these conversations in Frankfurt were being recorded

18  by German law enforcement officials at the request of the FBI.

19  And the other two men in those meetings who had come from New

20  York were informants working for the FBI. One of them was a

21  Yemeni man who had known the defendant from Yemen.

22          The other was an American Moslem who converted to

23  Islam in prison and who for purposes of the meeting in

24  Frankfurt was playing the role of a terrorist financier with

25  millions of dollars to spend.

1        What the defendants didn't know, what the defendants

2    couldn't have known is that they were committing the crimes

3    they are charged with in this Court on tape.  And as a result,

4    those tapes, hours and hours of them will be the evidence you

5    will be seeing and hearing at this trial.  You won't have to

6    rely on the recollections of witnesses trying to piece

7    together what happened two years ago in Frankfurt.  You won't

8    be seeing piles of documents.  You will be seeing videotapes

9    of the actual crimes being committed as though you were in

10   those very hotel rooms.

11       The defendants are charged in this case with

12   conspiring and attempting to provide material support to

13   foreign terrorist organizations.  Additionally, the defendant

14   Moayad was charged with actually providing support to

15   terrorist organizations.

16       Material support as used in that law is exactly what

17   it sounds like, it includes money, weapons, personnel,

18   equipment, anything that can be used to support a terrorist

19   organization.  And the two foreign terrorist organizations in

20   question are Al-Qaeda and Hamas.

21       Both of those terrorist organizations are offshoots

22   of an old Jihadist organization, the Muslim brotherhood, and

23   they share an ideology grounded in radical Fundamentalist

24   Islamic thought.  That ideology centers on expelling all

25   influence of non-Muslims or infidels from the Muslim holy

Opening Statement/Government/Moore

Page 23

1 lands and unifying all Moslems under a pure Islamic state that

2 controls all religious and political aspects of society under

3 its rule, like the Taliban in Afghanistan.

4      This is the goal, and the means of achieving it is a

5 combination of terrorism and terrorist acts and building grass

6 roots support for extremist Islamic thought in current and

7 future generations through education charitable works and

8 religious endoctrination.  And while both Al-Qaeda and Hamas

9 share this fundamental outlook, there are differences.

10      Hamas was formed in 1987 and focuses on Israel and

11 the Palestinian territories.

12      As a result, Hamas' terrorist attacks are mostly in

13 Israel and mostly in the form of suicide bombings in public

14 areas.

15      Al-Qaeda, which was formed in the late

16 '80s and early '90s under Bin Laden's leadership, takes a

17 broader approach.  While the ideology and tactics are similar,

18 Al-Qaeda's worldwide outlook has it sending and training

19 Mujahidin fighters to fight Jihad in Muslim conflicts all over

20 the world, including Bosnia, Chechnya, Afghanistan, Kashmir

21 and Somalia.

22      Al-Qaeda's terrorist attacks are also on a more

23 global scale and often aimed at America, from the bombing of

24 U.S. embassies in Africa to the attacks on the USS COLE in

25 Yemen, to the September 11th attacks.  Al-Qaeda sees the

1    United States as the ultimate enemy of Islam and has vowed to

2    destroy this country.

3            It goes without saying why supporting these

4    terrorist organizations with money, weapons, recruits or any

5    other material support is a crime.

6            So let me turn to how it is we are going to prove

7    the defendants committed these crimes

8            First, you will hear about the outstanding

9    international cooperation that the FBI received from German

10   Bundeskriminalant in conducting the undercover operation that

11   took place in Frankfurt between January 7 and January 10,

12   2003.  German agents will describe the extensive preparations

13   they made to conduct physical and electronic surveillance of

14   the defendants while they were in Frankfurt.  They received

15   court authorization to bug the defendants and the informants'

16   hotel rooms, to wiretap the defendants' cell phones and hotel

17   phones, and to bug the rental car that the defendants and

18   informants used briefly during this trip.  The hotel rooms

19   were also equipped with video recording machines and videos of

20   the meetings were recorded.

21           Additionally, agents were assigned to conduct

22   24-hour surveillance of the defendants whenever they left

23   their hotel rooms.  Thanks to those efforts, you will see and

24   hear many hours of audio and video recordings of the Frankfurt

25   conversations.  The defendants spoke in Arabic during those

Opening Statement/Government/Moore

Page 25

1    meetings so you will also receive transcripts with

2    translations of the Arabic conversations.  And after we play

3    the videos, we will read those translations out loud during

4    this trial.

5           Those videos and audio recordings will provide a

6    detailed account of what happened in Germany between January 7

7    and January 10, 2003.

8           And while I can't possibly describe everything that

9    was said and transpired during those many hours of meetings, I

10   will try to give you a brief overview, day by day, starting

11   with the day that the defendants arrived in Frankfurt,

12   January 7, 2003.

13          The defendants arrived in the early morning on

14   January 7 and were met at the airport by the Yemeni informant

15   who helped check them into the hotel and showed them to their

16   rooms.  You will see a short video from inside their hotel

17   room on the morning of January 7 when the defendants first

18   entered that room and are shown around the room by the Yemeni

19   informant

20          In that first video, you'll see that from the very

21   first moment, the defendant Moayad was concerned about

22   eavesdropping devices that could be in the room.  The Yemeni

23   informant started to say that he had met the American at the

24   Al Farook mosque in Brooklyn and the defendant Moayad cut him

25   off, signaling with his hands to his ears as though wires were

Page 26

1    coming out of his ears, that he was worried they were being

2    overheard.

3            A few hours later on that first day at around

4    1:00 p.m., during a short video from that same hotel room,

5    you'll see the Yemeni informant bring the American to the room

6    to introduce him to the defendants for the first time.  This

7    introductory meeting is only about five minutes long.

8            Later that evening the informants took the

9    defendants to dinner in the rented Mercedes which was also

10   wired for sound, to and from the public restaurant at which

11   they eight that night

12           With introductions made and some time spent together

13   at dinner, the groundwork was laid for a substantive meeting

14   to take place the next day, January 8.

15           The American started the meeting by reciting versus

16   from the Koran that refer to Jihad and explained he had done

17   so because that was what their business in Frankfurt was

18   about.  He explained his background, that he had been fighting

19   the American system and the American government since the

20   seventies as a member of the Black Panther party, that he

21   considered America and anyone who supports America against the

22   Moslems to be his enemy.  The defendant Moayad said he was

23   doing the same from Yemen, he was in the same field

24           During this meeting the defendant Moayad started to

25   let his guard down.  When asked directly, he revealed his past

1  association with Bin Laden, how he'd met with him and provided

2  him with financial support, and taught him the Islamic laws.

3  As the defendant, who is apparently on a first name basis with

4  Bin Laden put it, I am more aware than Osama with the Islamic

5  laws, I used to teach him the Islamic laws

6        When Moayad talked this freely, his codefendant

7  Zayed became visibly nervous and started shifting and

8  squirming in his chair and kept saying "in the '80s, in the

9  '80s, trying to distance his boss from Bin Laden.

10        Throughout this conversation, Zayed was ill at ease,

11  speaking only rarely, like when the defendant Moayad

12  momentarily drew a blank on the name of the Hamas guy he'd met

13  with two months earlier in Syria, and turned to Zayed, his

14  trusted assistant and confidant who loyally provided the name

15  Khalid Meshal.

16        Who is Khaled Meshal?  You will learn that Khaled

17  Meshal is the leader of Hamas.  The defendant Moayad explained

18  during the January 8 meeting that he and Meshal visit each

19  other regularly in Yemen and Syria.

20        With the defendant Moayad apparently somewhat

21  comfortable talking about his connections to terrorists, the

22  American explained that what he wanted was to support the

23  Mujahidins, the men fighting the Jihad, with equipment,

24  weapons and better training.  During this conversation, the

25  defendant Moayad mentioned a charity with which he was

Opening Statement/Government/Moore

1    involved and emphasized the need to support the families of

2    the martyrs who had died and whose families come to him for

3    charitable support.

4           The American said he did not mind contributing to

5    the charity and the martyrs' families, but he wanted to know

6    that the rest of the money would go toward supporting the

7    Mujahidin with weapons, equipment and training.  The defendant

8    Moayad replied:  "I will work in these fields, as they are my

9    fields."  He pointed out to the American that it could be

10   difficult to arrange training for Mujahidin fighters in Yemen

11   because recent arrests made it necessary to tread lightly in

12   Yemen.  But he was quick to add that it would be possible in

13   Palestine.  He said:  In Palestine it's possible, regarding

14   training in Palestine, I can call Hamas and arrange things

15   with them and with you.  For the remainder of the meeting, he

16   made numerous similar comments about his strong ties and

17   connections to Hamas.  As their conversation obviously turned

18   to their mutual plans to support terrorist organizations, the

19   defendant Moayad, a cleric, had everyone place their hands on

20   the Koran and swear an oath of secrecy, the oath they swore

21   was that their meeting was based on honesty and secrecy, that

22   they would not lie to one another and that they would do their

23   best

24          Before this meeting ended, they would come up with a

25   code for their communications and some of the ways money could

Opening Statement/Government/Moore

Page 29

1   be transferred from Brooklyn to Yemen.  It was agreed that

2   the Yemeni informant would come by later to discuss codes with

3   the defendants.

4          Before the Yemeni informant came by that evening for

5   that discussion regarding codes, the defendant had a private

6   conversation regarding codes and the defendant Moayad

7   explained to his codefendant how to use codes and gave him

8   some examples like using the word corn when you really mean

9   ammunition.

10          Later on when the Yemeni informant came by, they

11  spelled it out in greater detail agreeing that orphans,

12  elderly, educating women, would all be codes.  Money sent

13  under those labels would really be going to terrorism.

14          They met with the American again the next day.  With

15  an agreement to support terrorists and terrorist organizations

16  in principal established the previous day, the American

17  informant, at the FBI's direction, used the meeting on

18  January 9 to seek clarification on a couple of issues.

19          He started this meeting off by saying he wanted more

20  details regarding the training of the Mujahidin.  The

21  defendant Moayad instantly cut him off and instructed

22  the Yemeni informant to tell the American to use a different

23  word, that is to speak in code.  They had discussed this the

24  night before and established words to use as code.  The Yemeni

25  informant explained that the codes would be used for future

1    communications, but for now, the American just wanted to be

2    clear, so there would be no misunderstandings.

3           With the express understanding that they would not

4    speak in codes, the first thing the American sought to have

5    clarified was where his money would be going

6           The question put to Moayad was:  Is it going to

7    Hamas only?  Is the focus on it?  Or is it going to other

8    things, either Al-Qaeda or any other organization that you

9    will deal with?  The defendant Moayad replied:  The way we see

10   it is to support all in Islam, in Jihad, Hamas, Al-Qaeda,

11   prisoners, Mujahidin, and such, anyone we know of who is in

12   the Jihad field.

13          The American wanted clarification on some other

14   points as well.  He wanted to know exactly what the defendant

15   Zayed's role in all this was.  He said he hadn't wanted to be

16   rude the day before, after all, they had all taken an oath on

17   the Koran, but he wanted some explanation of Zayed's presence

18   at the meetings.  The defendant Moayad explained that his

19   assistant Zayed was the best person he has, he's aware of

20   everything I do, big and small, Moayad explained.  The

21   defendant Zayed had sworn an oath of loyalty to Sheikh Al

22   Moayad and if anything happened to Moayad, the defendant Zayed

23   would make sure that the money got to its intended recipients

24          Next, the American wanted an explanation of some

25   receipts that on their face appeared to be receipts for

1    charity organizations.  Going through those receipts, the

2    defendant Moayad explained that those charity organizations

3    were really front organizations for terrorist organizations.

4    As he put it, this one we deliver to Hamas, this one we

5    deliver to the inside, this one we deliver to the martyrs.

6    The martyrs, of course, are the men who die in suicide attacks

7    or fighting Jihad.

8           In the middle of their conversation about these

9    receipts, the hotel room service came in.  When that happened,

10   the defendant Moayad instantly flipped the charity receipts

11   upside down on the table and instructed the Yemeni informant

12   that when someone comes in, they shouldn't stop talking, but

13   just change the topic to the Koran.  Of course, if those had

14   been normal receipts for real charts, there would have been no

15   need to him them from room service or to change the subject.

16   But they weren't.  As the defendant Moayad explained, those

17   were charities that are used to disguise money going to

18   terrorism.

19          With the charity receipts explained, the

20   conversation turned to percentages of how the money should be

21   divided up.  The defendant Moayad wanted 30 percent for his

22   charity and the American said five percent.  Eventually they

23   agreed that the defendants would spend 10 percent on charity

24   and the other 90 percent would go to terrorist organizations,

25   training the Mujahidin fighters, the militant Jihad.

1      The meeting on January 9 concluded with some

2  discussion of providing the American with names of Hamas

3  contacts in Brooklyn and generally how they could go about

4  transferring money from the United States to the defendants in

5  Yemen.  They agreed to meet a final time the next day.

6      January 10th was the last day.  Early that morning

7  the defendants talked alone in their hotel room.  They talked

8  about how they wanted to spend the American's money in the

9  field of Jihad, how they wanted to use it to train the young

10  Mujahidin that were already in Yemen, some of whom had

11  returned from Afghanistan.  The defendant Moayad explained to

12  Zayed that they would turn to those they know to help train

13  the Mujahidin:  We tell them that we want to prepare them.  We

14  have ready young men who are ready in some aspects but are

15  weak in others.  Prepare them for us.  We have young men who

16  are ready for Jihad.

17      Later that morning they had their final meeting with

18  the American.  He gave them a checkbook with blank checks for

19  them to cash in Yemen as they spent the money on terrorism and

20  this meeting concluded with the defendaant Moayad's call to

21  God to put the Jews and Americans in their coffins.

22      Shortly thereafter, the defendants were arrested.

23  Obviously, the videotapes and recordings of those

24  conversations will be the evidence you will be seeing during

25  the trial.

Page 33

1          You will also hear from a number of witnesses and

2     see documentary evidence.  You will hear from Special Agent

3     Brian Murphy about his year long investigation that led up to

4     the undercover operation in Frankfurt and the instructions and

5     directions that he gave the informants during that time

6     period.

7          Agent Murphy will tell you that initially his

8     investigation led him to focus on a number of men right here

9     in Brooklyn.

10          Those names and telephone numbers were in the

11    defendant Moayad's phone book when he was arrested.  In the

12    Frankfurt videos and his post-arrest statement, the defendant

13    Moayad talked about how he had sent the Yemeni informant to

14    see them about assisting in transferring money from Brooklyn

15    to Yemen.

16          In his post-arrest statement, the defendant Moayad

17    specifically stated that one of those men had helped raise

18    money for him at the Al Farook Mosque here in Brooklyn and had

19    sent him 500 to $1,000 a month from those collections for

20    several years.

21          Agent Murphy will tell you about a telephone

22    conversation he taped between the Yemeni informant and the

23    defendant Moayad in August 2002, several months before the

24    Frankfurt meetings.  And

25          And you'll see a transcript of that conversation

Opening Statement/Government/Moore

Page 34

1   during which the defendant Moayad invited the Yemeni informant

2   to a mass wedding he hosted on September 19, 2002 in Yemen.

3            In his post-arrest statement, the defendant Moayad

4   explained that he had arranged the wedding and that it was

5   sponsored by his mosque.  In his post-arrest statement, the

6   defendant Moayad admitted that a Hamas delegate attended the

7   wedding.

8            In the Frankfurt video tapes, you will see and hear

9   the defendants talk about the group wedding and how that

10  spokesman for Hamas gave a speech during which he noted the

11  coordinated timing of the wedding with a suicide attack in

12  Israel that day.

13           In the Frankfurt tapes, you will see the defendants

14  laugh and smile when they talk about it and you will see the

15  defendant Moayad clap when talking about how a suicide attack

16  was scheduled to coincide with his mass wedding.

17           You will hear the defendant Moayad say it was two

18  weddings in one.  You will learn that the word wedding is

19  often used by terrorists to mean suicide attack, and you will

20  hear the defendant Zayed say God willing, the next wedding

21  will be a cheerful event for Islam in its entirety.  You will

22  learn that there was a terrorist attack in Israel that day.

23           And at this trial you will hear from Gideon Black, a

24  20 year old Scottish law student.  On September 19, 2002,

25  Gideon Black was with his cousin in Israel on their way to

Opening Statement/Government/Moore

1    visit his father for a holiday.  They were on the number 4 bus

2    in Tel Aviv when the Hamas suicide bomber got on it and blew

3    it up.

4             Gideon Black survived that attack and was able to

5    get off the bus.  But he stayed on when he realized that his

6    cousin wasn't with him.  As he knelt beside his best friend

7    and watched the life begin to pour out of him from a head

8    wound, Gideon Black began to cry.  He will tell you from that

9    witness stand that what happened on that bus on September 19,

10   2002 was nothing to celebrate.  It wasn't anything to cheer or

11   clap about.  It shouldn't have made anybody happy.  So when

12   you see the defendants in the Frankfurt hotel room laughing

13   and cheering and clapping and reminiscing about the

14   announcement of that attack at their group wedding --

15            MR. GOODMAN:  Your Honor, I'm sorry, your Honor.

16            THE COURT:  You're argumentative.

17            It's an opening.

18            MS. MOORE:  I'm describing what they are going to

19   see in the Frankfurt videotapes, your Honor.

20            THE COURT:  All right.

21            MS. MOORE:  When you see them clapping and cheering

22   and reminiscing about the announcement of that attack at their

23   group wedding, think of Gideon Black and the testimony you'll

24   be hearing from him.

25            Hamas' connections to terrorism and terrorist

Opening Statement/Government/Moore

1    attacks is not an abstract, remote concept.  It's real, with

2    very real human consequences and the Frankfurt videos make it

3    crystal clear that these defendants know what supporting Hamas

4    is really all about.

5            Among some of the physical evidence you will see at

6    this trial is the defendant Moayad's own address book that was

7    seized in Germany after his arrest and reads like a Who's Who

8    in the world of terrorists and terrorist organizations.

9            It includes numbers for Abdulmazeed Zindani, who you

10   will learn is a designated terrorist and friend of Osama Bin

11   Laden; Mohamed Siam, the spokesman for Hamas in Yemen, the

12   Al-Aqsa Foundation below which the defendant wrote Hamas

13   office; and the Haramain Organization, the leading Al-Qaeda

14   front charity organization that was jointly shut down by the

15   United States and Saudi, Arabia.

16           Finally, you will hear about the defendants'

17   post-arrest statements during which they put forth a series of

18   inconsistent defenses and false exculpatory statements.

19           Right after his arrest in Germany, the defendant

20   Zayed was interviewed by German officials and he made a number

21   of false denials, but ultimately admitted that in the talks in

22   the hotel in Germany, it was agreed that 10 percent of the

23   money would go to charity and 90 percent would go to Hamas and

24   Jihad.

25           10 months later during his extradition to the United

Opening Statement/Government/Moore

Page 37

1  States, he changed his story completely, claiming he knew

2  nothing and had been told nothing about Jihad and terrorism

3  and believed that the conversations in Germany were all about

4  supporting charities. And when the agents confronted him with

5  the fact that those conversations about Jihad and terrorism

6  were on videotape and audio tape, he said that he must have

7  been in the bathroom during those parts of the conversation.

8  You will see very clearly from the videotapes that the

9  defendant Zayed was not in the bathroom once during any of the

10 discussions in Frankfurt.

11        Moving away from the bathroom defense, the defendant

12 Zayed next claimed during this interview that every time Jihad

13 or Hamas were mentioned, he said all the money should go to

14 charity and he said so in the hotel rooms.

15        When he was told by the agents that the tapes did

16 not reflect that, he said, "I will die for Allah before I

17 cooperate with you."

18        The defendant Moayad didn't do much better. He also

19 made a number of post-arrest statements, some of which are

20 patently absurd and others which are contradictory.

21        Let me start with the patently absurd. While in

22 Germany awaiting extradition to the United States, the

23 defendant Moayad prepared a written statement to be given to

24 the press. In it he claimed that when he first arrived in

25 Frankfurt, the hotel was full of armed soldiers, one of whom

Opening Statement/Government/Moore

Page 38

1    pointed a gun in his face.  Moayad went on to explain that as

2    a result, he was in a terrified state the entire time he met

3    with the American.  Several months later while interviewed by

4    the FBI, Moayad stuck to this story, saying that immediately

5    upon landing in Frankfurt, a soldier had stuck a gun in his

6    face and after that, he just wanted to leave Germany safely

7    and would have agreed to anything.  You will hear from German

8    surveillance agents who observed the defendant from the moment

9    he landed in Frankfurt through his check-in at the hotel and

10   no one pointed a gun at him.

11           You will see a picture of the lobby of the Sheraton

12   Hotel in Frankfurt, a nice business hotel, and know that the

13   idea that it would have been full of German soldiers when the

14   defendant arrived there is ridiculous.

15           The defendant Moayad also said that in the hotel

16   rooms in Frankfurt the Yemeni informant told him that the

17   American informant is crazy and he should just go along with

18   whatever he said to get the money.  But you'll see that that's

19   not what happened at all.  Even in private conversations just

20   between the defendants, they are talking about their true

21   plans to provide material support to Al-Qaeda, Hamas and

22   Mujahidin fighters.

23           In their private conversations, they are talking

24   about sending young men to training camps.  There was no

25   elaborate ruse by the defendants to just say what the American

Page 39

1    wanted to hear in his presence to get the money.  They were

2    making real plans to spend his money on terrorism when they

3    were alone in their hotel room.

4            Moayad's various attempts to explain away his ties

5    to Bin Laden also varied wildly in these post-arrest

6    statements.  In the prepared written statement to the press he

7    said that he never gave Bin Laden a single dollar and only saw

8    him once in a public place in Pakistan.  When interviewed by

9    the FBI, the defendant said he had given money to both Bin

10   Laden and Al-Qaeda but could not remember the timeframe.  He

11   went on to explain that he no longer supported Bin Laden

12   because he and Bin Laden had had a disagreement after which

13   Bin Laden issued a fatwa calling for the defendant Moayad's

14   death.

15           The defendant Moayad stated in his FBI interview,

16   that he would never support any organization that killed

17   Americans.  He started that same interview with the following

18   statement that he made in English:  "Allah is with me.  I am

19   Mohammed Al Moayad.  Allah will bring storms to Germany and

20   America."

21           And the defendant who told the FBI that he would

22   never support any organization that would kill Americans

23   concluded his written statement to the Yemeni press with the

24   following:  "Warn the American side it is not in their benefit

25   to make enemies of all people's; they will not be safe, even

Page 40

1    if revenge is late in coming, even if it takes generations,

2    god has destroyed many countless nations before them, and he

3    most certainly will revenge us."

4         I could go on much longer talking about all the

5    additional inconsistent and blatantly false statements made by

6    the defendants in their post-arrest statements, and there were

7    many, but the bottom line is when you commit the crime on

8    videotape, there's no way to talk yourself out of it.

9         Ladies and gentlemen, that in a nutshell is what

10   this case is about and the evidence you will be seeing and

11   hearing.  But before I sit down, let me just make one more

12   point.

13        A lot of those conversations between the defendants

14   and the Yemeni informant are in Arabic so we're going to ask

15   for your patience in watching the videos.

16        We will offer and read the translations of those

17   conversations but it's still important for to you watch the

18   videos.  It's important for you to see the defendant's body

19   language, their gestures and if nothing else, to see that the

20   defendant Zayed was not in the bathroom the entire time they

21   were talking about Jihad.

22        Finally, let me introduce myself and the people at

23   this table.  My name is Kelly Moore.  I'm an assistant United

24   States Attorney here in Brooklyn.

25        Seated at the government's table with me are

Page 41

1    Assistant United States Attorney Pamela Chen, Jeffrey Knox,

2    Special Agent Brian Murphy of the FBI and Detective John White

3    of the NYPD.

4              Together we'll be presenting this case to you on

5    behalf of the United States.  At the end of this trial we'll

6    have the opportunity to address you again.  At that time we

7    will review all of the evidence you will have seen and at that

8    time we will ask you to return the only verdict that is

9    consistent with the evidence in this case and that is that the

10   defendants Sheikh Al-Moayad and Mohammed Zayed are guilty as

11   charged.

12             MR. GOODMAN:  Before I proceed, I'd like a sidebar,

13   your Honor.

14

15

16

17

18

19

20

21

22

23

24

25

1           (Whereupon, the following took place at the

2    sidebar.)

3           MR. GOODMAN:  I move for a mistrial, your Honor.

4    Ms. Moore referred to evidence which the Court excluded on

5    defendant's motion in limine to exclude the evidence of the

6    wedding tape.  There is nothing in the transcript which

7    describes what happened.  There are general reference to the

8    wedding but nothing which described the wedding in the detail

9    that Ms. Moore discussed in her opening statement to this

10   jury.

11          I believe that she transgressed this Court's order.

12          MR. MARKS:  I joint in that.  I would like to state

13   another ground for the motion for mistrial.  That is Ms. Moore

14   with her voice cracking, pointed to the witness stand and said

15   that a victim of a terrorist attack in Tel Aviv was going to

16   testify.  It was a highly emotional moment.  It has nothing

17   whatsoever to do with this case.  There is no suggestion at

18   all that the defendant in any way -- the defendants had

19   anything to do with that terrorist attack.

20          MS. MOORE:  Your Honor, the motion by the defendants

21   was to suppress the video of the actual wedding.  I was

22   extremely careful in my opening statement to refer to the

23   defendant Moayad's post-arrest statements to refer to another

24   taped conversation in which he invited the Yemeni informant to

25   that wedding and to which he referred to the Frankfurt tapes

1   in which the Hamas representative's speech was discussed.

2          None of that evidence has been excluded by the

3   Court.  The Court has only at this point excluded the actual

4   videotape of the Hamas representative speaking and I did not

5   refer to it.  I was extremely careful.  Furthermore, with

6   respect to the statement that they are not charged with

7   terrorist acts, that is correct, however, the government has

8   to prove that these defendants either knew that these

9   organizations are designated, which we can't prove in all

10  likelihood, we can't prove; or that the defendants knew that

11  they were terrorist organizations.

12         The Frankfurt videotape in which they are talking

13  about how a Hamas representative announced the suicide attack

14  clearly shows these defendants know that Hamas is a terrorist

15  organization.

16         My opening was entirely appropriate.

17         THE COURT:  I'm going to deny the motion and I am

18  also going to caution the jury that anything lawyers say is

19  not evidence.  I will say that after each statement by the

20  lawyers.

21         (End of discussion at sidebar.)

22

23

24

25

1          THE COURT:  Ladies and gentlemen, I think I told you

2     before but I'll reiterate it.  Sometimes we have what they

3     call sidebars and the lawyers and I will be discussing matters

4     of law.  That is not relevant for your ears.  Notwithstanding

5     whatever we discuss in this trial, it is being taken down by

6     the court reporter him or herself.

7          I will also admonish you remember what I said.  This

8     case will be decided by evidence, and evidence I'll explain to

9     you later on will be the sworn testimony of witnesses.

10          For that reason, whatever the lawyers say, whatever

11    the prosecutor says is not evidence in this case.  The opening

12    was the government's position as to what the case is all about

13    and what they intend to prove.  Whatever defense counsel says

14    is not evidence.  His opening will be what the case is about

15    or what the case is not about.  That is his version.

16          Remember, evidence is sworn testimony, not the

17    questions of the lawyers but the answer by the witnesses and

18    whatever exhibits I choose to admit.  And even what I say is

19    not evidence.

20          Mr. Goodman.

21          MR. GOODMAN:  Yes, your Honor.

22          THE COURT:  I'm sorry.

23          MR. GOODMAN:  That is okay.  You are forgetful for

24    names but I remember yours.

25          Good morning, jury.  My name is Bill Goodman.  I am

1    one of the lawyers representing Sheikh Mohammed Al-Moayad who

2    is a defendant in this case and for whom I will be speaking

3    this morning here in Court.  With me working in this case is

4    cocounsel Lamis Deek and another cocounsel who unfortunately

5    cannot be here today due to -- he would be here if he could at

6    all possible.  He has very -- things have kept him away.  His

7    name is Howard Jacobs and he will be here starting next

8    Tuesday.

9            Now, the evidence in this case, as the judge said,

10   what I say is not evidence and what Ms. Moore said is not

11   evidence.  But one thing that the evidence will clearly

12   demonstrate is that this ailing, vulnerable man who has

13   devoted all his life to charities in Yemen was lured to the

14   United States by the United States government with promises of

15   money for his charities and medical treatment which is

16   absolutely critical in a country like Yemen.  Medical

17   treatment in German which he desperately needed and from the

18   first to the last, these promises were held over him and it

19   was made clear to him that he was not going to get what he

20   wanted which was help for his charities and medical attention

21   and what he so badly needed until he said the words that they

22   wanted him to hear.  The evidence in this case will show that

23   this was an unfair, a coercive situation which was manipulated

24   by the government to arrest this man and charge him with these

25   crimes.

1          The evidence you will be seeing, and it was

2      described somewhat by Ms. Moore, the videotapes and the

3      transcripts, these things were meticulously staged by the

4      United States Government.  These conversations were recorded,

5      both audio and video and this production that -- what was

6      produced over these four days had actors, it had directors, it

7      had sound technicians and in end, what they produced was

8      essentially a show, akin to what might be called a TV reality

9      show.  You find two guys living in some remote place in the

10     world, someone wants to give them money, you tell them, you

11     send them plane tickets, you lure them to a very distant place

12     where they don't speak the language and keep them in a hotel

13     room for four straight days in a foreign country, you dangle

14     huge amounts of money for them, huge amounts of money in front

15     of them, and after days of pressure, after days of pressure,

16     that they say the name of the so-called illegal organization,

17     in this case it was Hamas, and say that they will give Hamas

18     some money.  And then you say all right, that is the deal and

19     finally at the end, the payoff of the reality TV show is the

20     police rush in and everybody is arrested.

21          Let me first of all start with the cast of

22     characters from this television show.

23          Allan By the way, this is Sarah Burns who will be

24     working with us throughout the trial who is a paralegal who

25     works closely with me.  You are going to see transcripts with

1    these initials on them.

2           And so these are the 4 important people in this

3    production, SM is Sheikh Al-Moayad to whom I just introduced

4    you.  MZ is Mohammed Zayed who is the codefendant in this case

5    who is sitting at the table also.  CI-1, this means

6    confidential informant number 1, this is a gentleman named

7    Mohammed Alansi.  He is like the play producer in this whole

8    thing, he is the pivotal person.

9           He speaks Arabic, he speak English, he is the one

10   that is translating back and forth.  If anyone follows

11   basketball, he is the point guard.  And CI-2, that is Schafer,

12   so-called Schafer, Sharif Ziad, he is the wealthy American who

13   they used to lure these guys to Germany who was going to give

14   a lot of money for the charities.  That is the cast of

15   characters.

16          In the end, as the government has told you,

17   basically the only evidence in this case, everything that the

18   government relies on to prove these so-called crimes by these

19   men, my client in particular, it consists of recorded

20   conversations that took place over a period of four days in

21   two hotel rooms in Frankfurt Germany.  Keep in mind, first of

22   all, that these conversations have been translated and you are

23   going to be given part of the translations to look at in this

24   case.  The government has only translated a small percentage

25   of these.  There is a lot more that was said and there is a

Opening Statement/Goodman

Page 48

1   lot more that was said that wasn't recorded in the hallways as

2   they are traveling in certain points and when they are eating

3   dinner together outside of the hotel.  These conversations

4   were not recorded.  And things were said that we simply don't

5   know.  And I assure you, I don't think you will be hearing

6   about them at any rate.

7          These recordings contain serious mistranslations.

8   The translations that you will see contain serious

9   mistranslations of what was said.  While the two confidential

10  informants knew that the recordings were being made, the two

11  defendants had no idea they were being made.  And this is very

12  important for two reasons.  As you listen to the recordings,

13  remember that the government agents were very aware that the

14  microphones and cameras were on at all the times.  The

15  defendants were unaware that the conversation was being molded

16  and pushed and punched in certain directions so that it would

17  be recorded in those ways.

18         These recordings involve a man, a man with a

19  history, a man who comes from Yemen which is a remote part of

20  the world.  And the history that the government was well aware

21  of, the history that -- the history of Sheikh Mohammed

22  Al-Moayad is that he had devoted his entire life to helping

23  other people, to do charitable work in Yemen.  The only thing

24  that the government really wants to talk about and focus on,

25  the statements that these men made in this staged fish bowl

1    environment in Germany.

2            And so will we talk about this as well.  And the

3    evidence will show that those four days, the four days that

4    Ms. Moore described to you, show a very different story than

5    what she described and told you.  And these few days provide a

6    fascinating story, but that is only part of the story.  Let's

7    start with Yemen which is another major part of this story.

8    Yemen is a country in the Middle East.  There is a story that

9    goes with the old folk song, the Arkansas Traveler folk song,

10   about a guy who pulls up in a car in front of a farmer and

11   asks how do I get to Little Rock from here.  And the farmer

12   says; Mister, you can't get there from here.  That is just

13   about what Yemen is like.  It's hard to get from anywhere to

14   Yemen and from Yemen to anywhere.  It's extremely poor and

15   poverty is the key word when we are talking about Yemen.  Of

16   the hundreds of countries in the world, Yemen is amongst

17   the 20 poorest nations in the world.  The barest necessities

18   of life in Yemen, clean water are unavailable.  People die of

19   infections as a result of having unsanitized water all the

20   time.  Education is nonexistent and holds the country back.

21   There is rampant disease.  There is no medical care.  You get

22   sick in Yemen, you are better off going to the grocery store

23   than to the hospital for medical treatment.  That's why anyone

24   who needs medical treatment, if they can get out of Yemen,

25   they go off to Germany for medical care.  And there is an

Opening Statement/Goodman

Page 50

1    extremely low life expectancy.  Yemen is also an extremely,

2    extremely religious Islamic country.  And it's a political

3    democracy.  There are two parties.  The defendant Sheikh

4    Al-Moayad is an important figure in one of those parties, the

5    Isla party.

6            In Yemen, both the ruling party and the Isla party,

7    which he is a member of and devoted to, he is the member of

8    the executive committee, the central decision-making body of

9    the Isla party, are aligned with the United States in the war

10   against terrorism.

11           And in fact one of the leaders of the Isla party was

12   invited to one of the political conventions held here in the

13   United States this year.  One of the key tenants of Islam is

14   charity, the 5 pillars of Islam.  One of the five, one of the

15   things that you have to do is to engage in charitable work.

16   And Sheik Moayad in Yemen runs a mosque there.  He speaks at

17   that mosque.  He is a preacher at that mosque.  And he also

18   works at charity in that mosque.  His single driving passion

19   is charity and this comes through in the tapes that you are

20   going to see.

21           You are going to hear it over and over again.  He is

22   interested in what?  What he calls his bakery.  His bakery is

23   like a soup kitchen.  It feeds the poor.  They feed a thousand

24   families a day at his bakery.  And a family in Yemen doesn't

25   mean just you and the wife or you and the husband and a couple

1   of kids.  It means you, it means your in-laws, it means your

2   cousins, nephews, nieces, and all the rest of it.  It performs

3   a tremendous service in this poor country.  He also, his

4   charities run a medical clinic.  And as I said, medicine is a

5   dire problem there.

6           They conduct a school.  And you hear him talk over

7   and over and over again about training; and training is

8   important, and how the students at the school need to be

9   trained with computers and they need to become a part of the

10  modern world.  And it runs a well.  Again, something that is a

11  dire necessity in this country where clean water is very hard

12  to come by.  Sometime about five or six year ago Sheikh

13  Al-Moayad came across a gentleman, Mr. Alansi, CI-1, who was a

14  Yemeni living in America.  And there are many Yemenis living

15  in America, living in this community amongst us.  And they go

16  back and forth to Yemen, as people do have a tendency to do

17  with regard to the old world.  And they contribute money to

18  these charities, the ones that I was talking about, because

19  they are so important.  And so they struck up an acquaintance

20  and talked about the possibility of Mr. Alansi helping him.

21  Some time passes and after that, Alansi contacts Sheikh

22  Mohammed Al-Moayad and says I have somebody who is really

23  interested -- and this is shortly before these meetings in

24  2002 -- really interested in helping you out.  He wants to

25  meet with you.  We'll pay for the plane tickets, we'll arrange

Opening Statement/Goodman

Page 52

1    for a hotel room.  The Sheikh says make sure I can get some

2    medical treatment there.  He has serious diabetes, a chronic

3    life-threatening disease at times.  So he is going to go to

4    Germany and Germany is a logical tempting place for Yemenis to

5    go because as I said, many Yemenis when they seek medical care

6    go to Germany.

7            The money that is talked about is money for the

8    bakery, money for the schools, money for all these charities.

9    After a series of telephone calls, some of which were

10   recorded, and you'll see transcripts from some of it, the

11   plans are made and Sheikh Al-Moayad and his trusted helper

12   Mohammed Zayed travel to Germany to meet these gentlemen.

13           And they do meet.  And Ms. Moore described what you

14   are going to see and hear about these recordings.  What

15   happened.  I want to talk a little bit about the transcripts

16   and the recordings themselves.  And what happened during these

17   recordings and during these four days, as I said, is very

18   different than what I believe she described.

19           First of all, during these recordings, as she said,

20   there is a lot of conversation that takes place in Arabic and

21   you are going to hear testimony during this trial about the

22   nature, the way in which people in Yemen and in the Arabic

23   world in general talk.

24           This is a culture in which you don't say no, you

25   don't say get lost, you don't say you are a moron.  You don't

1    confront anything directly.  Statements and conversations and

2    suggestion are deflected.

3           For example, at some point in the conversation there

4    is a discussion about the Koran and certain things are read

5    and certain comments are made back and forth, back and forth.

6    At the end, the Sheikh takes aside CI-1, Mr. Alansi, and says

7    with regard to the other one, Sherif Zayed, tell him he has to

8    work on studying the Koran.  This is a polite way of saying

9    your friend is a moron, I don't trust him, I have a problem

10   with things that this gentleman is saying to me.

11          And that is the nature of the discourse, deflection.

12   And this is particularly true when the person you are speaking

13   to is your host and you are his guest and you are there at his

14   will and he has paid for you to be there and you are in a

15   country where you do not speak the language and you are

16   basically stuck in this hotel room.

17          Now, because of the fact that this is an extremely

18   religious society that these people come from and they are

19   religious people, there is conversation constantly invoking

20   the name of God, constantly saying God willing.  I think the

21   Arabic, and sometimes it's even used in the English

22   translations, is intra-Allah, God willing.  Constant reference

23   of this sort and something that may be a little unusual or

24   foreign to your ears.  It doesn't mean these are unusual

25   foreign people.  These are ordinary people who are religious

Opening Statement/Goodman

1    who come out of a different society.

2           You heard Ms. Moore constantly talk in her opening

3    statements using the word Jihad, J-I-H-A-D.  You see it in the

4    newspapers all the time.  And the understanding of what this

5    word is and the way she was using it was this means armed

6    militant struggle.  Armed militant struggle.  No.  Jihad is a

7    world that has wide meaning amongst religious people within

8    Islam.  And what it means is it means struggle.  My Jihad this

9    winter among other things is to lose weight.  My Jihad is to

10   learn something about the culture that my client comes from in

11   Yemen.  My Jihad is this trial.  All of us have a Jihad.  It

12   may be to get closer to our children, to spend more time with

13   our family, to worship or study more.  And when it's used in

14   the transcripts, it can mean one of a vast majority of things

15   including armed struggle.  It can mean that as well.

16   Mujahadin, she used that work.  And you'll hear that word.

17   I'm a Mujahidin.  That might mean I'm a soldier.  It might

18   also mean I'm a standup guy, I take responsibility for what I

19   do.  I take care of others.  It can mean many things.  We want

20   our family, our friends, our students, our neighbors to be

21   Mujahidin.  We all want that.

22           So just keep in mind that every time the word Jihad

23   is used, it's not always used the way the government would

24   like to suggest that it is.  It's not meant to be armed

25   struggle.  And sometimes it's used by Sharif Ziad, the fellow

Opening Statement/Goodman

Page 55

1    who did not speak Arabic, CI-2.  He uses it only one way, he

2    means terror.  The Sheikh deflects him, and you will see it in

3    the transcripts over and over again, my Jihad, he says.  And

4    I'm quoting from one part of the transcript my Jihad is my

5    bakery.  This Ms. Moore didn't mention but this is in there

6    over and over again in one way or another.  The other thing

7    that you'll hear throughout this discourse is chronic

8    references, references to the Koran, when I was a school kid,

9    I learned it as the Koran.  In these transcripts it's spelled

10   I think this is more correct, Q'ran, Q'ran and chronic

11   discourse.  Here's what the Q'ran says, the holy book of

12   Muslim people.  Here's what the Q'ran says.  There is a story

13   that goes with this.  There is something that sheds light on

14   this, this discussion in which they are talking about he and

15   Zayed in their room together, talking about so-called codes

16   and corn and that kind of thing.  That is a discussion about

17   the Q'ran and talking about a story.  It's perfectly obvious,

18   and it's even in the government's transcripts that that is

19   obvious that that is what it is.

20          Now, remember what I said originally.  As you watch

21   this evidence, as you watch these transcripts, the critical

22   thing to keep in mind is that Sharif Ziad, CI-2 and CI-1 knew

23   that they were being recorded and these two gentlemen did not.

24   Basically this is a one-way mirror where the government knows

25   what is being taped and the defendants don't.

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

1          Take the talk, for example, about codes.  Ms. Moore

2     referred to it.  Mr. Alansi, CI-1, comes in and talks to the

3     two of them, says we are going to use codes, we are going to

4     use this code and that code.  This was shortly after the

5     discussion in which the Sheikh said in effect, I think your

6     friend there is a fool, he doesn't understand things.  But I

7     need money for the bakery.  I need money for my charities

8     badly.

9          And so he and CI-1 talk about using codes, not with

10    two in the room, not with Sharif in the room, Ziad, but

11    between themselves and they are talking about using it when

12    they are in the presence of number 2 so that they can

13    basically get money for the charities which is what he wants

14    to happen.

15         What you see over and over again is two

16    conversations happening.  One between the two men in English

17    and then one that is occurring in Arabic.  And as you watch

18    these and hear them, you are going to hear a lot of Arabic.

19    Most of you, I assume, will not understand it.  What you will

20    understand is the English.  What you got to remember is that

21    the two defendants didn't understand a word of or very little

22    of the English that was being said and this created a

23    situation that was right for this translation by the key

24    central figure in these discussions, Mr. Alansi, the point

25    guard.

1        Let me give you one example.

2        This is the discussion.  This is just one of

3    thousands of discussions that occurred over these days but

4    here is a brief example.  In English -- the English is

5    underlined -- CI-2, Mr. Ziad says, "the profit said the

6    refugees is one who gives up evil deeds and the Mujahidin is

7    one who fight with his passion.  Here's how it's translated

8    into Arabic, Sheikh Al-Moayad.  He says:  From a hadid, which

9    is a commentary on the Q'ran of a statement of the profit

10   Mohammed; Allah's peace and blessings upon him about, about

11   the support of refugees and the needy for the sake of Allah,

12   meaning to support the needy for the sake of Allah.  Then the

13   Sheikh, thinking that this is what was said in English says:

14   This is one of the obligations, tell him it's not out of our

15   goodness, God says it's an obligation, not a voluntary act,

16   it's an obligation and the duty on the part of each Muslim who

17   wants to appease God.

18       Remember what I said about the 5 pillars of Islam.

19   One guy is talking about fighting and the other guy is talking

20   about charity and religion and this is supposed to be a

21   conversation.

22       Now Ms. Moore told you what her overview of these

23   four days was.  I want to tell you a little bit about mine.

24   One thing is clear.  These four start out the -- these two

25   gentlemen from Yemen, Sheikh Al-Moayad and Mr. Zayed start out

Opening Statement/Goodman

Page 58

1    on the 7th, the first day of the meetings, very hopeful.  They

2    are hopeful and they are in good spirits and they think that

3    they are going to get some support that they badly need for

4    their charities and that the Sheikh, who is on older gentleman

5    suffering from diabetes and asthma, is going to get some

6    medical treatment.  That's the way it starts out.  And you

7    will hear, you will see these conversations that happen on

8    the 7th, the first day.  Then they have a meeting on

9    the second day, the 8th and in that meeting there is the

10   conversation, because they know it's being taped, is focused

11   in on what the -- what Ziad and Alansi, CI-1 and CI-2, want to

12   talk about.  So they tell say tell us about Osama Bin Laden.

13   He doesn't bring it up.  They say tell us what you know about

14   him.  I knew him in the 1980s says Sheikh Al-Moayad.  I knew

15   him back then.  I sat with him, which means I met him.  It was

16   during the Russian war.  It was during the war in Afghanistan.

17            I want to just stop here, and the evidence in this

18   case will support this also, at that time the United States

19   was an ally of Osama Bin Laden.  The United States was funding

20   Osama Bin Laden.  The United States wanted him to fight and

21   beat the Russians.  So the idea that someone from the Muslim

22   world from the country of Yemen might have met him and might

23   have been supportive of what he was doing, fighting the

24   Russians in Afghanistan, is hardly support for Al-Qaeda.  And

25   it becomes clear throughout these transcripts when the name

Opening Statement/Goodman

1    comes up again; I knew him back then.  After that, I cut off

2    ties with him, he was distant from me.  I disagreed with what

3    he wanted.

4              And you will hear testimony in this case that the

5    kind of trash talking, if I can use a common street expression

6    from the United States, is Al Qaeda kind of speech that is

7    never used by Sheikh Al-Moayad, it is used by the Americans in

8    order to see if they can get him to say yes, I agree with it.

9    And it is clear in the Arab world that if you speak one way,

10   you are associated with Al-Qaeda and if you speak the other

11   way, you are talking about unity and unifying.  That is death

12   to Al-Qaeda.  They are out to get you if you talk like that.

13             Let me give you another example of this translation

14   that makes the point very well.

15             Here is CI-2 talking.  This is Ziad again, the

16   American:  But in my opinion as a converted Muslim is that my

17   objective is to fight in the cause of Allah -- I can't say the

18   Arabic so I won't try -- fight the cause of Allah, God All

19   Mighty, and to liberate to the suffering Muslims who are

20   actually under the yoke, all right, of the pig eating

21   Christians, the infidels and the Unifacoons.  I think that

22   means hypocrites.  This is trash talk.  Clear what it is.

23   CI-1, Alansi, translates this now, but does he talk trash

24   talk?  Because he knows what Al-Moayad is going to react to

25   trash talk.  He says, CI-1 says, he says he started with God's

Opening Statement/Goodman

Page 60

1    word and he couldn't start with anything other than that

2    because we're faithful Moslems and we depend on God and

3    therefore as a Muslim, it's my duty to help the oppressed

4    Muslim, it's my duty to help the needy, and it is also my duty

5    to perform Jihad.  There is that word again.  Then there is in

6    an Arabic; for the sake of God.  That's why I started with the

7    Q'ran.  There is nothing else between us except God who is our

8    fourth member, therefore, we will depend on God and get to the

9    main topic.  And Al-Moayad says:  In the name of God, yes.

10            Now, CI-1 translates to CI-2.  He says yes, the

11   Sheikh says yes.  So he is saying, and what you will hear when

12   you listen to this because you won't understand the Arabic,

13   the English you will hear is about pig eating Christians,

14   infidels and hypocrites.  And you'll hear the translation the

15   sheikh saying yes, that is a mistranslation.

16            (Continued on next page.)

17

18

19

20

21

22

23

24

25

1          MR. GOODMAN:  That wasn't what was being

2     communicated at all.

3          Over the four days then, very quickly, the idea of

4     getting him, the Sheik, to agree he is going to send any money

5     to al Qaeda is dropped completely.  They know the score.  They

6     know they won't get him to say that.  They start talking about

7     Hamas more and more and more.

8          So let's talk a little about Hamas.  Ms. Moore

9     talked very emotionally about a bombing in Israel.  I don't

10    know whether there is going to be evidence of that in this

11    case or not.  Certainly terrible things happened in Israel.

12    There is as war going on there and people are killed and it's

13    awful.  And no one is going to stand up here and justify acts

14    of terrorism, suicide bombings, the way in which people get

15    killed and none of you need to be told.

16         But the evidence is clear on this point also that

17    there are tragedies on both sides of that war.  It's not just

18    one side.  The Palestinian people are people without a

19    government although they are now moving towards elections.

20    There is no infrastructure.  There are no hospitals in Gaza

21    and the West Bank also.  This is a place where people are in

22    desperate need and can't get to their jobs.  All of these are

23    major problems and that is why so many people in the arabic

24    world, even in the poorest countries, even in Yemen, support

25    Palestinian charities, support them passionately.

1           And Sheik Al-Moayad is part of that.  He supports

2    Palestinian charities.  He has notices posted on his mosque

3    from various charities, the Al Laksa (ph) Foundation which

4    helps Palestinian people, Inter-Pal (ph) which helps

5    Palestinian people.  All of these groups have posted thank you

6    very much Sheik Al-Moayad, to you and your congregants for

7    sending money that's going to help Palestinian people.

8           Interestingly enough, there is not anything posted

9    from Hamas.  And Hamas, by the way, is an organization that

10   also runs huge amounts of charities throughout Palestine,

11   throughout the West Bank, throughout Gaza.  Nothing is posted

12   from Hamas because there is no evidence -- you will hear no

13   evidence that he ever sent one nickel to Hamas.

14          Now, Hamas is an organization that is widely

15   recognized and supported throughout the Arab world.  It's

16   illegal in the United States.  But it is widely supported in

17   Yemen from the president of Yemen on down.  It's widely

18   supported in Saudi Arabia through all the huge allies; not the

19   United States.  There is huge support for Hamas throughout the

20   Arab world.

21          So the fact he knows someone from Hamas, the fact he

22   has an Hamas entry in his telephone book -- the office of

23   Hamas in Yemen is one minute away from his office, of his

24   mosque, down the road; you get in the car and drive down

25   there, you are at the Hamas office.  And they are at every

1   important event, many important events that take place in

2   Yemen.

3          All these things are true.  But supporting Hamas up

4   until these four days, not a part of his life.  His life is

5   his charities.  His life is his mosque.  And his life is other

6   Palestinian charities.

7          On the 7th Sheik Al-Moayad is from the beginning

8   concerned about his medical treatment.  That's the first thing

9   that comes up in the discussions that are recorded in his

10  room, the first recorded discussions on the 7th.  Let me show

11  you an example.

12         This is the beginning meeting, CI-1:  There's a lot

13  of work to do; meaning we have got to record you saying some

14  damaging things, in his head, that's the bubble in his head.

15         Zayed:  We came for treatment.

16         Al-Moayad, the Sheik:  We came for treatment, to get

17  real treatment from a clever doctor, and Dr. Sa'eed.

18         That's also a term that's used.  He is talking about

19  CI-2 now.

20         God bless him.  May God do good deeds through him.

21  And we will meet, God willing, now we'll go to him.

22         The first words out of his mouth:  We came for

23  treatment.

24         Then they meet on the 7th and it becomes very clear

25  that Sa'eed is pretending to be this political radical, you

1    saw the way he talked.  And then he wanted to talk about bin

2    Laden.  That's what happens on the 7th.

3            On the 8th, CI-2 talks about violence.  He talked

4    about al Qaeda, this is CI-2, the American, and speaks

5    ignorantly about Islam.  Sheik Moayad consistently turns the

6    discussion to religion, politely deflects CI-2's remarks.

7            Then there is another meeting between Sheik Moayad

8    and Mohammed Zayed and Al Anssi and they rehearse how they are

9    going to talk to CI-2.  And this is where they talk about code

10   for the first time without CI-2 in the room.  And they say --

11   they make a list, a list in Al Anssi's handwriting of the

12   charities he wants the money to go to; he wants it to go the

13   bakery, he wants it to go to education, he wants it to go to

14   education for women, which by the way, will also get him

15   killed by al Qaeda.  He emphasizes over and over again the

16   need to educate women.

17           Day three, the two of them, the two defendants, are

18   taped talking together in their room and it's clear that the

19   Sheik, both of them, are upset about the demands that are

20   being made on them, the pressure, the pressure to start saying

21   yes, we will give money to Hamas.  The pressure to talk about

22   violent organizations all the time.

23           Sheik Moayad expresses his worries to Al Anssi and

24   Al Anssi changes the subject.  Sheik Moayad again on the 8th

25   -- this is the 9th, excuse me, repeats the need for medical

1    treatment and they discuss how to get out of it.

2         Then the two of them again alone at the end of the

3    day discuss how can they get out of this proposition that CI-2

4    is pushing on them.

5         Finally on the fourth day the Sheik frustrated and

6    upset at the lack of medical treatment and the pressure by the

7    confidential informants says what they want him to hear, yes,

8    alright, Hamas, maybe we can do something.  He is playing

9    along, members of the jury.

10        And I want to show you again by the 10th he is still

11   talking about the same thing and this is the pressure he is

12   under.  This is a man who is interested in one thing

13   desperately.

14        Al-Moayad:  Now ask him about my treatment, what did

15   he do about it?

16        Now they talk in English so he is not understanding.

17        CI-1 says:  He was asking, you know, he was trying

18   to make some medical treatment here, but I don't know if he is

19   going to get time for that.

20        CI-2:  Yeah; uhum.

21        But he was asking, there is a lot of expenses to

22   spend because he is going back immediately to Sana'a.

23        Uhum.

24        He has got a lot of expenses, which he is going to

25   spend in his trips to Hamas people, tickets, hotels, many

1   camps.  He is going to receive the Palestinian guys in Sana'a.

2   So he said that the money which would be 10 percent you said

3   already for the bakery is not going to touch anything for his

4   personal traveling.

5        CI-2:  So he wants to know what if he can -- I mean,

6   he wants you to tell him any percentage more, you know, for

7   these expenses.  Because he is going to be beyond of his

8   bakery's expense, is it going?

9        Back to the top again.  He didn't say anything about

10  that stuff.  What he was asking about was medical treatment

11  again and again and again, medical treatment which they are

12  hanging over him which he wants so badly.

13       In order to prove the crimes against my client that

14  the government has charged, they have to prove that he

15  intended to commit these crimes.

16       Let's start with what the charges are.  They must

17  prove these things beyond a reasonable doubt, doubt.  And the

18  transcripts you are going to read are nothing if filled with

19  doubt.  They are filled with the letters "UI" after each

20  sentence, after many sentences; that means unintelligible.  We

21  don't know what was said.  We don't know how long the

22  statement was said.  These things are unintelligible.

23       These statements are not as clear as Ms. Moore would

24  have you believe and they are certainly as not clear as I

25  would have you believe, that's why I put up the transcripts up

1   for you. But they are filled with doubt about what was

2   actually said.

3          And the first thing they have to prove beyond a

4   reasonable doubt is intent. Material support for al Qaeda,

5   the only thing, only evidence they have is that the Sheik said

6   yes, I knew Osama bin Laden back in the '80s when he was

7   fighting the Russians and maybe I gave him some money then as

8   I said to the United States government. So intent, they have

9   to prove intent.

10         The intent of even saying yes, I will split the

11  money with Hamas, he is desperate, he needs treatment, he

12  wants the money for his charities. And he finally says: All

13  right, we will say that, I will say that. He says that the

14  last day. Is that what he intended to do eventually, to split

15  the money with Hamas? Not at all clear.

16         At one point he says: We will use the money for our

17  purposes, we will do Jihad our way and let them deal with

18  Hamas directly. And that's in the tapes too, several times.

19  Even on the last day they are talking about the rich person

20  who they talk about as troublesome: We will do Jihad our way;

21  that means we will run our bakery, let him worry about the

22  pig-eating Christians and the kinds of things that preoccupy

23  him is what that means.

24         And then on the last day, Zayed and Al-Moayad talk

25  between themselves and the conversation is this: What we are

1    going to tell them, this is what we are going to tell them.

2    So they are staging something of their own too.  And as I said

3    the question of intent is absolutely critical here.  There is

4    no intent and the government will be unable to prove it beyond

5    a reasonable doubt.

6         Material support for Hamas.  Did he ever give Hamas

7    any money?  No evidence that he ever gave Hamas a red cent.

8         Did he ever attempt to give Hamas any money?  Now,

9    the judge will instruct you at the end of case but briefly

10   intent, in order to engage in the crime of intent, which he is

11   charged with here, he has to take a substantial step, he has

12   to show he is really interested in doing something.  He took

13   substantial steps to get medical treatment because he was

14   really interested in medical treatment.  He took substantial

15   steps.  He was asking everyone he could about doctors.  He had

16   the names of doctors.  He made calls back to Yemen to get the

17   names of the doctors.  He brought his medical records with

18   him.  That's an attempt.

19        Other than talking about:  Okay, we will split the

20   money, there is no substantial step that's been taken by Sheik

21   Moayad.

22        And finally he is charged with conspiracy.  And the

23   only thing that you -- that I need to tell you about

24   conspiracy here is that it is legally impossilbe to -- and the

25   judge will instruct you, I can't talk about the law -- you

1    can't have a conspiracy between yourself and a government

2    agent, the conspiracy has to be with others.

3            There was no conspiracy in this case and the --

4    there will be no evidence of a conspiracy outside of the

5    staged conspiracy.

6            Even if you find that they did commit one of these

7    crimes, they, my client, is asserting a defense of what is

8    called entrapment.  Entrapment requires only two things, one,

9    inducement.  Clearly he was induced.  He was beyond induced.

10   He was coerced.  He was pressured over a period of four days

11   in this pressure cooker of this hotel room.

12           And that he was not predisposed to give money to

13   Hamas, they have to prove that beyond a reasonable doubt.  Not

14   predisposed in the first place to give money to Hamas.  There

15   is no evidence he ever did before this.  There is evidence he

16   gave money to other Palestinian charities but not to Hamas.

17   So clearly he was not predisposed.  Clearly he was induced.

18           And if he did anything, he was entrapped by the

19   government into doing it.

20           In the end, the government's case rises and falls on

21   its recorded evidence, the reality show which they created.

22           You will see the evidence of the conversations.

23   There is one piece of evidence that will not be produced by

24   the government for you and that is the central figure in all

25   of this, the point guard, Al Anssi.  You will not hear from

1    him.

2           In the end, members of the jury, we will ask for a

3    verdict of not guilty..  This was a reality show.  All show, no

4    reality.

5           Thank you.

6           THE COURT:  I'm going to let the jury take a

7    five-minute nature break, then we will come back and get

8    Mr. Marks' opening statement.

9           (The jury leaves the courtroom.)

10          MS. MOORE:  Your Honor, before you bring them out, I

11   assume we will be going right into the first witness after

12   Mr. Marks' opening, I wanted to take the opportunity to

13   introduce Steven Thal; he is representing the German

14   witnesses.  I wanted to introduce him to the Court.

15          THE COURT:  Okay.

16          (The jury enters the courtroom.)

17          THE COURT:  Be seated, ladies and gentlemen.

18          Mr. Marks.

19          MR. MARKS:  You remember my name.  Thank you, your

20   Honor.

21          Good morning.  My name is Jonathan Marks and I

22   represent Mohammed Zayed, the gentleman over there

23   (indicating).

24          During Ms. Moore's opening, she very dramatically

25   and passionately talked about that horrific tragic suicide

1    bombing in Tel Aviv as if to suggest that the people at this

2    table (indicating) are the people who are protecting us

3    against terrorism, the people who are opposed to terrorism and

4    the people at this table (indicating) are in favor of

5    terrorism.  Nothing could be further from the truth.

6           We all hate terrorism.  And that goes for everybody

7    at the table.  And it certainly goes for Mohammed Zayed.  So

8    right off the bat let's make it clear, we are all against

9    terrorism.

10          Mohammed Zayed is 31 years old.  He comes from a

11   village in Yemen.  Yemen is at the southern end of the Arabian

12   Peninsula as Mr. Goodman told you, it is a very poor country

13   and a very religious country.

14          How poor?  Well, according to the CIA in 2004, the

15   per capita income was $800.  That means that on average a

16   person living in Yemen earned $800 in the course of one year.

17   That's how poor Yemen is.

18          Mohammed Zayed is the father of three.  He has since

19   1996 worked as the personal assistant to Sheik Al-Moayad.

20          Now, how is it that this young man of 33 -- 31 from

21   a village in Yemen ended up in this courtroom in Brooklyn, New

22   York?  Well, I will tell you.

23          For that, he has to thank a man named Mohammed Al

24   Anssi.  But I gather from what Ms. Moore said that I will not

25   have the opportunity to thank him in person so thank you

1    Mohammed Al Anssi for making all this possible.

2            Who is Mohammed Al Anssi?  He is a paid informer for

3    the FBI.

4            Let's go back a moment to September 11th, a day that

5    we all remember that will be etched in our minds forever.

6            After September 11th, 2001, the FBI was starving for

7    information about terrorists and rightly so.  But in its very

8    justifiable effort to find out about terrorism, it became

9    vulnerable to characters like Mohammed Al Anssi who would sell

10   the FBI a bill of goods in return for money and that's exactly

11   what happened here.  And I will tell you more about Mohammed

12   Al Anssi in the course of my opening statement.

13           The story begins in 1996.  In that year, Mohammed

14   Zayed was all of 21 years old.  He was inducted in the Army in

15   Yemen.  And after a few months in the Army, the Army said

16   instead of performing military service, we want you to become

17   an aide, a personal assistant to a well-known and

18   well-respected cleric by the name of Sheik Al-Moayad, this

19   gentleman (indicating).

20           Sheik Al-Moayad was very well-known in Sana'a which

21   is the capital of Yemen because he ran a famous charity

22   center; the charity center consists of a mosque, of course, a

23   medical clinic, a school for young girls and perhaps most

24   significantly a bakery for the poor, a very important

25   charitable institution in Sana'a.

1          At first when Mohammed Zayed went to work for the

2     Sheik, his duties consisted of driving the Sheik around,

3     running errands for him, the normal duties of a personal

4     assistant to an important personage.

5          But after some period of time, a relationship of

6     trust developed between the Sheik and Mohammed Zayed and the

7     Sheik put Mohammed Zayed in charge of the operation of the

8     charity bakery.  And that became the focus of Mohammed Zayed's

9     life.  He ran the bakery.

10         Fast forward now to June of 2002.  Mohammed Zayed

11    had just finished his afternoon prayers at the mosque in the

12    charity center.  He was leaving the mosque when he ran into

13    the Sheik.  The Sheik was in conversation with a Yemeni man

14    whom Mohammed Zayed learned later was named Mohammed Al Anssi.

15    And the Sheik said to Al Anssi:  This is Mohammed Zayed.  Make

16    the travel arrangements with him.  And Mohammed speaking to

17    Zayed:  I want you to show this gentleman around the bakery.

18         So Mohammed Zayed took Al Anssi, the paid informer,

19    on a tour of the bakery.  And in the course of this tour, Al

20    Anssi said something very interesting, he said:  You know, I

21    know someone in New York who could make a large contribution

22    to your bakery.  He did not mention his name.  Mohammed Zayed

23    gathered up his passport and the Sheik's passport and gave

24    them to Al Anssi so that he could make travel arrangements and

25    Mohammed Zayed learned that the planned trip was going to be

1  to Frankfurt, Germany.  And he learned that the Sheik intended

2  to get medical treatment there.

3          On November 27 of 2002 Al Anssi called Mohammed

4  Zayed on the telephone.  He was calling from the states and he

5  asked Mohammed:  Have you got the tickets?  And he said:  Yes,

6  they just arrived.  And he said:  Good.  We are going to meet

7  a man by the name of Saeed Sharif.  Saeed Sharif is the owner

8  of the Saeed commercial corporation in Brooklyn, New York.

9  They sell Islamic goods and he is one of the founders of a

10 well-known mosque in Brooklyn, the Al Taqwa Mosque.

11         Mohammed Zayed put two and two together and he said:

12 This must be the guy whom Mohammed Al Anssi was talking about

13 when I took him on the tour of the bakery.  This must be the

14 philanthropist who might make a large contribution to the

15 bakery and we are going to meet him.

16         So it was Mohammed Zayed's understanding that he and

17 the Sheik were going to Germany for the purpose of meeting

18 this philanthropist who might make a contribution to the

19 bakery.  And that another reason for going to Germany was so

20 that the Sheik, who is a diabetic, could get medical

21 treatment.  That was Mohammed Zayed's understanding.

22         Boy, was he wrong.  Because what he did not know was

23 the fact that Al Anssi had targeted the Sheik and Zayed as the

24 subjects of an elaborate sting operation conducted by the FBI

25 in conjunction with the German police.

1          The Sheik and Mohammed Zayed arrive at the airport

2    in Frankfurt.  They are met there by Mohammed Al Anssi who

3    takes them to the Sheraton Hotel, a very nice hotel in

4    Frankfurt.  And there the Sheik and Mohammed Zayed are shown

5    to their room, Room 6222 at the Sheraton, a very pleasant

6    room, it was a suite actually with a bedroom.  And you will

7    see pictures of it and a sitting room where they could have a

8    conversation and watch television.

9          Of course what they did not know was that this room

10   was fully wired and that the FBI was some other place, was in

11   some other room someplace along with the German police

12   watching and listening to everything, every single thing that

13   happened in that room.

14         Now, Al Anssi and Saeed Sharif, another informer,

15   were installed in Room 6231.  And similarly that room was

16   wired for sound and was wired for video so that you could hear

17   and see everything that happened in that room when the Sheik

18   and Mohammed Zayed were in the room.

19         At first in the course of the meetings with Al Anssi

20   and Saeed Sharif on the one hand and Sheik Al-Moayad and

21   Mohammed Zayed on the other, the conversation was about the

22   bakery because this was their main focus and it's quite clear

23   that that is why they had come.  But then Saeed Sharif says

24   something very interesting.  He speaking in English says:  I

25   don't have a problem in contributing to your bakery but my

1   thing is armed struggle.  I was a Black Panther.  I hate the

2   U.S.  I hate the Zionists.  And what I want to do is to find a

3   way of contributing money to terrorist organizations like

4   Hamas, like al Qaeda.

5          Let me just set the scene for you.

6          Saeed Sharif is playing the role of the

7   philanthropist.  He speaks only English.  Of course he knows a

8   word or two of Arabic but it's very clear that the only

9   language that he understands and speaks is English.

10         What about Sheik Al-Moayad?  Arabic.  That's his

11  language.  And it is very clear that he does not understand or

12  speak English.

13         Now, if there is any doubt about that, we will play

14  a part of the tape in which Al Anssi is on the phone speaking

15  to somebody about getting towels and bathrobes.  He is talking

16  to somebody in the housekeeping department at the hotel on the

17  phone.  You can hear him very plainly.  He says:  We need some

18  more towels up here.  We need some bathrobes.  We need some

19  slippers.  And then after Al Anssi hangs up the phone, Sheik

20  Al-Moayad asks:  What were you ordering, breakfast for us?  So

21  it's perfectly clear, no question about it, that Sheik

22  Al-Moayad does not understand English.

23         As for Mohammed Zayed?  Not a word.

24         So how was it then that these two Arabic-speaking

25  people could communicate with Saeed Sharif, the

1    English-speaking philanthropist?  And the answer is through

2    Mohammed Al Anssi because Al Anssi speaks both English and

3    Arabic.

4            So there is no direct communication between Saeed

5    Sharif and Mohammed Zayed or Sheik Al-Moayad.  Everything is

6    sifted through Mohammed Al Anssi.  And it's a very important

7    point.

8            Why is it important?  Because when you see and

9    listen to these recordings, the only thing that you will be

10   able to understand, unless you understand Arabic and I don't

11   believe anybody here does, anybody in the jury, is the

12   English.  You will hear Saeed Sharif speak in English.  You

13   will hear Al Anssi speak in English.  You will hear Al Anssi

14   pretending to translate what the Sheik and Zayed say in Arabic

15   into English.  You will see Al Anssi pretending to translate

16   what Saeed Sharif said in English into Arabic.

17           Why do I say pretending?  It is because he miss

18   translated.  He embellished.  He added.  He subtracted.

19           So if you are interested in knowing what Sheik

20   Al-Moayad and Mohammed Zayed knew, you cannot rely on Al

21   Anssi's translation.  If you want to know what they said, you

22   cannot rely on Al Anssi's translation.

23           The only way that you will be able to tell what they

24   knew and what they said is by reading the transcripts which

25   will have a translation of what was told to them in Arabic and

1   what they said in Arabic.  That is the only way.

2           And let me demonstrate this to you.

3           You remember that Ms. Moore in her very fine opening

4   statement said that at some point early on and it was on

5   January the 8th all of the participants in this conversation

6   put their hands on the Quran and they took an oath and this is

7   what the Sheik Al-Moayad and Zayed said.  The Sheik:  First, I

8   wish to talk about three things.  That our meeting is based on

9   honest, and secrecy and God is our observer.

10          I think the word is "honesty."  I think I wrote it

11   wrong.

12          He says:  Which means we have to all put our hands

13   on the Quran and with God's help, we won't let each other down

14   and we will not lie.  Second, we will do our best effort and

15   if we die, he has to forgive us.

16          Then Zayed said:  Quietly.

17          And the Sheik continues:  It's with God.

18   Forgiveness is with God.  Not with people.  No, no.  Forgive

19   us in front of God.  That is the second thing is to forgive

20   one another.

21          And Zayed says:  This subject needs quietness.

22          And the Sheik says:  That's the second thing and I

23   hope we pay attention to it.  The first is keeping a secret.

24   The second is to forgive each other and we'll do our best as

25   much as possible.

1          And then the Sheik says:  The third is to support us

2     because we personally don't have money for ourselves and for

3     our children so he has to help us so we don't take from this.

4          Now, let's look at the way that Al Anssi translates

5     this for the benefit of Saeed Sharif but really for the

6     benefit of the audience in the other room, the FBI agents.

7          This is what you will hear Al Anssi say in English.

8     He, meaning Al-Moayad:  He said of course when you support us

9     by money, you give us, for example, okay, this is for you to

10    spend it because we need also support for our families for our

11    things.  When you tell us this is for you and this is for the

12    other job.  So that means, he said, we are going to eat from

13    the thing you give us to our family as halal.

14         That means kosher.

15         The other thing you give us to do something on it,

16    we are going to do for that thing.  I mean when you tell us to

17    buy weapons, we'll buy weapons.  The other money which you

18    give us for our food, I mean, for the bakery, this thing is

19    separate and this is going to be separate.

20         Now, if all that you know about this conversation is

21    what you hear Al Anssi say in English, you will get a

22    completely false impression of what the Sheik said because he

23    didn't say anything at all about buying weapons.  He never

24    promised to buy weapons at all.  You can go over that

25    transcript and see what he really said.

1          What I'm suggesting to you is that the English

2     portions of this transcript are of no use to you whatsoever in

3     determining what it is that Sheik Al-Moayad and Mohammed Zayed

4     said.  The only thing that is of use to you is the English

5     translation on the transcripts.

6          Now, this also goes for what it is that they were

7     told.  Let me give you another example.  Now, this is also on

8     the 8th.

9          CI-2 is Sharif.  Saeed Sharif says:  Are there any

10    Hamas members or Mujahidins who took part in any action

11    against the big Shayateen, the U.S.A., alright?  Did they, the

12    reason I asked that is because if for some reason I personally

13    would like to hookup with someone, if there are some people

14    here in New York who could -- of course they are in Frankfurt

15    -- who could assist me in expropriating some money, more money

16    from banks, all right?  Payroll, armored cars, tell him that

17    is what I specialized in.

18          This is really incendiary, inflammatory stuff; isn't

19    it?

20          What he is asking Al-Moayad is can you put me in

21    touch with people who can help me rob banks, rob armored cars,

22    steal money for the purpose of engaging in terrorism.  Can you

23    do that?

24          And this is the way that Al Anssi translated that

25    last passage, this is the Arabic:  In addition, he says -- he

1    in this case is Saeed Sharif:  In addition he says that he'd

2    like to personally know if there are Hamas people in New York.

3    Since they are distant from the organization as you know.  If

4    there are people who need support young men, Mujahidins, he

5    calls them God's soldiers.  He says that he doesn't mind

6    supporting those people inside the U.S.A.  Nothing about

7    armored cars.  Nothing about expropriating money from banks.

8    So another example of how you cannot rely on what you are

9    going to hear in English.

10          The government by the way is going to tell you that

11   the English is being offered for the purpose of context, not

12   for the truth but context.  What kind of context is this?

13   They couldn't even understand it.

14          Now, there came a time in the course of these

15   conversations as I was telling you when Saeed Sharif said:

16   There is a catch.  I will support your bakery.  I will give

17   you money for your bakery and your charities but there is

18   something that I want you to do for me.  I'm interested in

19   getting money to these terrorist organizations as I told you.

20          How does the Sheik react to this?  Does he say no

21   problem, I love terrorism, I would be very happy to put you in

22   touch with terrorists so that you can give them money, does he

23   say that?  Not at all.

24          What he says is:  I can't say yes, yes because that

25   would be a lie.  And I can't say no, no because that would

1    embarrass you.  He doesn't answer the question.

2              He certainly does not say right on.

3              How much money are we talking about?  How much money

4    was the Sheik supposed to get for his bakery and for whatever

5    purpose he wanted?  $250,000, a fortune in Yemen.  It would

6    have made him a Rockefeller.  We are talking about a country

7    where the pro capita income is $800 a year.

8              So one of the ways that the Sheik and Mohammed Zayed

9    deal with this suggestion that they help funnel money to

10   terrorism is by being evasive.  They don't answer the

11   question.

12             Now, why don't they flat out say:  Forget it, buddy,

13   and walk away?  The money.  $250,000.  So they look for some

14   way of getting that $250,000 without dirtying their hands,

15   without really giving the money to Hamas or al Qaeda.

16             So what do they suggest?  Well, they talk about the

17   possibility of this:  Hey, why don't you give us the $250,000

18   and then you can give the money to Hamas directly.  How about

19   that?  No, no, that's not going to work, Al Anssi says.

20             Now, Hamas, by the way, is a legitimate organization

21   in Yemen.  I'm not suggesting for a second that I or anybody

22   else at that table approves of what they do, approves of their

23   terrorism and their suicide bombing and bombing of buses, not

24   for a second.  But I'm just telling you what the story is.

25             You have to understand that Hamas has an office in

1   Yemen, it's not a secret organization there.  They have an

2   office and anybody can walk into the office and meet with

3   Hamas people.  It's a major organization there because in

4   addition to doing these horrible things, apparently they do

5   some good things to.  They run hospitals.  They run schools.

6   They contribute to the poor.

7        Now, there comes a time in the course of this

8   conversation over a period of four days when Saeed Sharif and

9   Al Anssi try to rope Zayed in.  Now, remember Zayed is pretty

10  quiet during most of this conversation.  But they decide they

11  have got to grab him because he said very little.  So this is

12  what they decide to do.

13       Al Anssi and Saeed Sharif concoct this scheme and

14  Sharif says:  I'm going to ask him, ask Zayed, what's going to

15  happen to my money.  Suppose something happens to the Sheik.

16  Suppose the Sheik dies.  How do I know what you are going to

17  do with my money?  Are you going to give my money to the

18  people I want you to give it to?  And he asks specifically

19  where is my money going.

20            (Continued on the next page.)

21

22

23

24

25

1          MR. MARKS:  Does Mohammed Zayed say it is going to

2     Hamas, it's going to wherever you want it to go, does he say

3     that?  He certainly does not.  What he says is it's in God's

4     hands.  That's all he says.  Another example of evasion and

5     why not, why not.  After all, this guy, this philanthropist

6     has said we'll give you $250,000 to use as you see fit but

7     this is what you have to do for me but Zayed doesn't like this

8     idea, it's very clear he doesn't like this idea so he evades

9     and he does not answer the question and he certainly does not

10    enter into a conspiracy with anybody to contribute money to

11    Hamas or to Al Qaeda, he evades.

12          You may ask why didn't this man from Yemen just walk

13    out of that hotel room and say forget it.  Well, there are a

14    few reasons.  First of all, they had come all the way from

15    Yemen to Germany for the purpose of meeting this

16    philanthropist who it turned out had a vast fortune that he

17    was prepared to contribute to the bakery.

18          Mohammed Zayed is a loyal employee of Sheikh

19    Al-Moayad.  What is he to do.  Is he to say I have nothing to

20    do with this, I'm leaving.  Well, of course he can't do that.

21    First of all, that's not his role, is it.  It's not his place.

22    He is an employee an underling.  Second, does he really want

23    to jeopardize the possibility of getting $250,000, of course

24    not.  Third, here's a guy who speaks not a word of English,

25    not a word of German.  What in the world is he supposed to do.

1   He is for all intents and purposes a prisoner in that hotel.

2   He can't go anyplace on his own.  He's stuck.  So, in some

3   small ways he takes part in the conversations.  But what's

4   significant is that he never reaches an agreement with

5   Al Anssi or with Saeed Sharif to do what it is that Saeed

6   Sharif wants him to do which is to promise to funnel money

7   to Al Qaeda or Hamas.  He never ever does that and he never

8   reaches an agreement with the Sheikhs to do that.

9          Now, why is that significant; it's significant

10  because Mohammed Zayed is being charged with conspiracy and as

11  His Honor will charge you at the end of this case, you can't

12  be convicted of conspiracy if you conspire with an informer.

13  So, who was he supposed to conspire with.  Well, I suppose it

14  would be the Sheikh.  And you will have to ask yourselves did

15  he really enter into an agreement with the Sheikh or with

16  anybody else who was not an informer who funnel money to Al

17  Qaeda or to funnel money to Hamas.  And what I suggest to you

18  in the strongest possible terms is that there is no evidence

19  that he ever did that.  That's what he's charged with.

20         Finally, Ms. Moore told you about Mohammed Zayed's

21  post-arrest statements.  This -- you cannot imagine what

22  happened here.  I mean here's this guy, this simple man is

23  basically a prisoner in this hotel room for four days and then

24  all of a sudden these German police storm into the room

25  wearing masks, carrying automatic weapons.  They push the

1   Sheikh and Mohammed Zayed against the wall, you're under

2   arrest.  Was Mohammed Zayed scared, you bet he was scared.

3   And they said you engaged in an agreement to funnel money to

4   Hamas and he said I don't know anything about this, I was in

5   the bathroom.

6           Well, he wasn't in the bathroom, he was actually in

7   the room, as you'll see, for many of these conversations but

8   he never, as the evidence will show, engaged in any kind of

9   conspiracy or attempted to funnel money to Hamas or Al Qaeda,

10  never ever.

11          So, what I'm going to ask you to do is to pay very

12  careful attention to the evidence in this case and that is

13  going to be a hard job because it is going to mean reading

14  these transcripts very, very carefully because that's their

15  case.  They're not calling Al Anssi, it all turns on the

16  transcripts.  And forget about all this smoke about how

17  horrible terrorism is, we all know how horrible terrorism is.

18  That's not going to help you decide this case but at the end

19  of this case on the basis of the evidence alone I'm going to

20  ask you to send this man back to Yemen.

21          THE COURT:  Okay.  Ladies and gentlemen, what's

22  going to happen with the next phase is live testimony.  We're

23  going to be getting lunch for you.  When it comes, they'll let

24  me know but until then we'll continue with the trial, the

25  government will put witnesses on.

Page 87

1           Ms. Moore.

2           MS. MOORE:   The United States calls Joerg Wollman

3  who will need a German interpreter, Your Honor.

4           THE COURT:   Spell the name.

5           MS. MOORE:   J O E R G, last name W O L L M A N.

6           (German interpreter Gisela Brett sworn by the

7  Court.)

8           (Witness sworn by the Court.)

9  J O E R G    W O L L M A N, having been first duly

10  sworn was examined and testified through the

11  interpreter as follows:

12           THE COURT:   State your name and spell it for the

13  record.

14           THE WITNESS:   Joerg Wollman, J O E R G,.

15  W O L L M A N N.

16  DIRECT EXAMINATION

17  BY MS. MOORE:

18  Q    Where are you from?

19  A    I'm from Wiesbaden in Germany.

20  Q    Where do you work?

21  A    I work for the Bunkeskriminalamt in Wiesbaden.

22  Q    Is that also known as the BKA?

23  A    Yes.

24  Q    Is that essentially the German equivalent of the FBI?

25  A    Yes.

1   Q     What is your title at the BKA?

2   A     I am the supervisor for criminal investigation.

3   Q     For how long have you worked at the BKA?

4   A     For about 25 years.

5   Q     Are you assigned to any particular unit or squad within

6   the BKA?

7   A     Yes, I belong to the unit OA-53 which is the central unit

8   for the handling of CIs.

9   Q     CIs meaning confidential informants?

10  A     Yes.

11  Q     For how long have you been in that unit?

12  A     For seven years.

13  Q     And what is your role within that unit?

14  A     I'm the handler of a team of CI handlers.

15  Q     Let me direct your attention to the fall of 2002.

16  Did the BKA receive a request for legal assistance from the

17  United States and the FBI?

18  A     Yes.

19  Q     To whom was that request addressed?

20  A     The request was addressed to our office at my attention.

21  Q     What was that request?

22  A     The request regarded a meeting between two targets and

23  two CIs and we were requested to carry out an electronic

24  surveillance of this meeting.

25          MR. GOODMAN:   Your Honor, I wonder if it is possible

1   to put the screen out of the way because I cannot see the

2   witness from where I'm sitting.

3           THE COURT:  Okay.

4           MR. GOODMAN:  Thank you.

5   Q    What, if anything, did you do in response to that

6   request?

7   A    After we received the request, first of all, we checked

8   the names of the CI persons in our system to make sure that

9   everything was okay.  And we took care of the formalities to

10  make it possible to carry out this operation.  We contacted

11  the prosecutor to make sure that we had the legal frame to

12  carry out this operation.

13  Q    Was that a German prosecutor or an American prosecutor?

14  A    It was a German prosecutor.

15  Q    What did you do next?

16  A    Then we contacted all the units within our office who

17  were going to be involved in this operation and that is the

18  unit CB-44 which is the mobile operation unit and the ST-31

19  which is in charge of criminal investigation.

20  Q    What did you do after you notified those individuals?

21  A    We arranged a meeting, an operational meeting on

22  December 11th to discuss the details of the operation.

23  Q    Who attended the meeting?

24  A    The prosecutor was present, the head of CB -- of ST-31,

25  CB-44, my office and the people who were going to be carrying

1   out the operation.

2   Q     Once again, that was the German prosecutor?

3   A     Yes, that was the prosecutor in charge in Frankfurt,

4   Germany.

5   Q     What happened at that meeting?

6   A     We discussed the details and who was going to be in

7   charge of what during the operation and we set up a general

8   plan about how this operation was going to be run.

9   Q     What was the general plan, investigative plan that you

10  came up with?

11  A     The general investigative plan was to prepare two hotel

12  rooms at a hotel in Frankfurt and to survey, monitor the

13  contacts between the target persons and the CIs.

14  Q     Eventually was a specific hotel selected?

15  A     The Sheraton Airport Hotel in Frankfurt.

16  Q     After the meeting on December 11th, 2002 what were your

17  responsibilities and duties in connection with this operation?

18  A     My job was to prepare the operation, especially in

19  getting the formal and legal requirements for using the CIs.

20  Q     What did you do -- when did the CIs arrive in Germany?

21  A     If I recall correctly, on January 6, 2003.

22  Q     What did you do once they arrived there?

23  A     The evening of that same day we had our first meeting

24  together with our colleagues of the FBI to get to meet each

25  other and to discuss the plan.

1  Q     After that first meeting, over the course of the

2  operation how much contact did you have with the CIs?

3  A     We had daily contacts as long as they were in Germany.

4  How many contacts per day I don't recall.

5  Q     Were FBI agents always there when you met with the CIs?

6  A     Yes, this was an operation we carried through together

7  and these meetings were always with our colleagues from the

8  FBI.

9  Q     And what was the purpose of your meetings with the

10 informants?

11 A     To instruct them what they were supposed to do during

12 their meetings with the targets and at the end of those

13 meetings to debrief them about the information they had

14 gathered.

15 Q     How many days did the undercover operation last in

16 Germany?

17 A     Altogether, four days.

18 Q     Where did you meet with the CIs during that time?

19 A     At the Hotel Sheraton in Frankfurt in a separate room.

20 Q     What type of hotel was the Sheraton in Frankfurt?

21 A     The Sheraton hotel is a large business hotel directly

22 adjacent to the airport and connected to the airport through a

23 sky walk.

24 Q     Was the regular business operation of the hotel disrupted

25 by the undercover operation?

1   A      No.

2              MS. MOORE:   Your Honor, may I approach?

3              THE COURT:   You may.

4   Q      Let me show you what's been premarked for identification

5   as Government Exhibit 13 A and ask you if you recognize it?

6   A      Yeah, that's the lobby of the hotel.

7   Q      Does this photograph fairly and accurately depict what

8   that lobby looked like in January of 2003?

9   A      Yes, with more people in the lobby.

10             MS. MOORE:   Your Honor, I offer Government

11  Exhibit 13 A.

12             THE COURT:   Have you shown it to your colleagues?

13             MS. MOORE:   I have.

14             THE COURT:   Any objection?

15             MR. MARKS:   No, Your Honor.

16             MR. GOODMAN:   No objection.

17             THE COURT:   It's received.

18             MR. GOODMAN:   May I see the exhibit?

19             (Pause.)

20  Q      During the undercover operation at the Sheraton Hotel

21  were the BKA agents involved in that operation in plainclothes

22  or uniform?

23  A      They were wearing civillian clothes.

24  Q      During the four days that you were involved in this

25  operation did you ever observe any German soldiers anywhere in

1    that hotel?

2    A    No.

3    Q    Did you ever observe anyone openly carry a gun?

4    A    No, this was an undercover operation so this was not

5    indicated.

6    Q    When did the undercover operation end?

7    A    On January 10th.

8    Q    2003?

9    A    Yes.

10            MS. MOORE:  Your Honor, may I have a moment.

11            THE COURT:  Yes.

12            (Pause.)

13            MS. MOORE:  No further questions, Your Honor.

14            THE COURT:  Cross.

15            (Pause.)

16            THE COURT:  Just a second.  Why don't you get that

17    stand and put it on the stand.

18            MR. GOODMAN:  Thank you, Your Honor.  Good idea.

19            THE COURT:  And I suggest you put it someplace

20    around here.

21            MR. GOODMAN:  Can you see it, sir?

22            THE WITNESS:   Yes.

23            THE COURT:  If the witness can't see it, he can step

24    down.

25    CROSS-EXAMINATION

1    BY MR. GOODMAN:

2    Q    Who took this picture?

3    A    I don't know.

4    Q    When was it taken?

5    A    I don't know.

6    Q    Is there anybody -- do you have any explanation as to why

7    this picture has this kind of fuzzy look to it?

8    A    No.

9    Q    Do you know if there's anybody in the lobby at all?

10   A    On this picture I only see some people on the left.

11            MR. GOODMAN:  Could I ask the witness to step down

12   and point that out.

13            THE COURT:  Go ahead.

14            (Witness steps down.)

15            THE WITNESS:  It looks as if there's people

16   (indicating) but I'm not sure, I can't be sure.

17            MR. GOODMAN:  Okay.  Thank you.

18            (Witness resumes the stand.)

19   Q    Now, when you say targets, you mean Sheikh Al-Moayad, the

20   defendant here, and Mr. Zayed; is that correct, sir?

21   A    Yes.

22   Q    And did you see them at all during the four-day period

23   that we're talking about which would be January 7th to

24   January 10th?

25   A    Directly in person, no.

1    Q    You saw them on a television monitor?

2    A    Yes.

3    Q    In their room and in the CI's room; is that correct, sir?

4    A    Yes.

5    Q    And did you ever see them in that hotel lobby?

6    A    No.

7    Q    Now, where were you watching the TV monitor when you

8    could watch these two gentlemen during that four-day period?

9    A    In a separate room.

10   Q    Who was with you in that room?

11   A    Several people, most of them were technicians.

12   Q    Was there an Arabic translator?

13   A    No.

14   Q    And any time while you were in that room was either of

15   the CIs, the confidential informants with you?

16   A    No.

17   Q    Do you speak Arabic?

18   A    No.

19   Q    Do you know whether any of the technicians spoke Arabic?

20   A    No.

21        (Pause.)

22        THE COURT:  Let's go.

23        MR. GOODMAN:  Yes, Your Honor.

24   Q    You say you also had regular meetings with the CIs in

25   which you instructed them as to how to proceed during the next

1    meeting they were to have; is that correct?

2    A    Yes.

3    Q    How often did you have those meetings?

4    A    That depended on the course of the events but definitely

5    daily.

6    Q    Sometimes more than once a day?

7    A    Yes.

8    Q    Did you take notes of those meetings?

9    A    No.

10   Q    How did you know what had happened -- withdraw that

11   question, I'm sorry.

12        Were the instructions which you gave to the

13   confidential informants based upon what had happened at the

14   previous meeting between them and the targets?

15   A    Yes.

16   Q    How did you know what had happened during the previous

17   meeting between the CIs and the targets?

18   A    Two sources, once we knew what happened during the

19   previous meetings from the CIs who we debriefed and also there

20   were rough translations made of the conversations taking place

21   of which we had a transcript.

22   Q    Were those transcripts in German or in English?

23   A    Some were in English, some were in German.

24   Q    Do you have copies of those transcripts with you?

25   A    No, that was not my task, that was the job of the

1    investigative unit.  I've never seen them.

2    Q    Now, in part, your briefing or the instructions to the

3    CIs was based on what they had told you had occurred, is that

4    correct?

5    A    Correct.

6    Q    So, in order to instruct them you had to believe them; is

7    that correct?

8    A    Yes, first of all, we listened to --

9    Q    Excuse me.  I simply asked the witness whether or not

10   that was correct, in order to instruct them he had to believe

11   what they told him.

12           THE COURT:  He can answer yes or no.

13           MS. MOORE:  Your Honor, I ask that his original

14   answer be translated.

15           THE COURT:  How do you know it is not translated?

16           MS. MOORE:  Because he was cut off by the defense

17   counsel and asked to say just say yes or no when the question

18   required more than a yes or no answer.

19           MR. GOODMAN:  Without conceding that it required

20   more than a yes or no answer, I will agree that we can have

21   the full answer repeated and then I'll ask him for a yes or

22   no.

23           THE COURT:  Do you recall the question?  You can ask

24   him again, Mr. Goodman.

25   Q    Yes.  The question was whether in order to instruct the

1    CIs you had to believe them?

2    A    Yes.

3    Q    You had checked the CIs out before you -- withdraw that

4    question.

5         You had indicated in your direct examination that at

6    some point you checked the CIs out through your sources; is

7    that correct?

8    A    Yes.

9    Q    Did you have any information on them?

10   A    No.

11   Q    You met also with FBI agents regularly; is that correct?

12   A    Yes.

13   Q    Who were the FBI agents?

14   A    I'm not authorized to testify to their names.

15   Q    Who has to authorize that?

16   A    My right to testify excludes testimony on names of

17   certain divisions within -- departments within our

18   organization or names of colleagues or any names.

19        MS. MOORE:  Your Honor, I object to the question on

20   the ground of relevance, the names of the specific agents

21   involved is not relevant.

22        MR. GOODMAN:  I believe that it is relevant, Your

23   Honor, but given the fact that this gentleman is constrained

24   by what he believes to be German law, I'll withdraw the

25   question.

1           THE COURT:  Okay.

2    Q    One final question, you say you received authorization to

3    engage in this operation on January 6th, 2003; is that

4    correct?

5    A    Yes.

6    Q    Which would be a day before the operation started; is

7    that right?

8    A    Perhaps I misunderstood you.  We had the legal

9    authorization for the operation before January 6th but I was

10   only in charge of the legal authorization for using the CI

11   persons.

12   Q    And that you received on January 6th?

13   A    No, we received that before January 6th.

14   Q    All right.  Well, then maybe I misunderstood.  Thank you

15   very much Mr. Wollman.

16   CROSS-EXAMINATION

17   BY MR. MARKS:

18   Q    Good afternoon.  I just have a couple of questions for

19   you.  Who was paying the CIs?

20   A    The FBI.

21   Q    And now, you said that you were watching what was going

22   on in the hotel rooms from another room; is that right?

23   A    Yes.

24   Q    You could see what was going on on video monitors?

25   A    Yes.

1    Q    And you could hear what was going on through speakers?

2    A    Yes, but not in my language.

3    Q    Yes.  And you said that there were technicians in that

4    room?

5    A    Yes.

6    Q    How about FBI agents?

7    A    Yes.

8    Q    But no Arabic translator?

9    A    No, not in that room, no.

10   Q    And to your knowledge, did any of the FBI agents in that

11   room understand Arabic?

12        THE COURT:  I'm going to strike that.

13   Q    Now, you said that you -- that you had meetings from time

14   to time with the informants?

15   A    Yes.

16   Q    Did the FBI participate in those meetings?

17   A    Yes.

18   Q    Now, finally, sir, you said that during the undercover

19   operation you did not see any people carrying guns openly?

20   A    Yes.

21   Q    Where were you when Sheikh Al-Moayad and Mohammed Zayed

22   were arrested?

23   A    In a separate room, in a room of the hotel.

24   Q    Could you see the arrest on a video monitor?

25   A    No.

1    Q    Did you see any of the arresting officers before they

2    went into the room?

3    A    No.

4    Q    Did you see them after the arrest?

5    A    No.

6            MR. MARKS:  No further questions.  Thank you, sir.

7            THE COURT:  Redirect.

8    REDIRECT EXAMINATION

9    BY MS. MOORE:

10   Q    Mr. Wollman, you indicated that you and other agents were

11   able to observe what was going on in one place in the hotel?

12   A    Yes.

13   Q    Are you aware that in addition to the room where you

14   could watch the operation, there was a separate room being

15   monitored by technicians and Arabic interpreters?

16   A    Yes.

17           MS. MOORE:  No further questions, Your Honor.

18   RECROSS-EXAMINATION

19   BY MR. GOODMAN:

20   Q    Were you ever in that second room that Ms. Moore just

21   referred to?

22   A    Yes.

23   Q    And what did -- why would you go into the second room,

24   what was the purpose?

25   A    Because that's where the translation took place.

1   Q    And you were monitoring the translation?

2   A    I saw the translation but I was not listening to any live

3   interpretation.

4   Q    Was there live interpretation?

5   A    Yes, there were interpreters who translated, interpreted

6   there directly.

7   Q    Out loud?

8   A    Normally they were sitting there with headsets.

9   Q    But were they saying -- were they speaking, were they

10  translating simultaneously; in other words, as the

11  conversation was going on, were they say speaking into a

12  microphone or speaking out loud and saying the things that

13  were being said?

14  A    No, as far as I know, no.

15  Q    Were there FBI agents in that room also?

16  A    I don't think so.

17  Q    Were there any times when the CIs were in that room?

18  A    No.

19           MR. GOODMAN:  Thank you.

20           THE COURT:  Mr. Marks?

21           MR. MARKS:  Nothing, Your Honor.

22           THE COURT:  Okay.  You can step down.  Thank you

23  very much.

24           We'll work until we hear from Augie.

25           MS. MOORE:  Okay.  The United States calls Udo

1    Glauner.

2              (Witness takes the stand and is sworn by the Court.)

3    U D O    G L A U N E R, having been first duly

4    sworn was examined and testified through the interpreter

5    as follows:

6              THE COURT:  Have a seat.  State and spell your name

7    for the record.

8              THE WITNESS:  My name is Udo Glauner, U D O,

9    G L A U N E R.

10   DIRECT EXAMINATION

11   BY MS. MOORE:

12   Q    Where are you from?

13   A    I'm from Germany.

14   Q    Where do you work?

15   A    I work for the Bundeskriminalamt.

16   Q    How long have you been with the BKA?

17   A    Since 1978.

18   Q    What is your current title?

19   A    I am supervisor of criminal investigation.

20   Q    Are you assigned to any particular squad?

21   A    Yes.

22   Q    What squad is that?

23   A    It's a squad for technical and physical surveillance.

24   Q    What is your role within that squad?

25   A    I'm head of the department of the field of video and

1   audio surveillance.

2   Q     What is the geographic area in which you work?

3   A     For all of the Federal Republic of Germany.

4   Q     Let me direct your attention to the winter of 2002.  Did

5   you learn of a formal request for legal assistance from the

6   United States and the FBI in an investigation?

7   A     Yes.

8   Q     What was the United States's request for assistance?

9   A     As far as our department was concerned, we were requested

10   to carry out physical and electronic surveillance of a meeting

11   over a certain period of time that was going to take place in

12   Germany.

13   Q     What type of electronic and other surveillance was

14   determined to be needed for the U.S. request?

15   A     There were several surveillance equipments that were

16   needed.

17   Q     To the best of your recollection, can you list them?

18   A     Yes.  First of all, there was the request to wiretap

19   certain facilities within a hotel; the video and audio

20   surveillance of these same facilities; the use of an IMSI

21   catcher.

22         THE COURT:  What is that?

23         THE WITNESS:  It is a device that is used to find

24   out the telephone numbers of mobile telephones.

25         THE COURT:  Go ahead.

1          THE WITNESS:  Audio and video surveillance, and

2     audio surveillance of a vehicle.

3     Q     How much of that was your squad tasked with

4     accomplishing?

5          THE INTERPRETER:  Excuse me.

6     Q     How much of that was your squad responsible for

7     accomplishing?

8     A     It was our task to carry out all these steps and then

9     carry out the surveillance.

10    Q     Did you eventually do all of that?

11    A     Yes.

12    Q     Who supervised it?

13    A     I did.

14    Q     Did you have legal authorization to do it all?

15    A     We had received court order for all measures that we were

16    going to carry out.

17    Q     What was the first thing you focused on to accomplish the

18    technical aspects of this undercover operation?

19    A     Well, first we chose the facilities, the rooms in a hotel

20    in Frankfurt and we inspected them and then we did all the

21    preparation necessary to install the equipment.

22    Q     How long did it take you to install the audio and video

23    recording devices in the hotel room?

24    A     It took us four days.

25    Q     How many rooms --

1          THE COURT:  Just a second, was it four days to

2    install this you said?

3          MS. MOORE:  Yes.

4          THE COURT:  Okay.

5    Q    How many rooms did you wire for sound and audio?

6    A    Two.

7    Q    In what hotel?

8    A    The Sheraton Airport Hotel in Frankfurt.

9    Q    What type of rooms were they?

10   A    Two suites.

11         MS. MOORE:  Your Honor, may I approach the witness?

12         THE COURT:  You may.

13   Q    Let me show you what's been premarked for identification

14   as Government Exhibit 13 B and ask you if you recognize it?

15   A    Yes.

16   Q    What is it?

17   A    It's the layout of one of the hotel rooms where the

18   targets were and one of the facilities that we prepared for

19   surveillance.

20         MS. MOORE:  I offer Government Exhibit 13 B.

21         MR. GOODMAN:  No objection, Your Honor.

22         MR. MARKS:  No objection, Your Honor.

23         THE COURT:  Received.

24         THE COURT:  You can put it up on this thing here.

25         MR. GOODMAN:  May I look at it?  I'll come around.

1  Q    You indicated that that was a target's room; is that

2  correct?

3  A    Yes.

4  Q    Did the informant's room look the same?

5  A    Yes, it was the same room, the mirror image of each

6  other.

7  Q    After installing the technical surveillance equipment in

8  the hotel rooms did your squad do anything else?

9  A    Well, after we installed the necessary equipment we ran

10  some tests to see and improvised some scenes to make sure that

11  the technical devices were functioning properly.

12  Q    And when did you run those tests?

13  A    In the late afternoon of June 5th, 2003 immediately after

14  we had finished the installation.

15        MS. MOORE:  This question is directed to the

16  interpreter.  Did he say June 5th or January 5th?

17        (Interpreter confers with the witness.)

18        THE INTERPRETER:  I think he said January 5th,

19  sorry.

20  Q    When did the targets of the investigation arrive in

21  Germany?

22  A    In the morning of January 7th.

23  Q    Were you working on that day?

24  A    Yes.

25  Q    What did you do?

1   A     I supervised the operation in the way that I made sure

2   that all the devices were installed and that all my agents who

3   were working that day were in place.

4   Q     Was there a room where the actual audio and video

5   recordings from the hotel rooms were being recorded?

6   A     Yes.

7   Q     Can you describe what was in that room?

8   A     Yes, in this room were all the necessary recording

9   devices to record the wiretap telephone lines and the video

10  and audio surveillance.

11  Q     How was that room staffed during the undercover

12  operation?

13  A     There were two people from my department, two technicians

14  who worked there in 12-hour shifts; there were two

15  interpreters who interpreted the audio part and the CI

16  handlers of the FBI and our own CI handlers.  But the CI

17  handlers only dropped in from time to time when there were

18  conversations going on in the surveilled room.

19          MR. GOODMAN:  Excuse me, I'm sorry, I could not hear

20  the German translator and I wonder whether or not I may impose

21  upon the Court and the reporter to read back the last full

22  answer.

23          THE COURT:  Yes.

24          (Whereupon, the record was record.)

25  Q     How many hours a day did your agents work in that room?

1   A     The rooms were staffed around the clock and our people

2   worked in two shifts of 12 hours each.

3   Q     Who supervised the BKA agents who staffed that room?

4   A     I did.

5   Q     What were their responsibilities?

6   A     They were instructed to make sure that the recording

7   devices were functioning correctly at all times and that the

8   recording took place properly and that the interpreters got

9   the best possible signal at all times.

10  Q     What were their instructions if a tape filled up while

11  they were working a shift?

12  A     Well, as we always do, the labels are -- the full tape is

13  taken out, it is labeled with the exact time of when it is

14  taken out and it is sealed and put in a safe place and a new

15  tape is inserted again with the exact time of the insertion on

16  the label.

17  Q     When you say it is put in a safe place, where is it put

18  at that point?

19  A     In our room there was a safe where these tapes were

20  locked.

21  Q     Who knew the combination to that safe?

22  A     I and my associates knew the combination.

23  Q     What were the audio and video recordings from the hotel

24  rooms recorded onto?

25  A     The audio recording was recorded on a device from the

Page 110

1    company Atis, A T I S.  And the video recordings were recorded

2    on a digital computer made by the company Alkatraz.

3              THE COURT:  Just a second, can you spell that.

4              THE INTERPRETER:  A L K A T R A Z.

5    Q    And what form did the end product take that the items

6    were recorded onto?

7    A    The recording, the audio recordings were done on magnetic

8    tapes, Atis tapes, and the video recordings on a digital hard

9    drive.

10   Q    How many copies of the Atis audiotapes were recorded from

11   the onset?

12   A    In Germany we have to, it's -- that's the requirement to

13   have two identical tapes of the audio recordings.

14   Q    For how long did the undercover operation last?

15   A    The operation started with the arrival of the targets on

16   January 7th and ended with the arrest of the targets on

17   January 10th at 10:33 in the morning.

18   Q    Where were the original audio and video recordings from

19   the hotel rooms kept during the operation?

20   A    The four tapes were kept in the safe that I mentioned

21   earlier and those which were still in the computers in the

22   devices were still there.

23   Q    When were they removed from the recording room?

24   A    At the end of the operation on January 10th the tapes

25   were removed from that recording room, were brought to our

1    office where I locked them in a vault.

2    Q    You personally did that?

3    A    Yes.

4    Q    How long were the original audio recordings from the

5    rooms in Germany?

6    A    One original set of tapes was handed over by me

7    personally in mid-January to the FBI agent Danny Boyd in

8    Frankfurt.

9    Q    That's the FBI agent stationed in Frankfurt?

10   A    Yeah, that's the FBI liaison officer in Frankfurt.

11              THE COURT:  LEGAT?

12              MS. MOORE:  Yes.

13              THE COURT:  They call him LEGAT, legal attache.

14   Q    Let me show you what have been --

15              MS. MOORE:  May I approach, Your Honor?

16              THE COURT:  You may.

17   Q    Let me show what you have been premarked for

18   identification as Government Exhibits 18 A through C

19   and 19 A through C.

20              (Pause.)

21   A    Yes.

22   Q    Do you recognize them?

23   A    Yes, those are the tapes that I handed over to the LEGAT.

24              THE COURT:  Legal attache.

25              THE WITNESS: LEGAT, Danny Boyd.

1   Q    How do you recognize them?

2   A    During the transfer or handing over procedure the tapes

3   were labeled with the appropriate number and the time of

4   recording.  The white sticker here is our sticker where we

5   write down the number of the file, the room that was surveyed

6   and the time of surveillance.  And during the handing over of

7   the tapes I initialed this label on the lower right side and

8   Danny Boyd initialed it in the upper left corner.

9   Q    And when did you give those tapes to Danny Boyd?

10  A    I know it was in the middle of January.  I don't remember

11  the exact date but it should be in the documents.

12  Q    It was in the middle of January 2003?

13  A    Yes.

14  Q    I'm going to show you what's been premarked for

15  identification as Government Exhibit UG-1.  I ask you to take

16  a look at it.

17  A    Yes, this is the letter that confirms the transfer of

18  these tapes, of the wire tapes from the -- the wiretapping

19  from the telephones and the vehicle and the date on this

20  letter is January 17th, 2003.

21  Q    Does that refresh your recollection as to the specific

22  date when you turned those original audiotapes over to Danny

23  Boyd?

24  A    Yes.

25  Q    And what was that date?

1   A    January 17th, 2003.

2           MS. MOORE:  Your Honor, I offer Government Exhibits

3   18 A through C and 19 A through C in evidence.

4           MR. GOODMAN:  Request for voir dire on those

5   exhibits, Your Honor.

6           THE COURT:  Go ahead.

7   VOIR DIRE EXAMINATION

8    BY MR. GOODMAN:

9   Q    How many separate exhibits are there, sir, how many

10  separate tapes are there?

11  A    Can you specify your question, do you mean the number of

12  tapes or how many copies?

13  Q    Cassettes, how many cassettes?

14  A    There are three cassettes for the room 622, which was the

15  room with the targets, and three cassettes of the room where

16  the CIs were.

17  Q    Do these tapes cover continuous audio recording of both

18  rooms over all -- the whole operation?

19  A    Yes.

20  Q    Are there any interruptions in any of the tapes?

21  A    Yes.

22  Q    Does he have any record of where or when the

23  interruptions have occurred?

24  A    No.

25  Q    How many interruptions are there?

1    A    I don't know.

2    Q    How long are the interruptions?

3    A    The sequences which we checked had interruptions which

4    went from some seconds to longer periods.

5    Q    How long is the longest?

6    A    I can only testify to those sequences that we checked and

7    the longest interruption there was 20 seconds.

8    Q    Are there interruptions -- withdraw that question, I'm

9    sorry.  You indicated you only -- withdraw that question.

10            What percentage of the taped conversations or taping

11   did you check?

12   A    We checked a certain time period.

13   Q    What time period?

14   A    I think it was on January 7th.

15   Q    How long was the time period that you checked?

16   A    We checked the time from 7 p.m. till 7:20 and compared

17   all the recordings.

18   Q    How many hours of recordings are there for both rooms?

19            MS. MOORE:  Objection, Your Honor.  This seems to be

20   exceeding the scope of voir dire on these tapes.

21            THE COURT:  No, I don't think they are but you're

22   going to wind up soon.

23            MR. GOODMAN:  I am winding up soon.

24   A    I have to check the tapes or this letter.

25   Q    Well, you may do so.  Is he able to approximate as to the

1    approximate number of hours?

2    A    The recording was continuous, started in one room on

3    January 6th, the other one on January 7th, and was completed

4    on January 10th at 10:35 so it is easy to calculate.

5            MR. GOODMAN:  Thank you.

6            I object to the exhibit, Your Honor.  These are not

7    complete recordings of the period -- of the places and periods

8    in question because there are interruptions and they've only

9    been checked for a very small percentage of the overall

10   period.

11           THE COURT:  Okay.  Mr. Marks?

12           MR. MARKS:  I don't object, Your Honor.

13           THE COURT:  Received.

14   DIRECT EXAMINATION (Cont'd.)

15   BY MS. MOORE:

16   Q    Did you keep a set of those tapes, Government Exhibits

17   18 A through C and Government Exhibits 19 A through C in

18   Germany?

19   A    Yes.  As I said earlier, we are required to make two

20   original tapes of the recordings and the other one we kept in

21   Germany and handed it over to the appropriate office where it

22   is kept in a safe place.

23   Q    Were the videotapes, the Alkatraz videotapes turned over

24   to the FBI at the same time as those audiotapes?

25   A    No.

1    Q    Do you know approximately when they were turned over?

2    A    It was approximately in December of 2003.

3    Q    Let me show you what have been premarked for

4    identification as Government Exhibits 17 A and B and

5    16 A and B.

6            THE COURT:  Are you going to be long with this

7    witness, Ms. Moore?

8            MS. MOORE:  A couple of more pages, Judge.

9            THE COURT:  Okay.

10   Q    Do you recognize them?

11   A    Yes.

12   Q    What are they?

13   A    Those are the hard drives of the previously mentioned

14   video computer, Alkatraz, which are also labeled with the file

15   number, the room number that was surveilled and the time

16   period during which the surveillance took place.

17   Q    For which hotel room is Government Exhibits 16 A and B?

18   A    It was the surveillance of room 6222, the room of the

19   targets.

20   Q    How about Government Exhibit 17 A and 17 B?

21   A    Room of the CIs.

22   Q    Do those hard drives contain only video recordings or do

23   they also contain audio recordings?

24   A    These hard drives contain video and audio recordings.

25   Q    Did you keep a copy of those video recordings in Germany?

1    A    Yes, before we handed over the hard drives we also made a

2    copy for ourselves.

3           MS. MOORE:  I offer Government Exhibits 16 A and B

4    and 17 A and B in evidence.

5           MR. GOODMAN:  Voir dire, if I may?

6           THE COURT:  Go ahead.

7    VOIR DIRE EXAMINATION

8    BY MR. GOODMAN:

9    Q    Have you checked these exhibits, sir?

10   A    You mean our copies?

11   Q    No, the ones in front of you?

12   A    We have identical copies of those.  And when we tested

13   the videos in Germany, of course, we had to use what we had,

14   we couldn't use these tapes.

15   Q    So, the answer to my question is no?

16   A    No, the question is yes.

17   Q    You tested those exhibits that are marked exhibits or

18   your copies back in Germany?

19          THE COURT:  Just a second.  What do you mean by

20   test?

21          MR. GOODMAN:  I'm about to ask that, whether or not

22   he determined whether there were any interruptions, whether he

23   determined --

24          THE COURT:  Ask him the question.

25   Q    All right.  Did you determine whether there were any

1   interruptions on the tapes?

2   A    Yes.

3   Q    How long were the interruptions?

4   A    Yeah, following the instructions we received from the

5   United States we tested audio and videotapes for the time

6   between seven and 7:20 p.m. and found out that the same

7   interruptions exist on both.

8   Q    The same interruptions exist on the cassettes?

9   A    Yes, but the interruptions on the video is delayed by

10  40 seconds which is -- the reason for which being that the

11  time, the clocks were not set the same way on audio and video.

12          THE COURT:  They were not synchronized?

13          THE WITNESS:  Correct.

14  Q    Who instructed him to test only from seven to 7:20 on

15  January 7th?

16          THE COURT:  Don't give a name.

17          MR. GOODMAN:  That was from the United States,

18  that's right.  I'm not interested in a name.

19  A    The request came from the FBI in New York.

20  Q    Are those tapes, the Exhibits 16 and 17, capable of being

21  opened on a computer that we would have here in the United

22  States?

23  A    Of course.

24          MR. GOODMAN:  Again, Your Honor, same objection.  I

25  don't think that these are verified and --

```
 1              THE COURT:  Okay, you've got the same objection.

 2              Mr. Marks.

 3              MR. MARKS:  Just one question.

 4   VOIR DIRE EXAMINATION

 5   BY MR. MARKS:

 6   Q    Have you looked at these tapes, sir?

 7   A    Yes.

 8   Q    Have you viewed them?

 9   A    Which tapes?

10   Q    I'm sorry, I'm talking about the hard drive.

11   A    We compared the dropouts on the hard on -- on these hard

12   drives with the dropouts on our copies and they are identical.

13              MR. MARKS:  No objection.

14              THE COURT:  Received.

15

16   DIRECT EXAMINATION (Cont'd.)

17   BY MS. MOORE:

18   Q    As you just indicated, are you aware that parts of the

19   recorded conversations have audio failures or dropouts?

20   A    Yes.

21   Q    Were you and your team aware that that was happening at

22   the time of the undercover operation in January 2003?

23   A    No.

24   Q    When did you find out?

25   A    In the course of last year we were informed by the FBI
```

1   that they found during the evaluation of the evidence certain

2   dropouts.

3   Q    What, if anything, did you do when you were advised of

4   that?

5   A    We tested the identical copies that we still had in

6   Germany of these hard drives and found those same dropouts.

7   Q    So, the copies of the recordings that you kept in Germany

8   have the same gaps as the originals sitting in front of you?

9   A    That's correct.

10  Q    So, those gaps existed at the time the evidence was

11  turned over to the FBI; is that correct?

12  A    Yes.

13  Q    Did you or your agents do anything intentionally to cause

14  those gaps?

15  A    No.

16  Q    Do you know what caused the gaps?

17  A    For audio recordings on Atis we have a voice control

18  lever and if the volume of the voice that we are recording

19  drops below this certain level, the Atis computer keeps

20  recording for 15 seconds; if the voice level doesn't reach a

21  certain level then the recording is stopped totally.  If it

22  comes back to a certain peak above this level, then the

23  recording is continued.

24  Q    After you received the request from the FBI to review

25  your copies of the evidence did you notice anything else about

1    the Alkatraz recordings?

2    A    Yes.

3    Q    What did you discover about the Alkatraz?

4    A    We discovered that on the Alkatraz recordings we always

5    have the live video of the rooms surveyed but not always the

6    live audio.

7    Q    How did that happen?

8    A    The sound recorded on Atis has an output that records the

9    same audio sound on the Alkatraz.  And the conversation that

10   is being listened to, the live conversation is the one that is

11   always put out and when there were moments when there was no

12   conversation or nothing going on in the rooms, the

13   interpreters took advantage of this time off and used it to

14   listen to previous old conversations.

15   Q    And were those previous old conversations then recorded

16   onto the Alkatraz recordings?

17   A    That is correct.

18   Q    So, you could have a video of no one in the room with

19   audio of an old conversation on the Alkatraz recordings?

20   A    That's exactly how it is.

21   Q    Did the relistening of old conversations in any way

22   affect the Atis audio recordings?

23   A    No.  The Atis computer is functional, it always records

24   live even if some old conversations are listened to.

25   Q    So, just to be clear, if there were a point where the

1    defendants were in the room sleeping and snoring and the

2    interpreters went back to relisten to an old conversation at

3    that point, what audio would be on the Alkatraz machine and

4    what audio would be on the Atis machine?

5         THE COURT:  Are you just about through, how long?

6         MS. MOORE:  Two more minutes, maybe one more minute.

7    A    So, on the Alkatraz you would have the recording of these

8    old conversations the interpreters were listening to, on the

9    Atis you would have what was actually happening in the room.

10   So, if the defendants were in bed snoring, the Atis was

11   recording snoring so nothing was ever being lost.

12   Q    You mentioned in addition to the technical surveillance

13   your squad also did some physical surveillance; what was the

14   operational plan with respect to the physical surveillance?

15   A    The targets, when they left the hotel room they were

16   physically surveilled around the clock 24 hours a day.

17        MS. MOORE:  No further questions.

18        THE COURT:  I don't know if I ruled on the

19   application 18 A through C inclusive and 19 A through C

20   inclusive but if I didn't, they are received in evidence.

21        THE COURT:  How long is it going to take for cross,

22   and I ask this question because it is 1:40, the food is

23   inside, we can finish up yours or we can let the jury go and

24   have their lunch.

25        MR. GOODMAN:  I would prefer a break at this time,

1    Your Honor.

2              THE COURT:  You got it.  All right, ladies and

3    gentlemen.  We'll come back at -- you've been very good so you

4    come back 3 o'clock -- 2:40.  Okay.

5              (Jury leaves courtroom.)

6              (Recess taken.)

7              (Continued on next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (THE FOLLOWING TAKES PLACE IN CHAMBERS.)

2          THE CLERK:  I came out, I was going into the jury

3    room to check on the jurors, one of the jurors asked to talk

4    to me, came out -- actually I talked to the first juror with

5    the work and I told the juror that the judge called their job

6    and they said they would work something out.  I told the juror

7    to talk to him Monday when they go back to work what exactly

8    that means.

9          THE COURT:  What it was, to make the record

10   complete; the juror we spoke to, I forgot his name, with the

11   problem with the job, I called this person, I don't know who

12   it was, and he seemed sympathetic.  He said that have this

13   juror, I don't know his name, to have this juror give him a

14   call and see if they can work something out.  He didn't know

15   whether he could pay him or not but and then Augie tells me

16   this, there's one juror --

17         THE CLERK:  This big guy was in hysterics, came out,

18   talked to me, I closed the door.  He says basically he's

19   scared, he says these guys -- he's scared of these guys, he's

20   afraid that they'll follow me, they'll -- and he's not afraid

21   for himself, he's afraid for his kids and then at that point

22   it looked like he was going to start to cry a little.

23         U.S. MARSHAL:  He's crying now.

24         THE CLERK:  He was crying a little.  So, at that

25   point I closed the door and I didn't bring him back, I didn't

1    place him back into the room so that the other jurors wouldn't

2    be compromised.

3            MS. MOORE:  Your Honor, the last time that happened

4    in a case of mine it was in front of Judge Gleeson and Judge

5    Gleeson spoke to the juror.

6            THE COURT:  I'm going to speak to him.

7            MS. MOORE:  And basically assyured him in that case,

8    it didn't happen to be an anonymous jury as it is in this

9    case, but gave him the assurance that juries are safe, there

10   are special precautions, there's no way this juror is going to

11   get hurt and, you know, there's no reason to think at all

12   there should be any harm to him; perhaps, in your experience

13   on the bench and otherwise you've never seen a juror get hurt

14   and that may reassure him sufficiently.

15           THE COURT:  I might not use those words but.

16           MS. CHEN:  We have special precautions in this case.

17           MR. MARKS:  I'm very troubled by this, deeply

18   troubled by this.  My concern is that this juror, that maybe

19   there's nothing that Your Honor can say to placate him.

20           THE COURT:  Well, I'm going to try anyway.

21           MR. MARKS:  All right, sure.

22           (Continued on next page.)

23

24

25

HOLLY DRISCOLL, CSR
OFFICIAL COURT REPORTER

Page 126

1          THE CLERK:  This is the same juror too that had the

2   problem with Tuesday, with his kid's school.

3          THE COURT:  This is the same juror who objected to

4   being picked up by the marshals.

5          MR. MARKS:  Is this the locksmith?

6          THE MARSHAL:  Also the one that keeps on bringing a

7   knife this building into the courthouse.  We take it at the

8   front door.  So he is not being the most cooperative person

9   with us.

10         THE COURT:  That is the same guy?

11         THE MARSHAL:  Same guy.

12         THE COURT:  I'm going to bring him in and we'll talk

13   to him.

14         MS. CHEN:  I wasn't quite sure of the status of the

15   union worker.

16         THE COURT:  I spoke to someone, whoever.  He told me

17   to call and I informed him that he was on this trial and that

18   he on would get paid for six days and he said yes.  I told him

19   this is a very important trial, it has been in the newspaper

20   and could you pay him or could you do something.  He said I'll

21   work with you.  I don't know about paying him for six weeks

22   but tell him to call me and we'll see if we can work something

23   out.

24         (Juror enters chambers.)

25         THE COURT:  Have a seat.  I understand you are kind

1    of upset.

2              A JUROR:  Yes, sir.

3              THE COURT:  There is nothing to be upset by.  One of

4    the things that we do, the only concern that any of us have is

5    the media.  That is why they have all the jurors together and

6    they pick you up and drop you off.

7              A JUROR:  Sir, she is talking about Al-Qaeda, the

8    terrorists and the people that are killing people left and

9    right.  I have a family at home.  Four years in the marines.

10   What they did to me before I had kids, I didn't give a damn.

11   I have to worry about my kids.  These guys can go after my

12   family.  Come hell or high water, I'm not going to risk my

13   children.

14             THE COURT:  I was in the Marine Corps too and if

15   anybody was going to do anything, it would be the prosecutor

16   or the defense counsel.  They are not concerned with you.

17             A JUROR:  I can't risk that.  I can't.  I'm sorry.

18   That is crazy, we're all going to happily gamble as to whether

19   my family is safe?  I can't do that.  You want to throw me in

20   jail, throw me in jail but I'm not going to stand down one way

21   or the other on people that she is telling me are blowing

22   people up.  You are confirming that these people are

23   terrorists and now you are telling me to put my family on the

24   line.

25             THE COURT:  We didn't say they were terrorists.

SEALED PROCEEDINGS IN CHAMBERS

Page 128

1          A JUROR:  This is too big a risk for my family.

2    This is crazy.  This is crazy.  You drop -- every morning you

3    pick me up at the same spot, drop me off at the same spot.  If

4    anybody wanted to follow me, they could follow me to where

5    they drop me in the van.  And you can give numbers,

6    descriptions, colors, they will find out where I live in 10

7    minutes.

8          THE COURT:  Step outside a second.

9          (Juror leaves chambers.)

10          MS. MOORE:  Your Honor, I think under the

11    circumstances, it would appear appropriate to release the

12    juror.

13          My concern is that I'm afraid that jurors as they

14    start vanishing through the days will think oh, I can come in

15    and get off too.

16          THE COURT:  I'm afraid of that also but I have to

17    deal with this situation right here.

18          MS. MOORE:  With respect to him, I can't see any way

19    around it.

20          MR. GOODMAN:  My client can't get a fair trial from

21    this juror, absolutely.

22          THE COURT:  We'll release him but in a situation

23    where he won't contaminate the juror.

24          MR. MARKS:  Exactly.

25          MS. MOORE:  Perhaps we can do it in the guise of he

SEALED PROCEEDINGS IN CHAMBERS

Page 129

1    has this appointment for his kid tomorrow that he can't miss.

2             THE COURT:  I won't say anything.

3             MR. MARKS:  I would like to know if he has talked to

4    any of the other jurors about this.

5             THE COURT:  Augie says that he stopped him and took

6    him aside so he wouldn't contaminate the others.

7             MR. MARKS:  I want to be sure that that took care of

8    the problem because if he has talked to any of the other

9    jurors about this, then it's something that we ought to know

10   because maybe your Honor could take some measures to make sure

11   that he doesn't infect them.

12            THE CLERK:  Bring him back in?

13            THE COURT:  Yes.

14            (Juror enters chambers.)

15            THE COURT:  Have you spoken to anyone else about

16   your concerns?

17            A JUROR:  No, other than talking to my wife.

18            MR. MARKS:  What about members of the jury, have you

19   talked to any of the other jurors?

20            THE WITNESS:  No, they are all happily joking.  They

21   are not realizing what is going on.

22            THE COURT:  They do realize what is going on.  But

23   do you have any books or bags in the jury room?

24            A JUROR:  I have my coat.

25            MR. MARKS:  Could somebody go and get that for him.

SEALED PROCEEDINGS IN CHAMBERS

Page 130

1            THE COURT:  Please keep quiet.

2            What does your coat look like?

3            A JUROR:  It's a brown coat with a vest.  It's on

4    the chair.  It's the second chair in.

5            THE COURT:  Augie, would you be able to get his

6    coat?

7            He has this appointment with his kid?

8            THE CLERK:  Do you still have the appointment for

9    tomorrow?

10           A JUROR:  My wife would have called.  I don't know.

11           THE CLERK:  Okay.

12           THE COURT:  You are bringing it back here?

13           THE CLERK:  I'm going to get the coat and he can

14   leave.  He will just go.

15           THE COURT:  Will you wait outside.

16           THE CLERK:  No, we'll walk him outside so the press

17   doesn't talk to him.

18           A JUROR:  I'm not talking to anybody on this.  I

19   don't need to have anybody know anything about me.

20           THE CLERK:  We'll get him out one of the other ways.

21           MR. GOODMAN:  Good luck.

22           (Juror leaves chambers.)

23           MR. GOODMAN:  Can we have a few more minutes for

24   lunch.  I want to take a look if we can open up their hard

25   drives.

SEALED PROCEEDINGS IN CHAMBERS

Page 131

1          MS. MOORE:  You can't.  The copies of the hard

2    drives that you have are the same.

3          MS. CHEN:  More important, you shouldn't be messing

4    with them.

5          THE COURT:  How long are you going to be with this

6    guy?

7          I want to move right along.

8          MR. GOODMAN:  A few minutes.  I'm not going to delay

9    anything.

10          I'll try not to, really.

11          (Luncheon recess.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2          (Whereupon, the afternoon session began at afternoon

3    3:05 p.m.)

4          (Jury in at 3:05 p.m.)

5          THE COURT:  Have a seat, ladies and gentlemen.

6          Ladies and gentlemen, when I'm on trial, my jury is

7    my main concern but I do have other things, other trials and

8    other matters so that's why the 20 minute delay.

9          I like to keep you informed on what is going on.

10   Hopefully after this witness, we are going to have four short

11   witnesses and then that will be conclude and it shouldn't be

12   too long, direct and cross-examination.

13         MR. GOODMAN:  Thank you, your Honor.

14   CROSS-EXAMINATION

15   BY MR. GOODMAN:

16   Q    Good afternoon, Mr. Glauner.

17         THE COURT:  18 A through C inclusive and 19 A

18   through C inclusive.

19   Q    Exhibits 18 and 19, if I may, how long does each of those

20   individual cassettes run for?

21   A    During -- exactly during the time that the cassettes are

22   labeled for --

23         THE COURT:  Do you see it?

24         MR. GOODMAN:  Yes, it's in German but I can more or

25   less make it out.

Glauner/Cross/Goodman

Page 133

1   Q    My question really was:  What is the -- if you were to

2   run one of those cassettes, go through an entire cassette, how

3   many hours is on each one, how many hours of capacity does

4   each cassette have?

5   A    I can't estimate.  For instance, if I look at the label

6   of this first cassette, it started on January 5th and finished

7   on January 10th.

8           THE COURT:  No, I think is your question is it a 60

9   minute tape or is it a 120 minute tape?

10          If you know?

11          THE WITNESS:  I would have to check.

12          No, I don't know.

13          THE COURT:  He doesn't know.

14          MR. GOODMAN:  Okay.

15  Q    On a hard drive, turning your attention to the hard

16  drive, sir, you indicated that at times the sound is played

17  over and over several times, is that right, sir?

18  A    No, I did not say that.

19  Q    Then I misunderstood.  I thought you had indicated that

20  at times when the translators or interpreters were listening

21  to all recordings, it would get recorded onto the hard drives,

22  was I incorrect?

23  A    Yes.

24  Q    So does that happen only once or are there other

25  incidences where the same sound sequence is repeated several

Glauner/Cross/Goodman

Page 134

1    times on the hard drive?

2    A    Well, if the interpreter, translators listen again and

3    again to the same old conversation, the same old conversation

4    will appear several times on the hard drive.

5    Q    Did that happen?

6    A    I don't know.  I don't know the language that they were

7    listening to.

8    Q    Did he ever ask someone who can speak and understand

9    Arabic to listen in order to make sufficient a determination?

10              THE INTERPRETER:  You mean this witness?

11              MR. GOODMAN:  Yes.

12   A    No.

13              MR. GOODMAN:  We have hooked up a copy of the hard

14   drive and I'd like to ask him about it.  I believe that

15   counsel is willing to stipulate that what we have is the same

16   thing that has been marked as an -- as exhibits in this case,

17   your Honor.

18              MS. MOORE:  Your Honor, I will stipulate that the

19   hard drive they have is for the -- is a copy of the hard

20   drives for room 6222 but not that this witness has any

21   knowledge of that particular copy.

22              MR. GOODMAN:  Let me see if I can lay a foundation

23   here.

24   Q    Did you yourself ever look at the hard drives that have

25   been marked as exhibits in this case?

Glauner/Cross/Goodman

Page 135

1     A     I don't understand your question.

2     Q     Have you ever attempted to look and listen to the

3     contents of Exhibits 17 -- 17 A and B and 16 A and B?

4     A     No, I did not review those tapes because those tapes have

5     been hammed over to the Americans, they were not in my

6     possession.

7     Q     Would you have any explanation for the fact that at

8     certain times on this particular hard drive the same --

9     precisely the same time is shown when the video recording

10    shows different images on the screen?

11    A     I don't know exactly what you mean.  Can you refer to a

12    particular time?

13    Q     I can show you?

14              MR. GOODMAN:  If I may, your Honor, I can

15    demonstrate for the witness what we are talking about.

16              THE COURT:  This is in evidence?

17              MR. GOODMAN:  Yes, it is.

18              THE COURT:  Go ahead.

19              MR. GOODMAN:  So that the jury can also see perhaps

20    the witness can step down.

21              THE COURT:  Just a second.

22              Is it on this screen?

23              Let's not waste time.

24              Ask him a question.

25              MR. GOODMAN:  I'm happy to proceed while we do this.

Glauner/Cross/Goodman

Page 136

1          THE COURT:  I'm happy for you to proceed too.

2    CROSS-EXAMINATION (Continued)

3    BY MR. GOODMAN:

4    Q    You mentioned previously that the timing on one of these

5    recordings was delayed by 40 seconds, is that correct?

6    A    The audio recording on the agent's computer and the video

7    recording and the Atis computer are delayed by 40 seconds

8    because the time setting on those two computers was not in

9    synch.

10   Q    Did somebody check the synchronization of the Atis and

11   the Alcatraz systems before you started the surveillance

12   project?

13          THE COURT:  I'm going to sustain that.  How does he

14   know what somebody else did?

15          MR. GOODMAN:  He was supervising, your Honor.

16          THE COURT:  Do you know whether somebody else

17   checked it?

18          THE WITNESS:  No.

19          MR. GOODMAN:  All right, we're ready here.

20   Q    The question is we see two screens in front of us both

21   showing exactly the same times, is that not correct?

22   A    Yes.

23   Q    Same date?

24   A    Yes.

25          THE COURT:  Same room.

Glauner/Cross/Goodman

Page 137

1    A    Yes.

2    Q    And the images are completely different in the two

3    screens?

4    A    Yes.

5    Q    Given that fact, how can we trust the time that is

6    demonstrated on any image that is shown on this particular

7    hard drive?

8              THE COURT:  Let him translate a little bit at a

9    time.

10             THE INTERPRETER:  He has to finish the sentence

11   before I know what he is going to say.

12             THE COURT:  All right.

13   A    This is the beginning -- tapes from the beginning of the

14   survey on January 7th and after an hour, an hour 50 minutes

15   into the recording, one of my associates realized that the

16   time setting was different and he readjusted it and that's why

17   you have the different images.  And that's the only time ever

18   that this correction, adjustment of time took place.

19   Q    How do you know that?

20   A    Because we always check the times on a continuous basis.

21   Q    So therefore, for the -- when did the recording of this

22   start, what time did it start?

23   A    How should I -- what should I go by to tell you?

24   Q    When did the two gentlemen enter their room?

25   A    I don't recall offhand.  I would have to look into the

Glauner/Cross/Goodman

Page 138

1   notes of the procedure of the operations.

2   Q   For how many hours was the clock incorrect until it was

3   finally corrected?

4   A   If I remember correctly, about one hour and 15 minutes.

5   Q   Notwithstanding the fact that the clocks were checked

6   continuously as you previously testified, is that correct?

7          THE COURT:  What you are seeing here is the court

8   reporter who is taking everything down, that comes up right

9   there as he is saying it and he can just read from his

10   computer.  That is something that you and I don't know but our

11   kids do with these computers.

12   A   I don't understand the connection of your question.

13          MR. GOODMAN:  I'll withdraw the question.

14   Q   Just one other question.

15          At what time was it discovered that the clock was

16   wrong?

17   A   I can't tell you that now.  Either you have to talk to

18   one of my associates, one of the technicians who was working

19   during that shift or we could find out by looking at the hard

20   drive.

21   Q   We're looking at the hard drive.

22   A   But this is just one picture and not a running videotape.

23   Q   I understand.

24          Let's move on.

25          THE COURT:  Yes, let's move on.

Glauner/Cross/Goodman

Page 139

1          MR. GOODMAN:  Yes, your Honor.

2     Q    At some point, are there any gaps, any interruptions in

3     the hard drive?

4     A    What kind of gap?

5     Q    An interruption on the recording.

6     A    Yes, we, I testified earlier about this time period from

7     7:00 until 7:20 p.m. where we compared the recordings and yes,

8     there were gaps.

9     Q    During that period you found a gap, the longest you found

10    it was 20 seconds?

11    A    Yes, the gaps were between one and two seconds and 20

12    seconds.

13    Q    Did you ever find a gap lasting for an hour or longer?

14    A    I didn't review all the tapes.  I concentrated my review

15    on that tape, that timeframe that the FBI asked me to check

16    on.

17    Q    Is it in fact the case that -- withdrawn.

18         Are you aware of a gap lasting four or five or six

19    hours of video recording that occurred in the hard drive on

20    January 10, 2003?

21    A    On this video hard drive you are talking about?

22    Q    Yes.

23    A    No.

24    Q    If there were such a gap, would it indicate that there

25    were substantial problems in the accuracy and completeness of

Page 140

1    the surveillance operation?

2    A    You can't -- it's not easy to say it that way.  It's not

3    that simple.

4    Q    Does he have any explanation for why such a gap might

5    exist, an interruption?

6         MS. MOORE:  Your Honor, could we have just have

7    clarification in the question whether we are talking about a

8    video gap or audio.

9         THE COURT:  The Atis as opposed to the Alcatraz?

10        MR. GOODMAN:  The Alcatraz.

11        MS. MOORE:  The video has both the video and audio.

12        THE COURT:  Be more specific.

13        MR. GOODMAN:  I will, and I want to correct the

14   date.

15   Q    Is it in fact the case or can you testify one way or the

16   other as to whether sometime in the afternoon of January

17   the 9th, 2003, there is a gap in the video recording that

18   lasts for hours?

19   A    No.

20   Q    Are you saying you can not testify to such a gap or that

21   none exists.

22   A    I don't know, I can't testify to that.

23   Q    If there is such a gap or interruption in video recording

24   that lasts for hours on the afternoon of the 9th, 2003,

25   January 9th, would that indicate substantial problems with

Glauner/Cross/Goodman

Page 141

1    regard to the accuracy of the surveillance program?

2    A    You have to ask an engineer, a technician who specializes

3    in this.  I am not an expert to testify on that.

4              MR. GOODMAN:  That is all I have.

5    CROSS-EXAMINATION

6    BY MR. MARKS:

7    Q    Sir, you said that the arrest of Sheikh Al-Moayad and

8    Mohammed Zayed took place about 10:30 on the morning of

9    January 10th?

10   A    About that time.

11   Q    Where were you at that time, sir?

12   A    Before the arrest, I was in the hallways outside the

13   rooms and after our SWAT team made sure that there was no

14   safety concerns, I together with the prosecutor walked into

15   the room.

16   Q    How many members were there on the SWAT team?

17             THE COURT:  Where did you get SWAT team?

18             MR. MARKS:  From the witness.  That's what he said.

19             THE COURT:  You said SWAT team.

20             Okay.

21   Q    How many were on the SWAT team?

22   A    This is a question regarding our police strategy and I'm

23   not authorized to testify about that.

24             THE COURT:  Sustained.

25   Q    Did the members of the SWAT team have masks on?

Glauner/Cross/Marks

Page 142

1          MS. MOORE:  Objection.

2     A    I also am not authorized to testify to that matter.

3          THE COURT:  Okay.

4     Q    Did they carry automatic weapons?

5          MS. MOORE:  Objection.

6          THE COURT:  Sustained.

7          MR. MARKS:  Thank you, sir.

8     REDIRECT EXAMINATION

9     BY MS. MOORE:

10    Q    Mr. Glauner, you testified earlier that the Atis machine

11    is designed to automatically shut down if voices do not reach

12    a certain level, is that correct?

13    A    Yes.

14    Q    So if people left the hotel rooms for hours at a time,

15    the Atis is designed to have the audio shut down at that

16    point, is that correct?

17    A    If during that period of time there are no sounds in the

18    room which reach that level.

19    Q    But if during that time something were to occur in the

20    room like the air conditioning went on or something else, the

21    audio could activate again, is that correct?

22    A    Yes, each time the air conditioning turns itself on, yes,

23    the Atis will record because that is above the voice control

24    level.

25          THE COURT:  So an Atis is a voice activated machine

Glauner/Redirect/Moore

Page 143

1      or sound activated machine?

2                THE WITNESS:  When the sounds in the room, whether

3      it's voices or any other sound, reaches a certain level at

4      which Atis is set, then Atis will record these sounds.

5                MS. MOORE:  Nothing further, your Honor.

6      RECROSS-EXAMINATION

7      BY MR. GOODMAN:

8      Q    Just so there is no confusion, you understood that when I

9      talked about a gap lasting hours on the 9th, I wasn't talking

10     about Atis, I wasn't talking about audio, I was talking about

11     video, did you not?

12     A    Yes, you talked about the video recordings.

13     Q    That's right, and the video recordings should be

14     continuous regardless whether anyone is in the room or not, is

15     that correct?

16     A    Yes.

17                MR. GOODMAN:  That is all.

18                THE COURT:  Mr. Marks?

19                MR. MARKS:  Nothing, your Honor.

20                THE COURT:  You can step down.

21                Thank you very much.

22                Have a safe trip back.

23                (Witness excused.)

24                MS. MOORE:  The government calls Thomas Strudhoff.

25     S-T-R-U-D-T-H-O-F-F.

Strudthoff/Direct/Moore

Page 144

1      T H O M A S      S T R U D H O F F, having been called as a

2          witness, first being duly sworn, was examined and

3          testified as follows:

4                  THE COURT:  Have a seat.

5                  State and spell your name for the record.

6                  THE WITNESS:  My name is Thomas Strudthoff,

7      S-T-R-U-D-T-H-O-F-F, T-H-O-M-A-S.

8      DIRECT EXAMINATION

9      BY MS. MOORE:

10     Q      Where do you work?

11     A      I work for the Bundeskriminalant in Germany.

12     Q      For how long have you been with the BKA?

13     A      Since 1992.

14     Q      What unit do you work in?

15     A      Mobile operation team.

16     Q      What are your duties and responsibilities in that unit?

17     A      Video and audio surveillance and physical surveillance.

18     Q      Let me direct your attention to early January 2003.  Did

19     you receive an assignment relating to technical surveillance

20     in two hotel rooms in the Frankfurt Sheraton?

21     A      Yes.

22     Q      What, if anything, did you do in connection with that?

23     A      I was in charge of installing and connecting the devices

24     that were used in the recording room.

25     Q      After you installed the equipment in the recording room,

Strudthoff/Direct/Moore

Page 145

1    did you have any other assignments relating to this particular

2    surveillance?

3    A    Yes, it was our job to make sure that the equipment

4    during my shift was functioning in a satisfactory way and that

5    nothing was altered, that nobody tampered or altered the

6    machines.

7    Q    When was your shift?

8    A    On January 7th from 6:30 in the morning until 8:00 in the

9    evening.

10   Q    Can you describe how the audio and videotapes were made

11   in the recording room?

12   A    We used two different machines, one Atis machine which

13   makes two identical audio tapes and in addition to that, we

14   used a video recorder, Alcatraz, which recorded the video of

15   the rooms that were surveyed and which also had in addition to

16   the video signal also an audio signal.

17   Q    Is there any time stamp on the Alcatraz video recording?

18   A    Yes.

19   Q    Can that time stamp be changed from the recording room?

20   A    Yes.

21   Q    Did that happen during your shift?

22   A    Yes.

23   Q    Can you explain what happened?

24   A    While we realized that the time on the machine was not

25   the correct, the real time, so we adjusted it to the real

Strudthoff/Direct/Moore

Page 146

1    time.

2    Q    When did you notice that?

3    A    Early in the morning, in the morning of that day.

4    Q    During your shift, who else was in the recording room?

5    A    My associate with whom I shared the shift, Mr. Vivi and

6    two interpreters were in the room.

7    Q    What were the interpreters doing --

8    A    Excuse me.  And from time to time some other agents

9    dropped in.

10   Q    What were the interpreters doing?

11   A    They listened to the audio, they translated it and passed

12   on the information they collected.

13   Q    Did they listen to the audio out loud or on listening

14   sets?

15   A    Through headsets.

16   Q    Are you aware that there are gaps in some of the audio

17   recordings of a conversation that took place during your first

18   shift on January 7th?

19   A    Yes.

20   Q    Did you know that that was happening at the time?

21   A    No.

22   Q    Why not?

23   A    While we didn't listen in all the time because we didn't

24   understand Arabic and we didn't get any feedback, any

25   information to that -- about that from the interpreters.

Strudthoff/Direct/Moore

Page 147

1    Q    Do you know what caused that?

2    A    One explanation could be that the device was set in such

3    a way that it started to record only if the voice level

4    reached a certain point.

5    Q    Did you do anything to intentionally cause those gaps?

6    A    No.

7    Q    Did you intentionally alter, manipulate any of the

8    recordings during your shift?

9    A    No.

10   Q    Did you observe anyone else tamper with or manipulate the

11   recordings during your shift?

12   A    No.

13              MS. MOORE:   Nothing further, your Honor.

14              THE COURT:   Cross.

15   CROSS-EXAMINATION

16   BY MR. GOODMAN:

17   Q    You say you discovered on the morning of the 7th a

18   problem with the clock on the Alcatraz video recording, is

19   that correct?

20   A    Yes.

21   Q    About what time, if you can recall?

22   A    I don't remember the exact time.

23   Q    Can you give us an estimate as to for how long a period

24   the clock was off?

25   A    Two to three hours, perhaps.

Strudthoff/Cross/Goodman

Page 148

1    Q    Was there any attempt made to go back to the period of

2    time when the clock setting was incorrect and to in some way

3    correct the video during that period?

4    A    I did not understand your question.

5    Q    Was any -- I withdraw that.

6              For then approximately two or three hours the video

7    image that is shown on the hard drive is inaccurate in the

8    sense that the clock is not appropriately set, is that

9    correct, sir?

10   A    The videotape recorded a wrong time.

11   Q    Yes.

12             Was any attempt ever made to correct that, to go

13   back to the video image on the hard drive to make a change so

14   that it was accurate?

15   A    You can't do that.  It's technically not possible.

16   Q    Then the answer is no, is that correct?

17   A    No, we couldn't do it and that's why we didn't do it.

18   Q    Was any report written by you or anyone else regarding

19   this incident?

20   A    I have not -- I didn't do that, no.

21   Q    Did you serve at any date beyond January 7th from

22   6:00 a.m. to 8:00 p.m.?

23   A    No.

24   Q    You say that the interpreters came into the room or were

25   in the room while you were there wearing headphones, is that

Strudthoff/Cross/Goodman

Page 149

1    correct?

2    A    Yes.

3    Q    So they were listening?

4    A    Yes.

5    Q    What were they doing as they listened, were they writing,

6    were they dictating into a machine, were they talking to

7    agents?

8    A    They took notes and then they passed these notes on.

9    Q    They would hand the notes to an agent?

10   A    I wouldn't know.  I wouldn't know.

11   Q    You indicated just now and then on direct examination

12   that they passed on the information.  How did they pass it on?

13   A    They passed on orally the information that they had

14   collected.

15   Q    They passed it on to?

16   A    To the CI handler.

17   Q    The FBI agent or the German organization?

18   A    There were two interpreters.  The way I remember, each

19   interpreter passed it on to the handler of their unit.

20   Q    One to the BKA and the other to the FBI, is that correct?

21   A    The way I remember it.

22              MR. GOODMAN:  Thank you.

23              MR. MARKS:  I don't have any questions, your Honor.

24              MS. MOORE:  No redirect, your Honor.

25              THE COURT:  Thank you.

Gross/Direct/Moore

Page 150

1          Have a nice trip back.

2          (Witness excused.)

3          MS. MOORE:  The United States calls Nadin Gross,

4    G-R-O-S-S.

5    N-A-D-I-N    G-R-O-S-S, having been called as a

6        witness, first being duly sworn, was examined and

7        testified as follows:

8          THE COURT:  Have a seat.

9          State and spell your name for the record.

10          THE WITNESS:  Nadin Gross, N-A-D-I-N  G-R-O-S-S.

11          MR. MARKS:  Your Honor, can we have this chart moved

12    so that I can see the witness.

13          THE COURT:  You may proceed.

14   DIRECT EXAMINATION

15   BY MS. MOORE:

16   Q    Where do you work?

17   A    I work for the border police control.

18   Q    Where were you working in January of 2003?

19   A    For the Bundeskriminalant.

20          MR. MARKS:  I couldn't hear the answer.

21          THE COURT:  Bundeskriminalant.

22   Q    What unit of BKA were you working in at that time?

23   A    I worked for the mobile operation unit in the technical

24   division for audio and video surveillance.

25   Q    In January of 2003, did you receive an assignment

Gross/Direct/Moore

Page 151

1    relating to a request for assistance from the United States?

2    A    Yes.

3    Q    What did you do?

4    A    Within this request I did audio and video surveillance.

5    Q    Did you do that in a recording room?

6    A    Yes.

7    Q    Did you work particular shifts?

8    A    Yes.

9    Q    What were your shifts?

10   A    I worked during the night shift between January 7 and

11   January 8 and during the day shift of January 9.

12   Q    What was your job in the recording room?

13   A    I was to make sure that the recording devices were

14   functioning properly and to help the interpreters in case they

15   had technical problems with the machines.

16   Q    Was anyone else in the recording room with you?

17   A    Yes, the interpreters and my colleague with him I shared

18   was on my same shift.

19   Q    Did you ever have to change any tapes during your shift?

20   A    Yes.

21   Q    How did you do that?

22   A    The tapes were taken out of the machine, they were

23   labeled with the exact time when they had been taken out and

24   they were put into the safe.

25   Q    Who knew the safe's combination?

Gross/Direct/Moore

Page 152

1    A    Only my teammates in the technical unit.

2    Q    How long did the tapes stay in the safe?

3    A    Up to the end of the operation.

4    Q    During your two shifts, did you do anything to tamper or

5    manipulate the recordings?

6    A    No.

7    Q    Did you see anyone else tamper with or manipulate the

8    recordings?

9    A    No.

10        MS. MOORE:  No further questions.

11        THE COURT:  Cross.

12   CROSS-EXAMINATION

13   BY MR. GOODMAN:

14   Q    Good afternoon, Ms. Gross.

15        You worked I think you said during the day on

16   January the 9th, 2003?

17   A    Yes.

18   Q    Which hours?

19   A    7:30 to 8:00 p.m.

20   Q    7:30 in the morning until 8:00 p.m.?

21   A    Yes.

22   Q    With regard to the Alcatraz recording, were there any

23   interruptions in the recording on the Alcatraz hard drive?

24   A    I don't remember anything.

25   Q    If there had been an interruption for a period of more

Gross/Cross/Goodman

Page 153

1   than a few minutes, would that be something that you would

2   remember?

3   A    If that had occurred, yes.

4   Q    So that if we went into one of these hard drives, if we

5   were able to open it up and we went into it, we should have

6   continuous video recording for the whole period of time on

7   the 9th that you were working, is that correct?

8   A    I think so, yes.

9   Q    There is nothing defective about the equipment at that

10  time that you have any knowledge of, is that right?

11  A    I don't remember any problems.

12  Q    Now, there were interpreters in the room while you were

13  working there, is that correct?

14  A    Yes.

15  Q    How many?

16  A    I don't remember exactly but they also changed.

17  Q    But how many at a time?

18  A    At least two.

19  Q    While they were listening, from time to time they would

20  communicate what they were listening to to their handling

21  agents or the handling agents of the confidential informants,

22  is that correct?

23  A    Not in that room, no.

24  Q    Not in your room?

25  A    No.

Gross/Cross/Goodman

Page 154

1   Q    Which room were you surveilling, by the way, was it 6622?

2        THE COURT:  I think it was 6222.

3   Q    6222.  I'm sorry?

4   A    Both.

5        MR. GOODMAN:  Thank you.

6   CROSS-EXAMINATION

7   BY MR. MARKS:

8   Q    Do you happen to remember whether the interpreters were

9   interpreting from Arabic to German or from Arabic to English?

10  A    I think both.

11       MR. MARKS:  Thank you.

12       THE COURT:  Ms. Moore?

13       MS. MOORE:  Nothing further from me, judge.

14       THE COURT:  Thank you very much.

15       (Witness excused.)

16       MS. MOORE:  The government calls Oliver Pulkert.

17  O-L-I-V-E-R   P-U-L-K-E-R-T, having been called as a

18       witness, first being duly sworn, was examined and

19       testified as follows:

20       THE COURT:  Will you sit down, state and spell your

21  name for the record.

22       THE WITNESS:  O-L-I-V-E-R   P-U-L-K-E-R-T.

23  DIRECT EXAMINATION

24  BY MS. MOORE:

25  Q    Where do you work?

Pulkert/Direct/Moore

Page 155

1    A    For the Bundeskriminalant in Germany.

2    Q    For how long have you worked for the BKA?

3    A    Since 1996.

4    Q    What unit do you work in?

5    A    I work for the mobile operation unit.

6    Q    What are your responsibilities in that unit?

7    A    The installation and make sure they function -- the

8    function of the surveillance equipment.

9    Q    Directing your attention to January 8 and January 10th,

10   2003, were you assigned to work in the recording room in

11   connection with electronic surveillance hotel rooms in the

12   Sheraton Frankfurt?

13   A    Yes.

14   Q    What shifts did you work?

15   A    On January 8 and January 10.

16   Q    Daytime or nighttime?

17   A    The day shifts which start at 7:30.

18   Q    How long were the shifts?

19   A    If I recall correctly, 12 hours.

20   Q    What were your duties in the recording room during your

21   shifts?

22   A    I made sure that the equipment worked properly and I

23   helped the interpreters if there would be need.

24   Q    Who was in the room with you?

25   A    The norm is that there are two agents from the

Pulkert/Direct/Moore

Page 156

1    Bundeskriminalant and two interpreters.

2    Q    During your two shift did you tamper with or manipulate

3    the tapes in any way?

4    A    At no point in time, no.

5    Q    Did you see anyone else do so?

6    A    Definitely not during my shifts.

7              MS. MOORE:  No further questions.

8              THE COURT:  Cross.

9              MR. GOODMAN:  Thank you.

10   CROSS-EXAMINATION

11   BY MR. GOODMAN:

12   Q    What were the interpreters doing while you were in the

13   room?

14   A    They listened to the conversations which were recorded on

15   our devices and they translated them.

16   Q    Translated them how were they doing, telling somebody

17   what was being said, were they writing it down?

18   A    They sat where they were sitting and took notes.

19   Q    Did they tell anybody orally what was going on.

20   A    From time to time some agents from FBI or BKA dropped in

21   and asked and then they told the agents what they heard, what

22   they had heard.

23   Q    Would the agents then go out and leave them alone?

24   A    Yes.

25   Q    Were the agents walking in leisurely and asking the

Pulkert/Cross/Goodman

Page 157

1    interpreters or did they run in sometimes?

2    A    The way I remembered, it was a very calm situation

3    because we asked everybody to be very quiet in the room.

4    Q    So that they not be heard?

5    A    And also not to disturb the interpreters doing their

6    work.

7                MR. GOODMAN:  Okay.

8                Thank you.

9    CROSS-EXAMINATION

10   BY MR. MARKS:

11   Q    I take it, sir, that there were wire rooms, is that

12   right, recording rooms?

13               THE INTERPRETER:  Wired rooms or recording rooms?

14               THE COURT:  We call it wire rooms here.

15               Rephrase your question.

16               MR. MARKS:  Sure.

17   Q    You were assigned to one recording room, is that right?

18   A    These are strategic steps which I can't testify to.

19   Q    Oh, I see.  Perhaps you could testify to this.

20               Did you -- withdrawn.

21               You said that the interpreters were listening to the

22   conversation through earphones?

23   A    I didn't exactly say that but that is true, that's how it

24   was.

25   Q    Was there also audio coming over a speaker?

Pulkert/Cross/Marks

Page 158

1    A    No, as we wanted this room to be quiet, no.

2    Q    Did you ever see an FBI agent wearing headsets, a

3    headset?

4    A    Yes.

5    Q    And did you yourself by the way ever wear a headset?

6    A    Yes, regularly because I had to check whether the signal,

7    the sound came in clearly through our equipment.

8    Q    And sometimes you could hear speakers speaking in Arabic,

9    yes?

10   A    Yes.

11   Q    And sometimes in English?

12   A    Yes, there was also some English, yes.

13             MR. MARKS:  Thank you.

14             Have a good trip back.

15             MS. MOORE:  Nothing further for this witness,

16   your Honor.

17             THE COURT:  Have a great trip back.

18             (Witness excused.)

19             MS. MOORE:  The government calls Mr. Schmidt, and I

20   have forgotten his first name.

21             THE INTERPRETER:  Steffan.

22   STEFFAN   SCHMIDT, having been called as a

23       witness, first being duly sworn, was examined and

24       testified as follows:

25             THE COURT:  Please have a seat.

Schmidt/Direct/Moore

Page 159

1                State and spell your name for the record.

2                THE WITNESS:  Steffan Schmidt, S-T-E-F-F-A-N

3    S-C-H-M-I-D-T.

4    DIRECT EXAMINATION

5    BY MS. MOORE:

6    Q    Where do you work?

7    A    For the Bundeskriminalant in Germany.

8    Q    For how long have you worked for the BKA?

9    A    More than 11 years.

10   Q    What unit do you work in?

11   A    I work for the mobile operation unit.

12   Q    Directing your attention to January 8 and January 9 of

13   2003, were you assigned to work in the recording room in

14   connection with electronic surveillance in hotel rooms in the

15   Sheraton in Frankfurt?

16   A    Yes.

17   Q    What shifts did you work?

18   A    On two night shifts.

19   Q    How long were the shifts?

20   A    A little more than 12 hours.

21   Q    What were your duties in the recording room during your

22   shifts?

23   A    Look after the video and audio technical devices in order

24   to take care of problems that might occur immediately.

25   Q    Who was in the room with you?

Schmidt/Direct/Moore

Page 160

1    A    My colleague Fischer, sometimes our supervisor Ugo

2    Glauner, and periodically two interpreters.

3    Q    Did you say periodically?

4    A    Every now and then, they left the room.

5    Q    During your two shifts, did you tamper with or manipulate

6    the tapes in any way?

7    A    No.

8    Q    Did you see anyone else do so?

9    A    No.

10            MS. MOORE:  No further questions.

11            THE COURT:  Cross.

12   CROSS-EXAMINATION

13   BY MR. GOODMAN:

14   Q    You indicated that periodically the interpreters would

15   leave the room?

16   A    Yes.

17   Q    At what times?

18   A    That, I don't know.  I don't remember.

19   Q    How often?

20   A    Once or twice.  I don't remember.

21   Q    Do you know why they left?

22   A    The answer is no.

23   Q    Did the interpreters talk to agents from the BKA or the

24   FBI?

25   A    Yes.

Schmidt/Cross/Goodman

Page 161

1    Q    Would the agents come in and out of the room at various

2    times or were they there the whole time?

3    A    I am a BKA agent.  They talk to me.

4              THE COURT:  I'm talking about CI handlers.

5    A    No.

6    Q    They did not come in and out of the room?

7    A    Not that I remember, no.

8              MR. GOODMAN:  Thanks.

9              MR. MARKS:  Nothing, judge.

10             MS. MOORE:  Just one quick question.

11   Q    Your two shifts, they were the night shift, is that

12   correct?

13   A    Yes.

14             MS. MOORE:  Nothing further.

15             THE COURT:  Okay, you can step down.

16             Have a good flight back.

17             (Witness excused.)

18             THE COURT:  Ms. Moore.

19             MS. MOORE:  Your Honor, that was the end of the

20   German witnesses.

21             THE COURT:  That means, ladies and gentlemen, I

22   always like to give you -- that is the end of the witnesses.

23             MS. MOORE:  That is it for today.

24             THE COURT:  That is it for today and you are going

25   to have the weekend off and you don't have to come back until

1    Tuesday.

2              MS. MOORE:  I think that is correct.

3              THE COURT:  A nice long weekend.

4              No snow.  It's going to be cold but you can't have

5    everything, right?

6              So enjoy your weekend and let's try it again 9:00 on

7    Tuesday.

8              (Jury out at 4:05 p.m.)

9              THE COURT:  Everybody here have a nice weekend.  And

10   I hope Howard Jacobs is well.

11             He will be here on Tuesday?

12             MR. GOODMAN:  I think he will be here on Tuesday.

13             THE COURT:  Is he going to participate?

14             MR. GOODMAN:  I hope so.  I know that he is planning

15   on it.

16             MS DEEK:  Your Honor, if I might briefly address the

17   issue of my admission.

18             THE COURT:  I didn't sign that?

19             MS DEEK:  No.

20             I am grateful for the Court's cooperation but for

21   the record, I would like to respond to the government's

22   statements and for the increased scrutiny of my person.

23             THE COURT:  Just a second.

24             Go ahead.

25             MS DEEK:  The government stated initially that the

1   excessive delay was due to the increased need for scrutiny of

2   my background.  The government argued that that was necessary

3   because I was born in a foreign country and as such, I posed

4   an increase risk of passing messages along from the defendant

5   Sheikh Al-Moayad.  More recently the government conceded to my

6   admission on the condition that nothing in my alien file gives

7   rise to revocation of that admission and that is to my

8   admission in this Court not simply on this case.  And while I

9   again am grateful to the Court's cooperation, I find that

10  condition and the obstacles that the government has placed and

11  the statement that they have made to be an infringement on the

12  rights protected by the Constitution of the United States of

13  which I am a citizen.

14          There is nothing in my alien file that the

15  government could possibly find that will give rise to

16  revocation of my admission.  I came to this country at a

17  tender age in 1982.  I passed the scrutiny of the board of

18  character and fitness review in 2004.  So I fail to see the

19  reason for the government's position.

20          THE COURT:  You want to respond, Ms. Moore or Ms.

21  Chen?

22          MS. MOORE:  Yes.  I'm a little confused, your Honor.

23  We had indicated that because there are SAMS restrictions in

24  this case, that access to communications with the defendants

25  was conditioned on clearance by the FBI.

1        We have cleared Ms. Deek just as we have cleared

2   Mr. Moore also from that foreign, conditioned upon our not

3   ascertaining anything else in their background that might

4   cause us to revoke that.  We did that because ordinarily we'd

5   have more time to do these clearances more thoroughly.  We

6   couldn't because they came on late.

7        Right now I don't anticipate any problems down the

8   road.  We just left the door open so that we could clear her

9   quickly and in the off chance that something comes up in her

10  alien file, we'd like the opportunity to review that.

11       It has nothing to do with her general admission to

12  this court or her admission to the bar.  It has to do with

13  communications with the defendant in this case.  That is all

14  that it pertains to.  It's unique to the SAMS and she is in

15  exactly the same situation as her other colleague at this

16  firm, Jonathan Moore, who was also only conditionally cleared.

17       MS DEEK:  If I may respond briefly.

18       Initially, due to the fact that I was born in a

19  foreign country, they said this posed a risk of passing

20  messages along from the Sheikh.  That is precisely what the

21  government said, nonetheless, I accepted the condition but I

22  explained that the condition was on my admission and not on my

23  passing messages to the sheikh.

24       THE COURT:  Bottom line, is that the government is

25  saying they are not singling you out, they are treating you

1    just as they are treating the other lawyers on the case.  The

2    bottom line is that you are being admitted.

3              MR. GOODMAN:  I think the local court rule requires

4    a motion by a current member of the bar of this Court.

5              THE COURT:  I thought you did that.

6              MR. GOODMAN:  Did I do it before?

7              THE COURT:  Yes.

8              You're memory is getting bad.

9              (Whereupon, the trial was adjourned to February 1,

10   2005 at 9:00 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

# I N D E X

2

3

4      Opening Statement/Government/Moore      21
       Opening Statement/Goodman             45

5

6

7

8          WITNESSES

9

10     Glauner/Cross/Goodman                 133
       Glauner/Cross/Marks                   142
11     Glauner/Redirect/Moore                143
       Glauner/Recross/Goodman               144
12     Strudthoff/Direct/Moore               145
       Strudthoff/Cross/Goodman              148
13     Gross/Direct/Moore                    151
       Gross/Cross/Goodman                   153
14     Gross/Cross/Marks                     155
       Pulkert/Direct/Moore                  155
15     Pulkert/Cross/Goodman                 157
       Pulkert/Cross/Marks                   158
16     Schmidt/Direct/Moore                  160
       Schmidt/Cross/Goodman                 161

17

18

19

20

21

22

23

24

25

**A**

**Abdulmazeed** 36:9
**able** 35:4 77:10,23 101:11 114:25
  130:5 153:5
**absolutely** 10:25 45:16 68:3
  128:21
**abstract** 36:1
**absurd** 37:20,21
**accepted** 164:21
**access** 163:24
**accommodate** 8:14
**accomplish** 105:17
**accomplishing** 105:4,7
**account** 25:6
**accuracy** 139:25 141:1
**accurate** 148:14
**accurately** 92:7
**achieving** 23:4
**acquaintance** 51:19
**act** 57:15
**action** 80:10
**activate** 142:21
**activated** 142:25 143:1
**actors** 46:6
**acts** 5:3 17:23,25 23:5 43:7 61:13
**actual** 12:15 22:9 42:21 43:3 108:4
**add** 28:12
**added** 77:18
**addition** 80:25 81:1 83:4 101:13
  122:12 145:13,15
**additional** 40:5
**Additionally** 22:13 24:21
**address** 36:6 41:6 162:16
**addressed** 88:19,20
**adjacent** 91:22
**adjourned** 165:9
**adjusted** 145:25
**adjustment** 137:18
**adjustments** 19:5
**admissible** 17:13
**admission** 162:17 163:6,7,8,16
  164:11,12,22
**admit** 44:18
**admitted** 34:6 36:21 165:2
**admonish** 44:7
**advantage** 121:13
**advised** 11:1 120:3
**affect** 121:22
**Afghanistan** 23:3,20 32:11 58:16
  58:24
**afraid** 124:20,20,21 128:13,16
**Africa** 23:24
**afternoon** 73:11 99:18 107:13
  132:2,2,16 140:16,24 152:14
**age** 163:17
**agent** 33:2,7,21 41:2 69:2 111:7,9
  149:9,17 158:2 161:3
**agents** 24:12,21 37:4,15 38:8 48:13
  79:6 91:5 92:21 98:11,13,20
  100:6,10 101:10 102:15 108:2,25

109:3 120:13 146:8 149:7 153:21
  153:21 155:25 156:20,21,23,25
  160:23 161:1
**agent's** 136:6
**ago** 17:1 22:7 51:12
**agree** 8:15 10:13 17:25,25 59:8
  61:4 97:20
**agreed** 21:3 29:1 31:23 32:5 36:22
  38:7
**agreeing** 29:11
**agreement** 29:15 85:4,8,15 86:3
**ahead** 5:10 10:1 94:13 104:25
  113:6 117:6 135:18 162:24
**aide** 72:17
**ailing** 45:12
**aimed** 23:23
**air** 142:20,22
**airport** 25:14 75:1 90:15 91:22,22
  106:8
**akin** 46:8
**al** 20:17 25:24 30:21 33:18 39:19
  59:6 61:5 62:3 64:4,8,11,15,23
  64:24 67:4 69:25 71:23 72:1,2,9
  72:12 73:14,15,18,19,24 74:3,10
  74:12,23 75:2,14,19 76:4,14,19
  77:2,2,6,13,15,15,20,22 79:4,7
  79:21 80:24 82:15,19 83:9,13
  84:11 85:5,7,16 86:9,15
**Alansi** 47:7 51:13,20,21 53:6 56:2
  56:24 58:11 59:23
**Alansi's** 167:10
**Alcatraz** 136:11 140:9,10 145:14
  145:17 147:18 152:22,23
**alerting** 17:14
**alien** 163:6,14 164:10
**aligned** 50:9
**Alkatraz** 110:2 115:23 116:14
  121:1,3,4,9,16,19 122:3,7
**Allah** 37:16 39:18,19 57:11,12
  59:17,18
**Allah's** 57:10
**Allan** 1:21 46:23
**allies** 62:18
**ally** 58:19
**ALMIS** 1:20
**alright** 65:8 80:11
**alter** 147:7
**altered** 145:5,5
**alternate** 8:5 15:5 19:6,7
**alternates** 3:25 4:2,4,7 8:8 9:3,6
  10:1 13:21
**Altogether** 91:17
**Al-Aqsa** 36:12
**Al-Moayad** 1:6,18 2:2 20:10 41:10
  45:1 47:3 48:22 50:4 51:13,22
  52:11 57:8,25 58:14 59:7,24 60:9
  62:1,6 63:7,16 65:14 67:24 71:19
  72:18,20 75:20 76:10,20,22 77:5
  77:20 78:7 79:8 80:3,20 84:19
  94:19 100:21 141:7 163:5

**Al-Qaeda** 20:9 21:4 22:20 23:8,15
  23:25 30:8,10 36:3 38:21 39:10
  58:24 59:10,12 127:7
**Al-Qaeda's** 23:18,22
**America** 1:2 2:2 23:23 26:21,21
  39:20 51:14,15
**American** 21:22 25:23 26:5,15,19
  26:19 27:22 28:4,9 29:14,16,22
  30:1,4,13,24 31:22 32:2,18 38:3
  38:17,25 39:24 47:12 59:16 64:4
  89:13
**Americans** 21:7 32:21 39:17,22
  59:7 135:5
**American's** 32:8
**ammunition** 29:9
**amounts** 46:14,14 62:10
**announced** 43:13
**announcement** 35:14,22
**anonymity** 8:23
**anonymous** 125:8
**Anssi** 64:8,23,24 69:25 71:24 72:1
  72:2,9,12 73:14,15,18,20,24 74:3
  74:12,23 75:2,14,19 76:14,19
  77:2,2,6,13,13,15 79:4,7,21
  80:24 82:19 83:9,13 85:5 86:15
**Anssi's** 64:11 77:21,22
**answer** 15:15 44:17 77:1 82:1,10
  84:9 97:12,14,18,20,21 108:22
  117:15 148:16 150:20 160:22
**answered** 9:20
**anticipate** 164:7
**anybody** 35:11 77:11,11 82:21
  83:2 84:10 85:16 94:6,9 127:15
  128:4 130:18,19 156:19
**anyplace** 85:2
**anyway** 125:20
**apparently** 27:3,20 83:4
**appear** 128:11 134:4
**APPEARANCES** 1:12
**appeared** 30:25
**appease** 57:17
**application** 13:15 122:19
**appointment** 129:1 130:7,8
**approach** 23:17 92:2 106:11
  111:15
**appropriate** 43:16 112:3 115:21
  128:11
**appropriately** 148:8
**approves** 82:22,22
**approximate** 114:25 115:1
**approximately** 116:1,2 148:6
**Arab** 59:9 62:15,20
**Arabia** 36:15 62:18
**Arabian** 71:11
**arabic** 24:25 25:2 40:14 47:9 52:20
  52:22 53:21 55:1 56:17,18 57:8
  59:18 60:6,12 61:23 76:8,10 77:3
  77:10,14,16,25 78:1 80:25 95:12
  95:17,19 100:8,11 101:15 134:9
  146:24 154:9,9 158:8

**Arabic-speaking** 76:24
**area** 104:2
**areas** 23:14
**argued** 163:2
**argumentative** 35:16
**Arkansas** 49:9
**armed** 37:25 54:5,6,15,24 76:1
**armored** 80:16,21 81:7
**Army** 72:14,15,15
**arrange** 28:10,14 51:25
**arranged** 34:4 89:21
**arrangements** 73:16,24
**arrest** 36:7,19 45:24 86:2 100:24
    101:4 110:16 141:7,12
**arrested** 3:12 32:22 33:11 46:20
    100:22
**arresting** 101:1
**arrests** 28:11
**arrival** 110:15
**arrive** 75:1 90:20 107:20
**arrived** 25:11,13 37:24 38:14 74:6
    90:22
**article** 4:21 5:14 6:5 7:3,7,11,15,16
    9:16 10:15 11:10 12:6 13:24
    14:16 18:13
**ascertaining** 164:3
**aside** 7:23 53:6 129:6
**asked** 9:18 11:14 26:25 74:5 80:12
    97:9,17 124:3 139:15 156:21
    157:3
**asking** 65:17,21 66:10 68:15 80:20
    156:25
**asks** 49:11 76:20 83:18
**aspects** 23:2 32:14 105:18
**assassin** 2:16
**asserting** 69:7
**assigned** 24:21 88:5 103:20 155:10
    157:17 159:13
**assignment** 144:19 150:25
**assignments** 145:1
**assist** 80:15
**assistance** 88:16 104:5,8 151:1
**assistant** 1:16 20:11 21:9 27:14
    30:19 40:23 41:1 71:19 72:17
    73:4
**assisting** 33:14
**associate** 146:5
**associated** 59:10
**associates** 109:22 137:15 138:18
**association** 21:1 27:1
**assume** 56:19 70:11
**assurance** 125:9
**assure** 48:5
**assyured** 125:7
**asthma** 58:5
**Atis** 110:1,8,10 120:17,19 121:8,22
    121:23 122:4,9,10 136:7,10
    140:9 142:10,15,23,25 143:4,4
    143:10 145:12
**attache** 111:13,24

**attack** 34:11,15,19,22 35:4,14,22
    42:15,19 43:13
**attacks** 23:12,22,24,25 31:6 36:1
**attempt** 68:8,18 148:1,12
**attempted** 86:9 135:2
**attempting** 22:12
**attempts** 39:4
**attended** 34:6 89:23
**attention** 8:2 11:8 17:12 45:20
    78:23 86:12 88:15,20 104:4
    133:15 144:18 155:9 159:12
**Attorney** 1:13,16,17 40:24 41:1
**audience** 79:6
**audio** 24:24 25:5 37:6 46:5 104:1
    104:19 105:1,2,22 106:5 108:4
    108:10,15 109:23,25 110:7,13,18
    111:4 113:17 116:23,24 118:5,11
    119:19 120:17 121:6,9,19,22
    122:3,4 136:6 140:8,11 142:15
    142:21 143:10 144:17 145:10,13
    145:16 146:11,13,16 150:24
    151:4 157:25 159:23
**audiotapes** 110:10 112:22 115:24
**Augie** 2:4,5 16:8 19:3,5 102:24
    124:15 129:5 130:5
**August** 33:23
**authorization** 24:15 99:2,9,10
    105:14
**authorize** 98:15
**authorized** 98:14 141:23 142:2
**automatic** 85:25 142:4
**automatically** 142:11
**average** 71:15
**Aviv** 35:2 42:15 71:1
**awaiting** 37:22
**aware** 27:4 30:19 48:13,20 101:13
    119:18,21 139:18 146:16
**awful** 61:13
**a.m** 1:9 19:4 148:22 165:10

_____ **B** _____
**B** 106:14,20 116:4,5,17,20 117:3,4
    135:3,3
**back** 5:14 7:1,4 19:1 47:10 49:20
    51:16 53:5,5 58:15 59:1 65:22
    66:9 67:6 68:16 70:7 72:4 86:20
    108:21 117:18 120:22 122:2
    123:3,4 124:7,25 125:1 129:12
    130:12 143:22 148:1,13 150:1
    158:14,17 161:16,25
**background** 17:2 26:18 163:2
    164:3
**bad** 11:12 17:23,25 165:8
**badly** 45:21 56:8 58:3 66:12
**bags** 129:23
**bakery** 50:22,22,24 52:8 55:5 56:7
    64:13 66:3 67:21 72:24 73:8,9,17
    73:19,22 74:13,15,19 75:22,25
    79:18 81:16,17 82:4 84:17
**bakery's** 66:8

**Bank** 61:21 62:11
**banks** 80:16,21 81:7
**bar** 164:12 165:4
**barest** 49:17
**based** 10:23 28:21 78:8 96:13 97:3
**basically** 17:1 47:17 53:16 55:24
    56:13 85:23 124:18 125:7
**basis** 27:3 86:19 137:20
**basketball** 47:11
**bat** 71:8
**bathrobes** 76:15,18
**bathroom** 37:7,9,11 40:20 86:5,6
**beat** 58:21
**bed** 11:2 122:10
**bedroom** 75:6
**began** 35:8 132:2
**beginning** 63:7,12 137:13,13
**begins** 72:13
**behalf** 41:5
**believe** 42:11 52:18 66:24,25 77:11
    97:6,10 98:1,22 134:14
**believed** 37:3
**believes** 98:24
**belong** 88:7
**bench** 125:13
**benefit** 39:24 79:5,6
**best** 28:23 30:19 35:6 78:14,24
    104:17 109:9
**bet** 86:2
**better** 27:24 37:18 49:22
**beyond** 66:7,17 67:3 68:4 69:9,13
    148:21
**big** 30:20 80:11 124:17 128:1
**bill** 44:25 72:10
**bin** 20:25 23:16 27:1,4,9 36:10
    39:5,7,9,11,12,13 58:12,19,20
    64:1 67:6
**bit** 8:12 19:24 52:15 57:23 137:8
**BKA** 87:22 88:1,3,6,16 92:21
    103:16 109:3 144:12 149:20
    150:22 155:2 156:20 159:8
    160:23 161:3
**Black** 26:20 34:23,25 35:4,8,23
    76:1
**blank** 27:12 32:18
**blatantly** 40:5
**bless** 63:20
**blessings** 57:10
**blew** 35:2
**blowing** 127:21
**board** 163:17
**body** 40:18 50:8
**bomber** 35:2
**bombing** 23:23 61:9 71:1 82:23,23
**bombings** 23:13 61:14
**book** 33:11 36:6 55:11 62:22
**books** 129:23
**border** 150:17
**born** 163:3 164:18
**Bosnia** 23:20

**boss** 4:15 8:16 27:9
**bottom** 40:7 164:24 165:2
**bowel** 2:19 3:15,16 4:11 8:17
**bowels** 6:19
**bowl** 48:25
**Boy** 74:22
**Boyd** 111:7,25 112:8,9,23
**bragged** 21:1
**break** 16:5 70:7 122:25
**breakfast** 76:20
**Brett** 87:6
**Brian** 33:3 41:2
**brief** 25:10 57:4
**briefed** 17:4 18:4
**briefing** 17:22 97:2
**briefly** 24:18 68:9 162:16 164:17
**bring** 3:20 10:7 11:7 14:4 17:12
   19:3 26:5 39:19 58:13 70:10
   124:25 126:12 129:12
**bringing** 126:6 130:12
**brings** 7:4
**broader** 23:17
**Brooklyn** 1:6,14,22 20:12 25:24
   29:1 32:3 33:9,14,18 40:24 71:21
   74:8,10
**brother** 2:9,17 3:11,17 4:12,22,23
   4:23 6:7,14 12:7
**brotherhood** 22:22
**brought** 5:14,15 8:2 12:8 68:17
   110:25
**brown** 130:3
**bubble** 63:14
**buddy** 82:12
**bug** 24:15,17
**building** 23:5 126:7
**Bundeskriminalamt** 103:15
**Bundeskriminalant** 24:10 144:11
   150:19,21 155:1 156:1 159:7
**Bunkeskriminalamt** 87:21
**Burns** 46:23
**bus** 35:1,5,9
**buses** 82:23
**business** 26:17 38:12 91:21,24
**buy** 79:17,17,24
**buying** 79:23

- - - - - - - - - - - - - - - - - **C** - - - - - - - - - - - - - - - - -

**C** 111:18,19 113:3,3 115:17,17
   122:19,19 132:17,18
**Cadman** 1:5,22
**calculate** 115:4
**call** 3:5 4:15 8:16 15:13,25 16:4,9
   16:11 19:12 28:14 32:20 44:3
   111:13 124:14 126:17,22 157:14
**called** 20:25 46:8 69:8 74:3 124:5
   124:11 130:10 144:1 150:5
   154:17 158:22
**calling** 39:13 74:4 86:15
**calls** 5:23 50:22 52:9 68:16 81:5
   87:2 102:25 143:24 150:3 154:16

158:19
**calm** 157:2
**cameras** 48:14
**camps** 38:24 66:1
**candidate** 2:20 6:20
**capable** 118:20
**capacity** 133:3
**capita** 71:15 82:7
**capital** 72:21
**car** 14:8,10 24:17 49:10 62:24
**care** 49:21,25 52:5 54:19 89:9
   129:7 159:24
**careful** 42:22 43:5 86:12
**carefully** 86:14
**carried** 91:6
**carry** 88:23 89:10,12 93:3 104:10
   105:8,9,16 142:4
**carrying** 85:25 89:25 100:19
**cars** 80:16,21 81:7
**case** 17:20 19:14 22:11 40:10 41:4
   41:9 42:17 44:8,11,12,14,15 45:2
   45:3,9,22 46:17 47:4,17,24 58:18
   59:4 61:11 68:9 69:3,20 81:1
   85:11 86:12,15,18,19 125:4,7,9
   125:16 134:16,25 139:17 140:15
   151:14 163:8,24 164:13 165:1
**cases** 17:13
**cash** 32:19
**cassette** 133:2,4,6
**cassettes** 113:13,13,14,15 118:8
   132:20,21 133:2
**cast** 46:21 47:14
**CAT** 1:25
**catch** 81:16
**catcher** 104:21
**catchup** 5:24
**cause** 2:1 8:3 13:17,17 59:17,18
   120:13 147:5 164:4
**caused** 120:16 147:1
**causes** 11:23
**caution** 43:18
**cautions** 21:10
**CB** 89:24
**CB-44** 89:18,25
**celebrate** 35:10
**cell** 24:16
**cent** 68:7
**center** 72:22,22 73:12
**centers** 22:24
**central** 50:8 56:24 69:24 88:7
**certain** 48:2,16 53:4,5 98:17
   104:11,19 114:12 120:1,19,21,22
   135:8 142:12 143:3 147:4
**certainly** 40:3 61:11 66:24 71:7
   82:2 84:3,9
**chair** 27:8 130:4,4
**chambers** 2:3 6:3 10:9 13:14 14:5
   14:22 15:4 16:20 124:1 126:24
   128:9 129:14 130:22
**chance** 164:9

**change** 31:13,15 148:13 151:19
**changed** 37:1 145:19 153:16
**changes** 64:24
**character** 163:18
**characters** 46:22 47:15 72:9
**charge** 5:21 45:24 73:7 85:11
   89:19 90:3,7 99:10 144:23
**charged** 5:3 12:13,20 22:3,11,14
   41:11 43:6 66:14 68:11,22 85:10
   85:19
**charges** 66:16
**charitable** 23:7 28:3 48:23 50:15
   72:25
**charities** 20:19 31:17 37:4 45:13
   45:15,20 47:14 51:4,18 52:8 56:7
   56:13 58:4 61:25 62:2,3,10 63:5
   63:6 64:12 67:12 69:16 81:17
**charity** 27:25 28:5 31:1,2,10,19,22
   31:23 36:14,23 37:14 50:14,18
   50:19 57:20 72:21,22 73:8,12
**chart** 150:11
**charts** 31:14
**Chechnya** 23:20
**check** 25:15 114:11,24 124:3
   133:11 136:10 137:20 139:15
   158:6
**checkbook** 32:18
**checked** 89:7 98:3,6 114:3,6,12,15
   114:16 115:9 117:9 136:17 138:5
**checks** 32:18
**check-in** 38:9
**cheer** 35:10
**cheerful** 34:21
**cheering** 35:13,21
**Chen** 1:15 2:25 3:9,12,19 7:12,13
   14:14,24 41:1 125:16 126:14
   131:3 163:21
**children** 54:12 79:3 127:13
**choose** 44:18
**chose** 105:19
**Christians** 59:21 60:13 67:22
**chronic** 52:2 55:7,10
**CI** 88:14 89:8 99:10 108:15,16,16
   149:16 161:4
**CIA** 71:14
**circumstances** 7:23 8:1 128:11
**CIs** 88:8,9,23 90:13,19,20 91:2,5
   91:18 95:15,24 96:17,19 97:3
   98:1,3,6 99:19 102:17 113:16
   116:21
**citizen** 163:13
**civic** 15:19
**civilian** 92:23
**CI's** 95:3
**CI-1** 47:5 51:13 53:6 55:22 56:2,9
   58:11 59:23,25 60:10 63:12
   65:17
**CI-2** 47:11 55:1,22 57:5 58:11
   59:15 60:10 63:19 64:3,4,9,10
   65:3,20 66:5 80:9

**CI-2's** 64:6
**claimed** 37:12,24
**claiming** 37:1
**clap** 34:15 35:11
**clapping** 35:13,21
**clarification** 29:18 30:13 140:7
**clarified** 30:5
**clean** 49:18 51:11
**cleaning** 7:2
**clear** 30:2 36:3 45:19 57:24 58:25
   59:9,22 61:16 63:24 64:18 66:23
   66:24 67:15 71:8 75:22 76:8,11
   76:21 84:8 121:25 164:8
**clearance** 163:25
**clearances** 164:5
**cleared** 164:1,1,16
**clearly** 37:8 43:14 45:11 69:9,17
   69:17 158:7
**cleric** 28:19 72:18
**CLERK** 2:1,8,13,22,24 3:22 15:5
   19:6 124:2,17,24 126:1 129:12
   130:8,11,13,16,20
**clever** 63:17
**client** 47:19 54:10 66:13 69:7
   128:20
**clinic** 51:4 72:23
**clock** 109:1 122:16 138:2,15
   147:18,24 148:2,8
**clocks** 118:11 138:5
**close** 21:12
**closed** 21:5 124:18,25
**closely** 46:25
**closer** 54:12
**clothes** 92:23
**coat** 129:24 130:2,3,6,13
**cocounsel** 45:4,4
**code** 28:25 29:23,24 56:4,4 64:9
**codefendant** 27:6 29:7 47:4
**codes** 20:18 29:2,5,6,7,12,25 30:4
   55:15 56:1,3,9
**coerced** 69:10
**coercive** 45:23
**coffins** 21:8 32:21
**coincide** 34:16
**cold** 162:4
**COLE** 23:24
**colleague** 151:17 160:1 164:15
**colleagues** 90:24 91:7 92:12 98:18
**collected** 146:12 149:14
**collections** 33:19
**colon** 5:18 11:23
**colors** 128:6
**combination** 23:5 109:21,22
   151:25
**combined** 9:1
**come** 18:4 19:8 21:19 28:2,24 29:2
   51:12 53:18 54:1 70:7 75:23
   84:14 106:25 123:3,4 127:12
   128:14 161:1,6,25
**comes** 7:3 31:12 48:19 50:19 54:10

56:2 59:1 63:9 71:10 83:7 86:23
   120:22 138:8 164:9
**comfortable** 10:1 27:21
**coming** 7:14 26:1 40:1 157:25
**commentary** 57:9
**comments** 28:16 53:5
**commercial** 74:8
**commit** 40:7 66:15 69:6
**commitment** 20:14
**committed** 22:9 24:7
**committee** 50:8
**committing** 22:2
**common** 59:5
**communicate** 76:25 153:20
**communicated** 61:2
**communication** 77:4
**communications** 28:25 30:1
   163:24 164:13
**community** 51:15
**company** 3:5 110:1,2
**company's** 16:14
**compared** 114:16 119:11 139:7
**complaint** 7:21
**complete** 9:24 115:7 124:10
**completed** 115:3
**completely** 37:1 61:5 79:22 137:2
**completeness** 139:25
**comply** 17:6
**compromised** 8:24 125:2
**computer** 110:2 116:14 118:21
   120:19 121:23 136:6,7 138:10
**computers** 51:9 110:21 136:8
   138:11
**conceded** 163:5
**conceding** 97:19
**concentrated** 139:14
**concept** 36:1
**concern** 125:18 127:4 128:13
   132:7
**concerned** 7:10 11:19 21:11 25:21
   63:8 104:9 127:16
**concerns** 129:16 141:14
**conclude** 132:11
**concluded** 132:1,20 39:23
**conclusion** 21:2
**concoct** 83:13
**condition** 5:16 7:17 8:25 9:13
   13:23 163:6,10 164:21,22
**conditionally** 164:16
**conditioned** 163:25 164:2
**conditioning** 142:20,22
**conduct** 24:13,21 51:6
**conducted** 74:24
**conducting** 24:10
**confers** 107:17
**confidant** 27:14
**confidential** 20:23 47:6 48:9 65:7
   88:9 95:15 96:13 153:21
**confirming** 127:22
**confirms** 112:17

**conflicts** 23:19
**confront** 53:1
**confronted** 37:4
**confused** 163:22
**confusion** 143:8
**congregants** 62:6
**conjunction** 74:25
**connected** 91:22
**connecting** 144:23
**connection** 90:17 138:12 144:22
   155:11 159:14
**connections** 27:21 28:17 35:25
**conscious** 21:11
**consequences** 36:2
**considered** 26:21
**consisted** 73:2
**consistent** 41:9
**consistently** 64:5
**consists** 47:19 72:22
**conspiracy** 68:22,24 69:1,2,3,4,5
   84:10 85:10,12 86:9
**conspire** 85:12,13
**conspiring** 22:12
**Constant** 53:22
**constantly** 53:19,20 54:2
**Constitution** 163:12
**constrained** 98:23
**contact** 91:2
**contacted** 89:10,16
**contacts** 32:3 51:21 90:13 91:3,4
**contain** 48:7,8 116:22,23,24
**contaminate** 128:23 129:6
**contents** 135:3
**context** 81:11,12,12
**continue** 3:4 86:24
**continued** 60:16 83:20 120:23
   123:7 125:22 136:2
**continues** 78:17
**continuous** 113:17 115:2 137:20
   143:14 153:6
**continuously** 138:6
**contract** 15:10,17
**contradictory** 37:20
**contribute** 51:17 83:6 84:10,17
**contributing** 28:4 75:25 76:3
**contribution** 15:22 73:21 74:14,18
**control** 120:17 142:23 150:17
**controls** 23:2
**Cont'd** 115:14 119:16
**conventions** 50:12
**conversation** 27:10,24 28:17 29:6
   31:8,20 33:22,25 37:7 42:24
   48:15 52:20 53:3,19 57:21 58:10
   67:25 73:13 75:8,21 78:5 79:20
   83:8,10 102:11 121:9,10,12,19
   122:2 134:3,3 146:17 157:22
**conversations** 21:13,17 24:25 25:2
   32:24 37:3,5 38:19,23 40:13,17
   46:4 47:20,22 48:3 53:1 56:16
   58:7 69:22 81:15 85:3 86:7 96:20

108:18 114:10 119:19 121:14,15
121:21,24 122:8 156:14
**converted** 21:22 59:16
**convicted** 85:12
**cooker** 69:11
**cooperate** 37:17
**cooperation** 24:9 162:20 163:9
**cooperative** 126:8
**coordinated** 34:11
**copies** 2:7 6:8 13:25 96:24 110:10
113:12 117:10,12,18 119:12
120:5,7,25 131:1
**copy** 6:13 14:16 16:22 116:25
117:2 134:13,19,21
**corn** 29:8 55:16
**corner** 112:8
**corporation** 74:8
**Corps** 127:14
**correct** 43:7 55:10 94:20 95:3 96:1
97:4,5,7,10 98:7,11 99:4 107:2
118:13 120:9,11 121:17 136:5,21
138:6 140:13 142:12,16,21
143:15 145:25 147:19 148:3,9,12
148:16 149:1,20 153:7,13,22
161:12 162:2
**corrected** 138:3
**correction** 137:18
**correctly** 90:21 109:7 138:4
155:19
**counsel** 20:5 44:13 97:17 127:16
134:15
**countless** 40:2
**countries** 49:16 61:24
**country** 24:2 45:16 46:13 49:8,20
50:2 51:3,11 53:15 58:22 71:12
71:13 82:6 163:3,16 164:19
**couple** 10:7,10 16:25 29:18 50:25
99:18 116:8
**course** 20:13 31:6,13 71:16 72:12
72:22 73:19 75:9,19 76:7 79:8
80:14 81:14 83:7 84:20,23 91:1
96:4 117:13 118:23 119:25
**court** 1:1,11,21 2:4,11,15 3:1,10,13
3:16,23 4:2,5,8,13,17,20,25 5:7
5:10 6:1,4,4,11,13,18 7:2,8,12,20
7:25 8:7,11,14 9:5,9,12,23 10:6
10:10,18,23 11:1,7,10,18,22,25
12:6,13,16,18,20,23,25 13:2,4,7
13:9,13,15,22 14:6,10,15,18,20
14:23,25 15:6,8,13,18 16:3,8,11
16:16,19,21 17:4,4,7,14,22 18:6
18:8,10,11,15 19:3,5,9,11 20:1,4
20:5 22:3 24:15 35:16,20 42:4
43:3,3,17 44:1,6,22 45:3 70:6,14
70:15,17 86:21 87:4,7,8,12 89:3
92:3,12,14,17 93:11,14,16,19,23
94:13 95:22 97:12,15,23 99:1
100:12 101:7 102:20,22 103:2,6
104:22,25 105:15 106:1,4,12,23
106:24 108:21,23 110:3 111:11

111:13,16,24 113:6 114:21
115:11,13 116:6,9 117:6,19,24
118:12,16 119:1,14 122:5,18,21
123:2 124:9 125:6,15,20 126:3
126:10,12,16,25 127:3,14,25
128:8,16,22 129:2,5,13,15,22
130:1,5,12,15 131:5 132:5,17,23
133:8,13 135:16,18,21 136:1,13
136:16,25 137:8,12 138:7,7,25
140:9,12 141:17,19,24 142:3,6
142:25 143:18,20 144:4 147:14
149:25 150:8,13,21 152:11 154:2
154:12,14,20 156:8 157:14
158:17,25 160:11 161:4,15,18,21
161:24 162:3,9,13,18,23 163:8
163:20 164:12,24 165:3,4,5,7
**courthouse** 1:5 126:7
**courtroom** 4:16 19:2 70:9,16 71:21
123:5
**courts** 17:21
**Court's** 17:12 42:11 162:20 163:9
**cousin** 34:25 35:6
**cousins** 51:2
**cover** 113:17
**CR** 1:3
**cracking** 42:14
**crazy** 38:17 127:18 128:2,2
**created** 56:22 69:21
**creates** 14:25
**credibility** 17:2,10,10,17
**crime** 24:5 40:7 68:10
**crimes** 22:2,9 24:7 45:25 47:18
66:13,15 69:7
**criminal** 2:1 88:2 89:19 103:19
**critical** 45:16 55:21 68:3
**cross** 93:14 122:21 147:14 152:11
156:8 160:11
**cross-examination** 93:25 99:16
132:12,14 136:2 141:5 147:15
152:12 154:6 156:10 157:9
160:12
**cry** 35:8 124:22
**crying** 124:23,24
**crystal** 36:3
**CSR** 1:21
**culture** 52:24 54:10
**current** 23:6 103:18 165:4
**cut** 25:24 29:21 59:1 97:16

**D**

**D** 103:3,8 144:1 166:1
**daily** 91:3 96:5
**damaging** 63:14
**damn** 127:10
**dangle** 46:13
**Danny** 111:7,25 112:8,9,22
**date** 6:12 7:15 10:4 112:11,19,22
112:25 136:23 140:14 148:21
**dated** 6:5
**day** 3:3 25:10,10,11 26:3,14 29:14

29:16 30:16 32:5,6 34:12,22
50:24 58:1,8,9 64:17 65:3,5
67:14,19,24 72:4 90:23 91:4 96:6
99:6 107:23 108:3,25 122:16
146:3 151:11 152:15 155:17
**days** 3:3 15:9,11,19 16:25 20:13
21:3 46:6,13,15,15 47:20 49:3,3
49:5 52:17 57:3,23 61:3 63:4
69:10 83:8 85:23 91:15,17 92:24
105:24 106:1 126:18 128:14
**Daytime** 155:16
**deal** 30:9 46:18 67:17 82:9 128:17
**Dear** 21:6,7
**death** 39:14 59:11
**debrief** 91:13
**debriefed** 96:19
**December** 89:22 90:16 116:2
**decide** 83:10,12 86:18
**decided** 44:8
**decision** 9:11
**decision-making** 50:8
**deeds** 57:6 63:20
**Deek** 1:20 45:4 162:16,19,25 164:1
164:17
**deeply** 125:17
**defeat** 21:6,6
**defective** 153:9
**defendaant** 32:20
**defendant** 1:17 20:21,25 21:3,4,9
21:21 22:13 25:21,24 26:22,24
27:3,11,17,20,20,25 28:7,19 29:5,6
29:21 30:9,14,18,21,22 31:2,10
31:16,21 32:11 33:11,12,16,23
34:1,3,6,15,17,20 36:6,12,19
37:9,11,18,23 38:8,14,15 39:9,13
39:15,21 40:20 42:18,23 45:2
50:3 94:20 163:4 164:13
**defendants** 1:7 5:3 9:3 17:17 19:19
19:20 20:6,10 22:1,1,11 24:7,14
24:15,16,17,22,25 25:11,13,17
26:6,9 29:3 31:23 32:4,7,22 34:9
34:13 35:12 36:3,16 38:20,25
40:6,13 41:10 42:18,20 43:8,10
43:14 48:11,15 55:25 56:21
64:17 122:1,10 163:24
**defendant's** 40:18 42:5
**defense** 17:2,6,14,24 37:11 44:13
69:7 97:16 127:16
**defenses** 36:18
**definitely** 96:4 156:6
**deflected** 53:2
**deflection** 53:11
**deflects** 55:2 64:6
**delay** 131:8 132:8 163:1
**delayed** 119:8 136:5,7
**delegate** 34:6
**deliver** 31:4,5,5
**demands** 64:19
**democracy** 50:3
**demonstrate** 45:12 78:2 135:15

demonstrated 137:6
denials 36:21
deny 43:17
department 5:21 11:15 12:3 76:16
103:25 104:9 108:13
departments 98:17
depend 60:2,8
depended 96:4
depict 92:7
describe 24:12 25:8 108:7 145:10
described 42:8 46:2 49:4,5 52:13
52:18
describes 42:7
describing 35:18
descriptions 128:6
designated 36:10 43:9
designed 142:11,15
desperate 61:22 67:11
desperately 45:17 65:13
destroy 24:2
destroyed 40:2
detail 29:11 42:8
detailed 25:6
details 29:20 89:22 90:6
Detective 41:2
determination 134:9
determine 117:25
determined 104:14 117:22,23
determining 80:3
developed 73:6
device 104:23 109:25 147:2
devices 21:11 25:22 105:23 107:11
108:2,9 109:7 110:22 144:23
151:13 156:15 159:23
devoted 45:13 48:22 50:7
Dexter 8:20,21
diabetes 52:2 58:5
diabetic 74:20
dictates 15:10
dictating 149:6
die 31:6 37:16 49:18 78:15
died 28:2
dies 83:16
difference 12:18,22,25
differences 23:9
different 3:10 5:15 29:22 49:4
52:18 54:1 135:10 137:2,16,17
145:12
difficult 28:10
digging 8:22
digital 110:2,8
dinner 26:9,13 48:3
dire 8:2 51:5,11 113:4,7 114:20
117:5,7 119:4
direct 77:4 87:16 88:15 98:5
103:10 104:4 115:14 119:16
132:12 144:8,18 149:11 150:14
154:23 159:4
directed 107:15
Directing 155:9 159:12

direction 29:17
directions 33:5 48:16
directly 26:25 53:1 67:18 82:18
91:21 94:25 102:6
directors 46:6
dirtying 82:14
disagreed 59:2
disagreement 39:12
discourse 53:11 55:7,11
discover 121:3
discovered 121:4 138:15 147:17
discuss 20:18 21:16 29:2 44:5 65:1
65:3 89:22 90:25
discussed 29:23 42:9 43:1 90:6
discussing 44:3
discussion 29:5 32:2 43:21 53:4
55:14,16 56:5 57:2 64:6
discussions 20:23 37:10 56:24 57:3
63:9,10
disease 49:21 52:3
disguise 20:20 31:17
dismiss 8:5
disrupted 91:24
distance 27:9
distant 46:11 59:2 81:3
distinction 7:17
District 1:1,1,11,13
disturb 157:5
diverticulitis 6:19,23 11:24
divided 31:21
division 150:24
divisions 98:17
doctor 2:19 11:1 63:17
doctors 68:15,16,17
doctor's 2:18 6:14,17 9:14 10:5
document 2:7
documentary 33:2
documents 18:12 22:8 112:11
doing 12:15 26:23 58:23 68:12
69:19 83:4 146:7,10 149:5
156:12,16 157:5
dollar 39:7
dollars 20:8 21:4,25
door 124:18,25 126:8 164:8
doubt 20:23 66:17,17,19 67:1,4
68:5 69:13 76:13
Dr 63:17
dramatically 70:24
drew 27:12
drive 62:24 110:9 119:10 133:15
133:16 134:1,4,14,19 135:8
137:7 138:20,21 139:3,19,21
148:7,13 152:23
drives 116:13,22,24 117:1 119:12
120:6 130:25 131:2 133:21
134:20,24 153:4
driving 50:18 73:2
drop 127:6 128:2,3,5
dropouts 119:11,12,19 120:2,6
dropped 61:5 108:17 146:9 156:20

drops 120:19
due 45:5 163:1 164:18
duly 87:9 103:3 144:2 150:6
154:18 158:23
duties 73:2,3 90:17 144:16 155:20
159:21
duty 6:20 11:13 15:11,19 57:16
60:3,4,4

_____ E _____

E 87:5,9,14 103:3,9 166:1
earlier 27:13 110:21 115:19 139:6
142:10
early 23:16 25:13 32:6 78:4 144:18
146:3
earned 71:16
earphones 157:22
ears 25:25 26:1 44:4 53:24
earthquakes 21:7
ease 27:10
East 1:5,22 49:8
Eastern 1:1,13
easy 115:4 140:2
eat 79:12
eating 48:2 59:20 60:13
eavesdropping 25:22
educate 64:16
educating 29:12
education 23:7 49:20 64:13,14
effect 3:14 56:5
effort 72:8 78:14
efforts 24:23
eight 26:11
either 30:8 43:8 95:14 138:17
elaborate 11:15 38:25 74:24
elderly 29:12
elections 61:19
electronic 24:13 88:23 104:10,13
155:11 159:14
eliminating 12:5
embarrass 82:1
embassies 23:24
embellished 77:18
emotional 7:14 9:1 42:16
emotionally 61:9
emphasized 28:1
emphasizes 64:15
employee 84:18,22
employer 15:11,14,24
encouraged 21:15
ended 28:24 71:21 110:16
endoctrination 23:8
enemies 39:25
enemy 24:1 26:22
enforcement 21:18
engage 50:15 68:10 99:3
engaged 86:3,8
engaging 80:22
engineer 141:2
English 39:18 47:9 53:21 56:16,20

56:22 57:4,4,13 60:13 65:16
75:24 76:7,9,12,22 77:2,12,12,13
77:15,16 79:7,21 80:1,4 81:9,11
84:24 96:22,23 154:9 158:11,12
**English-speaking** 77:1
**enjoy** 162:6
**enter** 84:10 85:15 137:24
**entered** 25:18
**enters** 4:16 10:9 14:5 15:4 70:16
126:24 129:14
**entire** 38:2 40:20 48:22 133:2
**entirely** 43:16
**entirety** 34:21
**entrap** 17:16
**entrapment** 17:14 69:8,8
**entrapped** 69:18
**entry** 62:22
**environment** 49:1
**equipment** 20:17 22:18 27:23 28:7
105:21 107:7,9 144:25 145:3
153:9 155:8,22 158:7
**equipments** 104:15
**equipped** 24:19
**equivalent** 87:24
**errands** 73:3
**especially** 90:18
**ESQ** 1:15,15,18,19,20
**essentially** 46:8 87:24
**established** 29:16,24
**estimate** 133:5 147:23
**estimated** 19:23
**etched** 72:5
**evades** 84:8,11
**evaluation** 120:1
**evasion** 84:4
**evasive** 82:10
**evening** 26:8 29:4 90:23 145:9
**event** 34:21 63:1
**events** 63:1 96:4
**eventually** 31:22 67:14 90:14
105:10
**everybody** 5:23 46:20 71:6 157:3
162:9
**evidence** 17:13 22:4 32:24 33:2
36:5 40:10 41:7,9 42:4,5 43:2,19
44:8,8,11,14,16,19 45:9,10,11,11
45:22 46:1 47:17 49:3 55:21
58:17 61:10,16 62:12,13 67:5
68:7 69:4,15,15,21,22,23 85:18
86:8,12,19 113:3 117:4 120:1,10
120:25 122:20 135:16
**evil** 57:6
**exact** 109:13,15 112:11 147:22
151:23
**exactly** 22:16 30:14 72:10 121:20
124:7 128:24 132:21 135:11
136:21 153:16 157:23 164:15
**examination** 87:16 98:5 101:8
103:10 113:7 115:14 117:7 119:4
119:16 142:8 144:8 149:11

150:14 154:23 159:4
**examinations** 9:11
**examine** 8:11 9:9
**examined** 87:10 103:4 144:2 150:6
154:18 158:23
**example** 53:3 56:1 57:1,4 59:13
63:11 79:9 80:7 81:8 84:4
**examples** 29:8
**exceeding** 114:20
**exception** 15:20
**excessive** 163:1
**exclude** 42:5
**excluded** 42:4 43:2,3
**excludes** 98:16
**exculpatory** 36:18
**excusals** 4:10
**excuse** 16:5 64:25 97:9 105:5
108:19 146:8
**excused** 8:3 143:23 150:2 154:15
158:18 161:17
**executioners** 12:10
**executive** 50:8
**exhibit** 6:5 16:23 18:11 92:5,11,18
106:14,20 112:15 115:6 116:20
**exhibits** 44:18 111:18 113:2,5,9
115:16,17 116:4,17 117:3,9,17
117:17 118:20 132:19 134:16,25
135:3
**exist** 118:7,8 140:5
**existed** 120:10
**exists** 140:21
**exits** 14:22
**expectancy** 50:1
**expelling** 22:24
**expense** 66:8
**expenses** 65:21,24 66:7
**experience** 125:12
**expert** 141:3
**explain** 38:1 39:4,11 44:8 145:23
**explained** 26:16,18 27:17,22 29:7
29:25 30:18,20 31:2,16,19 32:11
34:4 164:22
**explanation** 30:17,24 94:6 135:7
140:4 147:2
**express** 30:3
**expresses** 64:23
**expression** 59:5
**expropriating** 80:15 81:7
**extensive** 24:12
**extradition** 36:25 37:22
**extremely** 42:22 43:5 49:14 50:1,1
50:2 53:17
**extremist** 23:6
**extremists** 12:9,10
**eyed** 4:22

---

F

**F** 144:1,1
**face** 30:25 38:1,6
**facilities** 104:19,20 105:19 106:18

**fact** 2:17 7:24 13:18 17:15,15,21
18:3,9 37:5 50:11 53:17 62:21,21
74:23 98:23 135:7 137:5 138:5
139:17 140:15 164:18
**fail** 163:18
**failures** 119:19
**fair** 5:1,5,7 9:2,19 11:3 13:4 16:18
128:20
**fairly** 92:7
**faithful** 60:2
**fall** 88:15
**falls** 69:20
**false** 36:18,21 40:5 79:22
**families** 28:1,2,5 50:24 79:10
**family** 50:24 54:13,20 79:13 127:9
127:12,19,23 128:1
**famous** 72:21
**far** 5:16 13:3,4 21:9 102:14 104:9
**farmer** 49:10,11
**Farook** 25:24 33:18
**fascinating** 49:6
**Fast** 73:10
**faster** 14:11
**father** 35:1 71:18
**fatwa** 39:13
**favor** 71:14
**Fax** 1:23
**FBI** 21:18,20 24:9 38:4 39:9,15,21
41:2 72:3,6,10 74:24 75:10 79:6
87:24 88:17 90:24 91:5,8 98:11
98:13 99:20 100:6,10,16 102:15
104:6 108:16 111:7,9,10 115:24
118:19 119:25 120:11,24 139:15
149:17,20 156:20 158:2 160:24
163:25
**FBI's** 29:17
**February** 165:9
**Federal** 104:3
**feed** 50:23
**feedback** 146:24
**feeds** 50:23
**feel** 6:20 7:4 9:3,25 11:2
**feels** 9:21
**fellow** 9:13 54:25
**field** 20:24 26:23 30:12 32:9
103:25
**fields** 28:8,9
**fight** 23:19 57:7 58:20 59:17,18
**fighters** 20:16,16 23:19 28:10
31:25 38:22
**fighting** 26:18 27:23 31:7 57:19
58:23 67:7
**figure** 2:10 19:16 50:4 56:24 69:24
**file** 16:23 112:5 116:14 163:6,14
164:10
**filed** 16:25
**files** 5:14
**filled** 66:18,19 67:1 109:10
**final** 32:5,17 99:2
**finally** 36:16 40:22 46:19 65:5

67:12 68:22 85:20 100:18 138:3
**financial** 3:4 18:2 27:2
**financially** 15:21
**financier** 21:24
**find** 8:23 9:21 46:9 69:6 72:8 76:2
104:23 119:24 128:6 138:19
139:13 163:9,15
**fine** 78:3
**finish** 122:23 137:10
**finished** 73:11 107:14 133:6
**fire** 17:22 18:1
**firm** 164:16
**first** 2:9 11:7 19:15,15 24:8 25:17
25:20,21 26:3,6 27:3 30:4 37:24
45:18 46:21 47:21 52:19 58:1,8
63:8,10,22 64:10 67:3 69:14
70:11 73:1 75:19 78:7,23 84:14
84:21 87:9 89:7 90:23 91:1 97:8
103:3 104:18 105:17,19 124:4
133:6 144:2 146:17 150:6 154:18
158:20,23
**Fischer** 160:1
**fish** 48:25
**fit** 6:20 7:8 84:6
**fitness** 163:18
**five** 2:25 15:5,10 19:6 26:7 31:22
50:14 51:12 139:18
**five-minute** 70:7
**flat** 82:12
**flight** 161:16
**flipped** 31:10
**focus** 30:7 33:8 48:24 73:8 75:22
**focused** 58:10 105:17
**focuses** 23:10
**folk** 49:9,9
**follow** 124:20 128:4,4
**following** 2:3 19:1 39:17,24 42:1
118:4 124:1
**follows** 47:10 87:11 103:5 144:3
150:7 154:19 158:24
**food** 79:18 122:22
**fool** 56:6
**forced** 12:3
**foreign** 22:13,19 46:13 53:24,25
163:3 164:2,19
**forever** 72:5
**forget** 82:12 84:13 86:16
**forgetful** 44:23
**forgive** 78:15,18,19,24
**Forgiveness** 78:18
**forgot** 124:10
**forgotten** 158:20
**form** 23:13 110:5
**formal** 90:19 104:5
**formalities** 89:9
**formed** 23:10,15
**forth** 36:17 47:10 51:16 53:5,5
**fortune** 82:5 84:16
**forward** 73:10
**found** 5:14 9:16 17:21 118:6 120:1

120:6 139:9,9
**foundation** 36:12 62:3 134:22
**founders** 74:9
**four** 4:5 5:17 20:6,13,14 21:3 46:6
46:13 47:20 49:3,3 52:17 57:23
57:24 61:3 63:4 69:10 83:8 85:23
91:17 92:24 105:24 106:1 110:20
127:9 132:10 139:18
**fourth** 60:8 65:5
**four-day** 94:22 95:8
**frame** 89:11
**Francis** 8:20,22
**Frankfurt** 20:7,11,13 21:17,24
22:7 24:11,14,24 25:11 26:17
33:4,12,24 34:8,13 35:12,19 36:2
37:10,25 38:5,9,12,16 42:25
43:12 47:21 74:1 75:2,4 80:14
90:3,12,15 91:19,20 105:20
106:8 111:8,9,10 144:20 155:12
159:15
**frankly** 9:2
**freely** 27:6
**friend** 35:6 36:10 53:9 56:6
**friends** 54:20
**front** 12:12 31:3 36:14 46:14 49:10
78:19 117:11 120:8 125:4 126:8
136:20
**frustrated** 65:5
**full** 37:25 38:13 97:21 108:21
109:12
**fully** 17:3,4 75:10
**function** 155:7,8
**functional** 121:23
**functioning** 107:11 109:7 145:4
151:14
**fundamental** 23:9
**Fundamentalist** 22:23
**funding** 58:19
**funnel** 82:9 85:6,16,17 86:3,9
**funneling** 20:8
**further** 71:5 93:13 101:6,17
122:17 143:5 147:13 152:10
154:13 156:7 158:15 160:10
161:14
**Furthermore** 43:5
**future** 23:7 29:25
**fuzzy** 94:7

_____ **G** _____
**G** 87:5,9,14 103:3,9
**gamble** 127:18
**gap** 139:4,9,13,18,24 140:4,8,17,20
140:23 143:9
**gaps** 120:8,10,14,16 139:2,8,11
146:16 147:5
**gather** 71:24
**gathered** 73:23 91:14
**Gaza** 61:20 62:11
**general** 21:2 42:7 52:23 90:7,9,11
164:11

**generally** 32:3
**generations** 23:7 40:1
**gentleman** 47:6 51:13 53:10 58:4
70:22 72:19 73:17 98:23
**gentlemen** 19:11 40:9 44:1 52:12
55:23 57:25 70:17 86:21 95:8
123:3 132:5,6 137:24 161:21
**geographic** 104:2
**German** 21:18 24:9,12 36:20 38:7
38:13 45:17 70:13 74:25 75:11
84:25 85:24 87:3,6,24 89:13,14
90:2 92:25 96:22,23 98:24
108:20 132:24 149:17 154:9
161:20
**Germany** 15:1 20:7 25:6 36:7,19
36:22 37:3,22 38:6 39:19 47:13
47:21 49:1,25 52:4,4,6,12 74:1
74:17,19 84:15 87:19 90:4,20
91:3,16 103:13 104:3,12 107:21
110:12 111:5 115:18,21 116:25
117:13,18 120:6,7 144:11 155:1
159:7
**gestures** 40:19
**getting** 5:17 12:4,5 15:9 61:4 76:15
81:19 82:14 84:23 86:23 90:19
165:8
**Gideon** 34:23,25 35:4,8,23
**girls** 72:23
**Gisela** 87:6
**give** 2:8 6:13,15 11:4 14:16 15:23
16:8,11 25:10 46:10,17 47:13
57:1 59:13 64:21 68:6,8 69:12,14
79:9,13,15,18 80:7 81:16,22
82:17,18 83:17,18 84:6 112:9
118:16 124:13 127:10 128:5
147:23 161:22 163:15
**given** 8:25 13:25 37:23 39:9 47:23
98:23 137:5
**gives** 57:6 163:6
**giving** 82:15
**Glauner** 103:1,8 132:16 142:10
160:2
**Glauner/Cross/Goodman** 166:10
**Glauner/Cross/Marks** 166:10
**Glauner/Recross/Goodman**
166:11
**Glauner/Redirect/Moore** 166:11
**Gleeson** 125:4,5
**global** 23:23
**go** 3:23 5:10,12 7:1 9:13 11:24,24
14:6,14 17:2,15 18:6,7,8,9 28:6
31:24 32:3 36:23,23 37:13 38:17
40:4 49:25 51:15 52:3,5,6 63:21
64:12,12,13,13 72:4 79:24 84:2
85:2 94:13 95:22 101:23 104:25
113:6 117:6 122:23 124:7 127:11
129:25 130:14 133:2 135:18
137:23 148:1,12 156:23 162:24
**goal** 23:4
**god** 21:6,7 32:21 34:20 40:2 53:20

53:20,22 57:15,17 59:18 60:2,6,7
  60:8,9 63:20,20,21 78:9,17,18,19
**God's** 59:25 78:13 81:5 84:3
**goes** 24:3 49:9 55:13 71:6,7 80:6
**going** 2:10 5:13,22 6:24 8:5 9:6,24
  10:1 11:17 13:22 14:2,6,17 17:5
  18:3,11 19:11,13,20 20:20 24:6
  29:13 30:5,6,7 31:1,17 35:18
  40:14 42:15 43:17,18 45:19
  46:25 47:13,23 49:22 50:20,21
  52:3,14,21 56:3,3,18 58:3,5
  59:24 61:4,10,12,13 62:7 64:9
  65:19,22,24 66:1,3,7,8,18 68:1,1
  70:6,11 73:25 74:6,15,17,19
  79:12,16,19 81:9,10 82:19 83:14
  83:14,16,17,19 84:1,2 86:11,13
  86:13,18,19,22,23 89:17,25 90:6
  90:8 99:21,24 100:1,12 101:11
  102:11 104:11 105:16 108:18
  112:14 114:22 116:6 121:12
  122:21 124:2,22 125:6,10,20
  126:12 127:12,15,18,20 129:21
  129:22 130:13 131:5,8 132:9,10
  136:13 137:11 156:19 161:24
  162:4,13
**good** 2:20 5:20 16:7 44:25 58:2
  63:20 70:21 74:6 83:5 93:18
  99:18 123:3 130:21 132:16
  152:14 158:14 161:16
**Goodman** 1:18 2:23 4:6 6:12,22
  7:22 8:1,9 9:8 10:4 18:13 19:22
  19:23 35:15 41:12 42:3 44:20,21
  44:23,25 61:1 71:12 88:25 89:4
  92:16,18 93:18,21 94:1,11,17
  95:23 97:19,24 98:22 101:19
  102:19 106:21,25 108:19 113:4,8
  114:23 115:5 117:5,8,21 118:17
  118:24 122:25 128:20 130:21,23
  131:8 132:13,15,24 133:14
  134:11,13,22 135:14,17,19,25
  136:3,15,19 138:13 139:1 140:10
  140:13 141:4 143:7,17 147:16
  149:22 152:13 154:5 156:9,11
  157:7 160:13 161:8 162:12,14
  165:3,6
**goodness** 57:15
**goods** 72:10 74:9
**government** 9:25 15:1 17:8 19:3
  20:2 26:19 43:7 45:14,24 46:4
  47:16,18,24 48:13,20,24 54:23
  55:24 61:19 66:14 67:8 68:4 69:1
  69:19,24 81:10 86:25 92:5,10
  106:14,20 111:18 112:15 113:2
  115:16,17 116:4,17,20 117:3
  143:24 154:16 158:19 162:25
  163:2,5,10,15 164:21,24
**government's** 17:3,19 40:25 44:12
  55:18 69:20 162:21 163:19
**grab** 83:11
**grass** 23:5

**grateful** 162:20 163:9
**great** 158:17
**greater** 29:11
**grocery** 49:22
**Gross** 150:3,10 152:14
**Gross/Cross/Goodman** 166:13
**Gross/Cross/Marks** 166:14
**Gross/Direct/Moore** 166:13
**ground** 42:13 98:20
**grounded** 22:23
**groundwork** 26:13
**group** 10:12 34:9 35:14,23
**groups** 62:5
**guard** 26:25 47:11 56:25 69:25
**guess** 2:9 6:7,19 15:19 16:25
**guest** 53:13
**guilty** 41:10 70:3
**guise** 128:25
**gun** 38:1,5,10 93:3
**guns** 100:19
**guy** 2:16 3:15 16:9 27:12 49:10
  54:18 57:19,19 74:12 84:5,24
  85:22 124:17 126:10,11 131:6
**guys** 46:9 47:13 66:1 124:19,19
  127:11
**guy's** 16:22
**G-R-O-S-S** 150:4,5,10

---

## H

**H** 144:1,1
**hadid** 57:8
**halal** 79:13
**hallways** 48:1 141:12
**Hamas** 20:9,18 21:2,4 22:20 23:8
  23:10,12 27:12,17 28:14,17 30:7
  30:10 31:4 32:2 34:6,10 35:2,25
  36:3,11,12,23 37:13 38:21 43:1,4
  43:13,14 46:17,17 61:7,8 62:9,9
  62:12,13,14,19,21,22,23,25 63:3
  64:21 65:8,25 67:11,15,18 68:6,6
  68:7,8 69:13,14,16 76:4 80:10
  81:2 82:15,18,20,25 83:3 84:2,11
  85:7,17 86:4,9
**hammed** 135:5
**hand** 20:22 75:20 149:9
**handed** 111:6,23 115:21 117:1
**handing** 112:2,6
**handler** 88:14 149:16,19
**handlers** 88:14 108:16,16,17 161:4
**handling** 88:8 153:20,21
**hands** 25:25 28:19 78:6,12 82:14
  84:4
**handwriting** 64:11
**hanging** 66:12
**hangs** 76:19
**happen** 6:25 19:12 56:14 58:7
  83:15 86:22 121:7 125:8 133:24
  134:5 145:21 154:8
**happened** 22:7 25:6 30:22 31:9
  35:9 38:19 42:7 52:15,16 61:11

72:11 75:13,17 85:22 90:5 96:10
  96:13,16,18 125:9 145:23
**happening** 56:16 119:21 122:9
  146:20
**happens** 64:2 83:15
**happily** 127:18 129:20
**happy** 35:11 81:21 135:25 136:1
**Haramain** 36:13
**hard** 49:13 51:11 86:13 110:8
  116:13,22,24 117:1 119:10,11,11
  120:6 130:24 131:1 133:15,15,21
  134:1,4,13,19,19,24 135:8 137:7
  138:19,21 139:3,19,21 148:7,13
  152:23 153:4
**harder** 7:18 8:4
**hardship** 3:4
**harm** 125:12
**hate** 71:6 76:1,2
**head** 35:7 63:14,14 89:24 103:25
**headphones** 148:25
**headset** 158:3,5
**headsets** 102:8 146:15 158:2
**hear** 4:25 7:6,12 24:8,24 33:1,2
  34:8,17,20,23 36:16 38:7 39:1
  45:22 50:21 51:6 52:14,21 54:16
  55:7 56:18,18 58:7 59:4 60:11,13
  60:14 62:12 65:7 69:25 75:16
  76:17 77:12,13,13 79:7,21 81:9
  100:1 102:24 108:19 150:20
  158:8
**heard** 7:2,13 13:10 54:2 156:21,22
  157:4
**hearing** 19:14,15 22:5 35:24 40:11
  48:5
**held** 45:18 50:12
**hell** 127:12
**help** 8:16 15:13,16 32:12 45:20
  60:3,4 62:7 78:13 79:3 80:21
  82:9 86:18 151:14
**helped** 25:15 33:17 155:23
**helper** 52:11
**helping** 48:22 51:20,24
**helps** 62:4,4
**Hey** 82:17
**high** 127:12
**highly** 42:16
**history** 48:19,20,21,21
**holds** 49:20
**holiday** 35:1
**holy** 20:15 22:25 55:11
**home** 127:9
**HON** 1:10
**honest** 13:12 78:9
**honesty** 28:21 78:10
**Honor** 7:13,22 9:18,20 10:2,5
  13:16,18 16:24 17:10,18 19:25
  20:3 35:15,15,19 41:13 42:3,20
  44:21 70:10,20 85:11 87:3 88:25
  92:2,10,15 93:10,13,18 95:23
  97:13 98:19,23 101:17 102:21

106:11,21,22 111:15 113:2,5
  114:19 115:6,12 118:24 123:1
  125:3,19 128:10 129:10 132:13
  134:17,18 135:14 136:15 139:1
  140:6 143:5,19 147:13 149:23,24
  150:11 158:16 161:19 162:16
  163:22
hooked 134:13
hookup 80:13
hope 78:23 162:10,14
hopeful 58:1,2
Hopefully 132:10
hoping 4:15
horrible 83:4 86:17,17
horrific 70:25
hospital 49:23
hospitals 61:20 83:5
host 53:13
hosted 34:2
hotel 20:7 22:10 24:16,16,18,23
  25:15,16 26:4 31:9 32:7 35:12
  36:22 37:14,25 38:9,12,12,15
  39:3 46:12 47:21 48:2 52:1 53:16
  69:11 75:3,3 76:16 84:13 85:1,23
  90:11,12,14,15 91:19,20,21,21
  91:24 92:6,20 93:1 95:5 99:22
  100:23 101:11 104:19 105:19,23
  106:7,8,17 107:8 108:5 109:23
  110:19 116:17 122:15 142:14
  144:20 155:11 159:14
hotels 65:25
hour 3:2 137:14,14 138:4 139:13
hours 5:18 22:4,4 24:24 25:9 26:3
  108:25 109:2 114:18 115:1
  122:16 133:3,3 138:2 139:19
  140:18,24 142:14 143:9 147:25
  148:6 152:18 155:19 159:20
housekeeping 76:16
Howard 45:7 162:10
hub 14:13
huge 46:14,14 62:10,18,19
human 36:2
hundreds 49:16
hurt 125:11,13
husband 50:25
hypocrites 59:22 60:14
hysterics 124:17

—————— I ——————
idea 38:13 48:11 58:21 61:3 84:8,8
  93:18
identical 110:13 117:12 119:12
  120:5 145:13
identification 92:4 106:13 111:18
  112:15 116:4
ideology 22:23,24 23:17
ignorantly 64:5
ill 27:10
illegal 46:16 62:16
image 107:5 137:6 148:7,13

images 135:10 137:2,17
imagine 85:21
immediately 38:4 65:22 107:13
  159:24
impartial 5:1,5,8 11:3 13:4
important 40:17,18 47:2 48:12
  50:4 51:8,19 63:1,1 72:24 73:4
  77:6,8 126:19 131:3
impose 108:20
impossilbe 68:24
impression 79:22
improvised 107:10
IMSI 104:20
inaccurate 148:7
incendiary 80:18
incidences 133:25
incident 148:19
inclined 9:12
includes 22:17 36:9
including 20:6 21:2 23:20 54:15
inclusive 122:19,20 132:17,18
income 71:15 82:7
inconsistent 36:18 40:5
inconvenience 5:19
incorrect 133:22 138:2 148:2
increase 163:4
increased 162:22 163:1
indicate 139:24 140:25
indicated 5:5 11:13 93:5 98:5
  101:10 107:1 114:9 119:18
  133:16,19 149:11 160:14 163:23
indicating 70:23 71:2,4 72:19
  94:16
individual 132:20
individuals 89:20
induced 69:9,9,17
inducement 69:9
inducted 72:14
infect 129:11
infections 49:19
infidel 21:7
infidels 22:25 59:21 60:14
inflamed 5:18 8:17 11:23
inflammatory 80:18
influence 22:25
informant 25:14,19,23 26:5 29:2,4
  29:10,17,22,25 31:11 33:13,22
  34:1 38:16,17 40:14 42:24 47:6
informants 17:3 21:20 24:15,18
  26:8 33:5 48:10 65:7 88:9 91:10
  95:15 96:13 100:14 153:21
informant's 107:4
information 72:7 91:13 98:9
  146:12,25 149:12,13
informed 119:25 126:17 132:9
informer 72:2 73:18 75:14 85:12
  85:16
infrastructure 61:20
infringement 163:11
initial 17:19

initialed 112:7,8
initially 33:7 162:25 164:18
initials 47:1
inquiring 14:15
inserted 109:15
insertion 109:15
inside 25:16 31:5 81:6 122:23
inspected 105:20
install 105:21,22 106:2
installation 107:14 155:7
installed 75:15 107:9 108:2 144:25
installing 107:7 144:23
instance 133:5
instantly 29:21 31:10
institution 72:25
instruct 68:9,25 91:11 97:6,10,25
instructed 29:21 31:11 95:25
  109:6 118:14
instructions 33:4 96:12 97:2
  109:10 118:4
intend 17:9 18:1 19:13 44:13
intended 30:23 66:15 67:14 74:1
intent 67:4,8,9,10 68:3,4,10,10
intentionally 120:13 147:5,7
intents 85:1
interested 50:22 51:23,24 65:12
  68:12,14 77:19 81:18 118:18
interesting 73:20 75:24
Interestingly 62:8
interfering 6:24
international 24:9
interpretation 102:3,4
interpreted 102:5 108:15
interpreter 87:3,6,11 103:4 105:5
  107:16,17,18 110:4 134:2,10
  137:10 149:19 157:13 158:21
interpreters 101:15 102:5 108:15
  109:8 121:13 122:2,8 133:20
  146:6,7,10,25 148:24 149:18
  151:14,17 153:12 154:8 155:23
  156:1,12 157:1,5,21 160:2,14,23
interpreting 154:9
interruption 114:7 139:5 140:5,23
  152:25
interruptions 113:20,23,25 114:2
  114:3,8 115:8 117:22 118:1,3,7,8
  118:9 139:2 152:23
interview 37:12 39:15,17
interviewed 36:20 38:3 39:8
Inter-Pal 62:4
intra-Allah 53:22
introduce 26:6 40:22 70:13,14
introduced 47:3
introductions 26:12
introductory 26:7
investigation 33:3,8 88:2 89:19
  103:19 104:6 107:20
investigative 90:9,11 97:1
invited 34:1 42:24 50:12
invoking 53:19

involve 48:18
involved 20:24 28:1 89:17 92:21
   92:24 98:21
in-laws 51:1
irrelevant 17:21
Isla 50:5,6,9,11
Islam 21:23 24:1 30:10 34:21
   50:13,14 54:8 57:18 64:5
Islamic 20:15 22:24 23:1,6 27:2,4
   27:5 50:2 74:9
Israel 23:10,13 34:12,22,25 61:9
   61:11
issue 17:1,3,22 162:17
issued 39:13
issues 17:3 29:18
items 110:5

**J**

J 87:5,9,14
Jacobs 45:7 162:10
jail 127:20,20
JAMAL 1:20
January 1:9 20:6 24:11,11 25:6,7
   25:12,14,17 26:14 27:18 29:18
   32:1,6 78:5 90:21 92:8 93:7
   94:23,24 99:3,9,12,13 107:16,18
   107:22 110:16,17,24 112:10,12
   112:20 113:1 114:14 115:3,3,4
   118:15 119:22 133:6,7 137:14
   139:20 140:16,25 141:9 144:18
   145:8 146:18 148:21 150:18,25
   151:10,11,11 152:16 155:9,9,15
   155:15 159:12,12
Jeffrey 41:1
jeopardize 84:23
Jersey 5:12
Jews 21:6 32:21
Jihad 20:14,16,24 23:19 26:16
   27:23 30:10,12 31:7,25 32:9,16
   36:24 37:2,5,12 40:21 54:3,6,8,9
   54:11,11,22 55:3,4 60:5 67:17,20
Jihadist 22:22
job 5:11 6:24 12:3 79:12 86:13
   90:18 96:25 124:5,11 145:3
   151:12
jobs 61:22
Joerg 87:2,14
John 41:2
JOHNSON 1:10
joint 42:12
jointly 36:14
joking 129:20
Jonathan 1:19 70:21 164:16
JR 1:10
judge 1:11 2:8 6:16 9:18 10:9
   15:24 16:12 45:9 68:9,25 116:8
   124:5 125:4,4 154:13 161:9
judge's 13:14
June 73:10 107:13,16
juries 125:9

juror 2:11,20,22 3:2,10 4:14,14,16
   4:23 5:6,9,11 6:2,3 7:8,23 9:9
   10:17,22,25 11:3,6,9,11,21,23
   12:1,8,15,17,19,22,24 13:1,3,6,8
   13:10,14,16,19 14:4,5,9,11,19,21
   14:22 15:4,5,7,10,15 16:2,10,14
   16:18,20 124:4,5,6,10,13,13,16
   125:5,10,13,18 126:1,3,24 127:2
   127:7,17 128:1,9,12,21,23
   129:14,17,24 130:3,10,18,22
jurors 2:5,6,6,17 3:8,10 4:9 8:6,7
   10:9 124:3,3 125:1 127:5 128:13
   129:4,9,19
jury 1:10 6:20 7:1 9:10,17 11:13
   15:11,19 19:3,4,10 20:6 42:10
   43:18 44:25 65:9 70:2,6,9,16
   77:11 122:23 123:5 124:2 125:8
   129:18,23 132:4,6 135:19 162:8
justice 15:22 19:18
justifiable 72:8
justify 61:13
J-I-H-A-D 54:3

**K**

K 110:4
Kashmir 23:20
keep 13:20 20:23 46:12 47:21
   54:22 55:22 115:16 116:25 130:1
   132:9
keeping 78:23
keeps 120:19 126:6
Kelly 1:15 40:23
kept 27:8 45:6 110:19,20 115:20
   115:22 120:7
key 49:15 50:13 56:23
Khaled 27:16,16
Khalid 27:15
kid 55:8 129:1 130:7
kids 51:1 124:21 127:10,11 138:11
kid's 126:2
kill 39:22
killed 39:16 61:12,15 64:15
killing 127:8
kind 14:12 55:16 59:5,6 81:12 86:8
   94:7 126:25 139:4
kinds 67:22
kitchen 50:23
knelt 35:6
knew 37:1 43:8,10 48:10 55:22
   58:14,14 59:1 67:6 77:20,24
   96:18 109:21,22 151:25
knife 126:7
know 2:5,13 5:22 8:4 9:18 10:12
   14:7 15:15,16,23 16:12 22:1 28:5
   30:11,14 32:12 36:3 38:12 43:14
   48:5 58:10,13 61:5,6,10 65:17,18
   66:5,6,21,21 73:20,21 74:22 75:9
   77:21 79:20 81:2,3 83:16 86:4,17
   86:24 94:3,5,9 95:19 96:10,16
   97:15 102:14 112:10 114:1 116:1

120:16 122:18 124:11,13,14
   125:11 126:21 129:3,9 130:10,19
   133:10,12,13 134:6,6 135:11
   136:14,16 137:11,19 138:10
   140:22 146:20 147:1 149:10,10
   160:18,21 162:14
knowing 77:19
knowledge 100:10 134:21 153:10
known 21:1,21 22:2 87:22
knows 55:24 59:24 62:21 76:7
Knox 41:1
Koran 20:22 21:24 26:16 28:20
   30:17 31:13 53:4,8 55:8,9
kosher 79:14

**L**

L 87:5,5,9,9,15,15 103:3,9 110:4
label 109:16 112:7 133:5
labeled 109:13 112:3 116:14
   132:22 151:23
labels 29:13 109:12
lack 65:6
Laden 27:1,4,9 36:11 39:5,7,10,11
   39:12,13 58:12,19,20 64:2 67:6
Laden's 23:16
ladies 19:11 40:9 44:1 70:17 86:21
   123:2 132:5,6 161:21
Ladin's 20:25
laid 26:13
Laksa 62:3
Lamis 45:4
landed 38:9
landing 38:5
lands 23:1
language 40:19 46:12 53:15 76:9
   76:11 100:2 134:6
large 73:21 74:14 91:21
lasting 139:13,18 143:9
lasts 140:18,24
late 23:15 40:1 107:13 164:6
laugh 34:14
laughing 35:12
law 17:20 21:18 22:16 34:24 44:4
   68:25 98:24
laws 27:2,5,5
lawyers 10:12,19 43:18,20 44:3,10
   44:17 45:1 165:1
lay 134:22
layout 106:17
leader 27:17
leaders 50:11
leadership 23:16
leading 36:13
leaning 13:11,19 14:1
learn 27:16 34:18,22 36:10 54:10
   104:5
learned 55:9 73:14,25 74:1
leave 5:12 14:7 38:6 130:14 156:23
   160:15
leaves 3:24 6:3 13:14 16:20 70:9

123:5 128:9 130:22
**leaving** 7:23 11:17 20:23 73:12
    84:20
**led** 33:3,8
**left** 24:22 94:10 112:8 122:15
    127:8 142:14 160:4,21 164:8
**legal** 88:16 89:11 90:19 99:8,10
    104:5 105:14 111:13,24
**legally** 11:18 68:24
**LEGAT** 111:11,13,23,25
**legitimate** 82:20
**leisurely** 156:25
**length** 8:9
**letter** 112:17,20 114:24
**letters** 66:19
**let's** 49:6 61:8 66:16 71:8 72:4 79:4
    95:22 135:23 138:24,25 162:6
**level** 120:19,20,21,22 142:12,18,24
    143:3 147:3
**lever** 120:18
**liaison** 111:10
**liberate** 59:19
**Libyan** 2:16
**lie** 28:22 78:14 81:25
**life** 12:5 35:7 45:13 48:22 49:18
    50:1 63:4,4,5,5 73:9
**life-threatening** 52:3
**light** 5:15 9:11 55:13
**lightly** 28:11
**likelihood** 43:10
**limine** 42:5
**line** 40:7 127:24 164:24 165:2
**lines** 108:9
**list** 2:25 64:11,11 104:17
**listen** 48:12 60:12 77:9 121:14
    134:2,9 135:2 146:13,23
**listened** 97:8 121:10,24 146:11
    149:5 156:14
**listening** 75:12 102:2 122:8 133:20
    134:7 146:13 149:3 153:19,20
    157:21
**little** 8:12 19:24 49:11 52:15 53:23
    56:21 57:23 61:8 83:11 124:22
    124:24 137:8 159:20 163:22
**live** 86:22 102:2,4 121:5,6,10,24
    128:6
**living** 46:9 51:14,14,15 71:16
**lobby** 38:11 92:6,8,9 94:9 95:5
**local** 165:3
**locked** 109:20 111:1
**locksmith** 126:5
**logical** 52:4
**logistical** 14:25
**long** 7:18 26:7 33:3 66:21 88:3,11
    91:3 103:16 105:22 110:14 111:4
    114:2,5,15 116:6 118:3 122:5,21
    131:5 132:12,19 144:12 147:23
    152:2 155:2,18 159:8,19 162:3
**longer** 39:11 40:4 114:4 139:13
**longest** 114:5,7 139:9

**look** 47:23 79:4 82:13 94:7 106:25
    107:4 112:16 130:2,24 133:5
    134:24 135:2 137:25 159:23
**looked** 90:8 119:6 124:22
**looking** 3:13 138:19,21
**looks** 94:15
**lose** 8:5 54:9
**lost** 52:25 122:11
**lot** 14:20 16:19 40:13 47:14,25
    48:1 52:20 56:18 63:12 65:21,24
**loud** 25:3 102:7,12 146:13
**love** 81:21
**low** 21:14 50:1
**lower** 112:7
**loyal** 84:18
**loyally** 27:14
**loyalty** 30:21
**luck** 14:20 130:21
**lunch** 86:23 122:24 130:24
**Luncheon** 131:11
**lure** 46:11 47:13
**lured** 45:13

## M

**M** 87:5,9,15 144:1
**machine** 122:3,4 142:10,25 143:1
    145:12,24 149:6 151:22
**machines** 24:19 145:6,12 151:15
**magnetic** 110:7
**main** 5:2 6:22 7:20 14:13 60:9
    75:22 132:7
**major** 49:7 61:23 83:3
**majority** 54:14
**making** 6:8 17:16 20:1 39:2 72:1
**man** 8:17,22,23 21:21 45:12,24
    48:18,18,19 65:12 71:20,23
    73:13 74:7 84:12 85:22 86:20
**Manhattan** 5:11
**manipulate** 147:7,10 152:5,7 156:2
    160:5
**manipulated** 45:23
**Marine** 127:14
**marines** 127:9
**mark** 6:4 16:22
**marked** 117:17 134:16,25
**Marks** 1:19 3:14,18,21 4:1,4 6:16
    6:21 7:6,9 8:15,19 9:18 10:3
    13:18 16:25 17:8,25 18:7,9 19:25
    42:12 70:8,12,18,19,21 84:1
    92:15 99:17 101:6 102:20,21
    106:22 115:11,12 119:2,3,5,13
    125:17,21 126:5 128:24 129:3,7
    129:18,25 141:6,18 142:7 143:18
    143:19 149:23 150:11,20 154:7
    154:11 157:10,16 158:13 161:9
**MARSHAL** 124:23 126:6,11
**marshals** 126:4
**martyrs** 28:2,5 31:5,6
**masks** 85:25 141:25
**mass** 34:2,16

**material** 22:12,16 24:5 38:21 67:4
    68:6
**matter** 142:2
**matters** 44:3 132:8
**MAUSKOPF** 1:13
**mean** 4:8 8:1,9 11:11 29:8 34:19
    50:25 53:24 54:14,15,17,18,19
    66:5 79:16,18 85:22 86:13 94:19
    113:11 117:10,19 134:10 135:11
**meaning** 54:7 57:12 63:13 79:8
    88:9
**means** 23:4 47:5 51:1,1,1 54:5,8,8
    55:2 58:15 59:22 66:20 67:21,23
    71:15 78:12 79:12,14 124:8
    161:21
**meant** 54:24
**measures** 105:15 129:10
**mechanical** 1:25
**media** 127:5
**medical** 5:16 7:16 8:1,25 9:13
    10:24 11:19 13:23 18:12 45:15
    45:16,20 49:21,23,24,25 51:4
    52:2,5 58:6 63:8 64:25 65:6,18
    66:10,11 68:13,14,17 72:23 74:2
    74:20
**medication** 12:2
**medicine** 51:4
**meet** 32:5 51:25 52:12,13 63:21,24
    74:6,15 83:2 90:24 91:18
**meeting** 21:23 26:7,13,15,24 27:18
    28:15,21,24 29:17,19 32:1,17,20
    58:8,9 63:12 64:7 74:17 78:8
    84:15 88:22,24 89:21,21,23 90:5
    90:16,23 91:1 96:1,14,17 104:10
**meetings** 20:11 21:3,5,10,19 24:20
    25:1,9 30:18 33:24 51:23 58:1
    75:19 91:7,9,12,13 95:24 96:3,8
    96:19 100:13,16
**member** 26:20 50:7,7 60:8 165:4
**members** 20:5 65:9 70:2 80:10
    129:18 141:16,25
**memories** 5:14 7:4 9:16 10:16
**memory** 165:8
**men** 20:6,12 21:19 27:23 31:6
    32:14,15 33:8,17 38:24 47:19
    48:25 56:16 81:4
**mention** 55:5 73:22
**mentioned** 27:25 37:13 110:20
    116:13 122:12 136:4
**mentions** 4:21
**Mercedes** 26:9
**Meshal** 27:15,16,17,18
**messages** 163:4 164:20,23
**messing** 131:3
**met** 20:7 25:14,23 27:1,12 29:14
    38:2 58:15,22 75:2 91:5 98:11
**meticulously** 46:3
**microphone** 102:12
**microphones** 48:14
**middle** 31:8 49:8 112:10,12

midnight 6:25
mid-January 111:7
**Mighty** 59:19
militant 31:25 54:6,6
military 72:16
millions 20:8 21:4,25
mind 5:20 28:4 47:21 54:22 55:22
    81:5
minds 72:5
mine 57:23 125:4
minimum 12:2
minute 62:23 122:6 132:8 133:9,9
minutes 19:17,22,25 26:7 122:6
    128:7 130:23 131:8 137:14 138:4
    153:1
mirror 55:24 107:5
misconstrued 17:8
**Mister** 49:12
mistranslation 60:15
mistranslations 48:7,9
mistrial 42:3,13
misunderstandings 30:2
misunderstood 99:8,14 133:19
**Moayad** 20:25 21:5 22:14 25:21,24
    26:22,24 27:6,11,17,20,25 28:8
    28:19 29:6,21 30:6,9,18,20,22,22
    31:2,10,16,21 32:11 33:13,16,23
    34:1,3,6,15,17 37:18,23 38:1,4
    38:15 39:15,19 50:16 64:5,7,23
    64:24 68:21
**Moayad's** 20:21 32:20 33:11 36:6
    39:4,13 42:23
mobile 89:18 104:24 144:15
    150:23 155:5 159:11
modern 51:10
**Mohamed** 36:11
**Mohammed** 1:6,6 2:2,2 20:10,11
    39:19 41:10 45:1 47:4,7 48:21
    51:22 52:12 57:10 64:8 70:22
    71:7,10,18,23 72:1,2,9,11,13
    73:1,6,7,8,10,14,14,15,16,18,22
    73:25 74:3,5,11,12,16,21 75:1,2
    75:4,18,21 76:23 77:2,5,6,20
    80:3 82:8 84:1,18 85:10,20 86:1
    86:2 100:21 141:8
molded 48:15
moment 13:8 25:21 38:8 42:16
    72:4 93:10
momentarily 27:12
moments 121:11
**Monday** 124:7
money 17:16 20:20 22:17 24:4
    28:6,25 29:12 30:5,23 31:17,20
    32:4,8,19 33:14,18 36:23 37:13
    38:18 39:1,2,9 45:15 46:10,14,14
    46:18 47:14 51:17 52:7,7,8,8
    56:7,7,13 61:4 62:7 64:12,21
    66:2 67:7,11,12,15,16 68:7,8,20
    69:12,14,16 72:10 76:3 79:2,9,17
    80:15,15,22 81:7,17,19,22 82:3,3

82:9,13,15,18 83:15,17,17,19
    84:10 85:6,16,17 86:3,9
monitor 90:12 95:1,7 100:24
monitored 101:15
monitoring 102:1
monitors 99:24
month 33:19
months 27:13 33:23 36:25 38:3
    72:15
**Moore** 1:15 3:25 4:11,14 8:17,20
    10:2 13:16 14:17 15:2 16:7,24
    17:18 18:3 20:3 35:18,21 40:23
    42:4,9,13,20 45:10 46:2 49:4
    52:13 54:2 55:5 56:1 57:22 61:8
    66:23 70:10 71:24 78:3 85:20
    87:1,2,5,17 92:2,10,13 93:10,13
    97:13,16 98:19 101:9,17,20
    102:25 103:11 106:3,11,20
    107:15 111:12,15 113:2 114:19
    115:15 116:7,8 117:3 119:17
    122:6,17 125:3,7 128:10,18,25
    131:1 134:18 140:6,11 142:1,5,9
    143:5,24 144:9 147:13 149:24
    150:3,15 152:10 154:12,13,16,24
    156:7 158:15,19 159:5 160:10
    161:10,14,18,19,23 162:2 163:20
    163:22 164:2,16
**Moore's** 70:24
morning 11:16 25:13,17 32:6,17
    44:25 45:3 70:21 107:22 110:17
    128:2 141:8 145:8 146:3,3
    147:17 152:20
moron 52:25 53:9
**Moslem** 21:22
**Moslems** 23:1 26:22 60:2
mosque 25:24 33:18 34:5 50:16,17
    50:17,18 62:2,24 63:5 72:22
    73:11,12 74:10,10
motion 16:25 17:9,19 42:5,13,20
    43:17 165:4
motive 17:13,15,16,20 18:2
mouth 63:22
move 7:3 12:3 42:3 131:7 138:24
    138:25
moved 11:15 150:11
moving 5:11 11:16 12:2,4 37:11
    61:19
**MS.CHAN** 6:9
**Mujahadin** 54:16
**Mujahidin** 20:16 23:19 28:7,10
    29:20 30:11 31:25 32:10,13
    38:22 54:17,21 57:6
**Mujahidins** 27:23 80:10 81:4
murder 5:4
**Murphy** 33:3,7,21 41:2
**Muslim** 22:22,25 23:19 55:12
    57:16 58:21 59:16 60:3,4
**Muslims** 59:19
mute 19:19
mutual 20:14 28:18

**MZ** 47:4

**————— N —————**

N 87:5,9,15,15 103:3,9 166:1
**Nadin** 150:3,10
name 2:18 6:15,17,18 9:15 10:19
    10:20 15:24,24 16:15,22 27:3,12
    27:14 40:23 44:25 45:7 46:16
    53:20 58:25 60:9 70:19,21 72:18
    73:22 74:7 87:4,5,12 103:6,8
    118:16,18 124:10,13 144:5,6
    150:9 154:21 158:20 159:1
named 47:6 71:23 73:14
names 32:2 33:10 44:24 68:16,17
    89:8 98:14,16,18,18,20
nations 40:2 49:17
nature 52:22 53:11 70:7
necessary 9:24 28:11 105:21 107:9
    108:8 163:2
necessities 49:17
necessity 51:11
need 20:15 28:1 31:15 51:8,9 56:7
    56:7 58:3 61:15,22 64:16,25
    68:23 76:17,18,18 79:10 81:4
    87:3 130:19 155:23 163:1
needed 45:17,21 104:14,16
needs 49:24 67:11 78:21
needy 57:11,12 60:4
neighbors 54:20
nephews 51:2
nervous 27:7
never 8:22 39:7,16,22 59:7 79:23
    85:4,7,7 86:8,10 97:1 125:13
new 1:1,13,14,22 5:12 6:5 11:16
    21:19 71:21 73:21 74:8 80:14
    81:2 109:14 118:19
newspaper 18:13 126:19
newspapers 54:4
nice 38:12 75:3 150:1 162:3,9
nickel 62:13
nieces 51:2
night 5:13,18 11:17 12:4 15:12
    26:11 29:24 151:10 159:18
    161:11
nighttime 155:16
nonexistent 49:20
non-Muslims 22:25
norm 155:25
normal 31:14 73:3
**Normally** 102:8
note 2:18 6:14,17 9:14 10:5,18
    11:10 18:12
noted 34:10
notes 96:8 138:1 149:8,8,9 156:18
notice 120:25 146:2
notices 62:2
notified 89:20
noting 21:12
notwithstanding 8:13 13:18 44:4
    138:5

**November** 6:6 74:3
**number** 2:5,21,22,23,24 4:17 7:13
  9:14,15 10:21 14:23 16:3,4,8
  33:1,8 35:1 36:20 37:19 47:6
  56:12 112:3,5 113:11 115:1
  116:15,15
**numbers** 33:10 36:9 104:24 128:5
**numerous** 28:16
**nutshell** 40:9
**NYPD** 41:3
**N-A-D-I-N** 150:5,10
**N.Y** 1:6

_____

_____ **O** _____
**O** 87:5,5,9,9,14,15 103:3,8 144:1,1
**oath** 20:22 28:20,20 30:16,21 78:6
**OA-53** 88:7
**object** 98:19 115:6,12
**objected** 126:3
**objection** 92:14,16 106:21,22
  114:19 118:24 119:1,13 142:1,5
**objective** 59:17
**obligation** 57:15,16
**obligations** 57:14
**observe** 92:25 93:3 101:11 147:10
**observed** 38:8
**observer** 78:9
**obstacles** 10:12
**obvious** 3:19 55:17,19
**obviously** 7:16 21:13 28:17 32:23
**occur** 142:19 159:24
**occurred** 57:3 97:3 113:23 139:19
  153:3
**occurring** 56:17
**offer** 40:16 92:10 106:20 113:2
  117:3
**offered** 81:11
**offhand** 137:25
**office** 8:20 36:13 62:22,23,25
  82:25 83:2,2 88:20 89:16,25
  111:1 115:21
**officer** 111:10
**officers** 101:1
**officials** 21:18 36:20
**offshoots** 22:21
**oh** 128:14 157:19
**okay** 3:21 12:8 13:13 16:10 44:23
  68:19 70:15 79:9 86:21 89:3,9
  94:17 99:1 102:22,25 106:4
  115:11 116:9 119:1 123:4 130:11
  133:14 141:20 142:3 157:7
  161:15
**old** 22:22 34:24 49:9 51:17 71:10
  72:14 121:14,15,19,21,24 122:2
  122:8 134:3,3
**older** 58:4
**Oliver** 154:16
**once** 37:9 39:8 90:2,22 96:6,18
  133:24 160:20
**ones** 51:18 117:11

**one-way** 55:24
**onset** 110:11
**open** 130:24 153:5 164:8
**opened** 118:21
**opening** 17:5 19:12,16,21 20:1
  35:17 42:9,22 43:16 44:11,14
  54:2 70:8,12,24 72:12 78:3 166:4
  166:4
**openings** 17:24 19:12
**openly** 93:3 100:19
**operation** 24:10 33:4 73:7 74:24
  89:10,12,17,18,22 90:1,7,8,17,18
  91:2,6,15,24,25 92:20,21,25 93:4
  93:6 99:3,6,9 100:19 101:14
  105:18 108:1,12 110:14,15,19,24
  113:18 119:22 140:1 144:15
  150:23 152:3 155:5 159:11
**operational** 89:21 122:14
**operations** 138:1
**opinion** 59:16
**opportunity** 41:6 70:12 71:25
  164:10
**opposed** 71:3 140:9
**oppressed** 60:3
**orally** 149:13 156:19
**order** 42:11 59:8 66:13 68:10 97:6
  97:10,25 105:15 134:9 159:23
**ordering** 76:20
**ordinarily** 164:4
**ordinary** 53:25
**organization** 17:20 22:19,22 30:8
  36:13,14 39:16,22 43:15 46:16
  62:9,14 81:3 82:20 83:1,3 98:18
  149:17
**organizations** 20:9,21 22:13,15,19
  22:21 24:4 28:18 29:15 31:1,2,3
  31:3,24 36:8 43:9,11 64:22 76:3
  81:19
**original** 97:13 110:18 111:4,6
  112:22 115:20
**originally** 55:20
**originals** 120:8
**orphans** 29:11
**Osama** 20:25 27:4 36:10 58:12,19
  58:20 67:6
**ought** 129:9
**outlook** 23:9,18
**output** 121:8
**outside** 6:1 13:13 48:3 69:4 128:8
  130:15,16 141:12
**outstanding** 24:8
**overall** 115:9
**overheard** 26:2
**overview** 25:10 57:22
**owner** 16:14 74:7
**o'clock** 123:4
**O-L-I-V-E-R** 154:17,22

_____ **P** _____
**pack** 5:12

**packing** 11:17
**page** 60:16 83:20 123:7 125:22
**pager** 21:12
**pages** 116:8
**paid** 3:6 15:9 17:23 18:3,9 53:14
  72:2 73:18 126:18
**Pakistan** 39:8
**Palestine** 28:13,13,14 62:10
**Palestinian** 23:11 61:18,25 62:2,4
  62:5,7 63:6 66:1 69:16
**Pamela** 1:15 41:1
**Panther** 26:20 76:1
**papers** 3:7
**paralegal** 46:24
**pare** 19:24
**part** 16:23 17:18 47:23 48:19 49:6
  49:7 51:9 55:4 57:16 62:1 63:4
  76:14 80:10 85:3 97:2 108:15
**participants** 78:5
**participate** 100:16 162:13
**particular** 47:19 88:5 103:20
  134:21 135:8,12 137:6 145:1
  151:7
**particularly** 53:12
**parties** 13:25 50:3,4
**parts** 37:7 119:18
**party** 26:20 50:5,6,6,9,11
**pass** 149:12
**passage** 80:25
**passed** 146:11 149:8,12,13,15,19
  163:17
**passes** 51:21
**passing** 163:4 164:19,23
**passion** 50:18 57:7
**passionately** 61:25 70:25
**passport** 73:23,23
**patently** 37:20,21
**patience** 40:15
**Pause** 15:3 92:19 93:12,15 95:21
  111:20
**pay** 15:11,17 51:25 78:23 86:11
  124:15 126:20
**paying** 3:3 15:12,22 99:19 126:21
**payoff** 46:19
**Payroll** 80:16
**peace** 57:10
**peak** 120:22
**penalized** 15:21
**Peninsula** 71:12
**people** 40:22 47:2 48:23 49:18
  51:16 52:22 53:18,19,25,25 54:7
  55:12 61:12,14,18,18,21,23 62:4
  62:5,7 65:25 71:1,2,3,4 76:25
  78:18 80:13,21 81:2,4,6 83:3,18
  89:25 92:9 94:10,15 95:11
  100:19 108:13 109:1 127:8,8,21
  127:22,22 142:14
**people's** 39:25
**percent** 31:21,22,23,24 36:22,23
  66:2

percentage 47:24 66:6 114:10
    115:9
percentages 31:20
perception 7:19
perfectly 55:17 76:21
perform 60:5
performing 72:16
performs 51:2
period 33:6 47:20 69:10 73:5 83:8
    94:22 95:8 104:11 114:12,13,15
    115:7,10 116:16 139:6,9 142:17
    147:23 148:1,3 152:25 153:6
periodically 160:2,3,14
periods 7:18 114:4 115:7
person 2:14 3:19 4:11 30:19 47:8
    53:12 67:19 71:16,25 94:25
    124:11 126:8 162:22
personage 73:4
personal 66:4 71:19 72:17 73:3
personally 79:2 80:12 81:2 111:2,7
personnel 22:17
persons 89:8 90:13 99:11
person's 9:10
pertains 164:14
ph 62:3,4
phase 86:22
philanthropist 74:14,18 76:7 77:1
    84:5,16
phone 5:23 33:11 76:14,17,19
phones 24:16,17
photograph 92:7
physical 5:4 24:13 36:5 103:23
    104:10 122:13,14 144:17
physically 14:7 122:16
pick 127:6 128:3
picked 14:7,10 126:4
picking 14:12
picture 6:9 38:11 94:2,7,10 138:22
pictures 75:7
piece 22:6 69:23
Pierrepont 1:14
pig 59:20 60:13
pig-eating 67:22
piles 22:8
pillars 50:14 57:18
pivotal 47:8
placate 125:19
place 2:3 19:1 24:11 26:14 28:19
    39:8 42:1 46:9,11 47:20 52:4,20
    61:21 63:1 69:14 75:10 84:21
    96:20 101:11,25 104:11 108:3
    109:8,14,17 115:22 116:16 124:1
    125:1 137:18 141:8 146:17
placed 20:22 163:10
places 115:7
plainclothes 92:21
plainly 76:17
Plaintiff 1:3
plan 90:8,9,9,11,25 122:14
plane 46:11 51:25

planned 73:25
planning 162:14
plans 28:18 38:21 39:2 52:11
play 25:2 47:7 76:13
played 133:16
playing 5:23 21:24 65:8 76:6
Plaza 1:5,14,22
pleasant 75:5
please 20:5 130:1 158:25
point 40:12 43:3 47:11 53:3 56:24
    59:14 61:16 67:16 69:25 77:7
    78:4 94:12 98:6 109:18 121:25
    122:3 124:21,25 139:2 142:16
    147:4 156:4
pointed 28:9 38:1,10 42:14
points 30:14 48:2
police 46:20 74:25 75:11 85:24
    141:22 150:17
polite 53:8
politely 64:6
political 23:2 50:2,12 63:25
poor 49:14 50:23 51:3 71:12,14,17
    72:24 83:6
poorest 49:17 61:24
portions 80:2
posed 163:3 164:19
position 44:12 163:19
possession 135:6
possibility 51:20 82:17 84:23
possible 8:13 28:12,13 45:6 72:1
    78:25 85:18 88:25 89:10 109:9
    148:15
possibly 8:24 25:8 163:15
Post 6:5
posted 62:2,5,8,11
post-arrest 33:12,16 34:3,5 36:17
    37:19 39:5 40:6 42:23 85:21
pour 35:7
poverty 49:15
prayer 21:5,6
prayers 73:11
preacher 50:17
precautions 125:10,16
precisely 135:9 164:20
predisposed 69:12,14,17
prefer 122:25
premarked 92:4 106:13 111:17
    112:14 116:3
preoccupy 67:22
preparation 105:21
preparations 24:12
prepare 32:13,15 90:11,18
prepared 37:23 39:6 84:17 106:18
presence 30:17 39:1 56:12
present 89:24
presented 7:23
presenting 41:4
president 62:17
press 2:13 14:15 37:24 39:6,23
    130:16

pressure 8:12 46:15,15 64:20,20
    64:21 65:6,11 69:11
pressured 69:10
presumably 6:25
pretending 63:25 77:14,15,17
pretty 83:9
prevail 15:25
previous 29:16 96:14,16,19 121:14
    121:15
previously 116:13 136:4 138:6
principal 29:16
prison 21:23
prisoner 85:1,23
prisoners 30:11
private 29:5 38:19,23
pro 82:7
problem 3:15,17 4:12 6:22 7:9,10
    8:4 11:19 15:8 16:2 51:5 53:9
    75:25 81:21 124:11 126:2 129:8
    147:18
problems 2:19 3:16 6:8 8:13 10:24
    14:25 61:23 139:25 140:25
    151:15 153:11 159:24 164:7
procedure 112:2 138:1
proceed 41:12 95:25 135:25 136:1
    150:13
proceedings 1:25 19:1
produced 46:6,7 69:23
producer 47:7
product 110:5
production 46:5 47:3
profit 57:5,9
program 141:1
project 136:12
promise 85:6
promised 79:24
promises 45:14,18
properly 107:11 109:8 151:14
    155:22
proposition 65:3
prosecuted 8:20,21
prosecution 13:11,20 14:1,1
prosecutor 44:11 89:11,13,13,14
    89:24 90:2,3 127:15 141:14
protected 163:12
protecting 71:2
prove 19:14 24:6 43:8,9,10 44:13
    47:18 66:13,14,17 67:3,9 68:4
    69:13
provide 22:12 25:5 38:21 49:5
provided 2:4 27:1,14
providing 22:14 32:2
public 18:13 23:13 26:10 39:8
Pulkert 154:16
Pulkert/Cross/Goodman 166:15
Pulkert/Cross/Marks 166:15
Pulkert/Direct/Moore 166:14
pulls 49:10
punched 48:16
pure 23:1

**purpose** 74:17 80:22 81:11 82:5
  84:15 91:9 101:24
**purposes** 21:23 67:17 85:1
**push** 85:25
**pushed** 48:16
**pushing** 65:4
**put** 11:15 12:12 21:8 27:4 30:6
  31:4 32:21 36:17 66:25 73:7
  74:11 78:6,12 80:20 81:21 86:25
  89:1 93:17,19 106:24 109:14,17
  109:17 121:11 127:23 151:24
**putting** 8:12
**P-U-L-K-E-R-T** 154:17,22
**p.m** 26:4 114:16 118:6 132:3,4
  139:7 148:22 152:19,20 162:8

**Q**

**Qaeda** 20:18 59:6 61:5 64:4,15
  67:4 76:4 82:15 84:11 85:7,17
  86:9
**question** 8:3 9:19,25 11:2 22:20
  30:6 68:3 76:21 82:1,11 84:9
  96:11 97:17,23,25 98:4,19,25
  99:2 107:15 113:11 114:8,9
  115:8 117:15,16,24 119:3 122:22
  133:1,8 135:1,24 136:20 138:12
  138:13,14 140:7 141:22 148:4
  157:15 161:10
**questionnaire** 11:14
**questions** 10:7,11 44:17 93:13
  99:18 101:6,17 122:17 149:23
  152:10 156:7 160:10
**quick** 28:12 161:10
**quickly** 61:3 164:9
**quiet** 21:15 83:10 130:1 157:3
  158:1
**quietly** 21:16 78:16
**quietness** 78:21
**quite** 75:22 126:14
**quoting** 55:4
**Quran** 78:6,13
**Q'ran** 55:10,10,11,12,17 57:9 60:7

**R**

**R** 1:13,21 87:5,9,14 103:3,9 110:4
  144:1
**radical** 22:23 63:25
**raise** 33:17
**rampant** 49:21
**ran** 72:21 73:9,12 107:9
**rarely** 21:14 27:11
**rate** 48:6
**reach** 120:20 142:11,18
**reached** 147:4
**reaches** 85:4,8 143:3
**react** 59:24 81:20
**read** 3:7 6:16,21 10:8,8 13:24 25:3
  40:16 53:4 66:18 108:21 138:9
**reading** 6:17 77:24 86:13
**readjusted** 137:16

**reads** 36:7
**ready** 32:14,14,16 136:19
**real** 31:14 36:1,2 39:2 63:17
  145:25,25
**reality** 46:8,19 69:21 70:3,4
**realize** 129:22
**realized** 35:5 137:15 145:24
**realizing** 129:21
**really** 5:21,25 11:12 13:20 14:12
  20:20 29:8,13 31:3 36:4 48:24
  51:22,24 68:12,14 79:5,25 80:18
  82:15 84:22 85:15 131:10 133:1
**reason** 9:4 11:5,19 44:10 74:19
  80:12,12 118:10 125:11 163:19
**reasonable** 66:17 67:4 68:5 69:13
**reasons** 3:19 9:13 48:12 84:14
**reassure** 125:14
**recall** 90:21 91:4 97:23 137:25
  147:21 155:19
**receipts** 30:25,25 31:1,9,10,14,19
**receive** 25:1 66:1 88:16 144:19
  150:25
**received** 24:9,14 89:7 92:17 99:2
  99:12,13 105:15 106:23 115:13
  118:4 119:14 120:24 122:20
**recess** 123:6 131:11
**recipients** 30:23
**reciting** 26:15
**recognize** 92:5 106:14 111:22
  112:1 116:10
**recognized** 62:15
**recollection** 104:17 112:21
**recollections** 22:6
**record** 9:24 14:18 21:13 63:13
  87:13 103:7 108:9,24,24 113:22
  124:9 142:23 143:4 144:5 147:3
  150:9 154:21 159:1 162:21
**recorded** 1:25 4:19,19 21:17 24:20
  46:4 47:19 48:1,4,17 52:10 55:23
  63:9,10 69:21 108:5 109:24,25
  110:1,6,10 119:19 121:8,15
  133:21 145:14 148:10 156:14
**recorder** 145:14
**recording** 21:11 24:19 105:23
  108:8 109:6,8,25 110:7,23,25
  112:4 113:17 115:2 120:18,20,21
  120:23 122:7,11 135:9 136:6,7
  137:15,21 139:5,19 140:17,23
  144:24,25 145:11,17,19 146:4
  147:18 151:5,12,13,16 152:22,23
  153:6 155:10,20 157:12,13,17
  159:13,21
**recordings** 24:24 25:5 32:23 48:7
  48:10,12,18 52:14,16,17,19 77:9
  108:5 109:23 110:1,7,8,13,18
  111:4 114:17,18 115:7,20 116:22
  116:23,24,25 120:7,17 121:1,4
  121:16,19,22 133:21 136:5 139:7
  143:12,13 146:17 147:8,11 152:5
  152:8

**records** 68:17 121:8,23
**recovering** 6:18
**RECROSS-EXAMINATION**
  101:18 143:6
**recruits** 24:4
**red** 68:7
**redirect** 101:7,8 142:8 149:24
**refer** 26:16 42:22,23 43:5 135:11
**reference** 42:7 53:22
**references** 55:8,8
**referred** 42:4,25 56:2 101:21
**reflect** 37:16
**refresh** 112:21
**refugees** 57:6,11
**regard** 9:10 13:2 51:17 53:7 141:1
  152:22
**regarded** 88:22
**regarding** 28:13 29:5,6,20 141:22
  148:18
**regardless** 143:14
**regular** 91:24 95:24
**regularly** 27:19 98:11 158:6
**rehearse** 64:8
**reiterate** 44:2
**related** 3:18
**relating** 12:6 144:19 145:1 151:1
**relationship** 73:5
**release** 9:14 14:2 128:11,22
**relevance** 98:20
**relevant** 18:5 44:4 98:21,22
**relies** 47:18
**relieve** 13:22
**relieved** 13:17
**religion** 57:20 64:6
**religious** 23:2,8 50:2 53:18,19,25
  54:7 71:13
**relisten** 122:2
**relistening** 121:21
**reluctant** 13:21
**rely** 22:6 77:20,22 81:8
**remain** 19:19
**remainder** 28:15
**remarks** 64:6
**remember** 4:18 39:10 44:7,16,24
  48:13 55:20 56:20 57:18 70:19
  72:5 78:3 83:9 112:10 138:4
  147:22 149:18,21 152:24 153:2
  153:11,16 154:8 160:18,20 161:7
**remembered** 7:25 157:2
**reminiscing** 35:13,22
**remote** 36:1 46:9 48:19
**removed** 110:23,25
**rental** 24:17
**rented** 26:9
**reopen** 17:1
**Repeat** 11:4,6
**repeated** 91:22 133:25
**repeats** 64:25
**Rephrase** 157:15
**replied** 17:19 28:8 30:9

report 148:18
reporter 1:21 4:20 44:6 108:21
    138:8
represent 70:22
representative 43:4,13
representative's 43:1
representing 45:1 70:13
Republic 104:3
request 8:11,11 9:20 20:21 21:18
    88:16,19,20,21,22 89:6,7 104:5,8
    104:14,18 113:4 118:19 120:24
    151:1,4
requested 88:23 104:9
required 97:18,19 115:19
requirement 110:12
requirements 90:19
requires 69:8 165:3
resolve 9:5
respect 4:9 43:6 122:14 128:18
respond 162:21 163:20 164:17
response 7:14 9:1 17:19 89:5
responsibilities 90:17 109:5
    144:16 155:6
responsibility 54:18
responsible 105:6
rest 11:2 12:4 28:6 51:2
restaurant 26:10
resting 5:19 8:18
restrictions 163:23
result 22:3 23:12 38:2 49:19
resumes 94:18
return 41:8 72:10
returned 32:11
revealed 26:25
revenge 40:1,3
review 41:7 120:24 135:4 139:14
    139:14 163:18 164:10
revocation 163:7,16
revoke 164:4
rich 67:19
ridiculous 38:14
right 5:6,11,19 9:12 10:17 12:11
    12:16 13:6,8,11 15:7 16:1,6,16
    18:14 19:7 20:4 21:16 33:8 35:20
    36:19 46:18 56:23 59:20 67:13
    70:11 71:8 80:16 82:2 98:16 99:7
    99:14,22 112:7 117:25 118:18
    123:2 125:21 127:9 128:17 131:7
    133:17 136:19 137:12 138:8
    143:13 153:10 157:12,17 162:5
    164:7
rightly 72:7
rights 163:12
rise 163:7,15
rises 69:20
risk 8:5,10 127:12,17 128:1 163:4
    164:19
Rm 1:22
road 62:24 164:8
rob 80:21,21

Rock 49:11
Rockefeller 82:6
role 21:24 30:15 76:6 84:21 88:13
    103:24
room 20:7 25:17,18,18,22 26:4,5
    31:9,15 32:7 35:12 39:3 46:13
    52:1 53:16 55:15 56:10,10 63:10
    64:10,18 69:11 75:5,5,6,7,9,11
    75:13,15,15,17,18 79:6 84:13
    85:23,24 86:7 91:19 95:3,3,9,10
    95:14 99:22 100:4,9,11,23,23
    101:2,13,14,20,23 102:15,17
    105:23 107:1,4,5 108:4,7,8,11,18
    108:25 109:3,19 110:23,25 112:5
    113:14,15,15 115:2 116:15,17,18
    116:18,21 121:18 122:1,9,15
    124:3 125:1 129:23 134:20 .
    136:25 137:24 141:15 142:18,20
    143:2,14 144:24,25 145:11,19
    146:4,6 148:24,25 151:5,12,16
    153:12,23,24 154:1 155:10,20,24
    156:13 157:3,17 158:1 159:13,21
    159:25 160:4,15 161:1,6
rooms 22:10 24:16,18,23 25:16
    37:14 38:16 47:21 90:12 99:22
    105:19,25 106:5,9,17 107:8
    108:5 109:1,24 110:19 111:5
    113:18 114:18 121:5,12 141:13
    142:14 144:20 145:15 155:11
    157:11,12,13,13,14 159:14
roots 23:6
rope 83:9
ROSLYNN 1:13
rough 96:20
RPR 1:21
rude 30:16
rule 23:3 165:3
ruled 17:4,7,11 122:18
ruling 17:22 50:6
rummaging 10:14
run 51:4 67:21 83:5,5 90:8 107:12
    132:20 133:2 157:1
running 73:3 138:22
runs 50:16 51:10 62:10
ruse 38:25
rush 46:20
Russian 58:16
Russians 58:21,24 67:7

_____
S
_____
S 110:1 144:1,1
Saeed 74:7,7,8 75:14,20,23 76:6,25
    77:4,12,16 79:5 80:9 81:1,15
    83:8,13 85:5,5
safe 39:25 109:14,17,19,21 110:20
    115:22 125:9 127:19 143:22
    151:24 152:2
safely 38:6
safety 141:14
safe's 151:25

sake 57:11,12 60:6
SAMS 163:23 164:14
Sana'a 65:22 66:1 72:20,25
Sarah 46:23
sat 58:15 156:18
satisfactory 145:4
Saudi 36:15 62:18
save 4:15
saw 39:7 64:1 95:1 102:2
saying 3:24 24:3 27:8 29:19 38:4
    53:8,10,20 60:11,15 63:13 64:20
    67:10 102:9,12 138:9 140:20
    164:25
says 2:5,9,18,19 9:17 14:1 44:11,13
    49:12 51:22 52:1 53:6 55:3,11,12
    56:3 57:5,8,13,15 58:14 59:25,25
    59:25 60:9,10,11 65:7,17 67:12
    67:13,16 75:23,24 76:17 78:12
    78:21,22 79:1 80:9,25 81:1,5,24
    82:19 83:14 84:3,4 124:18,19
    129:5
Sa'eed 63:17,25
scale 23:23
scared 86:2,2 124:19,19
scene 76:5
scenes 107:10
Schafer 47:11,12
scheduled 34:16
scheme 83:13
Schmidt 158:19,22 159:2
Schmidt/Cross/Goodman 166:16
Schmidt/Direct/Moore 166:16
school 51:6,8 55:8 72:23 126:2
schools 52:8 83:5
scope 114:20
score 61:5
Scottish 34:24
screen 89:1 135:10,22
screens 136:20 137:3
scrutiny 162:22 163:1,17
seal 18:11,11,12
sealed 14:18 109:14
seat 2:23 103:6 126:25 132:5 144:4
    150:8 158:25
seated 40:25 70:17
second 6:1 9:9 58:9 78:14,19,22,24
    82:21,24 84:22 93:16 101:20,23
    106:1 110:3 117:19 128:8 130:4
    135:21 162:23
seconds 114:4,7 118:10 120:20
    136:5,7 139:10,11,12
secrecy 20:22 28:20,21 78:9
secret 16:21 78:23 83:1
secretary 21:2
see 3:5 9:9 10:20,20 15:20,25
    16:16 24:23 25:16,20 26:5 30:9
    33:2,14,25 34:8,13,14 35:12,19
    35:21 36:5 37:8 38:11,18 40:18
    40:19 46:25 48:8 50:20 52:10,14
    54:3 55:2 56:15 58:7 59:8 69:22

75:7,17 77:8,15 79:25 84:6 86:7
  89:1 92:18 93:21,23 94:10,22
  95:5 99:24 100:19,24 101:1,4
  107:10 124:14 126:22 128:18
  132:23 134:22 135:19 136:20
  150:12 152:7 156:5 157:19 158:2
  160:8 163:18
seeing 8:12 22:5,8,8 32:24 40:10
  46:1 138:7
seek 29:18 52:5
seeking 17:1
seen 10:19 41:7 97:1 125:13
sees 23:25
seized 36:7
selected 90:14
SELECTION 1:10
sell 72:9 74:9
send 46:11 61:4 86:20
sending 23:18 38:24 62:7
sense 4:19 7:9 15:9 148:8
sent 29:12 33:13,19 62:13
sentence 66:20 137:10
sentences 66:20
separate 79:19,19 91:19 95:9
  100:23 101:14 113:9,10
September 23:25 34:2,24 35:9
  72:4,6
sequence 133:25
sequences 114:3,6
series 36:17 52:9
serious 48:7,8 52:2
serve 3:7 6:25 7:5,6 9:17 15:21
  148:21
service 31:9,15 51:3 72:16
serving 5:20 11:4,13
session 132:2
set 76:5 90:7 111:6 115:16 118:11
  143:4 147:2 148:8
sets 146:14
setting 136:8 137:16 148:2
seven 88:12 118:6,14
seventh 19:7
seventies 26:20
severe 3:4
share 22:23 23:9
shared 146:5 151:17
Sharif 47:12 54:25 55:22 56:10
  74:7,7 75:14,20,23 76:6,25 77:5
  77:12,16 79:5 80:9,9 81:1,15
  83:8,13,14 85:5,6
Shayateen 80:11
sheds 55:13
Sheik 50:16 61:4 62:1,6 63:7,16
  64:5,7,19,23,24 65:5 67:5 68:20
  71:19 72:18,20 73:2,2,6,7,13,13
  73:15 74:1,17,20,23 75:1,4,17,20
  76:10,19,21 77:5,14,19 78:7,7,17
  78:22 79:1,22 80:3 81:20 82:4,8
  83:15,16
sheikh 20:10 21:1 30:21 41:10 45:1

47:3 48:21 50:3 51:12,21 52:1,11
  53:6 55:2 56:5 57:8,13,25 58:4
  58:14 59:7 60:11,15 84:18 85:14
  85:15 86:1 94:19 100:21 141:7
  163:5 164:20,23
Sheikhs 85:8
Sheikh's 21:9
Sheik's 73:23
Sheraton 38:11 75:3,5 90:15 91:19
  91:20,21 92:20 106:8 144:20
  155:12 159:15
Sherif 53:7
SHERMAN 1:21
shift 19:8 109:11 138:19 145:4,7
  145:21 146:4,5,18 147:8,11
  151:10,11,18,19 156:2 161:11
shifting 27:7
shifts 108:14 109:2 151:7,9 152:4
  155:14,17,18,21 156:6 159:17,18
  159:19,22 160:5 161:11
short 25:16 26:4 132:10
shortly 32:22 51:23 56:4
show 2:11 12:9 45:22 46:8,9,19,22
  49:3,4 63:10 65:10 68:12 69:21
  70:3,3 73:17 86:8 92:4 106:13
  111:14,17 112:14 116:3 135:13
showed 25:15
showing 17:13 136:21
shown 25:18 75:4 92:12 135:9
  137:6 148:7
shows 43:14 135:10
shut 36:14 142:11,15
Siam 36:11
sick 49:22
side 39:24 61:18 112:7
sidebar 41:12 42:2 43:21
sidebars 44:3
sides 13:5 61:17
sifted 77:6
sign 162:18
signal 109:9 145:16,16 158:6
signaling 25:25
significant 85:4,9,9
significantly 72:24
similar 12:11 23:17 28:16
similarly 75:15
simple 85:22 140:3
simply 17:14 48:4 97:9 163:8
simultaneously 102:10
single 39:7 50:18 75:12
singling 164:25
sir 93:21 94:20 95:3 100:18 101:6
  113:9 117:9 119:6 127:2,7
  133:16,17 141:7,11 142:7 148:9
  157:11
sit 7:18 9:22 19:6 40:11 154:20
sitting 8:18 12:1 47:5 75:7 89:2
  102:8 120:8 156:18
situation 6:23 9:5,10 45:23 56:23
  128:17,22 157:2 164:15

six 3:3 15:9,19 51:12 126:18,21
  139:18
sky 91:23
slayings 4:22
sleep 5:18
sleeping 122:1
slippers 76:19
SM 47:3
small 30:20 47:24 85:3 115:9
smile 34:14
smoke 86:16
snoring 122:1,10,11
snow 162:4
society 23:2 53:18 54:1
soldier 38:5 54:17
soldiers 37:25 38:13 81:5 92:25
Somalia 23:21
somebody 51:22 76:15,16 129:25
  136:10,14,16 156:16
someplace 75:11 93:19
somewhat 27:20 46:2
song 49:9,9
soon 114:22,23
sorry 4:25 35:15 44:22 96:11
  107:19 108:19 114:9 119:10
  127:17 154:3
sort 53:23
sought 30:4
sound 26:10 46:7 75:16 106:5
  121:8,9 133:16,25 143:1,3 158:7
sounds 16:7 22:17 142:17 143:2,4
soup 50:23
sources 96:18 98:6
southern 71:11
so-called 46:16 47:12,18 55:15
speak 3:20 16:9 29:23 30:4 46:12
  47:9 53:15 55:1 59:9,10 76:12
  77:12,13 95:17 125:6 134:8
speaker 157:25
speakers 100:1 158:8
speaking 16:12 27:11 43:4 45:2
  53:12 73:16 75:24 76:14 102:9
  102:11,12 158:8
speaks 47:9 50:16 64:4 76:7,9 77:2
  84:24
special 33:2 41:2 125:10,16
specialized 80:17
specializes 141:2
specific 90:14 98:20 112:21 140:12
specifically 33:17 83:18
specify 113:11
speech 34:10 43:1 59:6
spell 87:4,12 103:6 110:3 144:5
  150:9 154:20 159:1
spelled 29:11 55:9
spend 21:25 31:23 32:8 39:2 54:12
  65:22,25 79:10
spent 26:12 32:19
spirits 58:2
split 67:10,14 68:19

spoke 15:11 21:14 24:25 95:19
　124:10 125:5 126:16
spoken 129:15
spokesman 34:10 36:11
sponsored 34:5
spot 19:6,7 128:3,3
squad 88:5 103:20,22,23,24 105:3
　105:6 107:8 122:13
squirming 27:8
staffed 108:11 109:1,3
staged 46:3 48:25 69:5
staging 68:2
stamp 145:17,19
stand 35:9 42:14 61:13 93:17,17
　94:18 103:2 127:20
standup 54:18
start 4:6 13:21 37:21 46:21 49:7
　57:24,25 60:1 61:6 64:20 66:16
　124:22 128:14 137:22,22 155:17
started 25:23 26:15,24 27:7 29:19
　39:17 59:25 60:6 99:6 110:15
　115:2 133:6 136:11 147:3
starting 25:10 45:7
starts 58:6
starving 72:6
state 23:1 38:2 42:12 87:12 103:6
　144:5 150:9 154:20 159:1
stated 33:17 39:15 162:25
statement 19:21 20:1 33:12,16
　34:3,5 37:23 39:6,18,23 42:9,22
　43:6,19 57:9 66:22 70:8 72:12
　78:4 163:11
statements 17:5 19:16 36:17,18
　37:19 39:6 40:5,6 42:23 48:25
　53:1 54:3 66:23 85:21 162:22
Statement/Goodman 166:4
Statement/Government/Moore
　166:4
states 1:1,2,5,13,16 2:1 24:1 32:4
　36:15 37:1,22 40:24 41:1,5 45:14
　45:14 46:4 50:9,13 58:18,19,20
　59:6 62:16,19 67:8 74:4 87:2
　88:17 102:25 104:6 118:5,17,22
　150:3 151:1 163:12
States's 104:8
stationed 111:9
status 126:14
stay 152:2
stayed 35:5
steal 80:22
Steffan 158:21,22 159:2
stenography 1:25
step 6:1 13:13 68:11,20 93:23
　94:11 102:22 128:8 135:20
　143:20 161:15
steps 68:13,15 94:14 105:8 157:18
STERLING 1:10
Steven 70:13
sticker 112:4,4
sting 74:24

stipulate 134:15,18
stop 31:12 58:17
stopped 2:6 120:21 129:5
store 49:22
storm 85:24
storms 39:19
story 37:1 38:4 49:4,6,6,7,8 55:12
　55:17 72:13 82:24
straight 13:12 46:13
strategic 157:18
strategy 141:22
street 59:5
stress 12:5
stressful 14:9
strike 21:7 100:12
strong 28:16
strongest 85:18
struck 13:17 14:2 51:19
Strudhoff 143:24
Strudthoff 144:6
Strudthoff/Cross/Goodman
　166:12
Strudthoff/Direct/Moore 166:12
struggle 54:6,6,8,15,25 76:1
stuck 38:4,5 53:16 85:2
student 34:24
students 51:8 54:20
study 54:13
studying 53:8
stuff 7:3 66:10 80:18
ST-31 89:18,24
subject 31:15 64:24 78:21
subjects 74:24
substantial 68:11,13,14,20 139:25
　140:25
substantive 26:13
subtracted 77:18
sudden 85:24
suffering 58:5 59:19
sufficient 9:7 11:19 134:9
sufficiently 125:14
suggest 3:20 8:15 54:24 71:1 82:16
　85:17 93:19
suggesting 80:1 82:21
suggestion 3:5 9:8 42:17 53:2 82:9
suicide 23:13 31:6 34:11,15,19
　35:2 43:13 61:14 70:25 82:23
suite 75:6
suites 106:10
supervised 105:12 108:1 109:3
supervising 136:15
supervisor 88:2 103:19 160:1
support 20:15 22:12,14,16,18 23:6
　24:5 27:2,22 28:1,3,18 29:15
　30:10 38:21 39:16,22 57:11,12
　58:3,18,24 61:24,25 62:19 67:4
　68:6 79:1,8,10 81:4,16
supported 39:11 62:15,16,18
supporting 20:17 24:3 28:6 36:3
　37:4 63:3 81:6

supportive 58:23
supports 26:21 62:1
suppose 83:15,16 85:13
supposed 5:17,18 12:2 57:20 82:4
　84:25 85:13 91:11
suppress 42:21
sure 6:2 17:5 30:23 52:1 89:8,11
　94:16,16 107:10 108:1 109:6
　125:21 126:14 129:7,10 141:13
　145:3 151:13 155:7,22 157:16
surveillance 21:10 24:13,22 38:8
　88:24 103:23 104:1,10,13,15,20
　105:1,2,9 106:19 107:7 108:10
　112:6 116:16,18 122:12,13,14
　136:11 140:1 141:1 144:17,17,19
　145:2 150:24 151:4 155:8,11
　159:14
surveilled 108:18 116:15 122:16
surveilling 154:1
survey 90:12 137:14
surveyed 112:5 121:5 145:15
survived 35:4
suspect 3:6,11 4:22 6:10,11
sustain 136:13
Sustained 141:24 142:6
SWAT 141:13,16,17,19,21,25
swear 19:9 20:22 28:20
swore 21:15 28:20
sworn 19:10 30:21 44:9,16 87:6,8
　87:10 103:2,4 144:2 150:6
　154:18 158:23
sympathetic 124:12
synch 136:9
synchronization 136:10
synchronized 118:12
Syria 27:13,19
system 19:18 26:19 89:8
systems 136:11
S-C-H-M-I-D-T 159:3
S-T-E-F-F-A-N 159:2
S-T-R-U-D-T-H-O-F-F 143:25
　144:7

_____ T _____
T 110:1,4 144:1,1
table 31:11 40:23,25 47:5 71:2,4,7
　82:22
tactics 23:17
take 14:17 26:14 54:18,19 56:1
　63:1 68:11 70:6,12 79:3 96:8
　104:11 105:22 110:5 112:15
　122:21 126:7 129:10 130:24
　157:11 159:24
taken 30:16 44:5 68:20 94:4
　109:13,14 123:6 151:22,23
takes 23:16 40:1 52:20 53:6 75:3
　85:3 103:2 124:1
Taliban 23:3
talk 34:9,14 40:8 48:24 49:2 51:6
　52:15,23 54:2 56:1,9 58:12 59:12

59:22,23,24,25 61:8 64:1,9,9,21
  65:16 67:20,24 68:25 78:8 82:16
  124:3,7 126:12 130:17 138:17
  160:23 161:3
**talked** 20:7,14,15,17,18,19 27:6
  32:7,7 33:13 51:20 52:7 61:9
  64:1,3 70:25 124:4,18 129:3,8,19
  143:9,12
**talking** 18:1 27:21 31:12 34:15
  38:20,23 40:4,21 43:12 49:15
  51:18 55:14,15,17 56:11 57:19
  57:19 59:5,11,15 61:6 63:18
  64:18 65:11 67:19 68:19 74:12
  76:15 82:3,6 94:23 119:10 127:7
  129:17 130:18 135:15 139:21
  140:7 143:9,10,10 149:6 161:4
**talks** 36:21 56:2 64:3
**tamper** 147:10 152:4,7 156:2
  160:5
**tampered** 145:5
**tape** 22:3 37:6 42:6 76:14 109:10
  109:12,15 133:9,9 139:15
**taped** 33:22 42:24 55:25 58:10
  64:18 114:10
**tapes** 22:4 34:8,13 37:15 42:25
  50:19 67:18 109:19 110:8,8,13
  110:20,24 111:6,23 112:2,7,9,18
  112:18 113:10,12,17,20 114:20
  114:24 115:16,20 117:14 118:1
  118:20 119:6,9 135:4,4 137:13
  139:14 145:13 151:19,22 152:2
  156:3 160:6
**taping** 114:10
**Taqwa** 74:10
**target** 90:13
**targeted** 74:23
**targets** 88:22 91:12 94:19 96:14,17
  106:18 107:20 110:15,16 113:15
  116:19 122:15
**target's** 107:1
**task** 96:25 105:8
**tasked** 105:3
**taught** 27:2
**teach** 27:5
**team** 88:14 119:21 141:13,16,17
  141:19,21,25 144:15
**teammates** 152:1
**technical** 103:23 105:18 107:7,11
  122:12 144:19 150:23 151:15
  152:1 159:23
**technically** 148:15
**technician** 141:2
**technicians** 46:7 95:11,19 100:3
  101:15 108:13 138:18
**Tel** 1:23 35:2 42:15 71:1
**telephone** 15:13,25 21:12 33:10,21
  52:9 62:22 74:4 104:24 108:9
**telephones** 104:24 112:19
**television** 46:22 75:8 95:1
**tell** 6:21 10:4 19:13 29:22 32:13

33:7,21 35:8 46:10 53:7 57:14,23
  58:12,12,13 66:6 68:1,1,23 71:22
  72:11 77:23 79:11,16 80:16
  81:10 126:22 137:23 138:17
  156:19
**telling** 81:15 82:24 127:21,23
  156:16
**tells** 124:15
**tempting** 52:4
**tenants** 50:13
**tendency** 51:16
**tender** 163:17
**term** 63:18
**terms** 85:18
**terrible** 61:11
**terrified** 38:2
**territories** 23:11
**terror** 3:11 4:21 55:2
**terrorism** 5:4 23:5 29:13 31:18
  32:19 35:25 37:2,5 39:2 50:10
  61:14 71:3,3,5,6,9 72:8 80:22
  81:21 82:10,23 86:17,17
**terrorist** 3:11 17:20 20:9,20 21:24
  22:13,15,18,19,21 23:5,12,22
  24:4 28:18 29:15 31:3,24 34:22
  35:25 36:8,10 42:15,19 43:7,11
  43:14 76:3 81:19
**terrorists** 21:1 27:21 29:15 34:19
  36:8 72:7 81:22 127:8,23,25
**test** 117:20 118:14
**tested** 117:12,17 118:5 120:5
**testified** 87:10 103:4 138:6 139:6
  142:10 144:3 150:7 154:19
  158:24
**testify** 42:16 98:14,16 114:6
  140:15,20,22 141:3,23 142:2
  157:18,19
**testimony** 35:23 44:9,16 52:21
  59:4 86:22 98:16
**tests** 107:10,12
**Texas** 3:11
**Thal** 70:13
**thank** 14:19,21 62:5 70:5,19 71:23
  71:25,25 89:4 93:18 94:17 99:14
  101:6 102:19,22 115:5 132:13
  142:7 143:21 149:22,25 154:5,11
  154:14 156:9 157:8 158:13
**Thanks** 16:19 24:23 161:8
**thing** 3:1,16 4:2,8 5:2 16:1 30:4
  45:11 47:8 48:23 55:6,16,22
  57:24 63:8 65:11,12 67:3,5 68:23
  75:12 76:1 77:9 78:19,22 79:13
  79:15,16,18 80:4 105:17 106:24
  134:16
**things** 5:13 7:13 10:15 11:17 15:19
  28:14 30:8 45:6 46:3 48:4 50:15
  53:4,10 54:9,14,19 56:6 61:11
  63:3,14 66:17,22 67:22 69:8 78:8
  79:11 83:4,5 102:12 127:4 132:7
**think** 2:24,25 5:24 7:17,20 8:10 9:7

9:17,19,23 11:24 12:11 14:2
  15:21 35:23 44:1 48:5 53:20
  55:10 56:5 58:2 59:21 78:10,10
  102:16 107:18 114:14,21 118:25
  125:11 128:10,14 133:8 152:15
  153:8 154:2,10 162:2,12 165:3
**thinking** 21:13 57:13
**third** 79:1 84:24
**thirty** 4:22
**Thomas** 143:24 144:6
**thoroughly** 18:4 164:5
**thought** 21:12 22:24 23:6 133:19
  165:5
**thousand** 50:23
**thousands** 57:3
**three** 4:4 5:17 9:6 64:17 71:18 78:8
  113:14,15 147:25 148:6
**throw** 127:19,20
**thrust** 7:20
**tickets** 46:11 51:25 65:25 74:5
**ties** 28:16 39:4 59:2
**till** 114:16
**time** 3:22 5:20,22 6:20 7:18 11:12
  15:12 19:15,15 26:6,12 32:5 33:5
  37:12 38:2 40:20 41:6,8 49:20
  51:21 54:4,12,22 58:18 64:10,22
  65:19 73:5 81:14 83:7 91:18
  95:14 100:13,14 104:11 108:17
  108:17 109:13,15 112:3,6 114:12
  114:13,15,16 115:24 116:15
  118:5,11 119:22 120:10 121:13
  122:25 125:3 132:21 135:9,12,23
  136:8 137:5,9,16,17,18,22
  138:15 139:6 141:10,11 142:14
  142:17,19,22 145:17,19,24,25
  146:1,8,8,20,23 147:21,22 148:2
  148:10 150:22 151:23 153:6,10
  153:17,19,19 156:4,20,20 161:2
  164:5
**timeframe** 39:10 139:15
**times** 21:11 48:14 52:3 67:18
  102:17 109:7,9 133:16,17,20
  134:1,4 135:8 136:21 137:20
  160:17 161:2
**timing** 34:11 136:4
**title** 88:1 103:18
**today** 11:16 45:5 161:23,24
**told** 4:18 15:12 37:2,15 38:16
  39:21 44:1 47:16 49:5 57:22
  61:15 71:12 77:25 80:7 81:19
  85:20 97:3,11 124:5,6 126:16,18
  156:21
**tomorrow** 129:1 130:9
**tones** 21:14
**top** 16:9 66:9
**topic** 21:16 31:13 60:9
**topics** 20:19
**totally** 120:21
**touch** 66:3 80:21 81:22
**tour** 73:19,19 74:13

**towels** 76:15,18
**tragedies** 61:17
**tragic** 70:25
**train** 32:9,12
**trained** 2:16 12:10,10 51:9
**training** 20:17 23:18 27:24 28:7,10
    28:14 29:20 31:25 38:24 51:7,7
**transcript** 1:10 33:25 42:6 55:4
    79:25 80:2 96:21
**transcription** 1:25
**transcripts** 25:1 46:3,25 52:10,15
    54:14 55:3,9,18,21 58:25 66:18
    66:25 77:24 80:5 86:14,16 96:22
    96:24
**transfer** 21:3 112:2,17
**transferred** 29:1
**transferring** 32:4 33:14
**transgressed** 42:11
**translate** 77:14,15 137:8
**translated** 47:22,24 57:7 77:18
    80:24 97:14,15 102:5 146:11
    156:15,16
**translates** 59:23 60:10 79:4
**translating** 47:10 102:10
**translation** 56:23 59:13 60:14
    77:21,22,25 80:5 101:25 102:1,2
**translations** 25:2,3 40:16 47:23
    48:8 53:22 96:20
**translator** 95:12 100:8 108:20
**translators** 133:20 134:2
**transpired** 25:9
**trash** 59:5,22,23,25
**travel** 52:12 73:16,24
Traveler 49:9
**traveling** 48:2 66:4
**tread** 28:11
**treating** 164:25 165:1
**treatment** 45:15,17 49:23,24 52:2
    58:6 63:8,15,16,17,23 65:1,6,14
    65:18 66:10,11 67:11 68:13,14
    74:2,21
**tremendous** 51:3
**trial** 2:1 4:6,19 5:15,25 8:9 9:6
    12:11,24 13:21 22:5 25:4 32:25
    34:23 36:6 41:5 44:5 46:24 52:21
    54:11 86:24 126:17,19 128:20
    132:6 165:9
**trials** 15:19 132:7
**triggered** 9:16 10:16
**trip** 24:18 73:25 143:22 150:1
    158:14,17
**trips** 65:25
**trouble** 6:19 8:18
**troubled** 125:17,18
**troublesome** 67:20
**true** 38:20 53:12 63:3 157:23
**trust** 53:9 73:6 137:5
**trusted** 27:14 52:11
**truth** 71:5 81:12
**try** 19:23 25:10 59:18 83:9 125:20

131:10 162:6
**trying** 9:2 22:6 27:9 65:17
**Tuesday** 45:8 126:2 162:1,7,11,12
**turn** 24:6 32:12
**turned** 27:13 28:17 31:20 84:16
    112:22 115:23 116:1 120:11
**turning** 133:15
**turns** 64:5 86:15 142:22
**TV** 46:8,19 95:7
**twice** 160:20
**two** 2:6 3:8 4:6 8:7 9:13 10:1 13:21
    19:7,8 20:8,10,12 21:19 22:7,19
    27:13 34:17 46:9 47:21 48:9,10
    48:12 50:3 55:23 56:3,10,15,16
    56:21 57:24 64:17,17 65:2 69:8
    74:11,11 76:8,24 88:22,23 90:11
    95:8 96:18 106:6,10 108:13,13
    108:14 109:2 110:13 115:19
    122:6 136:8,20 137:2,24 139:11
    144:20 145:12,13 146:6 147:25
    148:6 149:18 152:4 153:18
    155:25 156:1,2 159:18 160:2,5
    161:11
**type** 91:20 104:13 106:9
**tyrants** 21:6
**T-H-O-M-A-S** 144:7

_____ **U** _____
**U** 103:3,3,8,9 144:1
**Udo** 102:25 103:8
**Ugo** 160:1
**UG-1** 112:15
**uhum** 65:20,23
**UI** 66:19
**ultimate** 24:1
**ultimately** 36:21
**unable** 68:4
**unavailable** 49:18
**unaware** 48:15
**undercover** 24:10 33:4 91:15,25
    92:20 93:4,6 100:18 105:18
    108:11 110:14 119:22
**underlined** 57:5
**underling** 84:22
**understand** 10:13,14 11:18,25
    12:17 15:8,18 17:11 56:6,19,20
    56:21 60:12 76:11,22 77:10,10
    81:13 82:25 100:11 126:25 134:8
    135:1 138:12,23 146:24 148:4
**understanding** 19:20 30:3 54:4
    65:16 74:16,21
**understands** 76:9
**understood** 143:8
**unfair** 45:23
**unfortunately** 45:4
**Unifacoons** 59:21
**uniform** 92:22
**unifying** 23:1 59:11
**unintelligible** 66:20,22
**union** 3:2,9 9:5 15:10 126:15

**unique** 164:14
**unit** 8:21 88:5,7,7,11,13 89:18,18
    97:1 144:14,16 149:19 150:22,23
    152:1 155:4,5,6 159:10,11
**United** 1:1,2,5,13,16 2:1 24:1 32:4
    36:15,25 37:22 40:23 41:1,5
    45:14,14 46:4 50:9,13 58:18,19
    58:20 59:6 62:16,19 67:8 87:2
    88:17 102:25 104:6,8 118:5,17
    118:21 150:3 151:1 163:12
**units** 89:16
**unity** 59:11
**unsanitized** 49:19
**unusual** 53:23,24
**upper** 112:8
**upset** 64:19 65:6 127:1,3
**upside** 31:11
**use** 20:19 29:7,22,24 32:9 56:3,4
    59:5 67:16 80:2,4 84:6 104:20
    117:13,14 125:15
**uses** 55:1
**USS** 23:24
**U.S** 23:24 76:2 104:14 124:23
**U.S.A** 80:11 81:6

_____ **V** _____
**van** 128:5
**vanishing** 128:14
**varied** 39:5
**various** 39:4 62:3 161:1
**vast** 54:14 84:16
**vault** 111:1
**vehicle** 105:2 112:19
**verdict** 41:8 70:3
**verified** 118:25
**version** 44:15
**versus** 1:5 2:2 26:15
**vest** 130:3
**vicious** 20:9
**victim** 4:24 6:7,9 12:9 42:15
**victims** 6:14
**video** 24:19,24 25:16,20 26:4 34:8
    42:21 46:5 75:16 99:24 100:24
    103:25 104:19 105:1,22 108:4,9
    109:23 110:1,8,18 116:14,22,24
    116:25 118:9,11 121:5,18 135:9
    136:6 139:19,21 140:8,11,11,17
    140:23 143:11,12,13 144:17
    145:14,14,16,17 147:18 148:3,6
    148:13 150:24 151:4 153:6
    159:23
**videos** 24:19 25:3,5 33:12 36:2
    40:15,18 117:13
**videotape** 37:6 40:8 43:4,12
    138:22 148:10
**videotapes** 22:8 32:23 35:19 37:8
    46:2 115:23,23 118:5 145:10
**viewed** 119:8
**village** 71:11,21
**violence** 64:3

violent 64:22
virtue 8:23
visibly 27:7
visit 27:18 35:1
Vivi 146:5
voice 42:14 120:17,18,20 142:23
    142:25 147:3
voices 142:11 143:3
voir 8:2 113:4,7 114:20 117:5,7
    119:4
volume 120:18
voluntary 57:15
vowed 24:1
vulnerable 9:9 45:12 72:9

——————— W ———————
W 87:5,9,15
wait 130:15
walk 82:13 83:2 84:12 91:23
    130:16
walked 141:14
walking 156:25
wall 86:1
want 3:7 4:9 10:20 13:20 15:20,23
    17:5 32:13 52:15 54:19,21 57:23
    58:11,17 65:7,10 72:16 73:17
    76:2 77:21 81:18 83:18 84:2,22
    127:19 129:7 130:24 131:7
    140:13 163:20
wanted 27:22 28:5 29:19 30:1,13
    30:14,15,17,24 31:21 32:8,9 38:6
    39:1 45:20,22 58:20 59:3 64:1
    70:12,14 82:5 128:4 158:1
wants 2:13 46:10 48:24 51:24
    56:13 57:17 64:12,12,13,13 66:5
    66:6,12 67:12 85:6
war 20:15 50:9 58:16,16 61:12,17
Warn 39:24
wasn't 35:6,10 48:1 61:1 86:6
    126:14 143:9,10
waste 135:23
watch 40:17 55:20,21 56:17 75:8
    95:8 101:14
watched 35:7
watching 40:15 75:12 95:7 99:21
water 49:18,19 51:11 127:12
way 5:17 6:21 10:8 14:13 16:17
    30:9 34:25 40:8 42:18 46:23
    52:22 53:8 54:5,23 55:1,6 58:6
    59:9,11 61:14 62:9 64:1,14 67:17
    67:20 76:3 77:23 78:1 79:4 80:24
    81:10 82:14,20 84:14 89:1 108:1
    118:11 121:21 125:10 127:20
    128:18 140:2,15 145:4 147:3
    148:2 149:18,21 154:1 156:3
    157:2 158:5 160:6
ways 28:25 48:17 82:8 85:3 130:20
weak 32:15
wealthy 47:12
weapons 20:17 22:17 24:4 27:24

28:7 79:17,17,23,24 85:25 142:4
wear 158:5
wearing 85:25 92:23 148:25 158:2
wedding 34:2,4,7,9,11,16,18,20
    35:14,23 42:6,8,8,21,25
weddings 34:18
weekend 161:25 162:3,6,9
weeks 126:21
weight 54:9
well-known 72:17,20 74:10
well-respected 72:18
went 38:1 39:11 73:1 101:2 114:4
    122:2 142:20 153:4,5
weren't 31:16
West 61:21 62:11
we'll 2:7 4:6 6:4,13 16:16 18:11,12
    41:4,5 51:25,25 63:21 78:24
    79:17 84:6 86:24 102:24 123:3
    126:12,22 128:22 130:16,20
we're 13:20 16:24 40:14 60:2
    86:22 94:23 127:18 136:19
    138:21
whatsoever 42:17 80:2
white 41:2 112:4
wide 54:7
widely 62:14,16,17
Wiesbaden 87:19,21
wife 50:25 129:17 130:10
wildly 39:5
WILLIAM 1:18
willing 34:20 53:20,22 63:21
    134:15
wind 114:22
winding 114:23
winter 54:9 104:4
wire 106:5 112:18 157:11,14
wired 26:10 75:10,16,16 157:13
wires 25:25
wiretap 24:16 104:18 108:9
wiretapping 112:18
wish 14:20 78:8
withdraw 96:10 98:3,24 114:8,9
    138:13 148:5
withdrawn 29:12 157:20
witness 35:9 42:14 70:11 87:8,14
    89:2 93:22,23 94:11,14,15,18
    97:9 103:2,8 104:23 105:1
    106:11 107:17 111:25 116:7
    118:13 129:20 132:10 133:11
    134:10,20 135:15,20 136:18
    141:18 143:2,23 144:2,6 150:2,6
    150:10,12 154:15,18,22 158:15
    158:18,23 159:2 161:17
witnesses 15:1 17:9 22:6 33:1 44:9
    44:17 70:14 86:25 132:11 161:20
    161:22 166:8
Wollman 87:2,14 99:15 101:10
women 29:12 64:14,16
wonder 88:25 108:20
word 29:8,23 34:18 49:15 54:3,5

54:16,22 56:21 60:1,5 76:8,23
    78:10 84:24,25
words 29:24 45:21 63:22 102:10
    125:15
work 5:22 6:23 7:1,9,17,21 11:17
    28:8 48:23 50:15 53:8 54:16
    63:13 73:1 82:19 87:20,21
    102:24 103:14,15 104:2 108:25
    124:5,6,7,14 126:21,22 144:10
    144:11,14 150:16,17 151:7
    154:25 155:4,5,10,14 157:6
    159:6,10,11,13,17
worked 71:19 88:3 108:14 109:2
    150:23 151:10 152:15 155:2,22
    159:8
worker 3:2,9 9:5 126:15
working 5:23 6:24 21:20 45:3
    46:24 107:23 108:3 109:11
    138:18 150:18,22 153:7,13
works 23:7 46:25 50:18
world 23:20 36:8 46:10 48:20
    49:16,17 51:10,17 52:23 54:7
    58:22 59:9 61:24 62:15,20 84:25
worldwide 23:18
world's 20:8
worried 21:16 26:1
worries 64:23
worry 4:3 67:21 127:11
worship 54:13
wouldn't 7:8 8:21 14:14 15:16
    125:1 129:6 149:10,10
wound 35:8
write 16:14 112:5
writing 149:5 156:17
written 37:23 39:6,23 148:18
wrong 74:22 78:11 138:16 148:10
wrote 36:12 78:10

——————— X ———————
x 1:2,8 166:1
Xerox 16:22

——————— Y ———————
Yeah 65:20 92:6 111:10 118:4
year 33:3 34:24 50:13 51:12 71:16
    72:13 82:7 119:25
years 7:15 20:24 22:7 33:20 71:10
    72:14 88:4,12 127:9 159:9
Yemen 20:12 21:21 23:25 26:23
    27:19 28:10,12 29:1 32:5,10,19
    33:15 34:2 36:11 45:13,16 48:19
    48:23 49:7,8,13,14,14,15,16,18
    49:22,24 50:1,6,16,24 51:16
    52:22 54:11 57:25 58:22 61:24
    62:17,17,23 63:2 68:16 71:11,11
    71:16,17,21 72:15,21 82:5,21
    83:1 84:12,15 86:20
Yemeni 21:21 25:14,18,22 26:5
    29:2,4,10,22,24 31:11 33:13,22
    34:1 38:16 39:23 40:14 42:24

51:14 73:13
**Yemenis** 51:14 52:4,5
**yesterday** 5:12
**yoke** 59:20
**York** 1:1,13,14,22 6:5 11:16 21:20
71:22 73:21 74:8 80:14 81:2
118:19
**young** 32:9,14,15 38:24 71:20
72:23 81:4

**Z**

**Z** 110:4
**Zayed** 1:6,20 2:2 20:11 21:9 27:7
27:10,13 30:19,21,22 32:12
34:20 36:20 37:9,12 40:20 41:10
47:4 52:12 53:7 55:15 57:25
63:15 64:8 67:24 70:22 71:7,10
71:18 72:14 73:1,6,7,10,14,15,17
73:18,22,25 74:4,11,23 75:1,4,18
75:21 76:23 77:5,14,20 78:7,16
78:21 80:3 82:8 83:9,9,14 84:1,7
84:18 85:10 86:1,2 94:20 100:21
141:8
**Zayed's** 30:15,17 73:8 74:16,21
85:20
**Ziad** 47:12 54:25 55:22 56:10 57:5
58:11 59:15
**Zindani** 36:9
**Zionists** 76:2

**$**

**$1,000** 33:19
**$250,000** 82:5,13,14,17 84:6,23
**$35** 3:2
**$800** 71:15,16 82:7

**0**

**03** 1:3

**1**

**1** 6:5 9:14 18:11 47:6 165:9
**1/26/05** 10:6
**1:00** 26:4
**1:40** 122:22
**10** 24:11 25:7 31:23 36:22,25 66:2
128:6 139:20 155:15
**10th** 32:6 65:10 93:7 94:24 110:17
110:24 115:4 133:7 141:9 155:9
**10:30** 141:8
**10:33** 110:17
**10:35** 115:4
**11** 159:9
**11th** 23:25 72:4,6 89:22 90:16
**11201** 1:6,14,22
**12** 6:6 8:6,7 109:2 155:19 159:20
**12-hour** 108:14
**12:00** 5:13
**120** 133:9
**13** 92:5,11 106:14,20
**1322(SJ)** 1:3

**133** 166:10
**137** 15:5
**142** 166:10
**143** 166:11
**144** 166:11
**145** 166:12
**148** 166:12
**15** 120:20 138:4
**151** 166:13
**153** 166:13
**155** 166:14,14
**157** 166:15
**158** 166:15
**16** 116:5,17 117:3 118:20 135:3
**160** 166:16
**161** 166:16
**17** 116:4,20,20 117:4 118:20 135:3
135:3
**17th** 112:20 113:1
**18** 111:18 113:3 115:17 122:19
132:17,19
**19** 34:2,24 35:9 111:19 113:3
115:17 122:19 132:17,19
**1978** 103:17
**1980s** 58:14
**1982** 163:17
**1987** 23:10
**1992** 144:13
**1996** 71:19 72:13 155:3
**1998** 6:6 7:3,15 9:16 10:15

**2**

**2** 3:10 4:1,2 9:15 56:12
**2:40** 123:4
**20** 34:24 49:17 114:7 132:8 139:10
139:11
**2001** 72:6
**2002** 33:23 34:2,24 35:10 51:24
73:10 74:3 88:15 90:16 104:4
**2003** 20:6 24:12 25:7,12 90:21 92:8
93:8 99:3 107:13 112:12,20
113:1 116:2 119:22 139:20
140:17,24 144:18 150:18,25
152:16 155:10 159:13
**2004** 71:14 163:18
**2005** 1:9 165:10
**21** 72:14 166:4
**225** 1:5,22
**24** 122:16
**24-hour** 24:22
**25** 88:4
**254-7237** 1:23
**260-2529** 1:23
**27** 74:3
**28** 1:9

**3**

**3** 3:25 123:4
**3:05** 132:3,4
**30** 19:16,22 31:21

**31** 71:10,20
**33** 71:20
**34** 14:23
**374** 1:22

**4**

**4** 35:1 47:2
**4:05** 162:8
**40** 19:16,22,25 118:10 136:5,7
**45** 19:23 166:4

**5**

**5** 2:22,23,24 10:22 50:14 57:18
**5th** 107:13,16,16,18 133:6
**50** 137:14
**500** 33:19

**6**

**6** 90:21
**6th** 99:3,9,12,13 115:3
**6:00** 16:25 148:22
**6:30** 145:8
**60** 133:8
**622** 113:14
**6222** 75:5 116:18 134:20 154:2,3
**6231** 75:15
**6622** 154:1

**7**

**7** 24:11 25:6,12,14,17 114:16
151:10
**7th** 58:1,8 63:7,10,24 64:2 94:23
107:22 110:16 114:14 115:3
118:15 137:14 145:8 146:18
147:17 148:21
**7:00** 139:7
**7:20** 114:16 118:6,14 139:7
**7:30** 152:19,20 155:17
**718** 1:23,23

**8**

**8** 26:14 27:18 151:11 155:9,15
159:12
**8th** 58:9 64:3,24 78:5 80:8
**8:00** 145:8 148:22 152:19,20
**80s** 23:16 27:8,9 67:6

**9**

**9** 29:18 32:1 151:11 159:12
**9th** 64:25 140:17,24,25 143:9
152:16 153:7
**9:00** 1:9 162:6 165:10
**9:55** 19:4
**90** 31:24 36:23
**90s** 23:16