345

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,      CR-03-1322 (SJ)

   -against-          U.S. Courthouse
                                Brooklyn, New York
MOHAMMED ALI HASSAN
AL-MOAYAD and MOHAMMED
MOHSEN YAHYA ZAYED,        :

                                                   TRANSCRIPT OF TRIAL
          Defendants.      February 2, 2005

- - - - - - - - - - - - - - X      9:30 a.m.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAR 1 1 2005
P.M. _____
TIME A.M.

BEFORE:

      HONORABLE STERLING JOHNSON, JR., U.S.D.J.
        And a jury

APPEARANCES:

For the Government:          ROSLYNN R. MAUSKOPF, ESQUIRE
                             United States Attorney
                             One Pierrepont Plaza
                             Brooklyn, New York  11201

                             By:  KELLY MOORE
                                  PAMELA CHEN
                                  JEFFREY KNOX
                                  Assistant U.S. Attorneys


For the Defendant:           WILLIAM GOODMAN, ESQ.
                             HOWARD JACOBS, ESQ.
                             For Deft. Al-Moayad

                             JONATHAN MARKS, ESQ.
                             For Deft. Zayed


Court Reporter:              Holly Driscoll, CSR
                             Official Court Reporter
                             225 Cadman Plaza East
                             Brooklyn, New York  11201
                             (718) 260-2469

Proceedings recorded by mechanical stenography, transcript
produced by Computer-Assisted Transcript.)

169

346

1              (The following takes place out of the presence of
2     the jury.)
3              THE COURT:  Ready?
4              MS. MOORE:  We are, Your Honor.
5              THE COURT:  Bring the jury in.  What do we have
6     today?
7              MS. MOORE:  We're going to play more tapes and read
8     the transcripts.
9              THE COURT:  One of the things you're going to have
10    to do, I understand one of the jurors has a child she has to
11    pick up so we'll stop at 5:15.
12             MS. MOORE:  That's fine.
13             (Jury enters courtroom.)
14             THE COURT:  Have a seat, ladies and gentlemen.
15             I forgot that one of you has to pick up a child.
16    We're going to make sure that we get out of here no later than
17    5:15 to accommodate you and I apologize, I forgot all about
18    it.  I told you my memory was bad.  We will be sitting Monday
19    and Friday of next week and Tuesday, Wednesday Thursday we
20    won't be sitting.  Okay.  We're sitting this Friday.
21             Ms. Moore or Ms. Chen.
22             MS. MOORE:  Yes, Your Honor, at this time the
23    government is going to read the Arabic portions of T-4.  We'd
24    ask the jurors to --
25             THE COURT:  T-4 is a transcript of?

1           MS. MOORE:  Four.

2           THE COURT:  In evidence.

3           MS. MOORE:  Correct.

4           MS. CHEN:  And for the record, Your Honor, it is a

5    meeting that occurred on January 8th, 2003 starting at

6    approximately 11 a.m., it involves the two defendants and the

7    two CIs.  Again, I will be playing the role of the CI-1,

8    Mr. Knox will be playing the role of Al-Moayad and Ms. Moore

9    will be Mr. Zayed and to the extent that CI-2 speaks any

10   Arabic, she will also read those portions.

11          MR. KNOX:  This is the transcript of the meeting

12   that we all watched yesterday afternoon.

13          (READING BEGINS:)

14

15

16          "MOAYAD:     Peace upon you!

17          CI-2:     And peace upon you

18          MOAYAD:     God is Great!  We are there and

19   you're here.

20          CI-1 Huh?

21          MOAYAD:     Huh?

22          CI:1:     Yeah. He is saying that we can't open the

23   window, because the air...

24          MOAYAD:     That is better. We could adjust the

25   temperature.  Your place is better.  It is stuffy in here.

1        CI:1:      If it gets too hot, we'll-

2        MOAYAD:    Mm, we could adjust it.

3        CI:1:      - we could adjust it.

4        CI:1:            This Quran is one of the old ones.

5        MOAYAD:    It's a Pakistani, a Pakistani publisher.

6        CI:1:            Yes.

7        MOAYAD:    Who translated it?  [UI]  English...

8    translate...  Mohammad who?

9        CI:1:      Mohammad.  Mur.. Mur ...Murduk...  the

10   third.

11       MOAYAD:    That=s a Pakistani, right?

12       CI:1:      Yes.

13       MOAYAD:    It's Pakistani, this print is an excellent

14   print.

15       MOAYAD:    That's by Mohammed, Mohammed Khurda

16   'Ali, they call him.

17       CI:1:      Yes.

18       MOAYAD:    He's an excellent elucidator and the

19   explanation is accurate.

20       MOAYAD:    Thank God.  When I was there I would

21   double-check their translation.

22       CI:1:      Yes.

23       MOAYAD:    Each one would come to me to ask me my

24   opinion of the Quranic verse, if the translation is correct,

25   and that is why it is fine.

1      CI:1:     He says that this is a present to him from
2  his sheikh after he converted to Islam.

3      MOAYAD:    God is great. This is a good translation,
4  God willing. In the name of Allah! Most merciful and
5  compassionate. May Allah's blessings and mercy be bestowed on
6  our prophet and master Mohammed, I seek Allah's protection
7  from Satan, we ask you dear God, for you are capable of
8  everything. You are to be glorified and honored.

9      ZAYED:     Amen.

10     MOAYAD:    Oh! God! Oh! God! Oh! God! Bless our work
11  and let us do it for your sake.

12     ZAYED:     Amen.

13     MOAYAD:    Bless our work dear God, and let us offer
14  it to you. God forgive us our sins, and facilitate things for
15  us, open the doors of bounty for us.

16     ZAYED:     Amen.

17     MOAYAD:    Have mercy on us and help us with the
18  hardships, we are enduring, with the rest of the Muslims.

19     ZAYED:     Amen.

20     MOAYAD:    Lead us to heaven and protect us from the
21  flames of hell.

22     ZAYED:     Amen.

23     MOAYAD:    Dear God as you gathered us in this place,
24  please gather us in heaven. With your mercy, generosity and
25  kindness for you are above all and everything. May God's

1  prayers, blessings and mercy be upon our prophet Mohammed.

2        ALL: Amen.

3        CI:1:    He said that he won't be able to pronounce

4  the recitation from the Quran perfectly in Arabic, but he

5  likes you to explain the meaning.

6        CI-2:    [Reciting from the Quran.] Bism Allah Al

7  Rahman Al Rahim, I seek Allah's protection from Satan.

8        MOAYAD:    May God's mercy and prayers be bestowed on

9  him.

10        CI-2:    Wa Allazin Qulli...Wa Allazin

11  Qutillu-[TN:Those who were killed]

12        CI:1:    Wa Allazin Qutillu.

13        CI-2:    -Fee sabil Allah falyathin a=mallahu [TN:

14  For the sake of Allah, their work does not go in vain.]

15        MOAYAD:    Falinuzil a=malahum [TN:Their work will

16  not go in vain, their work will not go in vain.]

17        MOAYAD:    It will be brought upon them....

18        CI:1:    He understands the explanation of this

19  verse... that's ..a..a. so go ahead and explain it.

20        MOAYAD:    Okay. In the name of Allah most merciful

21  and compassionate, God Almighty says that those who were

22  killed for the sake of Allah! In other words, they are those

23  who did Jihad, who had endurance and we ask God to count it

24  for them in their balance of  good deeds.

25        CI:1:    I am saying that you are double-checking

1    the translation of the same verse. Yes.

2           CI:1:   He is saying that he started with this

3    particular Quranic verse to show you what kind of work they

4    are planning to do, which involves Jihad and the Mujahidins

5    for the sake of God.

6           MOAYAD:   Their work will never go in vain.  "God

7    will never let their efforts go in vain, for they will be

8    rewarded."

9           MOAYAD:   Suraht Al Haj.[TN:Al Haj Surah is a

10   chapter in the Quran]

11          CI-2:   Al Haj surah: A Utnin lilathin yuqtalune

12          MOAYAD:   Yuqtalune [TN: Those who are killed].

13          CI-2:   Yuqtalune bianahum [TN: Are killed as]

14          MOAYAD:   Zulimu [TN: They were unjustly maligned]

15          CI-2:    Zulimu wa anna Allah ala nassrihum

16   laqadir [TN:To those against whom the war is made, permission

17   is given (to fight), because they are wronged and verily Allah

18   is most Powerful For their aid].

19          CI:1:   Wa ila Allah- [TN: And God].

20          MOAYAD:   "To those against whom the war is made,

21   permission is given (to fight), because they are wronged and

22   verily Allah is most Powerful For their aid."

23          CI:1:   He is most Powerful for their aid, yeah.

24          CI:1:    He just gave the same explanation and same

25   meaning yes.

1        MOAYAD:      Yes.

2        CI:1:        Suraht Ibrahim.

3        CI-2:        Wa malana ala natawakal [TN : We must

4    depend]

5            MOAYAD :  Natawakal

6        CI-2 :       -ala Allah waqad ha ha  hadatna

7    subulana[TN : On God since we decided which path we take.]

8            MOAYAD :  Subulana [TN: Our path]

9        CI-2 :       - wa lanasbirana [TN :We must remain

10   patient].

11           MOAYAD :  Wa linasbirana ala ma atytumunina. [TN :

12   We must be patient and endure the hardship which was brought

13   upon us by God]

14       CI-2 :       Ala ma atuttumuna [TN : Brought upon us to

15   endure]

16       MOAYAD:      Ala ma Atytumunina. [TN:Brought upon us by

17   God]

18       CI-2:        Awa ala allah  [TN : Upon God ]

19       MOAYAD :     Wa Ala Allah B [TN: Upon God]

20       CI-2:        Fa yatawakiline  [TN: We depend].

21       MOAYAD:      Fayatawakalune  [TN: We depend]

22       ZAYED:       Fayatawakalune.  [TN: We depend]

23       CI-2:        Fa ya ta wa ka lu ne [TN: We depend]

24       MOAYAD:      Mutawakilune  [TN: We are reliant]

25       CI-2:        T a wa ki

1          ALL: Mutawakilune. [TN: We are reliant]

2          CI-2:     Mutawakilune. [TN:  We are reliant]

3          MOAYAD:   Yes.

4          CI:1:     He said we are always depending on God.

5          MOAYAD:   "And on Allah we depend that if you are

6     faithful."

7          CI:1:     Here.

8          CI:1:     Amm.

9          CI-2:     Sadaq Allah Al Azim. [TN: Amen to God

10    Almighty who truly spoke]

11         ALL: Sadaq Allah Al Azim.

12         CI:1:     He says he started with God's word and he

13    couldn't start with anything other than that because we're

14    faithful Muslims and we depend on God and therefore as a

15    Muslim it is my duty to help the oppressed Muslims, it is my

16    duty to help the needy, and it is also my duty to perform

17    Jihad Fi Sabil Allah [TN: For the sake of God]. That's why I

18    started with the Quran, there's nothing else between us except

19    God who is our fourth member, therefore we will depend on God

20    and get into the main topic.

21         MOAYAD:   In the name of God.

22         CI-2:     Sala Allah Aliyhi wa Salam [TN: God=s

23    peace, mercy and prayers be upon him].

24         ALL: Allah's peace and mercy be bestowed on him.

25         CI:1:     He says from a Hadeeth of the prophet

1  Mohammed, Allah's peace and blessings upon him, about, about

2  the support of the refugees and the needy for the sake of

3  Allah, meaning to support the needy for the sake of Allah!

4       MOAYAD:   This is one of the obligations; tell him,

5  it's not out of our goodness; God says it's an obligation, not

6  a voluntary act.   It's an obligation and a duty on the part of

7  each Muslim who wants to appease God.

8       CI:1:   It is my duty as a Muslim and the duty of

9  every Muslim to help other Muslims.

10       MOAYAD:   And it is everybody's duty, all of us, to

11  cooperate.

12       CI:1:   He says that of course, everyone performs

13  Jihad in his own way, your Jihad in Yemen for the sake of

14  Allah, and he is also doing Jihad his way  in the U.S.A, the

15  goal is the same, we are all working for the sake of God.

16       MOAYAD:   And that's why the prophet, peace be upon

17  him, said: "Each one of you is covering a hole, Allah said

18  that Islam comes from your direction".   Let me repeat it,

19  "each one of you is covering a hole" meaning a location for

20  the protection of Islam.   "Allah Allah; beware that Islam is

21  not penetrated from your direction."

22       CI:1:   He says that I'm always upfront in my work

23  and I am always clear, and I know what needs to be done,

24  meaning that he's been fighting the U.S. for a long time, when

25  the blacks were discriminated against in the beginning of the

1    seventies, and since then they have been at war with the

2    government to gain their freedom from slavery.  But after

3    becoming a Muslim, he says, I continued my work to defend

4    Islam and Muslims against the U.S., their allies, and whoever

5    helps the U.S. against the Muslims. That's why I wish to be

6    clear on what I do and from your end with whatever you do,

7    whether against your government or against others, that

8    supports the U.S. against the Muslims, meaning that, that's my

9    situation, and I believe, we're working in the same field.

10          MOAYAD:    The same field.  But tell him that the

11   most important thing for the Muslims is to know and learn

12   their religion.  If they know their religion then they will

13   emerge, because the Muslims are now ignorant of Islam.

14          Room service:  Peace be upon you.

15          CI-2:     Peace be upon you too.

16          MOAYAD:    Hello, How are you?

17          Room service:  Thank God.

18          MOAYAD:    What country are you from?

19          Room service:  I am from Tunisia.

20          MOAYAD:    Welcome.

21          Room service:  But my mother is Algerian.

22          MOAYAD:    Welcome, God=s greetings.

23          Room service:  Peace be upon you.

24          CI-2:     Thank you.  God bless you.

25          [Room service leaves]

```
1          CI:1:     Do you want to eat now?

2          ZAYED:    After, after.

3          CI:1:     Dar Al Salam

4          CI:1:     Do you know of a man named Sheikh Jilani?

5   Or do you know Dar places like Dar Al Salam?

6          MOAYAD:   There are a lot of Jilani's.. there is a

7   Jilani who is Sufi, known by his books.  And there's a Jilani

8   in Pakistan.

9          MOAYAD:   He's one of the Sunni scholars.

10         CI:1:        Yes.

11         CI:1:     He is saying that sheikh Jilani, or those

12  who are in Pakistan, are the same people who trained my

13  friends.

14         ZAYED:    Glory to God!

15         CI:1:     Yes.

16         CI:1:     The picture he showed you last night, the

17  small ones, most of the people in it, of course it's an old

18  picture, they are all volunteers now, they were taught and

19  trained by sheikh Jilani in Pakistan.

20         MOAYAD:   Salafia  [laugh]

21         CI:1:     Salafia.

22         CI-2:     The Salafi, Sunat Al Salaf Al Salih [TN:

23  The worthy ancestors].  Al Jihad Al Akbar. [TN: The greater

24  Jihad]

25         CI:1:     Accompanying him are the other young men
```

1  who are preparing for Jihad for the sake of God and for

2  training. They want to be trained more to be ready to be

3  Mujahidins for the sake of Allah.

4          MOAYAD:    God help them, God help them.

5          CI:1:    We ask God to make us all happy-

6          MOAYAD:    - All of us, through martyrdom.

7          CI:1:    Through martyrdom if God is willing.

8          CI:1:    We ask God that Arafat and his followers

9  bless their efforts against the Jews who expelled the Muslims.

10  And we ask God to protect sheikh Bin Laden and help him, God

11  willing, with what he's going through. The only thing we could

12  do is to pray to God to make him successful.

13          MOAYAD:    We ask God for that, we ask God for that.

14  We also say that when a Muslim knows how to pray, where to

15  start from,... the prophet, peace be upon him, stayed in Mecca

16  for 13 years teaching people: "There is no God but Allah" (the

17  oneness of Allah). After he made sure that there are enough

18  followers and they can hear the call for prayer, only then did

19  he move to other laws.

20          CI-2:    Mm.

21          CI:1:    -Ah, but he said Al Nabi Sala Allah Aliyhi

22  wa Salam [TN: The prophet may God's peace be upon him] was in

23  Mecca, in Medina, thirteen years teaching the people: ALa Ilah

24  Ila Allah [TN:There is no God but Allah, there is no God but

25  Allah.] Just to make the (UI) to know what's Islam, to make

358

1   them pray for others.

2          MOAYAD:   This is one thing, the other thing is that

3   Muslims must unite in their word first.

4          MOAYAD:   This is number one. Number two: They must

5   cooperate until they learn, I mean until Muslims learn the

6   basics of their own religion.

7          MOAYAD:   I believe that these are among the basics.

8          CI:1:   He says that the Muhajireen (emigrants)

9   that were followers to the prophet were oppressed, so they

10  immigrated.

11         MOAYAD:   And were patient.

12         CI-2:   Sabra, yes Sabra, [TN: Patience] tell him

13  I understand the Sabra and I believe that Allah blessed me

14  with Sabra [TN: Patience].

15         CI:1:   He said: "I always depend on Allah and I'm

16  always patient."

17         MOAYAD:   And that's the right thing.

18         CI:1:   He says that... of course, I talked a

19  great deal about you and about sheikh Mohammed for the many

20  things that you have accomplished.... such as your support of

21  Afghanistan with lots of money, as well as your support-

22         MOAYAD:   Me and him were

23         CI:1:   -to Bin Laden.

24         MOAYAD:   Bin Laden. [Chuckles]. Tell him, that I

25  sat with him-

1         CI:1:     With whom.

2         MOAYAD:   Bin Laden.

3         CI:1:     Oh!, with money?

4         MOAYAD:   Yes, financially yes, and I sat with him

5 like now, we talked and chatted like normal people.

6         MOAYAD:   I am more knowledgeable than him in the

7 Islamic Law.

8         CI:1:     Excuse me?

9         MOAYAD:   I am more aware than Usama with the Ulum

10 Al Sharia [TN; Islamic Laws], and I used to teach him some of

11 the Islamic Laws.

12         MOAYAD:   He called me "His Sheikh".  He used to say

13 that I'm his sheikh.

14         CI-2:     Allah Akba, Allah Akbar [TN: God is great!

15 God is great!]

16         MOAYAD:   I just wanted him to know that I sat with

17 him.  But, I sat with him before all these crises happened. A

18 long time ago.

19         CI:1:     Yes

20         ZAYED:    In the eighties, the eighties.

21         CI:1:     It was before the crises.

22         ZAYED:    In the eighties, in the eighties.

23         CI:1:     Prior to the latest incidents.

24         ZAYED:    In the eighties, in the eighties.

25         MOAYAD:   Back in the days of Afghanistan.

1        ZAYED:     The eighties.

2        MOAYAD:    With the Russians.

3        CI:1:      He is saying that he was extremely proud

4   to have people from the Mujahidins in Afghanistan, they were

5   supporting and they still are supporting Sheikh Abd Al Rahman

6   Omar's attorneys.

7        MOAYAD:    Omar Abd Al Rahman.

8        CI:1:      Yes, Dr. Omar Abd Al Rahman, he was, of

9   course, among many who   supported those brothers in order to

10  fulfill their duties. Therefore he is proud of that, he also

11  said-

12       ZAYED:     Take our picture with him.

13       CI:1:      Huh?

14       ZAYED:     Take our picture with him.

15       CI:1:      Sure, God willing. And he also said that

16  he is always in touch with his lawyers-

17       MOAYAD:    Uhum.

18       CI:1:      -in order to make his sentence much

19  lighter.

20       MOAYAD:    God willing.

21       MOAYAD:    Omar Abd Al Rahman.

22       CI:1:      Sheikh Omar Abd Al Rahman, yeah.

23       CI:1:      Have you met him sheikh?

24       MOAYAD:    -one time in Mecca, a long time ago.

25       CI:1:      He says that he is very comfortable that

1  the goal and the intent are the same.  He will tell you the

2  names of the people he did Jihad with, and whom he supported.

3          MOAYAD:    God willing, we ask for God's approval.

4  And I tell him  for the second time now, he should not mention

5  his good deeds so God could reward him for it.

6          CI:1:    He says: "I'm very careful, very careful

7  to the extent that even my closest friends don't know what I

8  do, on my private matters at all, at all."  I said to him that

9  even your very very close friends , even families they don't

10 know.

11         CI:1:    They don't know.

12         CI:1:    He says even his wife doesn't know what he

13 does or his secrets.

14         CI:1:    He says that no one knows about this,

15 except for the people on the straight path, and whom he knows

16 and he sends them to run errands. And even they don't know his

17 secrets.  He sends them on certain missions and they don't

18 even know each other.

19         ...Surat Al Mustaqim,[TN: Those who are on the

20 straight path]

21         CI:1:    They don't know anything at all. Each one

22 is on his own mission.

23         MOAYAD:    Tell him that about two months ago I was

24 with Y ah, the Hamas guy,

25         ZAYED:    Who? Who?

1       MOAYAD:   This brother of ours, whose name is...

2       ZAYED:    Khaled Mesh'al.

3       MOAYAD:   Khaled Mesh'al.

4       CI:1:     Ah.

5       MOAYAD:   I sat with him, and we are always in

6  contact. He calls me and I call him, and we exchange visits.

7       CI:1:      What's his name?

8       MOAYAD:   Khaled Mesh'al.

9       ZAYED:    Khaled Mesh'al.

10      CI:1:      He used to come to visit you in Yemen?

11      MOAYAD:   I met him in Syria.

12      MOAYAD:   And he visited me in Yemen.

13      ZAYED:    Abu Yassin

14      CI:1:     No.

15      CI:1:     Abu Marzouq.

16      ZAYED:    Abu Marzouq.

17      ZAYED:    Abu Marzouq.

18      MOAYAD:   Yes, but this one is ranked higher than

19  him.

20      CI:1:     No, no he's only mentioning this guy

21  because he got to know him while in prison in the USA, Abu

22  Marzouq, and he got to know him in prison.

23      MOAYAD:   I know him.

24      MOAYAD:   Yes.

25      CI:1:     He know him.

1      MOAYAD:    As well as Khaled Mesh'al too, he taught
2  me a lot.
3      CI:1:    He said that he [Abu Marzouq] may God
4  reward him, has taught me [Moayad] a lot about the Call and
5  guided me about many things on supporting Hamas.
6      CI:1:    He says that he's been supporting them for
7  more than two years now with lots of money, and they support
8  him with the men that he selects for training.
9      MOAYAD:    (UI) [laughs]
10      CI:1:    Regarding Abu Marzouq, who did not want to
11  be noticed, he says that they used to communicate through a
12  middle man, an Egyptian but this Egyptian disappeared, no one
13  knows where he is.
14      MOAYAD:    He could have been arrested.
15      CI:1:    And that's why my communications with Abu
16  Marzouq stopped.  I can't trust anyone to continue supporting
17  him and Hamas in  matters with which he could not trust
18  anyone.
19      MOAYAD:    We ask God to help.
20      CI:1:    He also is saying that he gave this
21  Egyptian, Aalib, a very large sum of money, in order to
22  accomplish a real big operation that you are aware of, to give
23  to Abu Marzouq, but he did not.  And that's probably why he
24  disappeared and that's why he's careful in giving.
25      MOAYAD:    We have to give him the benefit of the

1  doubt. Give him the benefit of the doubt.  He could've been

2  arrested.

3          CI:1:     Yes.

4          MOAYAD:    -died or been imprisoned

5          CI:1:     Do you know someone called Bilal Philips?

6          CI:1:       He was a sheikh who had the Quran

7  memorized?  He made television appearances.

8          CI:1:     Suraht Al Baqarrah

9          CI-2:     Suraht Al Baqarrah

10         CI:1:       He says that he wants to give you names of

11  people he helped indirectly, they were people who had the

12  Quran memorized.  They were Imams in Mecca.  But what he

13  noticed is that they're all talk and no action, they say

14  something and do something else. He forgot about that money

15  that he gave for the sake of God, but he's saying this because

16  he wants to give you an idea to why he's very cautious.

17  Because even though the money was for god's sake, he learned a

18  lot from that.  "The Muslim does not get bitten by a snake

19  twice"

20         MOAYAD:    The goal is to please God almighty.

21  That's the basic premise.

22         CI-2:     Mm!

23         MOAYAD:    Second, God willing, he already registered

24  your good deed.  And the other will carry the responsibility

25  of his actions.  He will be rewarded and the other will be

1  held responsible in front of God.

2        CI:1:   He says that Imam Siraj, he's an Imam of a

3  mosque in the U.S., he said they asked me to participate in

4  building a mosque, he said that since 1996 he gave them a lot

5  of money, but until now there's no mosque.  That makes me

6  angry, but I'm still waiting to see it happen.  He said that I

7  gave something to build the mosque and from 1996 until now

8  they didn't build it.  They haven't shown that they have

9  started building a mosque where I can go pray to God.

10        MOAYAD:   The prophet, peace be upon him, tells us a

11  story about a person before our time.  That person wanted to

12  give money as charity to others, so he left his home the first

13  night where he met a man. So he gave the money only to find

14  out that he's a thief.  The second night he met a lady. So he

15  gave her the money, only to find out that she's an adulteress.

16  The third night he ended up giving his money to another man

17  only to find out that he's a rich man.  So the person got

18  angry. But God told the prophet to let him know that his

19  charity has been accepted and that the adulteress he gave his

20  money to has repented, the thief has changed his ways, and the

21  rich man came to his senses.

22        ZAYED:   No.

23        ZAYED:   I am worried about the telephone, which is

24  next to him.

25        MOAYAD:   It is far from here.

1    ZAYED:  Is this phone far enough away?

2    CI:1:  It's far, there's nothing to worry

3 about.CI:1:  He says that he's done his investigations and

4 checked the rooms completely before our meeting, and when he

5 was coming here he was careful every minute to check...

6    CI:1:  He says rest assured there's nothing to

7 worry about.

8    CI:1:  He says...

9    ZAYED:  [Zayed points to his hip] and asks: Pager?

10    ZAYED:  So it is not a -?

11    CI:1:  This is from America.

12    ZAYED:  There's nothing in it...

13    CI:1:  He says don't worry.  It's only to tell

14 the local time. So don't worry.

15    CI:1:  He says it's on U.S. time so he knows when

16 his wife will call him.

17    CI:1:  He says I'm very careful.

18    MOAYAD:  Tell him that God told the prophet that he

19 accepted his charity.

20    MOAYAD:  So he can be comfortable with what he did.

21 God is the final judge.

22    MOAYAD:  We offer our lives for the sake of Islam.

23    MOAYAD:  And whatever we are doing now is for the

24 sake of Allah!

25    CI:1:  The question is to you both, what can I

1   offer you to do for the sake of Allah and what can you offer

2   me for the sake of Allah? Whatever you see?

3           MOAYAD:    Uhhh!! I want five things.

4           ZAYED:     [UI]

5           MOAYAD:    The first one is to teach people their

6   religion as much as we can.  And it is not an easy mission, it

7   is important and difficult.

8           CI:1:      Yes.

9           MOAYAD:    The second is to work on uniting the

10  people, the unity of the Muslims this is the second.  The

11  third is to raise young men in a manner that God approves of.

12  These are three of them.

13          CI:1:      Start over, one by one and I'll explain it

14  to him.

15          MOAYAD:    Okay. You tell him.

16          ZAYED:     The first one is to raise the young men.

17          CI:1:      Mm.

18          MOAYAD:    Leave that one for later.  The first is to

19  teach the religion.

20          ZAYED:     People are ignorant of the religion, even

21  in the Islamic countries.

22          CI:1:      Yes, I told him that.

23          MOAYAD:    That's one.  The second is to try to unite

24  the word of all the Muslims so they all can be in the face of

25  the enemy.

368

1          CI:1:    Who's the enemy you're referring to?
2  Enemy of Islam?

3          MOAYAD:   Enemy of Islam.(Laughs)

4          MOAYAD:   -and it's sufficient to take the prophet's
5  way of life as an example for us to do the same.

6          MOAYAD:   Okay? After that, the consequences are not
7  up to us, our role is, as God said: "To do" and are up to God,
8  and victory is from Him only -

9          MOAYAD:   God says in the Quran, "what have you
10  done?" Not what have you succeeded in.

11         CI:1:    Like you said God asks who is your God and
12  such-

13         MOAYAD:   God says in the Quran, "this is heaven for
14  you to inherit because with what you have done".

15         ZAYED:   This is heaven.

16         MOAYAD:   "This is heaven for you to inherit because
17  with what you have done" not because of what you have
18  succeeded in.

19         MOAYAD:   That's the third thing.  The fourth
20  matter, God willing, the fourth matter, is to try to help the
21  Youth who are in need, who go astray because they can't make a
22  living.

23         CI:1.   ...  through education, and?

24         MOAYAD:   Supporting him, teaching him, raising him
25  well.

369

1          ZAYED:    The issue of social solidarity, a big
2    problem that was mentioned in Hadith.
3          MOAYAD:    The last and fifth thing is that
4    everything we do is for God's sake.
5          CI:1:    He says now we have to go into details of
6    the Islamic work.
7          MOAYAD:    In the name of Allah.
8          CI:1:    The details of the work um...
9          MOAYAD:    Islamic.
10          CI:1:    No, not the five things you mentioned, but
11    the details of the work that we will do-- that the whole group
12    will do, God willing.
13          MOAYAD:    The first thing is the charitable bakery.
14          ZAYED:    [UI]
15          CI:1:    [UI]
16          MOAYAD:    The charity bakery, we don't want to
17    burden him with some of this work's details.
18          CI:1:    Do you mind him writing down what we
19    talked about?
20          MOAYAD:    No at all, go ahead.
21          CI:1:    Regarding the bakery and the other things
22    that he will be supporting.
23          ZAYED:    [UI]
24          MOAYAD:    Let me -
25          CI:1:    That is umm..

1          MOAYAD:    The first thing is that everything we do

2     is for God's sake.

3          MOAYAD:    Oh, regarding my charitable work?

4          CI:1:     Yes.

5          MOAYAD:    Okay, the bakery, the charitable bakery.

6          MOAYAD:    The second is to take a group of young men

7     and a group of religious scholars to teach the young men under

8     our supervision and we'll pay their salaries.

9          MOAYAD:    Tell him the scholars.

10         CI:1:     Yes all the same, Ulema'

11         CI:1:     Yeah. Religious scholars, who can teach,

12    make Fatwa(s) and know everything about the religion.

13         MOAYAD:    In order to raise a generation that knows

14    the religion as much as they do.

15         MOAYAD:    The third is sponsoring students, the ones

16    that we will teach.  Some of them are very intelligent, and

17    want to memorize [the Quran] but they don't have enough to eat

18    or to live.

19         MOAYAD:    That's the third thing.

20         CI:1:     Yateem

21         MOAYAD:    The next point is the Muslim woman.

22         MOAYAD:    She needs to know her religion, and to

23    learn a trade.

24         CI:1:     The things that the woman needs, like

25    sewing clothes and such...

1        MOAYAD:    First is teaching her the religion.

2        CI:1:      That's what he said, teach her her
3    religion.

4        MOAYAD:    She should learn her religion then learn a
5    trade.

6        CI:1:      He says after that she can learn to sew
7    clothes and...

8        MOAYAD:    Taking care of her home,

9        MOAYAD:    -home economics, she should learn
10   medicine-

11       MOAYAD:    - there are a lot of trades.

12       CI:1:      We'll make it in brackets as Madrasa. He
13   says that all of this can be put under the category of
14   establishing a school. This is the category he'll be using,
15   which includes everything, the students, the scholars
16   teaching, so that part of the budget will be for the school,
17   it will include the Ulema', the students, the orphans, the
18   women, teaching the women a craft -

19       MOAYAD:    No, what you mean the women...The salaries
20   of the women's teachers.

21       CI:1:      This includes everything This is how he is
22   going to name it a school.

23       CI:1:      He says that during the SaHaba [TN: The
24   companions of the prophet] it was all a school of the prophet.
25   Allah's peace, mercy and blessings were upon him that from

1   that other things were derived. Each one of them knew what he

2   had to do.

3        MOAYAD:    And from it, men graduated, and each one

4   went into a different field.

5        CI:1:    What he means is that this is the school

6   and it will graduate different people doing different things.

7        MOAYAD:    Regarding these matters.  We have a few

8   points that are a little off the subject, such as sponsoring

9   the families of the people who are either in prisons or have

10  been martyrs.

11       CI:1:    He said as well as the prisoners'

12  families-

13       MOAYAD:    And the martyrs.

14       CI:1:    -the martyrs, and he also said the

15  prisoners themselves, they need support.

16       CI:1:    They are also in need of assistance.

17       CI:1:    He is saying he will regard this as his

18  word of oath. Regarding the school he has no objection of

19  financing it. While the last issue, is the one, which actually

20  needs which is the families of-

21       MOAYAD:    -of the prisoners and the martyrs.

22       CI:1:    -and the prisoners and how we could

23  participate in it.

24       CI:1:    Now he is asking what do you think of the

25  money that should be given to the prisoners families? Other

1 | than the school because the school is-

2 |       MOAYAD:  Yes, this a separate issue. Because there

3 | are so many youth who died as martyrs, and others are not

4 | found, their women come to us.

5 |       CI:1:  The people who died in Afghanistan?

6 |       MOAYAD:  Yes, in Afghanistan and other places, and

7 | here where we are as well.

8 |       CI:1:  In Chechnya? -

9 |       MOAYAD:  Whoever we find out that has become a

10 | martyr; we try to set a side an amount of money for his

11 | family.

12 |       CI:1:  He says of course, that regarding the

13 | families of the martyrs and prisoners, he doesn't want to know

14 | the families' numbers and information since you know more

15 | about this anyway.  What he wants to know is where the money

16 | he will provide will be spent.

17 |       MOAYAD:  God willing.  There's one point to

18 | mention, some of the prisoners that have been released don't

19 | have any salary coming in.

20 |       CI-2:  Uhum.

21 |       CI:1:  Sheik Mohammad...

22 |       CI:1:  Yes. He says regarding the people who are

23 | apprehended, as you requested, he says he's doing the same

24 | thing.  He's in the U.S. supporting the families.

25 |       MOAYAD:  In America.

1          CI:1:       In America, he supports the families of
2    the apprehended and he also supports the people who have been
3    released from prisons there, because it's hard for them to
4    find jobs and that's why he supports them.  He says look that
5    is my mission, as a businessman, I am doing my best to collect
6    large sums of money fi sabil Allah.  But, he says that my
7    efforts are divided into several categories, for example, if I
8    give sheik Mohammad $500,000, here's $500,000, spend $100,000
9    for the bakery, $100,000 for the school, and so on.  The rest
10   of it and what he wishes for the rest of the money is to
11   support the Mujahideen against the bigger satan, he is
12   referring here to America as the bigger satan, and against the
13   Israelis, against any government against Islam and that tries
14   to oppress Islam who are killing  Muslims and their women on a
15   daily basis.  Therefore, he doesn't mind if part of the money
16   goes to these things, but he wants the second part of the
17   money to go to the support the training of our men and the
18   Muslim men so that they can be sent, in God's name, against
19   any enemy of Islam, to support them with weapons to buy, with
20   equipment, with financial support that a Mujahid needs.  You
21   tell the Mujahid to go into Jihad, if he doesn't have the
22   capabilities to go into Jihad then he will not.  He says, I
23   want to sleep with a clear conscience, that I gave part of the
24   money for God's sake, to help the people in their daily living
25   and such, and in addition my conscience will be clear that I

1    gave the Mujahid what he needs in order to do Jihad fi sabil

2    Allah.  He says now what we need to agree on with sheik

3    Mohammad, I don't mind supporting these things, but I'd like

4    them to help me on how to support the Mujahidin who need

5    weapons, who need equipment for communications and such, and

6    need training in any country.  That's what I want to work with

7    sheik Mohammad on.  And in return for my support to make his

8    wishes come true, I want his support to make my wishes come

9    true.  What do you think about this?

10         MOAYAD:    Let me tell you that I want to be honest

11   with you. "To the faithful ones Fear God and be patient".  We

12   can't say "yes, yes" to what you're asking then lie to you.

13   It's not right.  And it is also not right to say "no, no"

14   which may cause him to be discouraged, and that is a sin.

15         CI:1:    Yes.

16         MOAYAD:    I will work, in sha Allah, in sha Allah

17   [TN:God willing, God willing,] in these fields, as they are my

18   fields with God's permission.

19         MOAYAD:    The situation with us, and he is aware of

20   it like he mentioned yesterday, the arrests and so and so, we

21   must tread carefully.

22         MOAYAD:    It is possible in Palestine.

23         CI:1:    He is saying he does not mean only Yemen

24   - Is it possible to train people in Palestine or in Beirut?

25         MOAYAD:    In Palestine, it's possible. Regarding

1 | training in Palestine, I am in touch with Hamas and I will
2 | arrange things with them and with you, God willing, I'll
3 | coordinate things with them to meet his needs.
4 |        ZAYED:    We have Hamas, they are with us, as well
5 | as Al Jamiya
6 |        ZAYED:    The sheikh is the supervisor of the
7 | charity organization, The Holy Aqsa Mosque.
8 |        CI:1:    He says, that's very good. Do you believe
9 | or have any idea what they may need or are they planning
10 | things in which we can support them, in Palestine, for
11 | example, is there something specific they need there?
12 |        MOAYAD:    Yes, each time Hamas is active and doing
13 | something-
14 |        CI:1:    Yes.
15 |        MOAYAD:    I'm in constant communication with them.
16 |        CI:1:    He says, of course you know that the world
17 | trade center, the old one, not now; He knew what was going to
18 | happen because he was the one that provided support. Did you
19 | have any idea of what was going to happen in the U.S.
20 |        CI:1:    (UI)
21 |        MOAYAD:    As much as I know...
22 |        CI:1:    He also says, is it possible to send some
23 | of my Mujahidin friends for training through Hamas?
24 |        MOAYAD:    I will talk to them.
25 |        MOAYAD:    (UI)

1        CI:1:    No, he's asking if I had a ten Dollar
2   bill, he wanted to show you a drawing [UI] on the ten dollar
3   bill if he folds it a certain way you can see the World Trade
4   Center burning.
5        MOAYAD:    Tell him this was on the computer long
6   time ago.
7        CI:1:    Where?
8        MOAYAD:    On the computer.
9        CI:1:    If that was the same thing.
10       MOAYAD:    It's the same.    [UI]
11       [ZAYED:    It's in the fridge.]
12       CI:1:    Glory be to Allah! He said that when
13   people see that they were amazed.
14       MOAYAD:    This was in the computer a long time ago.
15   Tell him that.
16       ZAYED:    Do you want some water? There is sparkling
17   water.
18       MOAYAD:    No, no I don't want sparkling water.
19       ZAYED:    Hamas (UI)
20       ZAYED:    We have to deal with them.
21       MOAYAD:    We must.
22       ZAYED:    He will ask you to send papers. He would
23   visit Yemen, I will send them from where I am at.
24       MOAYAD:    He will visit Yemen, or I call him.
25       ZAYED:    I mean within five to six months we'll

378

1    visit, visit and uh -

2          CI:1:     (UI)

3          ZAYED:    Training of the youth.

4          MOAYAD:   (UI) internet (UI)

5          ZAYED:    Abu Usama? What is he?

6          MOAYAD:   The front.

7          ZAYED:    (UI)

8          MOAYAD:   May God be generous to you.

9          CI:1:     I adjusted it, it is neither warm nor

10   cold.

11         MOAYAD:   Water is enough, no Pepsi or other like

12   that.

13         ZAYED:    I like sparkling water, I-

14         MOAYAD:   Without sugar? Water and gas.

15         CI:1:     Mohammad this is the first time [UI]

16         MOAYAD:   He's never drunk this in his lifetime or

17   his father's lifetime [laugh]

18          ZAYED:   That's right.

19         CI:1:     You don't know...  he says that he wants

20   to... he said: I, I don't mind giving them any sum of money

21   for the bakery and such, but as long as they -

22         ZAYED:    And we do our best.

23         CI:1:     He has other sources in other countries.

24         MOAYAD:   He considers Jihad his cause.

25         CI:1:     That's it.

1          ZAYED:     And we'll do what we can, if we can't then
2     do not promise.
3          MOAYAD:    We have someone in the Hamas office, and
4     we pay him.
5          CI:1:      Yes.
6          MOAYAD:    And they trust me and I trust them.
7          CI:1:      Good.
8          MOAYAD:    And I can't... if we need something from
9     them I tell them I need people that wouldn't say no.
10         CI:1:      Yes.
11         ZAYED:     Because the sheikh is the supervisor of Al
12    Aqsa organization.
13         MOAYAD:    -because I am the overseeing committee of
14    Al Aqsa mosque. I am [UI] the chief of the overseeing
15    committee.
16         CI:1:      Yes.
17         ZAYED:     Meaning he watches over what they do.  And
18    he is the president of the organization.
19         CI:1:      Yes, and Hamas?
20         MOAYAD:    And Hamas has supervision authority in it.
21         CI:1:      You supervise them.
22         MOAYAD:    Yes, I mean Hamas, I know them very well,
23    and we can't join them directly, since it is strictly
24    Palestinian.
25         CI:1:      Yes.

1    MOAYAD:    And the ones responsible for them are
2    Palestinians. They show me great respect and we know each
3    other and such.

4    CI:1:    And Al Aqsa organization -

5    MOAYAD:    Inside of Palestine.

6    CI:1:    Inside of Palestine! Those who do Jihad
7    and providing aid and such.

8    MOAYAD:    [Laugh]. They take care of the children.
9    Providing shelter for the orphans and taking care of the women
10   of the Mujahidins.

11   ZAYED:    The sheikh had visited them. Thank you [to
12   CI-1]

13   MOAYAD:    I visited him in Jordan and in Lebanon,
14   several times.  We have a good relationship.  So let's be
15   honest and talk about the things [UI]

16   CI:1:    He says that I fully trust sheikh
17   Mohammad, after trusting in God.  I hope they trust me that I
18   am a Mujahid fi sabil Allah, and if I were asked right now to
19   become a fida'i and to fight the enemy...

20   MOAYAD:    We're there before him.

21   CI:1:    -I will be the first, God willing.

22   CI:1:    He says of course he's honored that he got
23   the chance to meet you.  The money he has with him, of course
24   he's the one who's responsible for it, of course, but similar
25   to your situation, it's for his organization, and he's the one

1  responsible for it.  They have specific things they want to

2  spend the money on, but in case we don't meet again soon, he's

3  asking for a way for him to trust someone else to give money

4  to, in case we don't meet again, God knows what will happen.

5  So he's asking if you have any connections where he can

6  identify himself as from your side then he's given the money

7  and such.

8          MOAYAD:   First, I wish to talk about 3 things.

9  That our meeting is based on honesty, and secrecy and God is

10 our observer.

11

12         MOAYAD:   Which means, we have to all put our hands

13 on the Quran.

14         CI-2:    AL Hamdu Li Allah

15         CI:1:    In the name of Allah we thank God and we

16 take the oath on the glorious Quran.

17         MOAYAD:   And with God's help we won't let each

18 other down and we will not lie.

19         MOAYAD:   All of us.

20         CI-2:    Yes.

21         MOAYAD:   Huh?

22         CI:1:    Yes.

23         MOAYAD:    [Laughs] last word.

24         CI:1:    Yes.

25         MOAYAD:   Second, we will do our best effort, and if

1   we die, he has to forgive us.

2            ZAYED:        Quietly.

3            CI:1:    He says if you die, it's time to forgive

4   everyone, but who will come and tell me, hey so and so-

5            MOAYAD:   It's with God. Forgiveness is with God.

6   Not with people.

7            CI:1:    He says he won't deal with anyone because,

8   that's it.

9            MOAYAD:   No, no. Forgive us in front of God.

10           CI-2:    Ma Sha' Allah! [TN: Glory be to God].

11           MOAYAD:   That is the second thing is to forgive one

12  another.

13           ZAYED:    This subject needs composure.

14           CI:1:    Huh?

15           ZAYED:    This subject needs quietness.

16           MOAYAD:   We want to go to heaven, and he wants to

17  go to heaven.

18           MOAYAD:   That's the second thing, and I hope we pay

19  attention to it.  The first is keeping a secret.

20           MOAYAD:   The second is to forgive each other and

21  we'll do our best, as much as possible.

22           MOAYAD:   The third is to support us, because we

23  personally don't have money for ourselves, and for our

24  children, so he has to help us so we don't take from this.

25           CI:1:    And that's why, he says, everything has to

1   be clear.  Everything that's about providing personal support

2   and family and such, is between you and God then me, that part

3   of the money is separate.  The amount that he'll assign to

4   you, the other thing is that the same way we used to support

5   Bin Laden and others with money we knew what was given to them

6   and what was spent on equipment and such and who was honest

7   and who was stealing money from the orphans and such.

8           MOAYAD:   I am authorized, authorized to spend it

9   where I see fit?

10          CI:1:    He says, now, regarding the money that

11  he'll give you, there's a portion of it for you to spend as

12  you see fit, that's up to you.  As for the rest, how will he

13  know how that money will be spent?  What things will be

14  bought?

15          MOAYAD:   God willing, I'll organize things with our

16  brothers in Hamas-

17          CI:1:    Yes.

18          MOAYAD:   -and I shall visit them specifically about

19  this, and I will ask:  I want to put this and this, and I'll

20  plan with them.

21          MOAYAD:   That's with regard to Palestine.  As for

22  Yemen, I'll get in touch with some of the young men that I

23  worked with before, and ask them about the needs of people in

24  prisons and out of prison and their families' need, and relay

25  that information to him.

1           CI:1:     He says that he would like to support the

2    people that were arrested in Afghanistan, the Yemeni brothers

3    who are in Guantanamo.  He says if there is anyone you know,

4    well known people as he told you...they can support the

5    lawyers.

6           MOAYAD:    They will send them back to Yemen...now.

7           CI:1:     Yes.

8           MOAYAD:    They will send them back to Yemen soon.

9    And there's a time and place for each conversation.

10          CI:1:     He says if you need any help with anything

11   regarding providing lawyers and advice...

12          MOAYAD:    We have lawyers.

13          CI:1:     We're willing and ready to help...

14          MOAYAD:    There's a lawyer with the brothers, we

15   will pay their families...the families are to go to court and

16   initiate lawsuits through the lawyers whom were hired by us.

17          CI:1:      Regarding the U.S. do you know any

18   brother there that's imprisoned there?

19          MOAYAD:    I'll ask.

20          CI:1:     He says that we can help get them out...

21          MOAYAD:    We'll ask, we'll ask, there's no need to

22   rush, let's be truthful.

23          CI:1:     He is saying ...he went back to the issue

24   of-

25          MOAYAD:    The money."

385

1            (Reading interrupted.)

2

3

4            MR. JACOBS:  Your Honor, one of the jurors --

5            A JUROR:  It is that time of morning, I need to go

6    to the bathroom.

7            THE COURT:  Is that for everybody or just you?

8            A JUROR:  It happens to me.

9            MR. GOODMAN:  Your Honor.

10           THE COURT:  Okay, five minutes, ladies and

11   gentlemen.

12           (Jury leaves courtroom.)

13           (Recess taken.)

14

15           THE COURT:  Ready?

16           (Jury enters courtroom.)

17           THE COURT:  Go ahead.

18           MR. KNOX:  Picking up on the top of page 52, T-4.

19

20

21

22

23

24

25

1              "CI:1:    -the money, regarding the financial

2    support that you need.  Of course you will make a special

3    visit to Hamas to first coordinate things.

4              MOAYAD:    No, regarding the last point, the last

5    point, I can visit Hamas and present them...

6              CI:1:    Yes.

7              MOAYAD:    Which I will arrange with them, if God is

8    willing, before he's able to provide support in that area.

9    And in Yemen we have good information regarding what they need

10   in Palestine, it is done through Hamas.  Hamas studies which I

11   have to get it and study it and prepare it and so, etc

12             CI:1:    Yes.

13             MOAYAD:    Some of the things that are available, we

14   can buy from the inside of the country.

15             CI:1:    From Yemen.

16             MOAYAD:    From inside Palestine, we buy it-

17             CI:1:    From inside Palestine?

18             MOAYAD:    The sum of money is assigned to such and

19   such.

20             CI:1:    Yes.

21             MOAYAD:    -we can buy it from Palestine and tell

22   them that it must be used for so and so.  Buy the things that

23   they think are important.  And in this case, this is a

24   different case, we'll do our best, and God willing, a large

25   sum of money will be allotted for this-

```
 1          CI:1:      God willing.
 2          MOAYAD:    -but regarding the first point, God
 3  willing, all will go well.  What's left is the topic regarding
 4  the families and the young men we have, we need to pay for
 5  them to raise their self esteem and make men out of them, this
 6  is close to me.
 7          CI:1:      No this is in the first point, there's
 8  no...
 9          MOAYAD:    I mean for the prisoners and so.
10          CI:1:      No, no, no the first is what he put under
11  the school category.
12          ZAYED:     That's the prisoners.
13          CI:1:      The prisoners, yes.
14          MOAYAD:    The prisoners, the families of the
15  martyrs, the families of the prisoners, the apprehended
16  themselves, the lawyers and so and so, this will be a heavy
17  burden.
18          CI:1:      Yes.
19          ZAYED:     And the young men who are raising future
20  generations.
21          MOAYAD:    There are men raising future generations.
22          ZAYED:     Those young men who are raising
23  generations, can't feed their families or make a living.
24          MOAYAD:    That will be included as part of the
25  school category.
```

1          CI:1:     That's included in the school category.

2          CI:1:     In addition, he says that he'd like to

3    personally know if there are Hamas people in New York, since

4    they are distant from the organization, as you know. If there

5    are people who need support, young men, Mujahidin, he calls

6    them God's soldiers.  He says that he doesn't mind supporting

7    those people inside the U.S.A.

8          MOAYAD:   Let us be organized, and we'll talk about

9    this in its proper time.  I'll ask the people we have in Yemen

10   and ask them if they have any prisoners in the U.S. and who

11   are the trusted people in the U.S. who may need support for,

12   for example for court cases, and so and so-

13         CI:1:     Yes.

14         MOAYAD:    -and give them the green light to him and

15   tell him-

16         CI:1:     Yes.

17         MOAYAD:   -to agree with the people to talk to him

18   and create a-

19         CI:1:     A code.

20         MOAYAD:   A code.

21         MOAYAD:   With you!

22         CI:1:     Yes, with me. Yes.

23         MOAYAD:   [Laughing.]

24         MOAYAD:   That is only an opinion.

25         CI-2:     Al Hamdu I Allah

1          MOAYAD:    Thanks be to Allah!

2          CI:1:      Thank God.

3          MOAYAD:    This is just a-

4          CI:1:      He says.

5          MOAYAD:    Me and you can agree on things, pardon me,

6     go ahead.

7          CI:1:      He says, I think he has a Doctors

8     appointment, he says now [UI - loud yawn] a lot.  He is

9     comfortable and we will have a final meeting where we can talk

10    about the sums of money that you will take and how is it going

11    to be spent.

12

13         MOAYAD:    We have three ways and the last is the

14    best.  We have trusted Yemenis, trusted people, they work as

15    money exchanges from Al Hadda.  These are the banks; young men

16    who come to us, there in Sannaa'.

17         CI:1:      And they are in the U.S.A.?

18         MOAYAD:    They are in the U.S.A., they have an

19    office there.  Give him the money and say : "Here is the

20    money for the charitable bakery."  Or "Here is the money for

21    example for Al Moayad school. And this is one method...

22         CI:1:      Yes.

23         MOAYAD:    If there's something ready now,  we can

24    take it with us, that's the second way of doing things.

25         CI:1:      I believe so.

1          MOAYAD:    The third thing, if there are things to be

2     sent, it can be send in Mohammad's name, or in my name, and

3     they know what to do.  The first, for example, will be for the

4     school, normal, the charitable school.

5          CI:1:    We have to create a code to your liking,

6     so we can do it with the way-

7          MOAYAD:    The last thing, this last thing will be

8     for the children, the, the-

9          ZAYED:    The students, those who are going to

10    school.

11         MOAYAD:    No.

12         CI:1:    The orphans.

13         MOAYAD:    No, let us give it a name, because it is a

14    large sum of money, we sit with you-.

15         CI:1:    Sheikh Mohammed...for example...now we

16    will come over and you take a rest then we'll prepare the code

17    and what is needed to cooperate.

18         CI:1:    He says that he wishes...  I talked to him

19    about the trusted people, the Yemenis in the U.S. that money

20    can be transferred through them, he said please allow me...I

21    don't know...my trust in them is gone.

22         CI-2:    From Brooklyn?

23         CI:1:    He said that a lot of Yemenis let him

24    down, he wanted to send a lot of things to you from the

25    beginning, but they didn't even give me a chance for a

1  meeting.  He was very annoyed by that and that's why when you

2  mentioned trusted Yemeni's, he said I don't want to go through

3  that again because he was very discouraged.

4          MOAYAD:    It will be through you.  If it's not

5  through you in another way.  And that's better.

6          CI:1:    Why don't you express your apologies to

7  what happen...

8          MOAYAD:    Of course, I apologize and explain that

9  Abd Al Wahab was in a mental state... as he divorced his first

10  wife and was in an emotional state to the extent that he

11  couldn't even talk on the phone.

12          CI:1:    He also says...

13          MOAYAD:    We apologize for this.

14          CI:1:    He says that he refused to meet us and

15  such, and after that immediately...  a month or two later, it

16  turned out that he had relations with some of the Yemeni

17  students there, who were arrested in that area, so he became

18  very concerned and worried about, extremely worried that this

19  person that he was going to put his trust in was arrested, so

20  he thanked God that he didn't even get the chance to meet him.

21  In every cloud there is a silver lining.

22          MOAYAD:    We too, after knowing of his emotional

23  state, and that he wouldn't even return our telephone calls.

24          CI:1:    He says I don't want to know the reasons,

25  but I thank God that-

1          MOAYAD:    Even through he's your neighbor, he lives
2   close to you.
3          CI:1:    Mohammed, what do you know about Abdul
4   Salem Mub~rez, he's the President of the association there and
5   one of the merchants.  Do you know him? We were looking for
6   any way to-
7          MOAYAD:    We will look into the Hadda, God willing,
8   Mohammad knows.
9          CI:1:    God willing, you will give us the names
10  and the way to, as I told you.
11         MOAYAD:    And on the way.
12         CI:1:    We'll agree to what we discussed.
13         MOAYAD:    We'll talk about your fees.  We must agree
14  on a fee for you.
15         CI:1:    We can talk about it.
16         MOAYAD:    Yes, you are right.
17         CI:1:    We'll talk about all this, regarding the
18  amounts of money and the percentages and everything.
19         MOAYAD:    You can have a percentage too.
20         CI:1:    Well, all this is done Fi sabil Allah [TN:
21  For the sake of God], we'll eat with our own money, we're not
22  looking for anything.
23         MOAYAD:    -instead of eating from forbidden
24  proceeds, we can eat from the agreed-upon amounts.
25         CI:1:    No, he said from the beginning, that all

1    your efforts will be compensated.  And [UI]

2           MOAYAD:    And there's nothing wrong getting an

3    amount of money.

4           CI:1:     As a percentage, it may be a problem.

5           CI:1:     He says that we can finish with a prayer.

6           CI-2:     Bisim Allah Al Rahman Al Rahim (UI) [TN:

7    In the name of Allah most merciful and compassionate].

8    Astaghfiruka wa Atubu Ilayka [TN: I seek your forgiveness and

9    I come clean before you].

10          ALL: In the name of Allah most merciful and

11   compassionate, I seek your forgiveness, and I come clean

12   before you.

13          MOAYAD:    This is Hadeeth?

14          CI:1:     No, it's a prayer.

15          MOAYAD:    It's a Hadeeth.  The prophet, peace be

16   upon him, said that if there was a meeting and it ended with

17   this Hadeeth: "Dear God, we thank you, we swear that there is

18   no God but Allah, we seek your forgiveness, your blessings, we

19   confess to you and we repent to you and we come clean before

20   you, may God would erase any conversation that was not good

21   and reinforce the good conversation."

22          CI-2:     Yes.

23          MOAYAD:    Glory be to Allah!

24          CI:1:      He says to go with you now and see what

25   they need, get them the cell phone and get them what they

1    need.  He said everything, I should buy you everything.

2              MOAYAD:    That's too much [laugh]

3              MOAYAD:    Oh, God!

4              CI:1:      He is saying that he enjoyed conversing

5    with you.

6              MOAYAD:    Thank you and may God reward you.

7              ZAYED:     How many children he has?

8              ZAYED:     God bless."

9              (END OF DVD.)

10

11

12             MS. CHEN:  Your Honor, that concludes a reading of

13   transcript four.

14             We will now play Government's Exhibit Number 7 which

15   is a conversation between just the defendants that occurs

16   on --

17             THE COURT:  Between who?

18             MS. CHEN:  Between just defendants and it is a

19   conversation that occurs on January 8th at approximately 9:30

20   p.m., so it is the same day as this last a conversation but in

21   the evening.

22             (Whereupon, the tape is played.)

23

24             MS. CHEN:  Your Honor, at this time we'd like to

25   read into the record Government's Exhibit T-7 which is the

1   transcript of the conversation we just played between the

2   defendants on January 8th starting approximately 9:37 p.m.

3           THE COURT:  Okay.

4           MR. KNOX:  Page one:  I am Al-Moayad again..

5           "MOAYAD:  "…He also brought a guard with him fearing

6   that he will warn him in front of Abi Muslem.  When he

7   approached, with the guard, he started to read the Qur'an."

8   See how smart.  "So, when he approached Abi Muslem, he started

9   reading His words 'That the (UI) are conspiring against you,

10  so leave, for I am giving you advice.'"

11          ZAYED:    Wow.

12          MOAYAD:   See how smart!  What did he do?  He told

13  him, "let me just see him and speak to him."  He started

14  reciting at the door, from far away, from Surat Al-Qasas He

15  timed it so that verse will be recited once he reaches him.

16  And the (UI) doesn't know what's going on.  And this is what

17  Al-Zubayri did, Muhammad Mahmud al-Zubayri.  He said that he

18  and Nu`man …the Ruler of Yemen wanted to arrest Al-Zubayri,

19  oh… Al-Nu`man, Al-Zubayri was already under arrest.  Al-Nu`man

20  wanted to visit Al-Zubayri.  Al-Zubayri had heard from the

21  guards that they will arrest Al-Nu`man.   Al-Zubayri said

22  "that"  and the other saw him and said, "not."  And the guards

23  are watching, listening, this and that.  The next day they

24  knew nothing except he showed up in Aden.  The Imam said,

25  "What did Al-Zubayri say?"  They told him "(UI), one said

1  'that' and the other said  'not'." "That's it.  He escaped.

2  You are all crazy."  They asked, "what happened?"  He replied,

3  "this one said, 'That the (UI) are conspiring against you, so

4  leave, for I am giving you advice.'  And the other one

5  answered him, 'You will not enter it, as long as they are in

6  it.'"

7          MOAYAD:   You see?  "That" and "not" are code.  It

8  means nothing.  One said "that" and the other replied "not."

9  That's it.

10          ZAYED:    And he went to him right away.

11          MOAYAD:   He escaped to Aden and continued in the

12  struggle until the revolution.  (UI).  Therefore, how does a

13  person benefit from codes?  How does a person benefit from

14  words?  How does a person benefit from circumstances?  Huh?

15  The person himself, if he meets you and says, "Ahlan " or for

16  example, "Ahlan wa sahlan and how are you?"  If you say, "how

17  are you?" this means that something is not right.   Just

18  "Ahlan," means things are fine, "Ahlan wa sahlan," means

19  things are not okay.  Those around you won't understand a

20  thing.

21          ZAYED:    (UI).

22          MOAYAD:   I mean, let's say there are people

23  conspiring against you, and you want to make them keep an eye

24  on you, you say, "brother, the workers need someone to check

25  on them today.  The work is not going well."

1       ZAYED:      "On Friday I am telling you…."

2       MOAYAD:     Huh?

3       ZAYED:      "Remember we told you on Friday we will

4   arrange the workers such and such."

5       MOAYAD:   We are telling you "we are not arranging

6   for workers, don't arrange for workers." something is wrong.

7       ZAYED:    No, no, not the workers.

8       MOAYAD:   We are telling you "don't arrange for

9   workers on Friday."  For example, they'll tell you "Oh Brother

10  Mohammed, the workers need to be organized, I mean, they need

11  someone to watch over them.  Their work is lacking."

12  "Lacking" means things are not all right.  "I tasted the Kidam

13  and it is lacking."  When you get "it's lacking," this means

14  pay attention.  Right?  We had someone who was (UI), for

15  example "By God Brother Mohammed, call, uh, uh, call what's

16  his name, Haj Ali, regarding the matter of the (UI).  We

17  promised him (UI) on time."  Our friend know what we're

18  saying.

19      ZAYED:         It's way off.

20      MOAYAD:   Like that…that's why it is called code.

21  There was a time when if someone passes by and says, "peace be

22  with you", raising his hand means things are okay.   Another

23  time, " peace be with you,", this means (UI).  Or "good

24  morning" or "peace be with you.  Good morning."  This means

25  something is up.  "Peace be with you and God's mercy and

1  blessings" means there is nothing.  A person must be clever.

2  For example, if you wish to buy...ammunition, buy ammunition,

3  "by God Sheikh Mohammed, we wish to buy corn.  The corn is

4  running low, should we buy it or what?"

5          ZAYED:    Tha, Thakhira [TN: Ammunition].

6          MOAYAD:   Right, tha, tha, tha, thakhira

7          ZAYED:    Emm.

8          MOAYAD:   Ah, or "we also wish to buy it from them

9  and we want money or we want to buy this from you…look, how

10 much is it?  And so on…."  Okay?  Or I can tell you "no, don't

11 buy corn at this time; let's see how the season is."  Huh?

12         ZAYED:    (UI) season.

13         MOAYAD:   Your mother and your wife wouldn't even

14 know.  For example, if they want, uh, weapons, "by God Sheikh

15 Mohammed, the workers at the bakery want…they're waiting

16 for…what you call it?  Peels, They want peels for the dough,

17 for the (UI).  A peel."  See?  Emm?  Uh…for example, there is

18 something going on around the house.  I wouldn't say,

19 "Mohammed, come and see."  "Mohammed," you'd say, "yes."  "Do

20 you remember the money that (UI), I couldn't sleep over it.

21 The money that was at so and so.  Uh, did you take it?  Or

22 what did you do with it?  Please call him, in case he is

23 leaving tomorrow."  A person who overhears…?

24         ZAYED:    (UI).

25         MOAYAD:   Won't understand what you are talking

1   about, and you know what you want and what you're doing.  Or,

2   I can say, "Mohammed, the lighting, the one in the room went

3   out.  Find us an electrician."

4          ZAYED:   And that's it!

5          MOAYAD:   "I don't know what's wrong with it.  It's

6   smoking, come and see."

7          (Reading concluded.)

8

9          THE COURT:  Go ahead.

10          MS. CHEN:  We're now playing Government's

11   Exhibit number 8 which is a conversation between the

12   defendants and CI-1 and it occurs at approximately 10:30 p.m.

13   on the same day, January 8th, 2003, so it occurs approximately

14   an hour after the conversation you just listened to.  It's all

15   in Arabic.

16          (Whereupon, the tape is played.)

17

18          MS. CHEN:  Your Honor, given that this exhibit is in

19   Arabic we're going to cut it short early and go ahead and read

20   from the transcript.

21          THE COURT:  Okay.

22          MS. CHEN:  We're now about to read into the record

23   Government's Exhibit T-8 which is the conversation that you

24   just saw on January 8th starting approximately 10:38 p.m.

25          "CI-1:       (UI).

400

1    MOAYAD:  Huh?

2    CI-1:     We can write down the things we want...

3    to communicate with one another.

4    MOAYAD:  Make use of the time.

5    CI-1:     Huh.

6    MOAYAD:  Make use of the time.

7    ZAYED:  Dinner will be coming.

8    MOAYAD:  Yes.

9    CI-1:     Here, would you like to write things

10   down.

11   MOAYAD:  You write, you write.

12   CI-1:     In this case….

13   MOAYAD:  In the name of God the merciful, the

14   compassionate.

15   CI-1:     In the name of God the merciful, the

16   compassionate.  Huh?  Let's write, in the name of God the

17   merciful, the compassionate.  A copy for you and one for us to

18   keep, huh.

19   MOAYAD:  Right.  Right.

20   CI-1:     What I mean….

21   MOAYAD:  The charitable bakery.

22   CI-1:     This, eh, the bakery.

23   MOAYAD:  (UI).  The charitable bakery.

24   CI-1:     This is concerning the things....

25   MOAYAD:  The charitable bakery, this is clear.

1          CI-1:       For the, the….

2          MOAYAD:  We have (UI).

3          CI-1:  The charitable bakery...these are all of your

4     things, including the school.

5          MOAYAD:  No, wait, wait.  First thing is the

6     charitable bakery.

7          CI-1:       What does it stand for.

8          MOAYAD:  (UI) leave it as charitable bakery (UI).

9     It doesn't stand for anything because....

10         CI-1:       Yeah.

11         ZAYED:  The bakery and the school are real entities.

12         CI-1:       Yeah.  Fine.

13         MOAYAD:  Secondly, uh, educating women.

14         CI-1:       This is eh....

15         MOAYAD:  Educating women.

16         CI-1:       Yeah, I mean, uh…he is not going to go

17    for that.  For example, he says....

18         MOAYAD:  (UI) my dear.

19         CI-1:       Yeah.  Okay.

20         MOAYAD:  He wants this, educating women.

21         CI-1:       Okay.

22         MOAYAD:  Number five.

23         CI-1:       Okay.

24         MOAYAD:  It will take a large sum of money and so on

25    and so forth, for educating women.  We need to set up sewing

1  machines; we want to do this and that and so on.

2        CI-1:      Educating women is number five, which

3  is....

4        MOAYAD:  Five.

5        CI-1:      Number the, uh....

6        MOAYAD:  Yes.  The third…attending to the

7  orphans...and the elderly.

8        CI-1:      The orphans...just the orphans.

9        MOAYAD:  And the elderly.

10        ZAYED:  Those who seek learning.

11        CI-1:      There is no need for that, no need for

12  that.

13        ZAYED:  The sheikhs that you mentioned.

14        MOAYAD:  (UI) attending to the orphans and the

15  elderly, the elderly are the sheikhs and the orphans are those

16  who seek learning.  The (UI) one, we said, is educating women.

17        CI-1:      You know, you remember what went on

18  between us, when you said 'medical equipment,' keep it, or....

19        MOAYAD:  No, no, no.  If you bring in a large sum of

20  money for medical equipment, they'll say, "what's all this?".

21        CI-1:      Make it for education.

22        MOAYAD:  Educating women.  What do we say?  "We will

23  buy sewing machines for the home, fabric for them to sew…they

24  need to learn.  We need…we need…we need."  This will attract

25  attention.  On the other hand, attending to orphans and the

1  elderly....

2          ZAYED:  He should not designate the exact amount of

3  money (UI).

4          CI-1:       This sum of money is transferred for....

5          MOAYAD:  For the education of women.

6          CI-1:       For the education of women.  It is

7  understood that it is....

8          MOAYAD:  I know it is for women's education.  Let's

9  say youth education instead of women's education.  What's

10 wrong with that?  But, as for educating women, he'll say (UI)

11 setting up sewing machines, teaching them sewing, buy fabric.

12 He'll find it…tsk.

13         Let's make it…

14         CI-1:       Yes.  General.

15         MOAYAD:  Inclusive.

16         CI-1:       And attending to the orphans and the

17 elderly?  Will this one be done....

18         ZAYED:  For women or for enabling and educating

19 women.

20         MOAYAD:  Or educating...educating…for educating

21 women.

22         ZAYED:  And training or.…

23         MOAYAD:  And training women.  Now training can…under

24 that, you can put whatever you want in that category.  The

25 charitable bakery…or there is another idea; it can be a

404

1   percentage.  This is what we were saying before.

2          CI-1:      I'll tell you one thing.  Now, when you

3   talk with him tomorrow, he will tell you such and such a

4   percentage.

5          ZAYED:  (UI) you recall….

6          CI-1:      Such and such a percentage for the

7   charitable bakery and you do what you like, it would be

8   completely yours.  You can do whatever you wish with it.  He

9   will set aside a percentage, this money....

10         MOAYAD:  No, no.  What I want to say, instead of us

11  getting worn out that way, let's say it will be thirds, for

12  example.  This is thirty, this is thirty and that...okay?

13         CI-1:      [Nods.]

14         MOAYAD:  Or, this is thirty, this is twenty and that

15  is fifty.  And as soon as it is sent, we know.  Instead of

16  writing this amount for this or that, it would be a

17  percentage.

18         CI-1:      (UI).

19         ZAYED:  (UI).

20         MOAYAD:  Meaning....

21         CI-1:      Because I...we had...he had discussed

22  with me that the amount, for example...we are talking about

23  two million five hundred thousand, which has been authorized

24  for you.

25         MOAYAD:  That's reasonable.

1        CI-1:       He will give you a percentage of that
2   sum, of that amount for yourselves, such and such a percentage
3   for you, for the bakery, for training…the things you want.
4        MOAYAD:  This means he….
5        CI-1:       That means it is known and complete.
6        MOAYAD:  The last thing remains.
7        CI-1:       The second thing....
8        MOAYAD:  Yeah, yeah.
9        CI-1:       The second….
10       MOAYAD:  The second.
11       CI-1:       This middle one…the remainder will be
12   yours, such and such percentage, which is…,which is….
13       MOAYAD:  Yeah, this is what I told you.  When he
14   tells us, when he tells us, for example, 'this, write to this
15   one, the top one, for example, say thirty percent.  Okay?
16       CI-1:       Okay.
17       MOAYAD:  The last one gets twenty percent.  This one
18   gets fifty percent.
19       CI-1:       This....Oh.
20       MOAYAD:  The balance.
21       CI-1:       Ah.
22       MOAYAD:  It's easier, I mean it's easier....
23       ZAYED:  You present this to him, and then get it
24   from him.
25       MOAYAD:  No, no.   I mean, we are in the process of

1    reaching an agreement.

2              CI-1:        The most important thing now is what we

3    want to agree on.  The percentages are easy, you'll agree on

4    them later.

5              MOAYAD:  What percentages?

6              CI-1:        The percentage, uh, the sum of money,

7    such and such a percent for this, such and such a percent for

8    that.

9              MOAYAD:  (UI) easy.

10             CI-1:        The code we had agreed to, because like

11   I told you, calling is difficult, from any place.  When you

12   call one another….

13             MOAYAD:  Don't call me.

14             CI-1:        He'll say, 'Mr. Mohammed, I've

15   transferred a sum for you for educating, uh, training women.

16   The meaning is clear.

17             MOAYAD:  Possibly.  Possibly.  This is possible.

18             CI-1:        Yeah.

19             ZAYED:  The wedding, the group wedding.

20             CI-1:        Uh...

21             ZAYED:  (UI).

22             CI-1:        As for the other sum of money, generally

23   speaking, including the bakery-

24             MOAYAD:  The bakery.

25             CI-1:        -the mosque, the, the, this, uh, what do

1  you call it?  Education, the school...we'll say, this whole

2  thing, "we've sent for the charitable bakery."

3          MOAYAD:  But you must tell me how to divide it up.

4          CI-1:       This is just the code between us.

5          MOAYAD:  Yes.  Yes.

6          CI-1:       The things...dividing up the money, the

7  percentages…these things we can discuss tomorrow with Sheikh

8  Saeed.

9          MOAYAD:  Oh, now I understand how, when you send

10 more than one name and the such.

11         CI-1:       (UI) yeah.

12         MOAYAD:  For example, you tell me the charitable

13 bakery is such and such, educating and training women is such

14 and such; and so on and so forth.  This is, for example, if

15 you are allotting a large sum of money...if you divide it that

16 way, it will not draw attention.  But, if you say this, this,

17 and that, the entire sum of money...this will draw attention.

18 For example, educating the (UI)…

19         ZAYED:  I am with you.

20         MOAYAD:  Make them many, many.

21         ZAYED:  We should make them many.

22         MOAYAD:  For example, the third item is…it's

23 attending to whom?

24         CI-1:       The orphans and the elderly.

25         MOAYAD:  The orphans and the elderly.  Okay, the

1　fourth item…write the fourth item?  It doesn't matter.

2　　　　　CI-1:　　　And later…yeah.

3　　　　　MOAYAD:  The fourth item, what shall we say?  Uh,

4　assisting the sick.  Assisting the sick.  Okay.  The fifth

5　item...uh….  There is no God but Allah, God give us guidance,

6　God give us guidance, uh....

7　　　　　ZAYED:  You have the summer centers, Sheikh.

8　　　　　MOAYAD:  My dear, summer centers!  He is coming from

9　America and you'll tell him summer centers?  He'll tell you,

10　"what summer centers?"

11　　　　　ZAYED:  I am saying….

12　　　　　MOAYAD:  (UI) look….

13　　　　　CI-1:  A training center means youths training in

14　them, outside of school…scouting…I don't know what.

15　　　　　MOAYAD:  Yeah.  Son, these are charitable causes.

16　Charities.

17　　　　　CI-1:　　　Which don't attract attention.

18　　　　　MOAYAD: .That's it.

19　　　　　ZAYED:  Did you mention the orphans?

20　　　　　MOAYAD:  The orphans and the elderly.

21　　　　　CI-1:  (UI) the elderly.

22　　　　　MOAYAD:  Yeah.  Assisting the sick. What do I want

23　to say?  There is no God but Allah, no equal to Him.

24　　　　　ZAYED:  The medical, the medical clinic.

25　　　　　MOAYAD:  That's assisting the sick.

1      CI-1:       (UI) as the sick.

2      MOAYAD:  The sick...assisting the sick....uh, what

3  do we want to say?  And their medical treatment...assisting

4  the sick and providing medical treatment.

5      CI-1:       No, assisting the sick.  If you want to

6  add anything, you can say, uh, medical supplies, or the cost

7  of medical equipment, or medicine for example…or the cost of

8  medicine.

9      MOAYAD:  That makes sense.

10      CI-1:       The cost of medicine.

11      MOAYAD:  The cost of medicine, the cost of

12  surgery…for the needy.

13      CI-1:       For the sick.

14      MOAYAD:  For the needy.  There are a lot of sick

15  people!

16      CI-1:       (UI) take care of.

17      MOAYAD:  Just make it for the needy.

18      ZAYED:  Okay, you also have Al-Addahi

19      MOAYAD:  This is once a year.

20      ZAYED:  It can be (UI).

21      CI-1:       We have something for now.  In the

22  future, when we produce, I mean, there can be, uh, uh changes.

23  Later on.  This may remain for a while and we may agree to

24  change is later on, when I come, so that it's not always....

25      MOAYAD:  If it is…if there is, for example, the

410

1 | charitable bakery…the charitable bakery is…known.

2 |          CI-1:        It is know to the Sheikh…that's it.

3 |          MOAYAD:  Helping the sick.

4 |          CI-1:        Yes.

5 |          MOAYAD:  The cost of medicine is encompassed in

6 | taking care of the sick.  (UI) the cost of a bed, even the

7 | cost for juice, even the cost for convalescence.  Sometimes a

8 | person is sick and his family has nothing to eat.

9 |          CI-1:        Yes.

10 |          MOAYAD:  Assisting the sick and covering the cost of

11 | their medications…and their medications.   Not just the cost

12 | for medicine, the cost for medical tests?

13 |          CI-1:        Yes.

14 |          MOAYAD:  The cost of laying in bed for the sick.

15 | This is one thing and that is another.

16 |          CI-1:        Yes.

17 |          MOAYAD:  Educating and training women.  It is known

18 | that it requires plenty.

19 |          CI-1:        Yes.

20 |          MOAYAD:  I need fabric, teaching them sewing, I need

21 | supplies, I need to pay the teachers salaries, I need salaries

22 | for this, I need (UI).

23 |          ZAYED:  (UI).

24 |          MOAYAD:  Taking care of the orphans and the

25 | elderly…how many sick and elderly?

1          CI-1:      We'll leave it like this and tomorrow
2    we'll explain to….
3          MOAYAD:  No, not 'leave it like this.'  You tell him
4    that this is for this and this is for that…that way when you
5    tell him all this is for such and such [he won't say] 'what's
6    this?'.
7          CI-1:      Yes.
8          ZAYED:  Digging the well for the mosque.
9          CI-1:      Huh.
10         MOAYAD:  This is possible.  What do you think?  Send
11   money for digging the well for the mosque?
12         ZAYED:  Digging the well for the mosque.
13         MOAYAD:  It needs a large sum…three million.  We'll
14   just say that and then.
15         CI-1:      Yes.
16         MOAYAD:  We'll write deepening the well.
17         ZAYED:  Digging the well along with the (UI).
18         CI-1:      Digging the well.
19         MOAYAD:  Digging the well for the mosque.
20         ZAYED:  With waterways.
21         CI-1:      Make it digging the well.
22         MOAYAD:  Digging the well for the mosque.
23         ZAYED:  Along with waterways for….
24         CI-1:      Leave it…we'll call it…digging the well…
25         ZAYED:  No.  You know what?

412

1        CI-1:        We can say maintenance or say, for
2    example….
3             MOAYAD:  And what…and whatever it requires.
4             ZAYED:   Whatever it requires.
5             MOAYAD:  Whatever it requires.  That's it.  And then
6    we'll see.
7             CI-1:        I want to leave this with you.
8             ZAYED:   (UI).
9             MOAYAD:  (UI).
10            CI-1:        Now...temporarily, till we decide
11   tomorrow, I, you, and the Sheikh.  We'll explain to him….
12            MOAYAD:  We know better.
13            CI-1:        I mean if you want to add something,
14   write something or….
15            MOAYAD:  It's clear.  What's important to us is your
16   side, not ours.
17            CI-1:        (UI) how I worry.  (UI) I call you from
18   every street, from every (UI).  There isn't a place (UI) at
19   all.  Yes.
20            MOAYAD:  There is another thing.
21            CI-1:        Yes.
22            MOAYAD:  The transfer...should not be in one
23   person's name.
24            CI-1:        Yes.  The transfer… (UI) the transfer.
25            MOAYAD:  In the name of, one, Mohammed Ali

1  al-Moayad.  Mohammed Mohsen Zayed.  Mohammed Mohsen...what's
2  your grandfather's name?
3          ZAYED:  Mohammed Mohsen Yahya.
4          MOAYAD:  Mohammed Mohsen Yahya.  Get yourself
5  another identification card.
6          ZAYED:  I have one in the name of Mohammed Mohsen
7  Yahya (UI).
8          CI-1:    Zayed.
9          ZAYED:  In the passport it is Mohammed Mohsen Yahya.
10         MOAYAD:  In the passport, you have Mohammed Mohsen
11  Yahya?  In the identification card?  Get another
12  identification card.
13         CI-1:    (UI).
14         MOAYAD:  Ibrahim Mohammed Ali.  Okay.  Zakariyya
15  Mohammed Ali.  We'll write some with "Al-Moayad" and some
16  without?
17         CI-1:    (UI).
18         ZAYED:  Their identification cards are all in the
19  name of Al-Moayad.
20         MOAYAD:  Change.
21         ZAYED:  The identification cards?
22         MOAYAD:  Get him a second identification card.
23         CI-1:    Yes.
24         MOAYAD:  Ibrahim Mohammed Ali, and then under it,
25  Ibrahim Mohammed Ali al-Moayad.

414

1          CI-1:     Again.

2          MOAYAD:  Yeah.  Don't they get tired?

3          CI-1:     [Laughs.]

4          MOAYAD:  (UI).

5          ZAYED:  They don't get tired.  They're used to it.

6          MOAYAD:  And Zakariyya Mohammed al-Moayad.  Okay?

7          CI-1:     Okay.

8          MOAYAD:  If you take away Ali...but it must be

9 there.

10         CI-1:   Ali is here a second time.

11         ZAYED:   In the identification card it is Zakariyya

12 Mohammed Ali.

13         CI-1:     If it is like this....

14         MOAYAD:  They'll get identification cards in the

15 name of Zakariyya Mohammed, uh, Zakariyya Mohammed Hassan

16 al-Moayad.

17         ZAYED:  Mohammed Hassan.

18         MOAYAD:  Change Ali in the first one?

19         ZAYED:  Yeah.

20         MOAYAD:  Let's review this.  Ibrahim Mohammed

21 Hassan.

22         CI-1:     This is here.

23         MOAYAD:  Ibrahim Mohammed Ali...what should we make

24 it, Al-Bahlawli, Al-Khawlani or...?

25         CI-1:     Here too, Zakariyya Mohammed...if you're

1    going to make any changes to the last name...

2           MOAYAD:  I mean in the beginning…this Mohammed Ali

3    Al-Khawlani, Al-Bahlawli, or Al- San`ani.

4           CI-1:  (UI).

5           ZAYED:  (UI) well-known.  They'll go to a place

6    where they're not well- known.

7           MOAYAD:  Leave it this way.

8           CI-1:     We'll keep it this way.

9           MOAYAD:  How many names have you got?

10          CI-1:  Seven.

11          MOAYAD:  Seven.  Okay.  Do you know of anyone from

12   (UI).

13          ZAYED:  Yeah, it's necessary.

14          MOAYAD:  Make them nine or ten.  (UI).  Emm.

15          ZAYED:  Hamid Thabit.

16          MOAYAD:  No (UI).  Okay…seven.

17          ZAYED:  Seven…leave it like that.

18          MOAYAD:  Oh, oh, write Amat al-Malik...Abd al-Malik

19   al-Nashiri's daughter.  Abd al-Malik al-Nashiri.

20          CI-1:     Okay.

21          MOAYAD:  The wife's name.

22          CI-1:     Huh.

23          MOAYAD:  The wife's name.  Easier, uh,....

24          CI-1:     Yes.  There is nothing...if you think of

25   something else...  he has the paper.

1        ZAYED:  Yeah, he has the paper.

2        CI-1:      That's it.

3        MOAYAD:  Huh?

4        CI-1:      Okay.

5        MOAYAD:  We are (UI)....  God's prayers and

6   blessings upon him…I believe this is it..

7        CI-1:      This is enough.

8        ZAYED:  (UI) everything else.

9        CI-1:      Huh?  Yeah.

10       MOAYAD:  (UI).

11       CI-1:  I think this is enough and then

12   we'll…tomorrow, God willing.....

13       MOAYAD:  There is no power nor might save in God.

14   Oh, Lord.

15       CI-1:      Oh, Lord.

16       ZAYED:  (UI).

17       MOAYAD:  Oh, Lord…oh, Lord.  [Pause]

18       MOAYAD:  He has been talking for around an hour.

19       CI-1:      And he will continue to.

20       MOAYAD:  If this was a Friday sermon, they would

21   say, 'hurry up and finish.  You're making us sick.'  (UI).

22       CI-1:      And you won't understand what was said

23   in the sermon.

24       MOAYAD:  If you divide it up that way…

25       CI-1:      God willing.  And I, when I tell him

1  tomorrow…I'll explain to him tomorrow…and at the same time you
2  will present to him tomorrow.

3          MOAYAD:  And you, reiterate to him to trust us in
4  front of God (UI).

5          CI-1:      Yes.

6          MOAYAD:  Trust us in front of God.

7          CI-1:      Yes.

8          MOAYAD:  (UI) with God as a witness.  This (UI) and
9  our efforts, and if we see something, we don't have to stick
10 to this to the letter.

11         CI-1:      Yes, yes.

12         MOAYAD:  What do you think?

13         ZAYED:  Yes.  Yes.

14         MOAYAD:   Oh Lord, oh Lord, oh Lord, the Living, the
15 Righteous.

16         CI-1:      Mr. Mohammed, what I understood and felt
17 is that this is a beginning, once the trust is there...this is
18 a beginning, once he knows that this is being spent on what
19 was agreed upon, he will not care.  After that, [he'll say]
20 "Sheikh, take this and you know better."

21         ZAYED:  I mean if he wants… (UI).

22         CI-1:  Your conscience will be clear.

23         ZAYED:  Mohammed....

24         CI-1:      Yes.

25         MOAYAD:  Death is close.

```
1              CI-1:      Oh.

2              MOAYAD:  Death is close.

3              CI-1:      Yes.

4              ZAYED:  I mean, what he is saying is how is he going

5    to know (UI)?

6              MOAYAD:  We don't write anything down.  Some things

7    we can't write.

8              CI-1:      No, no.  They....

9              MOAYAD:  For example, the attorneys, the attorneys

10   who defend those in prison.

11             CI-1:      Yes.

12             MOAYAD:  We don't tell the attorney to give us a

13   receipt.

14             ZAYED:  No, no.  Not the attorneys.

15             MOAYAD:  I'm just telling you…huh.

16             CI-1:      A receipt in whose name.

17             MOAYAD:  I am telling you…huh.

18             CI-1:      Oh, yes.

19             MOAYAD:  For example, the wives of our beloved

20   brothers in prison-

21             CI-1:      Yes.

22             MOAYAD:  -their children, and so on.  You ask about

23   one of them and he'll say, 'my children can't read because

24   they don't have money for school.'  You can say we can (UI)

25   people from Saudi Arabia or United Arab Emirates.
```

1          MOAYAD:  Come in.

2          CI-1:     (UI).

3          MOAYAD:  It is dinner.

4          ZAYED:  (UI).

5          MOAYAD:  This is one thing… I mean one must

6   understand the book from beginning to end.

7          MOAYAD:  Read the book from beginning to end.  Are

8   you listening?  A person reads the book from beginning to end

9   'til he memorizes it…not read it from the middle.  One might

10  not get the idea that one wants…especially the Hadith and

11  interpretation because one wants to understand them.  Yeah….

12         CI-1:     Huh.

13         MOAYAD:  One must not stop talking altogether.

14         CI-1:     Huh?  No, no…I mean…I was telling you to

15  change the subject.

16         MOAYAD:  (UI).

17         CI-1:     No, no.  I talked (UI) again.

18         MOAYAD:  Yeah.  And the such and such book is lost…,

19  or if you were at the home of so and so (UI).  As if you are

20  the context of the conversation.

21         CI-1:      Look, there is….

22         MOAYAD:  Those…they understand Arabic and they say

23  this and that…(UI).

24         ZAYED:  Or we can talk about our plans…for example,

25  tomorrow we want to go to the doctor (UI).

420

1          MOAYAD:  So, she doesn't feel that you've stopped

2  talking.

3          CI-1:     Yes, yes, I understand.

4          MOAYAD:  Huh?

5          CI-1:     Yes.

6          MOAYAD:  We learn, we all learn.

7          (Whereupon, the reading is concluded.)

8

9

10         MS. CHEN:  Your Honor, the government is now playing

11  Government Exhibit Number 5 which is a meeting between the

12  defendants and the two confidential informants that occurred

13  on January 9th beginning at approximately 11 a.m.

14         THE COURT:  Is this the third day?

15         MS. CHEN:  Yes.

16         MR. KNOX:  It is the next morning.

17         (Whereupon, the tape is played.)

18

19

20

21

22

23

24

25

1           THE COURT:  How much more on this?

2           (Tape paused.)

3           MS. CHEN:  At least a half an hour, Your Honor.

4           THE COURT:  Let's stop now because their food is

5    here.

6           (Tape stopped at page 45 of the transcript.)

7           (Time noted:  12:30 p.m.)

8           THE COURT:  1:45.

9           MR. JACOBS:  Your Honor, could you remind the jury

10   that the English is just for context and not for the truth of

11   it.

12          THE COURT:  Every time we're going to do this?

13          MR. JACOBS:  Not every time.  It is a good reason to

14   stretch.

15          THE COURT:  Just for you, Mr. Jacobs.  The English

16   is for the context, not for the truth, do you understand that?

17          A JUROR:  Yes.

18          THE COURT:  Okay.

19          (Jury leaves courtroom.)

20          (Luncheon recess taken.)

21          (Continued on next page.)

22

23

24

25

1          (The following takes place out of the presence of

2     the jury.)

3          THE COURT:  You've got about a half hour more of the

4     tape?

5          MS. CHEN:  Just about.

6          THE COURT:  How many more tapes?

7          MS. MOORE:  I think we've got four.  Some are very

8     short.  One is a more longer one.

9          THE COURT:  I didn't say anything.

10          MS. CHEN:  It is the expression on your face.

11          THE COURT:  Bring them in.

12          MR. GOODMAN:  May I address something?

13          (Jury enters courtroom.)

14          THE COURT:  Come to the side-bar.

15

16          (The following takes place at side-bar.)

17          MR. GOODMAN:  Your Honor, I was just informed --

18     Mr. Murphy has been very helpful in contacting the State

19     Department.

20          THE COURT:  Who is Mr. Murphy?

21          MS. MOORE:  Agent Murphy.

22          THE COURT:  Oh, what is it, lieutenant or captain.

23          AGENT MURPHY:  Captain.

24          MR. GOODMAN:  Captain, whichever title is the best.

25     -- in contacting the State Department and letting them know

1   that the paperwork that we've sent which are court issued

2   subpoenas is sufficient.  They apparently are still requiring

3   a more formal looking order in order to process the visas for

4   Hassan Al-Moayad's witnesses.  So, I just wanted to -- I

5   checked with Ms. Moore and I just wanted to let the Court know

6   that if there's no problem, I'd like to present such an order

7   tomorrow so that the Court can --

8           THE COURT:  What kind of paperwork?

9           MS. MOORE:  The problem, Your Honor, is that the

10  subpoenas they offered, we've seen them, they wrote it in by

11  hand, Heinemann doesn't have a stamp on it, it doesn't look

12  like a real subpoena, it looks like it was sort of scrawled

13  together.  If they were to get a regular subpoena, type it up,

14  it should be fine.

15          THE COURT:  Get a regular subpoena.

16          MR. GOODMAN:  Okay, fine.

17          (End of side-bar.)

18

19

20          (Continued on next page.)

21

22

23

24

25

1          THE COURT:  I told you before, ladies and gentlemen,

2     in all trials they have what they call side-bars in which the

3     lawyers and the judge will discuss issues of law or something

4     that does not pertain to the jury and they do it at side-bar

5     and notwithstanding that, everything that we do say is taken

6     down by the court reporter.  So, we just had a side-bar.

7     Okay.

8          Ms. Chen.

9          MS. CHEN:  Your Honor, the government is going to

10    resume playing Government's Exhibit 5 which is a videotape

11    that we recorded on January 9th, 2003 and started at 10:55

12    a.m.

13         We're resuming the videotape at 12:10:01 p.m.

14         (Whereupon, the tape continues playing.)

15         (Tape concluded.)

16

17         MS. CHEN:  The government is now going to read into

18    evidence Government Exhibit T-5 which is a transcript of the

19    conversation we just saw.

20         MR. KNOX:  Again, only the Arabic portions.

21         (Reading begins.)

22         "MOAYAD:  Does he take it off when he goes to the

23    restroom.

24         CI-1:    Of course he takes it off.

25         CI-1:    Anytime he goes to restrooms or similar

1  places, he takes out Allah's signs or the Quran….etc.

2          CI-1:    He  is saying that he carries the name of

3  Allah everywhere he goes, and they know everywhere I go that I

4  am a Muslim.

5          MOAYAD:    In the name of God.

6          CI-1:    In the name of Allah, the merciful and

7  compassionate.

8          CI-1:    He is saying that today is going to be a

9  good day if God is willing.

10          CI-1:    Well today is beautiful, and it is a

11  beautiful weather, and God willing, we are going to clarify

12  certain matters-

13          MOAYAD:  God willing.

14          CI-1:     He spoke with his wife, and he spoke, I

15  mean, even to his sheikh, to his friends in the organization,

16  and he said many good things about you.

17          CI-1:    And they were very glad that I provided

18  them with everything.  That we all put our trust in God and in

19  you, God willing.

20          MOAYAD:  God willing.

21          CI-1:    He is also saying that we are happy, and at

22  the same time, we are going to be even happier when everything

23  is clarified. Where is the money going and how is it going to

24  be spent.

25          CI-1:    This is the clock.

426

1           ZAYED:  Is it five o'clock?

2           CI-1:    It's 5 o'clock, eight in New York.

3           CI-1:    The Fajar, the Fajar prayer.

4           ZAYED:  Yeah, yes.

5           CI-1:    It is the same time everywhere, he has on

6    New York time, at five o'clock is the prayer. Glory be to

7    Allah!

8           ZAYED:  Glory be to Allah!

9           CI-1:    Should we bring you another pillow or are

10   you comfortable?

11          MOAYAD:  No, no.  I'm comfortable.

12          CI-1:    He says that to get back to what we were

13   talking about yesterday, he wishes to get some clarifications

14   to make sure there is no misunderstanding in anything, and

15   that everything is very clear.  So we'll continue talking

16   about where the money will be spent.

17          MOAYAD:  In the right place.

18          CI-1:    Yes.

19          CI-1:    He wrote down the five things that we

20   talked about yesterday.

21          MOAYAD:  Uhuh.

22          CI-1:    He is saying about the bakery-

23          CI-1:    The students, the scholars.

24          CI-1:    Women as well-

25          CI-1:    The families of the apprehended and the

1  martyrs.

2          CI-1:     - and the topic after that is the important
3  one, about training the Mujahidin.

4          MOAYAD:  Change the name, whatever he said, in order
5  to-

6          CI-1:    No he's just saying it to be clear, then
7  he'll…

8          MOAYAD:    We wrote it down yesterday, if you
9  remember, what you wrote down yesterday… in Arabic-

10          CI-1:    Regarding the words? But that's for the
11  codes… He just wants to be sure about the-

12          MOAYAD:  -to make sure there's no misunderstanding.

13          ZAYED:  The education centers.

14          MOAYAD:    Yes, it's the same thing.  He's saying
15  that he'll say it now then …

16          CI-1:    He's saying it now to make sure there's no
17  misunderstanding, that everything is clear now, then later on
18  all the words will be coded and clear.

19          CI-1:    - He just wanted to cover what was talked
20  about yesterday to make sure there's no misunderstanding, and
21  if there's any, we can discuss things.

22          MOAYAD:  Correct.

23          CI-1:    Then after that, when we get into the
24  details everything will have its coded name.

25          MOAYAD:  Its name.

1        CI-1:    He says I'm not a computer, but I'd like to

2  be sure that we can decide the percentages that will be used

3  for each field, God willing.

4        MOAYAD:  With God's help.  With God's help.

5        CI-1:    God willing!

6        CI-1:    He says that it's a great honor that, like

7  you said yesterday, you were the Sheikh for Bin Laden, but he

8  says when you were cooperating with him and supporting him and

9  such, after that, did you leave Bin Laden and Al Qaeda and you

10 went to Hamas, or did you…

11       MOAYAD:  No, the Afghani Jihad was over.

12       CI-1:    Yes.

13       MOAYAD:  We take money from our leaders and deliver

14 it there to him

15       CI-1:    Yes.

16       MOAYAD:   After it was over and they started

17 disputing amongst themselves-

18       CI-1:    Yeah.

19       MOAYAD:  - we distanced ourselves from them.  Hamas

20 has an office where we're at, in Sanaa', and I was the

21 president of Al Aqsa organization-

22       CI-1:    Yeah.

23       MOAYAD:  - so we had relations with them.

24       MOAYAD:  To all organizations, to all Afghanis.

25       CI-1:    He's asking what's Al Aqsa. It is the

429

1  organization of-

2          MOAYAD:  It's Al Aqsa Charitable Organization.

3          ZAYED:  Charitable organization.

4          CI-1:   It is um.

5          ZAYED:  Organization.

6          MOAYAD:  Charitable Organization of Al Aqsa.

7          CI-1:   Does it belong to Al Fatah organization, or

8  any…?

9          MOAYAD:  It follows the Muslims there, the families,

10  whatever the Muslims need over there.  Building houses,

11  medical treatment, food, education…

12          ZAYED:  We have nothing to do with them.

13          CI-1:   Huh?

14          MOAYAD:  No, Al Fatah is separate from us.

15          ZAYED:  Godly people, the people who are charitable

16  in Palestine…many people.

17          MOAYAD:  Yes.  We have receipts, names and

18  everything.

19          CI-1:   He says that he wants to deal with you, not

20  with Fath or anyone else.

21          MOAYAD:  Yes, they are independent.

22          CI-1:   He knows you-

23          MOAYAD:  All the time.

24          CI-1:   He says that he doesn't have any idea about

25  Al Aqsa.

430

1        MOAYAD:   [UI] God willing.

2        CI-1:   He says that according to what you said

3   yesterday about training the Mujahidin, and the situation in

4   Yemen, what you explained… What country do you suggest?  For

5   example you said Hamas yesterday, is there a country that you

6   can …

7        MOAYAD:   We'll discuss it with the Hamas people we

8   have in Yemen-

9        CI-1:   Yes.

10        MOAYAD:   - and tell them that we want to bring young

11   men to train at our expense-

12        CI-1:   Yes.

13        MOAYAD:   - and you arrange the country.  They may

14   say in Lebanon, in Syria, in Iraq, an area according to what

15   they think is best.  And we'll be your connection with them.

16        ZAYED:   We are going to be the point of contact.

17        MOAYAD:   Whatever they can do, if they can't.

18        CI-1:   No, he's asking if there's a country that

19   you can suggest.

20        MOAYAD:   They know better.  They're specialized.

21        MOAYAD:   They are specialized.

22        CI-1:   He is talking now about the training of

23   the Mujahidins. He says that he's supporting the Mujahidin

24   training, whether they're from his side or not, any Mujahid .

25   He knows that Hamas doesn't have the financial capabilities to

431

1  train the people.  He will spend the money on whoever wants to

2  join in because he knows that they have limited capabilities.

3  Yeah, yeah.

4         CI-1:    Yes, they don't have money, so-

5         ZAYED:   This is a point for the future.

6         CI-1:    Huh?

7         ZAYED:   It is all for the future.

8         CI-1:    Yes.

9         ZAYED:   It is all for the future.

10         MOAYAD:  It is destiny.

11        MOAYAD:  God willing.

12        CI-1:    He says, of course, that it was difficult

13  for him to arrange a meeting, so he suggested Germany, then

14  Kenya as a place to meet, as he was searching for any place.

15  You did not agree on Kenya.  Was there a particular reason

16  why?

17        MOAYAD:  Because if I was asked why are you going to

18  Kenya, you know, by friends and foes, if I'm asked at the

19  airport why did you go to Kenya, are you a merchant?  If I

20  change my passport to Merchant or businessman I can then go as

21  a merchant, but my passport is not as such, and I didn't think

22  to have a passport as a businessman.  In the future it can be

23  arranged as so, to have a passport as a businessman, and this

24  is in the future.

25        MOAYAD:  Make it clear to him.

1          CI-1:    Yeah.

2          CI-1:      He says that before the day is over, God

3   willing, he wants to finalize the matter and travel. He is

4   also saying, of course he wants clarification on to whom his

5   money is going to, is it going to Hamas only? Is the focus on

6   it? Or is it going to other things, either Al Qaeda or any

7   other organization that you will deal with.

8          MOAYAD:  The way we see it is to support all in

9   Islam; in Jihad.

10         CI-1:    Yes.

11         MOAYAD:  - Hamas, Al Qaeda, Massajins [TN:

12  Prisoners], Mujahidins, and such.  Anyone who we know of, who

13  is in the Jihad field-

14         CI-1:    Yes.

15         MOAYAD:  -and is responding to the Call of 'there is

16  no God but Allah and Mohammed is God's prophet and his

17  messenger,' we support him-

18         CI-1:    Yes.

19         MOAYAD:  -we shall support him, regardless of what

20  organization he belongs to.

21         CI-1:    I told him, Hamas, Al Qaeda, or any Islamic

22  organization…

23         MOAYAD:  -that works in that field of Mujahidin.

24         CI-1:    Yeah, he says of course-....

25         CI-1:    He says, of course, that yesterday we swore

1  all four of us, and yesterday he was shy to ask about the part

2  of Mohammed Zayed, because from what he knows, everything I

3  told him was about Mohammed Al Moayad, and all the talking was

4  with you and now Mohammed Zayed is here with you.  He asked me

5  who that was, I told him that he's one of the closest people

6  to him, responsible for the charitable bakery.

7          MOAYAD:  Responsible for all the charity work.

8          CI-1:    Yes, that's what I said.  Of course, he

9  doesn't know anything about Sheikh Mohammed Zayed or who is he

10 and what is his position in our situation.  He said, God

11 forbid, if there was death or sickness or you were not

12 available, can Sheikh Mohammad Zayed take care of things.

13 He's shy because he says that you're his guests and you don't

14 ask about guests especially after yesterday.  He says that

15 he'll feel better if he knows who he is.

16         MOAYAD:  I have children, I have children-

17         CI-1:    Yes.

18         MOAYAD:  -and I have brothers-

19         CI-1:    Yes.

20         MOAYAD:  -and mother and father, and young men, but

21 I chose, with God's help, the best person I have, even in my

22 living will, it is written that if I die he will be

23 responsible for the charitable bakery and other charity work

24 and such, he's aware of everything I do, big and small.

25         MOAYAD:  And we have God's trust/promise on this.

1          ZAYED:  I may die before he does.

2          CI-1:    He is saying of course, that just for my

3   peace of mind, that I know sheikh Mohammed Moayad, I don't

4   know Mohammed Zayed.  But I told him that Sheikh Mohammed

5   Moayad is coming and with him will be Mohammed Zayed, he

6   didn't mind nor did he ask who he was.  I told him that he's

7   responsible for the bakery.  He sent the tickets and

8   everything without asking.

9          MOAYAD:  God bless him.

10          CI-1:    And when you arrived he said that you are

11   his guests, and I can't ask my guests.  When we swore in

12   yesterday, he said that he was shy to ask who he was again,

13   but he said today we have to continue and I have to be clear

14   on things.

15          MOAYAD:  That's it.

16          CI-1:    I, with the utmost respect to you-

17          CI-1:    Now this is a question directed to you.

18          ZAYED:  Hum.

19          CI-1:    Do you have a Ba'ya [TN: Sworn to give your

20   life to the sheikh] to the sheikh? Do you know what Ba'ya is?

21          MOAYAD:  Yes.

22          ZAYED:  We know Al Ba'ya.

23          CI-1:    He is asking you.

24          ZAYED:  Yes, we have the Ba'ya.

25          CI-1:    Huh?

1          ZAYED:  Yes, we have Ba'ya.

2          CI-1:    That means that I can depend on you as

3    well, by giving you money and it's agreed upon where that

4    money will be spent?

5          MOAYAD:  God willing.

6          CI-1:    God willing.

7          ZAYED:  We ask God almighty to grant us success.

8          And we'll do with it whatever he tells us to do. And

9    may God make us triumphant....

10          CI-1:    I ask you a question now.  Where will you

11    use my money?

12          ZAYED:  In God's hands if He is willing.

13          This is on one's conscience -

14          CI-1:    Yeah.

15          ZAYED:  - and we all should fear God, because death

16    could come unexpectedly.

17          CI-1:    You'll put it where he tells you to put it,

18    and the rest is up to God.

19          MOAYAD:  We'll do what we can.

20          ZAYED:  Of course we'll do what we can.

21          CI-1:    Yes.

22          MOAYAD:  Tell him are you-

23          CI-1:    He says now that the matter is over, and

24    he's feeling comfortable God willing.  At the end of

25    conversation he will tear the papers to shreds-

1          ZAYED:   The matter is done.

2          CI-1:     -and he says that this is as if it never

3    happened because God is our witness now and God is above

4    everything. We are all overseen by God.

5          MOAYAD:   Tell him, is he willing to give us the

6    Biya? [TN: Contract] (laughs).

7          CI-1:     (Laughs).

8          CI-1:     He wants to talk about these papers.

9          MOAYAD:   Yes.

10         CI-1:     Yes.

11         CI-1:     He says that when you gave him this, of

12   course, he said sure, and trust that he did [UI], but he wants

13   to discuss it further with you, because he doesn't know of

14   these organizations. He wants you to explain about the papers.

15         MOAYAD:     There were just examples to show him-

16         CI-1:     He doesn't know, this nor does he have any

17   relations with them.

18         CI-1:     Are these organizations do the same kind of

19   work that Al Da'wa Al Islamiya organization does?

20         MOAYAD:   I visited them in Lebanon, and in Jordan

21   several times.  And for example, this one we deliver it to

22   Hamas.  This one we deliver it to the interior.  This one we

23   send it to the martyrs.  But when we are in front of our

24   government we're at….

25         CI-1:     Yeah, that's what he's talking about, let

1 | me explain to him.

2 |         MOAYAD:  These are examples.

3 |         CI-1:   Yes.

4 |         CI-1:   This has nothing to do with Al Fatah, Al

5 | Fatah organization.

6 |         MOAYAD:  We don't consider Al Fatah to be Muslim

7 | followers. Tell him that.

8 |         CI-1:   He says he's being careful for his money

9 | not to go anywhere else other than the Jihad.

10 |         MOAYAD:  They are notorious. It is a well-known

11 | fact.

12 |         MOAYAD:  We don't deal with them.

13 |         MOAYAD:  In London.

14 |         MOAYAD:  Interpal.

15 |         CI-1:   He is saying Interpol, I told him no, no it

16 | is Interpal.

17 |         ZAYED:  No, no, no.

18 |         MOAYAD:   No, no, no, it's Interpal, it's a

19 | respectable company, which I visited in London and I sat with

20 | them, they're doing well.

21 |         ZAYED:  There is a difference between Interpal and

22 | Interpol.

23 |         CI-1:   Am I right? It is an American/Islamic

24 | organization.

25 |         MOAYAD:  Do not tell him that. What are you saying?

438

1          MOAYAD:  Remove everything,          Remove them.

2          ZAYED:  Uhum.

3          MOAYAD:  Quran-

4          Room service:  (UI)

5          MOAYAD:   Ansi!

6          CI-1:    Yeah.

7          MOAYAD:  Tell him that when someone stops by, he

8     shouldn't stop talking.  Our conversation should change

9     immediately to talking about the Quran or Hadeeth.

10          CI-1:    He says that that's what he does too,

11    change the topic to football …

12          MOAYAD:  Not about football but about our topic, we

13    should keep on conversing among us normally, about Hadeeth,

14    the prophet, Allah's messenger said in the Quran, we must keep

15    on conversing with one another as if-

16          CI-1:    He said I agree with you-

17          MOAYAD:  God willing.

18          MOAYAD:  [UI]

19          CI-1:    He says that he has the bitter taste of

20    prison for ten years.

21          MOAYAD:  And I too have-

22          CI-1:    He is saying Interpal is not a military or

23    a police organization or anything?

24          MOAYAD:  I also had this experience.  I sat with

25    Isam, he's one of the best people.

```
1              MOAYAD:   He's the assistant of sheikh Yousef Al
2    Qardhawi.
3              CI-1:     Huh?
4              MOAYAD:   He is the assistant of Sheikh Yousef Al
5    Qardhawi.
6              CI-1:     He said that this guy, what's his name?
7              MOAYAD:   Isam Khashshani.
8              CI-1:     Isam what?
9              MOAYAD:   Khashshani-
10             CI-1:     I did not get it.
11             MOAYAD:   Isam Khashshani.
12             CI-1:     Isam?
13             MOAYAD:   Khashshani.
14             CI-2:     Khashanti?
15             CI-1:     Khashshani.
16             MOAYAD:   Khashshani.
17             CI-1:     Khashshani.
18             CI-1:     He says the name is Iranian.  He's
19   Lebanese?
20             ZAYED:    Palestinian.
21             MOAYAD:   Palestinian.
22             MOAYAD:   He's the assistant, the one responsible for
23   things after SheikhYousef Al Qardhawi in charity work.
24             CI-1:     Al Qa Ra Da Wi
25             ZAYED:    Sheikh Yousef Al Qardhawi.
```

1        CI-1:    Are they Hamas as well?

2        MOAYAD:  They support the entire Jihad movement.

3        ZAYED:   He supports the organization.

4        CI-1:    Is that the same person?

5        MOAYAD:  No, that's not Isam Khashshani, that's Isam

6   Yousef, Isam Yousef, IAam Khashshani is different, that's Isam

7   Yousef.  [UI]

8        CI-1:    Oh! Isam?

9        MOAYAD:  Yousef [UI]

10        ZAYED:   He's a religious scholar.

11        CI-1:    He also supports Hamas?

12        MOAYAD:  He supports all of Islam.  He works toward

13   the unanimity of all Muslims.

14        MOAYAD:  Jihad.

15        CI-1:    And this person too …

16        MOAYAD:  No, this one is in Lebanon, he's in

17   Lebanon.

18        CI-1:    About dealing with the money … [UI]

19        MOAYAD:  Of course, but the money with him is

20   endowed to charity.

21        CI-1:    Yes.

22        MOAYAD:  And it supports everyone who needs it in

23   Palestine, for example, someone's house in Palestine was

24   ruined, a check is issued to him immediately to help him in

25   rebuilding his house.

1    CI-1:    He's very glad.  And let me add something …

2    CI-1:    Of course, when this is written this way,

3  in front of the government, in front of whoever cashes it-

4    MOAYAD:  We give it to the party and to the

5  president of the Republic.

6    MOAYAD:  We are going to display it in Mosques, we

7  are going to display it in mosques.

8    ZAYED:  [UI] as long as he doesn't lose it [UI] for

9  it will affect us.

10    CI-1:    He is saying-

11    CI-1:    He says that of course he's careful, and

12  God willing after we're done we'll tear all this up in front

13  of you, because he does not want to [UI

14    MOAYAD:  No, no, no, that's not needed. He knows

15  what to do.

16    CI-1:    He does not keep any papers.

17    MOAYAD:  Thank God.  That's good.

18    CI-1:    He says I didn't even bring my personal

19  computer.  It has his personal data, but he didn't bring it.

20    MOAYAD  That's good.

21    MOAYAD:  Yep.

22    CI-1:    Marzouq, the reason he was incarcerated in

23  the U.S. is because of his wife's negligence, she lost his

24  phonebook, Abu Marzouq's phone book, which she lost at the

25  airport.  And the U.S. intelligence found out who he was, Abu

1   Marzouq, and that was the reason he was arrested, this book.

2           MOAYAD: Oh, oh, oh, oh....

3           CI-1: And that's why he doesn't take any papers

4   or anything to identify him or make him suspicious.

5           CI-1: He says that he doesn't even travel with

6   Islamic books written in English, he only brings the Quran.

7           MOAYAD: And the prayer book.

8           CI-1: And prayer books. He says that I'm a

9   Muslim but other Islamic books are perceived as something

10  else. That's why he only takes the Quran and the prayer book

11  only.

12          ZAYED: Good.

13          MOAYAD: He can take Hadeeth with him. [TN: Hadeeth

14  is prophet Mohammed's sayings]

15          CI-1: Whch is prophet Mohammed's sayings, may

16  Allah's peace and mercy be upon him.

17          CI-1: He said, yes, yes.

18          MOAYAD: Tell him that we learned a lot from him.

19          CI-1: Yes. [Laughing.]

20          CI-1: He says he's happy.

21          MOAYAD: We ask God to keep us (UI).

22          CI-1: He says, of course, regarding the training

23  of the Mujahidin especially the Mujahidin-

24          MOAYAD: We need to assign a monthly salary for

25  them.

1      CI-1:    Yes.

2      MOAYAD:  Does he need to read specific religious

3  books or anything like that.

4      CI-1:    No, no.  He's talking, God willing, about

5  the brothers that are in the U.S., after the officer gives us

6  or gives you the green light, we are prepared to help them

7  over there by providing them with safe places, money, for them

8  to train.

9      MOAYAD:  In America?

10     CI-1:    Yes.  For the people who are already there,

11 we can provide them with aid.  We have training locations in

12 special camps where they can perform any activities and they

13 won't be asked questions.  We have a great capability to

14 protect our young men, the Mujahidin. And similarly we can

15 provide training for our friends from Hamas and practice the

16 Islamic way of life there, we are capable of providing that

17 for the people under our protection and under our watchful

18 eye.  We can tell if this person is from Hamas, is under

19 surveillance, we'll know these things they will not know but

20 we have places, accommodations, and such that make the people

21 safe.  Safe from fears ...from...

22     MOAYAD:  Then it is better for me to come to you.

23 [Laughs.]

24     CI-1:    Are you ready to fight?

25     MOAYAD:  Yes, God willing.

444

1      MOAYAD:  The shortest way to heaven is through

2 Jihad. The shortest way to go to heaven is this one.

3      CI-1:   I want to tell you something.  Going back

4 to the original topic and such, he's not a person working by

5 himself, and he's not a man with a small role, he has people

6 assigned to protect him and he provides protection for the

7 people working for him.  They have their people working inside

8 the government, and they have everything, they have their own

9 police.

10      MOAYAD:  Thanks be to God.

11      MOAYAD:  God willing.  Thanks to Allah!

12      CI-1:    Thanks to Allah!

13      CI-1:    You will of course provide him with the

14 names and addresses of the people working for Hamas and give

15 him the green light to contact them in order to look into

16 their situation, whether it's financial status, or protection,

17 or training, their work, what they did do or didn't know,

18 he'll take care of all that.  And of course he expects from

19 you the green light to …

20      MOAYAD:  I may be able to contact and meet with

21 Khalid Mesh'al

22      CI-1:    Yes.

23      MOAYAD:  -as soon as possible.  I can sit with him

24 and discuss that with him…

25      CI-1:    Where?

1      MOAYAD:   In Syria!

2      CI-1:     In Syria?

3      MOAYAD:   Yes. He comes to visit us a lot in Yemen.

4   I can sit with him and discuss these points with him, I'll be

5   the contact between him and I, then between you and I.

6      CI-1:     Now, he wants to clarify something, he is

7   preparing the money.  He will be traveling tomorrow night to

8   France, and he'll have the money prepared for Sheik Mohammed

9   in the morning.

10      MOAYAD:   God willing.

11      CI-1:     Tomorrow morning, God willing, before the

12   Friday prayer, he will give it to you.  He also wants to

13   clarify to you sheikh Mohammed that my task is over, that this

14   is not my task, I'm not an employee, I manage my office

15   myself, but I am only here to make contact between the two.

16   Of course if not needed we will not be in contact, he'll

17   explain how to use the money he gives you…

18      MOAYAD:   Who is going to translate for us?

19      CI-1:     I, I, I'll be available, but later on, of

20   course he knows how you'll be spending the money, he'll give

21   you the money …

22      MOAYAD:   [UI]

23      CI-1:     That is it, therefore he said: You are not

24   an employee of mine, that I've done my job and will be

25   rewarded by God, then go my way, we'll keep in touch God

1   willing.

2          ZAYED:  He'll take his commission that's it.

3          MOAYAD:  Talking about this, what about continuing
4   communications in the future?

5          CI-1:   He said as a safety measure for the entire
6   operation, I will not be in the picture unless I am needed.
7   And at the same time he said I don't have any connection with
8   his organization, or its private business and what he does.
9   That it's none of my business.  Therefore he'll have to
10  arrange how to communicate…

11         MOAYAD:  As long as it's trustworthy. It is not
12  easy.

13         CI-1:   He says that you will be available, he is
14  telling me, you will be available. But now let's just take
15  care; he'll give you the money now and when it's time to meet
16  again I'll be available, when meeting with others and such.

17         MOAYAD:  When meeting, yes, and we can arrange it.

18         CI-1:   Yes.

19         CI-1:   He says that everything he did through me
20  was just for an initial point of contact, but he said he has
21  in his organization many people from his background, who are
22  fluent in Arabic who conduct other operations with other
23  individuals in other countries.  Therefore he tells you to
24  rest assured.

25         MOAYAD:  Thank God.

447

1      CI-1:    Now he wants to talk about the last thing.

2      MOAYAD:  In the name of God.

3      CI-1:    He says that he has 2.5 million. And of

4  course, he's careful that this money to be spent by your

5  organization.

6      CI-1:    He says why should I spend this money

7  through you?  Of course, you can explain to him that you are

8  trustworthy and such.

9      MOAYAD:  To appease God, first of all.  Second, to

10  clear the conscience of all Muslims who will ask us.  And the

11  last thing is because we want to go to heaven.

12     CI-1:    Of course, he says that I know that I'll

13  spend the money for the sake of God, I know that we're all

14  working primary for the sake of God.

15     MOAYAD:  That is number one.

16     CI-1:    Second, that is regarding the financial

17  support for these things, he's willing to pay the whole amount

18  for the Mujahidin in order to be trained on weaponry,

19  explosives, communications, and all kinds of Jihad. Therefore,

20  he is saying that all this money, the majority of the money is

21  for the sake of God for these specific purposes-

22     MOAYAD:  In that field.

23     CI-1:     -in that field, he wants you to back that

24  up.

25     MOAYAD:  As much as we can possibly do.

1      ZAYED:  But ask him to specify the amounts.

2      CI-1:   No, no, specifying the amounts is his

3 business.

4      MOAYAD:  In general, that is one of the greatest

5 fields of Jihad, he wants the majority to be for that field.

6 And we have to work in that field, we should work toward it

7 until we attain it.

8      CI-1:   Is there something you want to say.

9      MOAYAD:  Mohammad is saying that we have to be sure

10 since the money is on our conscious.

11     CI-1:   No, no, no, he is saying-

12     MOAYAD:  Mohammed is saying this is on our

13 conscience.

14     CI-1:   God willing.

15     ZAYED:  It's a test from God.

16     ZAYED:  It's a test from Allah, from Allah!

17     CI-1:   We are being tested as Muslims.

18     ZAYED:  No the money, the money is the test …

19     CI-1:   Of course, it's all for the Jihad for the

20 sake of Allah.  He says the students, for example, he doesn't

21 have the money for them to train on the computer and

22 languages, he has for very specific training, training with

23 Hamas, military kind of training, on weapons…

24     MOAYAD:  Jihad.

25     CI-1:   Jihad with bombs, weaponry, and all types of

1  weapons, any type of Jihad along with their learning more
2  about Islam and educating them about Jihad for the sake of God
3  in the language that-.
4        MOAYAD:  We will discuss this with our brothers in
5  Hamas of course, in order to get ready.
6        ZAYED:  In order to see their circumstances, their
7  circumstances-
8        MOAYAD:  To see their circumstances.
9        ZAYED:  -of our brothers in America.
10       CI-1:   Any organizations.  Hamas or Al Qaeda or
11 any Islamic jihad kind of organization, any Mujahid to train
12 on, it is their right.
13       MOAYAD:  The Muslim will prepare a Muslim,
14 preparation of Muslims.
15       CI-1:   Now, what percentage do you want?  Now the
16 topic is about the available $2.5 million.
17       MOAYAD:  Let him make the suggestions, and we'll
18 see.
19       CI-1:   Say how much. He wants you to name the
20 percentage.
21       MOAYAD:  By God, for me the main thing is the school
22 and the bakery.
23       ZAYED:  School and bakery.
24       CI-1:    He says now the percentage that you'll take
25 in the name of the bakery and the school that includes

1   everything.  So the percentage is such and such percent from

2   the total amount.

3            MOAYAD:  What is the percentage?

4            MOAYAD:  Let me see. [Laugh]

5            CI-1:    5% of the whole amount.

6            MOAYAD:  That percentage is too small.  Make it so

7   the total is at least 30 or 35.

8            CI-1:    He says 6%.

9            MOAYAD:  That won't work. We need enough to meet our

10  needs.

11           MOAYAD:  We want to be honest with what we do.

12           [ZAYED mumbling in the background…"$25 thousand…"]

13           CI-1:    He says 10% is the most he can go, and

14  that's as a start.

15           MOAYAD:  Let me tell you based on what we have. The

16  bakery,  we'll need 100 in one month [UI]

17           CI-1:    Of course Sheik Mohammad, this is new to

18  him, it's an experiment.  And after that the work is done in

19  stages, when you learn how things work, next time when you

20  come to him and agree on something, 10% for the bakery and

21  such, and when you move on to the next stage of communication

22  with him about what's been done for the Mujahidin.  I'm

23  certain, 100%, he says he will raise the amount then.  He

24  wants to explain something, that as he is giving you the money

25  upfront you have to prove yourself in this line of work in

1   that field.

2           MOAYAD:  Thank God, Thank God.

3           CI-1:    He say 10% is the most he can give.  And

4   God willing, as I told you, whenever he sees the results and

5   steps taken towards…

6           MOAYAD:  But there's another point, we did not

7   tackle, this is for the school and the bakery-

8           CI-1:    Yes.

9           MOAYAD:  -what about the Muslim prisoners and their

10  lawyers-

11          MOAYAD:  -their families and the families of the

12  martyrs.

13          MOAYAD:  We might open a law firm.

14          ZAYED:   [UI]

15          CI-1:    Yesterday he was talking about this topic

16  exactly, he says…

17          MOAYAD:  Maybe we'll start up a law firm.

18          CI-1:    He says regarding the prisoners, whether

19  they were in Yemen or the U.S.

20          MOAYAD:  Wherever they are.

21          CI-1:    Or they were in Guantanamo.

22          MOAYAD:  Wherever they are.

23          CI-1:    Wherever they are, their families, the

24  families of the martyrs.

25          MOAYAD:  We have to appoint lawyers for them.

1    CI-1:   And their lawyers, I can't specify the

2  amounts that I can give to them on a monthly basis.  He was

3  saying that yesterday. He says that I want to prepare a list

4  of the names of the prisoners, their families, the number of

5  children in each family, for example, this person has one

6  child, and he gets that much, the other one has five children,

7  or this one got out of prison and doesn't have a job to

8  support him.  These things he can't decide until he has a list

9  in front of him enumerating the people that need help.  This

10  will have a special budget.

11         MOAYAD:  That's fine.  So it's not part of this.

12         ZAYED:   That is not related to this.

13         MOAYAD:  We may even start a law firm, a law firm

14  with great lawyers.

15         CI-1:   One thing doesn't have anything to do with

16  the other.

17         ZAYED:   This is for the bakery and other things

18  only.

19         MOAYAD:  He says, what about brother Mohammad's

20  percentage.

21         CI-1:   What?

22         MOAYAD:  He says what about brother Mohammad's

23  percentage, a percentage for you.

24         ZAYED:   Percentage for you.

25         CI-1:   We'll deal with my share later sheik

453

1  Mohammed.

2          MOAYAD:   No deal with it all together.

3          CI-1:    He says he'll take care of me.

4          MOAYAD:   And you will take care of him more than we

5  do.

6          CI-1:    You know we'll deal with that later on.

7          MOAYAD:   It's for your working with us, I did not

8  give you anything.  We have relations with you. And regarding

9  what's for Hamas, when we communicate with them do we talk to

10 you or how do we keep in touch?

11         CI-1:    No. You are the one who will provide me

12 with the names.

13         MOAYAD:    If, for example, the person in Sana'a, I

14 will ask him to connect me with your brothers who are with you

15 over there, and then we'll arrange who should I call.

16         MOAYAD:   Their addresses and names.

17         CI-1:    He says now my relations are done with your

18 organization, but he said that I'm the main connection between

19 me and you, and you and Hamas.  The information and names and

20 such you will give it to me.   There's no communications with

21 someone else.  Second, in the future, after things are

22 arranged there will be people to replace me because I will

23 be…God willing-

24         MOAYAD:   Arrangements will be made later.

25         CI-1:    Yes.

1          MOAYAD:  Our work now is with you.

2          CI-1:    Yes.

3          MOAYAD:  You have our telephone numbers and we have

4    your telephone numbers

5          CI-1:    Yes.

6          MOAYAD:  And the codes, the students and-

7          CI-1:    We'll agree on all that later on.

8          MOAYAD:  I am telling him that we'll send them the

9    names for the amounts.

10         CI-1:    All that we talked about he'll give [UI].

11         CI-2:    Uhum.

12         CI-1:    What did he say? Anything?

13         MOAYAD:  He said, we can talk to Hamas here, I told

14   him no, it is not feasible.

15         ZAYED:   No, there is no need for us to receive the

16   money here, it should be transferred to them directly.

17         CI-1:    No.  Let him give it first.

18         ZAYED:   Let us reach an agreement with them first.

19         MOAYAD:  We have to give them the green light.

20         CI-1:    Oh! No way! Let us first

21         CI-1:    What?  Do you guarantee that he will reach an

22   agreement with them?

23         ZAYED:   After the sheikh communicates with them, the

24   amount of money can be directly transferred to them without us

25   getting the money.  We get the 10% that we agreed upon and the

455

1    rest goes directly to them and communication is done directly
2    with them.

3              CI-2:    Uhum.

4              CI-1:    In New York?

5              MOAYAD:  Yeah, in New York, in New York.

6              CI-1:    New York, with whom?

7              MOAYAD:  With same people, with Hamas, they have
8    people here and there.

9              CI-2:    Yes, yes, yes.

10             MOAYAD:  It's a possibility.

11             ZAYED:   It's less of a burden on us and them.

12             CI-1:    He says, of course that everything is
13   arranged.  He says that because of the difficulty to do
14   transfers and lack of trust in people, he has ready a check
15   book in his office name, all the checks will be signed for
16   you, you will issue those checks to the people who are going
17   to cash them, and under different names, the money to go into
18   different accounts at different banks.  Now the first payment
19   that you can receive as soon as you get the checks is $50,000.
20   He said that all my money is not in this account.  For
21   example, the first 10 checks can be written, for example, for
22   so and so for $5000, someone else for $3000, the other six
23   thousand, the names don't have to be real.

24             MOAYAD:  No problem.

25             CI-1:    So that the first 10 checks total $50,000,

1  not a single dollar more than that.  Because every week or two

2  he will put some money in that account.  He will not put the

3  two million in there all at once.  He will be feeding this

4  account every one or two weeks.  When he puts the money in,

5  you can do what's needed for the bakery and so on, you know

6  what percentages to use.  So the money will be in your hands

7  and how it's spent is up to you.  What's important to him is

8  not to write checks to the same name twice or more, list the

9  names, list the names, so there's no question as to why this

10  person always spends this money.  So list the names of people-

11         CI-1:     -and the names of banks, the list of names,

12  and the bank names, for example one at the Yemeni Bank,

13  another at the National Bank, and so on with different-

14         MOAYAD:  You mean this checkbook can be used to

15  deposit at any bank you want?

16         CI-1:    Yes, to any bank.  Yes, that's how it is.

17         MOAYAD:  That's excellent.

18         CI-1:    I will explain that to you.

19         CI-1:    Of course he said who are these people?

20         MOAYAD:  They are my children, my children.

21         CI-1:    The names of his children, are they going

22  to be part of the Jihad work?

23         MOAYAD:   The bakery.

24         ZAYED:   The bakery.

25         MOAYAD:   The bakery only.

1    CI-1:  That is the question he asked.

2    CI-1:  We can't give the same names or even

3 similarity of names could exist Mohammed one, another name

4 another check. The names have to be different. Different names

5 with different bank accounts, one account should be in the

6 International Bank of Yemen, and another account in the Yemeni

7 Commercial Bank, therefore you will not be putting the

8 accounts into one bank, in order to avoid suspicion.

9    MOAYAD: It is not going be continual withdrawal

10 activity-

11    CI-1:  Over there, in America, when money gets

12 withdrawn, they will concentrate on this specific person, who

13 is dealing with a specific bank, and it will create suspicion,

14 they will suspect that account. That is why the names must be

15 totally different, the individuals have to be totally

16 different and the withdrawn amounts will absolutely not exceed

17 fifty, that is step one, step two, you will be informed of the

18 deposited amount and this is the amount which will be written

19 on the check. A whole entire checkbook will be endorsed and

20 blank at your disposal.

21    MOAYAD: The check? Is it going to be written in

22 Arabic?

23    CI-1:  No, not in Arabic.  It is going to be in

24 English.

25    ZAYED: You need the spelled names.

458

1      CI-1:   We need the spelled names.

2      MOAYAD:   It is possible.

3      CI-1:   So and so, and the date, and they will

4  receive blank checks.

5      MOAYAD:   I pray to Allah for success.

6      CI-1:   That is the way to avoid raising any

7  suspicion.

8      ZAYED:   We have to make sure that the children have

9  bank accounts in order to cash the checks.

10     CI-1:   This is an excuse, the people which you

11  will choose-

12     ZAYED:   Thank God, when we deposit something, we do

13  it in their names, one time, another check to another person.

14     CI-1:   Any individuals, any individuals you chose,

15  and you got the opportunity to-

16     CI-1:   Yeah.  The most important thing is that

17  those ten checks won't exceed fifty thousand, as the first

18  batch. For if you make a mistake, and one of the checks

19  exceeds the fifty thousand by one dollar, the check will be

20  returned, the last check will return and it will put him in an

21  embarrassing situation. The last check will bounce and the

22  account will be overdrawn. It is possible that you'll be told

23  that we received a check but you don't have enough funds to

24  cover it. Therefore he is careful to what... he said that two

25  weeks later, he is going to contact you to do what's

459

1   necessary.

2           MOAYAD:  Beautiful! It is easy.

3           CI-1:    You will be receiving the second batch of

4   money-

5           ZAYED:   [UI]

6           MOAYAD:  [UI]

7           CI-1:    The amounts of money which is-

8           ZAYED:   Some checks could be to Hamas in America.

9           MOAYAD:  We could give them one of the checks we

10  have.

11          CI-1:    The most important thing is that -

12          ZAYED:   [UI].

13          CI-1:    There is one thing, those checks are not to

14  be cashed in Yemen only, but it could be cashed all over the

15  world. For example you could give it to the Hamas office in

16  Sanaa' to cash it for this matter, which we agreed upon, you

17  endorse them a check. The same check that is in your name.

18          MOAYAD:  For example, we want to purchase something

19  from a store, I endorse the check to the store owner-

20          CI-1:    You could give it to the individual, you

21  tell him this is a check who is [UI] and it will all work.

22          MOAYAD:  God willing! God willing. May God reward

23  you!  You solved it all by yourself. We just don't have

24  experience.

25          CI-1:    He said that problems usually begin in

1  America, from the simplest types of mistakes, which might

2  happen when you want to cash a check and there is lack of

3  funds at the bank to cover it, they follow up that account.

4  This is when problems arise, they are going to ask questions,

5  and check things out because you are cashing a check and you

6  don't have funds.

7          ZAYED:  We have to keep a good account.

8          CI-1:   I am going to give you a paper, on it you

9  write down the names clearly and in English letters

10          MOAYAD:  Capital.

11          CI-1:   Capital and the dates to avoid any mistakes

12  or confusion. If you make a mistake on a check, just disregard

13  it and go to the next check, do not do anything hastily.

14          CI-1:   In our country one could sign by mistake,

15  it is tolerated. But don't do that.

16          MOAYAD:  God willing.

17          CI-1:   Do you have anything else to say, if not we

18  are depending on Allah!

19          MOAYAD:  Aha, I just want to add number, three,

20  four, five and six.

21          CI-1:   Yes.

22          MOAYAD:  First thing is we must obey God in order

23  for God to protect him.

24          CI-1:   Yes.

25          MOAYAD:  Second thing is continuity, you can't

1   provide us something and you cut it suddenly. This is no good.

2   So number one is to depend on Allah-

3           CI-1:   Let me tell him one at a time-

4           MOAYAD:   Okay.

5           CI-1:   He said as long as you keep your word and

6   you will do what we agreed upon, I also will remain faithful

7   to what we agreed upon.

8           MOAYAD:   Thirdly: We are going to keep our promises

9   to one another, but if one of us makes a mistake, we must be

10  able to forgive one another.  Okay with this one?

11          CI-1:   Yes.

12          MOAYAD:   This is the most important thing.

13          MOAYAD:   Second, huh, [UI] Thirdly forgiveness.

14          CI-1:   You said it already.

15          MOAYAD:   Number four because the third one was

16  forgiveness, huh...the fourth one is Secrecy

17          MOAYAD:   The prophet, may Allah's prayers, blessings

18  bestowed on him, said that: "He who has a blessing is cursed

19  he who has any blessing is envied, now what should be done?"

20  This is a Hadeeth, he said um..a... "Seek God's help and be

21  faithful-

22          All:   "Seek God's help and be faithful"

23          MOAYAD:   Okay? The last matter, don't put too much

24  pressure or control on us, we'll always do as we agreed upon,

25  God willing, but in case we go over because we see that this

462

1  is in our best interest. We have to be flexible in dealing

2  with one another.

3          CI-1:   I had explained to him the meaning of the

4  group wedding, so when I told him, he really liked it a lot,

5  especially the poetry and the words of what's his name? Sheikh

6  Mohammed?

7          MOAYAD:  Siyam

8          ZAYED:  Siyam.

9          CI-1:   Siyam!

10         MOAYAD:  He is the spokesman of Hamas.

11         CI-1:   Yes, he is the spokesman of Hamas...

12         ZAYED:  He is the director.

13         MOAYAD:  He is the second man.

14         CI-1:   He is the second man in Hamas.

15         MOAYAD:  And he was the preacher at the Aqsa Mosque.

16         CI-1:   He is saying what happened in this one, it

17 is a group wedding I said yes of course.

18         MOAYAD:  A group wedding.

19         CI-1:  Thank God

20         CI-1:   He was very happy to [UI].  He is

21 expressing his own enthusiasm during the wedding and at the

22 beginning, and especially the speech of the representative at

23 the opening and as you know, what had happened the same day,

24 it coincided with the-

25         ZAYED:  -the operation.

1      CI-1:    The operation.

2      ZAYED:   The suicidal one.

3      CI-1:    -the suicidal one in a-

4      MOAYAD:  Yes, ha, ha, ha.

5      CI-1:    -in Palestine. All that coincided with the

6  wedding.

7      MOAYAD:  Two weddings in one time.

8      CI-1:    Two weddings in one time.

9      MOAYAD:  Yeah.

10     CI-1:    Therefore he is asking were you actually

11 aware of that ahead of time? That there is another wedding?

12 [Laughing.]

13     MOAYAD:  [Laughing.]  No.

14     ZAYED:   [Laughing]  No.

15     ZAYED:   I (UI).

16     CI-1:    So, of course-

17     ZAYED:   If God is willing, the next wedding will be

18 a cheerful event for Islam in its entirety.

19     MOAYAD:  God willing!

20     CI-1:    [Laughs.] The future wedding is going to be

21 a great happy event for all the Muslims, but the most

22 important thing is nothing should happen in America while I am

23 inside it.

24     MOAYAD:  God willing! Or you could die as a martyr.

25     ZAYED:   For the sake of Allah.

464

1        CI-1:    For the sake of God.

2        MOAYAD:  God willing!

3        CI-1:    He is saying we should not worry but if

4   something happens it is going to be for the sake of God.

5        MOAYAD:  For the sake of Allah, yes, God willing,

6   God willing. Glory to Allah, glory to Allah. All is well? [UI]

7        CI-1:    Yes, thank God.

8        CI-1:    He is saying that tomorrow morning he is

9   going to give you the checks, after I make sure that the

10  situation over there with the money is okay.  He said that he

11  knows that the money will be in your possession, you do with

12  it what pleases you. Tomorrow around-

13       CI-1:    He said he is going to be traveling to

14  Paris tomorrow evening and he will be preparing himself to

15  travel to the USA.  And he will give the checks tomorrow

16  morning.

17       MOAYAD:  Now, are we returning to the hotel tonight?

18       CI-1:    He is saying that the hotel is paid for

19  until-

20       ZAYED:   [UI].

21       CI-1:    He said that he paid everything in advance.

22       MOAYAD:  May Allah reward you.

23       CI-1:    You could leave tomorrow.

24       MOAYAD:  If God is willing, God willing.

25       CI-1:    We are going to meet you tomorrow morning,

465

1    we'll meet with you before the Friday prayer God willing. We

2    give you the checks and after that we can take you any place

3    you wish in New York or anywhere such as another hotel or so.

4    And, God willing tomorrow we'll have news if I have to remain

5    for few days or [UI] it depends on…

6              MOAYAD:   [UI].

7              ZAYED:   [UI].

8              CI-1:   No, he is leaving, he has work, but

9    wherever he is, we  we can't say yes, I will be with you the

10   next day you don't know.

11             CI-1:   He is going to let me know tomorrow.

12             MOAYAD:   Yes. Please confirm with him the method of

13   communications between Hamas and him, is it going to be direct

14   or is it going to be through you?

15             CI-1:   Where?

16             MOAYAD:   In America.

17             CI-1:   You list the names of the people there,

18   their names and phone numbers that you know.  You give them to

19   me providing that the contact will occur when he is ready to

20   call after he checks them out he could contact them.

21             MOAYAD:   The person should remain anonymous.

22   Moreover, we don't want to know him.

23             CI-1:   That is no problem to know his name. But it

24   is not possible to give them his name of course, and they

25   cannot contact him.

466

1          MOAYAD:  That is important.

2          CI-1:    Yes.  He is going to contact them on his

3  own. Once he checks their phone numbers and he will do the

4  rest, since he must be cautious.

5          CI-2:    [UI].

6          CI-1:    Do you have Internet?

7          MOAYAD:  We have a fax.

8          ZAYED:  We have Internet with us which belongs to

9  the youth.

10         MOAYAD:  It is possible.

11         CI-1:    It does not matter -- either on the

12  Internet or the fax -- along with the names and we could send

13  them both.

14         MOAYAD:  Possible.

15         ZAYED:  They have Hamas's e-mail address and other

16  e-mail addresses as well.

17         CI-1:    You give us both, the internet, provide us

18  with the e-mail address, and contact us, and at the same time

19  we'll give you our fax and you send it.

20          MOAYAD:  Regarding the orphans, those who are in

21  prison, and their families, do I put down the maximum?  Does

22  their budget comes out of this here?

23         CI-1:    No, they have a separate budget.

24         MOAYAD:  Where would it be under?

25         CI-1:    He is saying that there is a budget, a

467

1    special budget-

2              ZAYED:   (UI)

3              CI-1:    A special that for that; he needs their

4    names, their numbers, the names of the family members-

5              MOAYAD:   Uhum.

6              CI-1:    You can write down the names of those who

7    are familiar to you.

8              MOAYAD:   Uhum.

9              CI-1:    Those who are incarcerated in prison or in

10   any place.

11             MOAYAD:   I am going to write a list of names. And in

12   front of each name I am going to write the maximum amount for

13   the orphans, for the prisoners, for those out of prison-

14             CI-1:    Yes.

15             MOAYAD:   And their families, is it going to be in

16   that one.

17             CI-1:    No, this has nothing to do with that.

18             MOAYAD:   So what is this one for?

19             CI-1:    He is saying that this has to have a

20   special budget, and in order to put this budget, he has to

21   know their number, their names and the names of

22             MOAYAD:   [UI].

23             CI-1:    Yes, I am with you, but it is good to

24   provide their names, their numbers  and their locations.

25   First of all who are these people.  Second, if those people

1    are still in prison, you should indicate it since they will

2    need some attorneys. The people who were released, they need a

3    temporary place to live and they need to work. This is to

4    learn the number of people.

5           MOAYAD:    I have an opinion, I have an opinion.

6           CI-1:    Yes.

7           MOAYAD:    Let us consecrate a certain percentage from

8    this to the needy, for example, three per cent, because there

9    are some very exigent and urgent circumstances, we have to do

10   something, even if you are in this situation you are not

11   mistaken.

12          CI-1:    Of course, regarding brother Elfgeeh or

13   Ahmed Elfgeeh, of course they don't have, they don't, they

14   don't know anything-

15          MOAYAD:  No, no, they are not.

16          CI-1:    At the same time, you are not going to give

17   them money for their private projects, he is repeating what is

18   being said, but I was just telling him if any person is in

19   need of money, he could go to Hadda. I am talking about little

20   amounts of money-

21          MOAYAD:  Yes, right.

22          CI-1:    - you could let us know and we'll transfer

23   more money to you. Hence you give us their names. Just let us

24   know to whom is the money going, So you give us the names,

25   when you call and we'll take care of matters.

1          MOAYAD:  [UI].

2          ZAYED:  [UI].

3          CI-1:     -And the other one the same way.  Al Hadda

4    [phonetic], there is a Hadda,  in Frankfurt as well. Their

5    address, in order to be able to [UI] well this is an official

6    business, but sometimes things arise which are different,

7    where there is more danger. You are going to give us the

8    names.

9          MOAYAD:  This could be done.

10         CI-1:    So you give us the names.

11         MOAYAD:  In Yemen in a little while, I shall go

12   after the haj. For about one week to  ten days to America.

13         ZAYED:  To America?

14         MOAYAD:  Yes, for treatment, (UI) Germany.

15         CI-1:  He says also you know-

16         ZAYED:  That if..

17         ZAYED:  Why?

18         MOAYAD:  For treatment.

19         CI-1:  For treatment, yes of course, it is his own

20   company.

21         CI-1:  There are many Syrian sheikhs in different

22   mosques, uh uh uh, do you know of sheikh Mohammed? He is

23   referring here to a sheikh Mohammed, at a Yemeni mosque.

24         MOAYAD:  Is he Yemeni?

25         CI-1:  No, the mosque itself is Yemeni but the

470

1    preacher, the Imam is Syrian.

2              MOAYAD:  No. Do you know, they have a Yemeni

3    preacher, his name is-

4              ZAYED:  His name is Abdallah Mahmoud Al Haj.

5              CI-1:  Al Hajr?

6              ZAYED:  Yes, Abdallah Mahmoud Al Hajr.

7              CI-1:  Al Hajr?

8              ZAYED:  Abdallah Mahmoud Al Hajr.

9              CI-1:  Al Hajr?

10             ZAYED:  Al Hajr yes.

11             CI-1:  Where?

12             ZAYED:  At-

13             MOAYAD:  We'll find out.  That's not a problem,

14   we'll get the address..

15             ZAYED:  -it is somewhere next to Farouq mosque.

16             MOAYAD:  It is next to Farouq mosque.

17             CI-1:  It is an Algerian one.

18             MOAYAD:  No, he is a Yemeni one.

19             CI-1:  Who is that?

20             MOAYAD:  His name is Dr. Hamoud Al...

21             CI-1:  He needs a special kind of attention and he

22   may need very special care.

23             MOAYAD:  It is not a problem.  We'll find it.

24             CI-1:  It is not important

25             MOAYAD:  It is not important.

1          CI-1:  Are you going to talk to Hadda people or you

2    may call them by phone, the office of Al Hadda here, you can

3    do a transfer from America to Frankfurt., after that [UI].

4          ZAYED:  On Thursday we'll head to-.

5          MOAYAD:  Yes we'll go there on Thursday.

6          ZAYED:  We'll-

7          MOAYAD:  Ohoh! [Laughing]

8          MOAYAD:  We are also going to contact the doctor.

9          CI-1:  We are going to solve it by checking things

10   with them. We are going to continue tomorrow, we'll finish it.

11         ZAYED:  We can work on it tonight.

12         CI-1:  Yes we could work on it tonight and you can

13   ask the brothers to-

14         ZAYED:  I told them to make appointment-

15         CI-1:  We'll see what can we do about the

16   appointment, and the reservation.

17         ZAYED:  We can make it tonight.

18         CI-1:  We'll do it tonight. And we can ask the

19   brothers to visit us tomorrow at the doctor's office.

20         MOAYAD:  If we were in Sanaa', we would have just

21   walked in, without reservations or anything.

22         CI-1:  Call them up and let them make an

23   appointment.

24         MOAYAD:  [UI].

25         CI-1:  Psychological [UI].

472

1          MOAYAD:  Hand me my cane.

2          CI-1:  He was late last night.

3          MOAYAD:  Glory and thanks to God

4          CI-2:  Glory and thanks to God.

5          MOAYAD:  I swear that there is no God but Allah.

6          CI-2:  I swear that there is no God but Allah.

7          MOAYAD:  I swear that there is no God but Allah.

8          CI-2:  I swear that there is no God but Allah.

9          MOAYAD:  I ask your forgiveness.

10          CI-2:  I ask your forgiveness.

11          MOAYAD:  And I repent to you.

12          CI-2:  And I repent to you.

13          CI-1:  [UI].

14          MOAYAD:  Peace with you.

15          CI-2:  And upon you? "

16          (END OF READING.)

17

18          MS. MOORE:  Your Honor, would this be a good time

19  for an afternoon break?

20          THE COURT:  That's what I was going to find out

21  after this exciting presentation.

22          Take five minutes ladies and gentlemen.  What do you

23  have after this?

24          MS. MOORE:  More tapes.

25          (Jury leaves courtroom.)

473

1            THE COURT:  You get that subpoena, get it done

2    today.

3            MR. GOODMAN:  I'm going to go down to the Clerk's

4    Office right now.

5            (Recess taken.)

6            (Continued on next page.).

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

474

1          (The following takes place out of the presence of
2     the jury.)

3          THE COURT:  Are you working on something to shorten
4     this up?

5          MS. MOORE:  We have an FBI agent who is from Yemen,
6     Your Honor, and he had taken custody of the wedding video as
7     well as some receipts and he's in New York now and we're going
8     to call him this week and the question we're trying to resolve
9     is because the wedding video may still come in in rebuttal
10    case, we don't want to have to recall him from Yemen just for
11    that, if we could offer it subject to connection or work out a
12    stipulation or do something along those lines.

13         MR. GOODMAN:  We're talking about it.

14         THE COURT:  You don't have to hold this up?

15         MR. GOODMAN:  No.

16         THE COURT:  Because we've got this woman who has got
17    to leave at quarter after five.

18         MS. CHEN:  What we have cued up is two ten minute
19    videos and then there's going to be the reading along with
20    those, so that's about almost an hour's worth of time.  Our
21    proposal is to let us go through those two shorter videos, do
22    the reading of those and wait until tomorrow to do two much
23    longer ones.

24         THE COURT:  Why can't they read the transcripts when
25    they're looking at the video?

475

1          MS. CHEN:  We want them to focus on the video.

2   Because otherwise, I know this myself, is that when you're

3   reading, you're not looking at the screen and you're missing

4   all the visual cues and the gestures and the visual

5   expressions.  I'm totally serious, I don't know why this is a

6   funny matter.

7          MR. GOODMAN:  Why --

8          MS. CHEN:  When they laugh about the wedding it is

9   important to see this.

10          MR. GOODMAN:  So, we're going to do that for about

11   an hour.

12          THE COURT:  We're going to do the two ten minutes

13   like she says, then they're going to do the exciting reading

14   and then we'll let them go because she has to pick up the baby

15   by quarter after five.

16          MR. GOODMAN:  The off Broadway performances.

17          THE COURT:  Bring the jury out.

18          (Jury enters courtroom.)

19          THE COURT:  Have a seat, ladies and gentlemen.

20          What we're going to do, ladies and gentlemen,

21   they're going to have two short ten minute tapes, they say,

22   and then they're going to have the reading and then by that

23   time it will be around quarter after five and we will let you

24   go, okay.

25          MS. CHEN:  Your Honor, we're now playing

1    Government's Exhibit 9 which is a videotape of approximately

2    eight minutes in length that records a meeting between the

3    defendants in their hotel room on January 9th at approximately

4    1:33 p.m. which is about 45 minutes after the last

5    conversation that we just read into the record.

6              THE COURT:  Okay, roll 'em.

7              (Whereupon, the tape is played.)

8

9              MS. CHEN:  The government is now going to read from

10   Government's Exhibit T-9 which is the translated transcript of

11   the conversation you just saw.

12             (BEGINNING OF READING.)

13             "MOAYAD:  Maybe, maybe, maybe we can send it from

14   the general (UI).  And we'll tell Brother Munir, 'you're

15   free... ' And we'll tell him, 'if you need to get it done,

16   get a move on.'

17             ZAYED:  (UI) it's not much, we can take our share.

18             MOAYAD:  (UI).

19             ZAYED:  (UI).

20             MOAYAD:  (UI) fifty?

21             ZAYED:  (UI).

22             MOAYAD:  All of it?

23             ZAYED:  (UI).

24             MOAYAD:  (UI).

25             ZAYED:  Two thousand five hundred.

1          MOAYAD:  From the fifty?

2          ZAYED:  No, no.  Out of the total.

3          MOAYAD:  No, (UI).

4          ZAYED:  Five (UI).

5          MOAYAD:  Two thousand five hundred.

6          ZAYED:  Five (UI).

7          MOAYAD:  Two thousand five hundred is ten percent.

8          ZAYED:  Five percent is twenty five hundred.  Five

9 thousand, five thousand dollars.

10         MOAYAD:  Twenty five hundred.

11         ZAYED:  No, no.  Five thousand.

12         MOAYAD:  Five thousand, how?.

13         ZAYED:  Five times ten is fifty (UI).

14         MOAYAD:  Isn't it ten percent?  That means ten for

15 every hundred.

16         ZAYED:  Ten for every hundred.

17         MOAYAD:  Then you're right, five for every fifty.

18         ZAYED:  But I am saying, in reference to the

19 matter…if we have an agreement….

20         MOAYAD:  We'll be the contact between the two of

21 them.

22         ZAYED:  So that he will take delivery of their

23 entire share of the money.  He'll take delivery of it there.

24         MOAYAD:  How do they want to follow-up over there?

25 What do they want to do in Yemen?  Their membership (UI).

478

1  (UI) I don't believe the movement is as dead in that field, to

2  the point they don't talk about anything.

3          ZAYED:  No, we talk.  (UI).

4          MOAYAD:  I mean it's not moving in this field.

5          ZAYED:  I mean…from its foundation…it was….

6          MOAYAD:  Let me tell you, we need to see (UI), make

7  a move in this field.

8          ZAYED:  Sheikh Yasin, you've visited him.

9          MOAYAD:  Yeah.  It's possible to talk with Yasin, on

10 the basis that he has a military wing —it's called a military

11 wing…

12         ZAYED:  Uh.

13         MOAYAD:  (UI) and since it is a part of Hamas, and

14 between the brothers and Hamas, there is (UI)….Uh, we'll think

15 about it.  And then, there is Ali Abdullah, so much money.

16 And then you have (UI).

17         ZAYED:  But since he is (UI).

18         MOAYAD:  No, we'll tell them.  I'll tell him (UI).

19 Meanwhile, we've visited him and so on and so forth.  You do

20 it your way and they do it their way.  He wants this field,

21 this field and that one.

22         ZAYED:  Everyone (UI).

23         MOAYAD:  Ask someone to… look at the plane (UI).  I

24 mean, you can ask someone to call him.

25         ZAYED:  They (UI) camps in Yemen.

1          MOAYAD:  Maybe they have a plan (UI).  It's not
2     farfetched.
3          ZAYED:  (UI)
4          MOAYAD:  I did not hear.
5          ZAYED:  (UI) they'll say you left and (UI).
6          MOAYAD:  Even though, (UI).  We did not take it
7     (UI).
8          ZAYED:  This must, this must (UI).
9          MOAYAD:  (UI) they didn't (UI) yet.
10         ZAYED:  We have to position ourselves.
11         MOAYAD:  (UI) send us…
12         ZAYED:  Send to us as is and (UI).
13         MOAYAD:  I tell you, it will arrive (UI).
14         ZAYED:  (UI).  It is a matter of monitoring, that's
15    all.
16         MOAYAD:  We'll tell them give us four or five months
17    (UI).  Let's talk about it    (UI).
18         ZAYED:  (UI).
19         MOAYAD:  (UI)
20         ZAYED:  They don't have the status that I have.
21         MOAYAD:  Your status is there and everything is
22    paid.
23         ZAYED:  The other (UI).
24         MOAYAD:  Everything he has (UI) like them (UI).
25         ZAYED:  (UI).

480

1       MOAYAD:  Black (UI).

2       ZAYED:  These are the blacks?

3       MOAYAD:  What else are they?  [Laughs]

4       ZAYED:  (UI) leaders.

5       MOAYAD:  (UI) our works, our capabilities.  Between

6   you and me, the brothers are cowards.

7       ZAYED:  (UI).

8       MOAYAD:  They shut the door in the face of

9   blessings, by their own hands.  'We are offering you this.  Do

10  you agree?  We'll give you the address…three, four, five month

11  and you (UI).  Okay?'

12      ZAYED:  (UI)  he also said he wants young men so

13  that he can train them.

14      MOAYAD:  He said he is willing to 'train them by

15  me.'

16      ZAYED:  (UI).

17      MOAYAD:  By him?  There?  Bless your heart, son!

18  We have everything, we have protection.

19      ZAYED:  But they're saying….

20      MOAYAD:  Give them a visa, through his company.

21      ZAYED:  For us.

22      MOAYAD:  (UI) as you like.

23      ZAYED:  (UI)

24      MOAYAD:  (UI) Brother Mohammed.  This is (UI).  Four

25  or five young men.  And he  (UI).  Not just any young men.

1   He'll train them and they'll continue on.

2           ZAYED:  Computer studies.  Most people now want to

3   study computers.

4           MOAYAD:  All fields.  Whatever they want.  They're

5   old enough (UI).  And we'll tell Yasin this and that.  Huh?

6           ZAYED:  What?

7           MOAYAD:  If we have an opportunity, and I don't want

8   to advertise this.

9           ZAYED:  (UI).

10           MOAYAD:  We may have an opportunity.  We'll choose a

11   specific person and he'll continue his studies in his own way.

12   And if he doesn't have it in him, we'll tell him, 'okay dear.

13   Goodbye.  We have enough.  Good bye.'

14           ZAYED:  (UI).

15           MOAYAD:  We are absolved.  Don't put us in the

16   middle and then say (UI).  That's not right.  (UI)

17           ZAYED:  (UI)

18           MOAYAD:  And we have a Yemeni intermediary.  Thank

19   God we found someone who'll transfer, transfer the difference

20   (UI).  We said we can do it (UI).

21           ZAYED:  (UI) do we contact Khalid Mesh`al directly?

22           MOAYAD:  Even Khalid Mesh`al (UI).

23           ZAYED:  He is concentrating on Hamas.

24           MOAYAD:  No, he won't find people in Hamas.  Maybe

25   they'll bring us the brothers (UI).  (UI) call Hamas, call

482

1   Hamas.

2             ZAYED:  (UI).

3             MOAYAD:  What do you think about calling (UI)?

4             ZAYED:  To visit us there.

5             MOAYAD:  (UI).

6             ZAYED:  We'll visit him.

7             MOAYAD:  No, no (UI).  I will visit him, sit with

8   him and tell him this and that.  What do you think?

9             ZAYED:  (UI).

10            MOAYAD:  (UI).

11            (END OF READING.)

12

13            MS. CHEN:  Your Honor, the government is now playing

14   Government Exhibit Number 10 which occurs about an hour after

15   the conversation we just heard, the 9th of January

16   approximately 2:32 p.m.

17            It is another about ten minute long conversation

18   between the defendants in Arabic in their room.

19            (Whereupon, the tape is played.)

20

21            MS. CHEN:  The government will now read into the

22   record Government's Exhibit T-10 which is a translated

23   transcript of the conversation we just heard.

24            (Reading begins.)

25            MOAYAD:  ...so, everyone is in his own field.

1        CI-1:      Yes.

2        MOAYAD:  That is why the Prophet, God's praise and

3  blessings be upon him-

4        CI-1:      God's mercy and blessings be upon him.

5        MOAYAD:  "Anything is made easy for those who were

6  created to do it.".

7        CI-1:      [Mumbles.]

8        MOAYAD:  I may tell you to go and memorize the

9  Quran.  You may have difficulty-

10       CI-1:      Yes.

11       MOAYAD:  -or you have this or that.  They'll say

12  "Mohammed"...I'll say...one of the Sheikhs will say, "no,

13  learn languages.".

14       CI-1:      Right.

15       MOAYAD:  You were designed for a specific purpose-

16       CI-1:      Right.

17       MOAYAD:  -and God will improve Islam in your field.

18       CI-1:      Yes, God willing.

19       MOAYAD:  And that one will help Muslim members in

20  his field.

21       CI-1:      With God's permission, God willing.

22       MOAYAD:  But one should not restrict himself one

23  bit.

24       CI-1:      Yes.

25       MOAYAD:  This is all I wanted to get through, God

484

1    willing.

2         CI-1:        God willing.  It will all get through,

3    the steps, God willing.

4         MOAYAD:  When I say, "Oh Muslim, (UI) you."  But,

5    uh, we don't understand.  Someone may say, "Sheikh, I have an

6    idea...I wish to make...for example, uh, in the field of...for

7    example, in the field of...iron,"  someone in iron

8    manufacturing in San`a'."  Another may say, "Sheikh, I wish to

9    manufacture a tank here, supplies me with iron, and see.  I

10   currently have machines in San`a',  present in San`a (UI).".

11        CI-1:        Wow!

12        MOAYAD:  It's there.  They say, uh, I can

13   manufacture the, uh...I mean, I challenge that I can

14   manufacture this, uh, that, uh bulldozer that they bring in

15   from abroad, I can make it here (UI).

16        CI-1:        Wow.

17        MOAYAD:  (UI).  This one is in his field.  This one

18   is in his field...that one...Of course.  I mean, I'm saying

19   specialized people, if you look in society, you'll find all

20   types.  You want (UI) in that field.  The mujahid who rears,

21   raises a generation.  There was no war during the time of Imam

22   Muhammad `Abdu, but he raised an ideology.  Take Hasan

23   al-Bannah, he saw a generation, uh, generations through Jihad,

24   in this, and in that.  He was not in a single battle.

25   Possibly, if you asked him to fire a weapon, he wouldn't know

485

1  how.

2          CI-1:     Yes.

3          MOAYAD:  But we can't say (UI).

4          CI-1:  (UI) sleep. [Laughs.]

5          ZAYED:  Exactly.

6          MOAYAD:  How we can utilize the nation's potential.

7          CI-1:     Yes.

8          MOAYAD:  And that's why I say...I said to you

9   yesterday (UI), "what's your role in the (UI) [either mosque

10  or university]?".

11         CI-1:     What.

12         MOAYAD:  (UI) what have you done?

13         CI-1:     They always ask about you (UI).

14         MOAYAD:  That means the opportunity is there?

15         CI-1:     Yes.

16         MOAYAD:  You may say this, for example, this is in

17  the Arabic language.

18         ZAYED:  (Coughs.)

19         MOAYAD:  This is in, uh....

20         CI-1:     ADid you call him Izzi?

21         ZAYED:  He is not answering.

22         MOAYAD:  Who is he?

23         CI-1:     This, eh, eh, this....

24         ZAYED:  (UI).

25         CI-1:     I don't want us to go and then he'll

486

1   look for us.

2         ZAYED:  I keep dialing his phone, but he doesn't

3   answer.

4         MOAYAD:  He cell phone.

5         ZAYED:  (UI).

6         MOAYAD:  You see?

7         CI-1:     Yes.

8         MOAYAD:  There is a thing...someone will say, look

9   at the students who study electricity.  What's in the field of

10  electricity?  Some people study...comp...uh...this uh,

11  mechanics.  (UI).

12        CI-1:     Yes.

13        MOAYAD:  Who said  all people must fit in one mold.

14  (UI).

15        CI-1:     Yes.

16        MOAYAD:  All of you must be (UI).  And that's why

17  there are specializations in school.  Who wants to go to the

18  field of engineering?

19        CI-1:       Everyone according to interests his

20  liking.

21        ZAYED:  Peace (UI), Mr. Muhammad?

22        MOAYAD:  And sometimes someone is in a field that is

23  (UI).

24        ZAYED:  (UI) by the hotel?  I'll tell him...I

25  mean...when will you be here?...three o'clock....so, we'll go

487

1   have lunch and come

2          Back   Huh?

3          CI-1:       Let him come to lunch with us.

4          MOAYAD:  Let him come to lunch with us.

5          ZAYED:  You want to come have lunch here?

6          He won't be here 'til three o'clock.

7          MOAYAD:  (UI).

8          ZAYED:  Abudullah, Abdullah.  (UI).

9          ZAYED:  Okay, the Sheikh said we'll wait for you

10  (UI).

11         MOAYAD:  (UI) five o'clock means we'll leave in an

12  hour and a half.

13         CI-1:       No, now there is only half an hour to

14  go.

15         ZAYED:  (UI).

16         MOAYAD:  (UI).

17         ZAYED:  (UI).

18         CI-1:       Huh.

19         MOAYAD:  Therefore, the nation is in need of (UI) in

20  every field.  One might say (UI) Muslims.  (UI) very

21  successful.

22         CI-1:       Yes.

23         MOAYAD:  Why would you deny them?  (UI).

24         CI-1:       This, uh, uh, this Doctor, uh, Doctor

25  Hasan al-Banna, is he Egyptian or Sudanese.

488

1          MOAYAD:  Egyptian.

2          CI-1:        I thought he is a Sudanese who lived in

3     Egypt.

4          MOAYAD:  No, no, no.  Egyptian, Egyptian.  The

5     Sudanese is Hasan al-Turabi.

6          CI-1:        Oh, I made a mistake regarding the name.

7          ZAYED:  Al-Turabi was in a demonstration in Abu

8     Dhabi.

9          CI-1:        (UI).

10         MOAYAD:  (UI).

11         ZAYED:  (UI) stop the train.

12         CI-1:        No, no.  That's it, God willing.  Have

13    you seen the Sudan Mr.  Mohammed?

14         MOAYAD:  Several times.  Several times (UI) lately.

15         CI-1:        Were our brothers there good?  Probably

16    the sheikh wasn't there?

17         MOAYAD:  The people there were good natured, they

18    were good.

19         CI-1:        The north (UI) with the south (UI), God

20    is far above!  Every time they say Shari`a, that Shari`a

21    should be law (UI).

22         MOAYAD:  (UI).  "You will please neither the Jews

23    nor the Christians...  (UI).

24         MOAYAD:  ...unless you follow their faith...they

25    will not cease to fight against you until they force you ro

1   renounce your faith."

2          CI-1:      Yes.

3          MOAYAD:  (UI).

4          CI-1:      Magdi had told me once...we had told him

5   about Sheikh `Abd al-Majid al- Zindani.  Him and his brother

6   have been living in Sudan (UI).  We said he has no objection

7   to living by himself.

8          MOAYAD:  (UI).

9          CI-1:      Uh?  (UI).

10          MOAYAD:  The income from the scientific movies (UI)

11   now on Yemeni television.  (UI).

12          CI-1:      [Laughs.]

13          ZAYED:  Should I bring the qat?

14          MOAYAD:  (UI).

15          CI-1:      I don't want anything except lunch.

16   (UI).

17          (END OF READING .)

18          THE COURT:  Is that it?

19          MS. MOORE:  For the day, Your Honor.

20          THE COURT:  Well, ladies and gentlemen, you got an

21   early day tomorrow.  So, we'll see you tomorrow nine o'clock

22   and have a good day, don't discuss the case.  Keep an open

23   mind.

24          (Jury leaves courtroom.)

25          THE COURT:  Are you going to finish these tapes,

490

1  Ms. Moore?

2           MS. MOORE:  I'm sorry?

3           THE COURT:  Are you going to finish the tapes?

4           MS. MOORE:  Finish the tapes, we've got a few German

5  witnesses, post-arrest statements and seizures in Germany and

6  then depending on where we're at --

7           THE COURT:  Are you going to be ahead of schedule?

8           MS. MOORE:  By like weeks.

9           THE COURT:  You got your subpoena?

10          MR. GOODMAN:  Yes, I do.

11          MS. MOORE:  I don't really know that the Marshals

12  should be paying for these witnesses.  I don't think it is

13  appropriate to have CJA funds to pay for these witnesses at

14  this point.

15          THE COURT:  Good point.

16          MR. GOODMAN:  I'm not going to speak for Mr. Jacobs

17  on this one.

18          MR. JACOBS:  Your Honor, these witnesses were

19  thought about long before Mr. Goodman came into the case.

20          MS. MOORE:  I find that hard to believe.

21          THE COURT:  It doesn't make any difference,

22  Mr. Goodman is retained.

23          MR. JACOBS:  What is the point?

24          THE COURT:  If you can retain counsel, why should

25  you want the CJA to pay for witnesses from overseas?

1        MR. JACOBS:  Well, the point is that I am CJA

2   counsel and it is a complicated situation.  It is up to Your

3   Honor.

4        MS. MOORE:  I think Your Honor kept Mr. Jacobs on

5   for the sake of continuity and fairness for the defendant.

6        THE COURT:  No, it wasn't that, I didn't keep him

7   on.  It wasn't that that was the issue, he was always counsel

8   and there's no discussion of him leaving or Mr. Goodman

9   replacing him.  Mr. Goodman just came on to assist.

10        MR. GOODMAN:  That's correct.

11        MS. MOORE:  But he is retained.

12        THE COURT:  But he is retained.

13        MR. GOODMAN:  Correct.

14        THE COURT:  And I'll think about that.

15        MS. MOORE:  For what it is worth, Your Honor, these

16   defendants didn't even apply for the recess until January

17   29th, this Saturday.

18        THE COURT:  No, they had visas.

19        MS. MOORE:  That's Mr. Marks' witnesses.

20        THE COURT:  Oh.

21        MS. MOORE:  A different group of people.

22        THE COURT:  So, this is a different set of people?

23        MR. GOODMAN:  Yes.  This got interrupted -- this

24   process got interrupted when Mr. Jacobs had his issues last

25   week and a half or so.

492

1          MS. CHEN:  I guess the reason Ms. Moore mentioned

2     that is while Mr. Jacobs says it was contemplated for a

3     longtime that these witnesses would be coming back to when he

4     started his representation, that seems contradicted by the

5     fact that they only maybe two weeks ago applied to come to the

6     United States.

7          THE COURT:  It doesn't make any difference, they did

8     retain Mr. Goodman and I'll think about it.

9          (Proceedings adjourned as above set forth.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

$100,000 - 374:8, 374:9
$3000 - 455:22
$50,000 - 455:19, 455:25
$500,000 - 374:8
$5000 - 455:22

## '

'ali - 348:16
'em - 476:6
'mr - 406:14

## 1

10 - 455:21, 455:25, 482:14
10% - 450:13, 450:20, 451:3, 454:25
100 - 450:16
100% - 450:23
10:30 - 399:12
10:38 - 399:24
10:55 - 424:11
11 - 347:6, 420:13
11201 - 345:15, 345:24
12:10:01 - 424:13
12:30 - 421:7
13 - 357:16
1996 - 365:4, 365:7
1:33 - 476:4
1:45 - 421:8

## 2

2 - 345:8
2.5 - 447:3, 449:16
2003 - 347:5, 399:13, 424:11
2005 - 345:8
225 - 345:23
260-2469 - 345:24
29th - 491:17
2:32 - 482:16

## 3

3 - 381:8
30 - 450:7
35 - 450:7

## 4

45 - 421:6, 476:4

## 5

5 - 420:11, 424:10, 426:2
5% - 450:5
52 - 385:18
5:15 - 346:11, 346:17

## 6

6% - 450:8

## 7

7 - 394:14
718 - 345:24

## 8

8 - 399:11
8th - 347:5, 394:19, 395:2, 399:13, 399:24

## 9

9 - 476:1
9:30 - 345:8, 394:19

9:37 - 395:2
9th - 420:13, 424:11, 476:3, 482:15

## A

a..a - 350:19
a=malahum - 350:15
a=mallahu - 350:13
Aalib - 363:21
Abd - 360:5, 360:7, 360:8, 360:21, 360:22, 391:9, 415:19, 489:5
Abdallah - 470:4, 470:6, 470:8
Abdu - 484:22
Abdul - 392:3
Abdullah - 478:15, 487:8
Abi - 395:6, 395:8
able - 350:3, 386:8, 444:20, 461:10, 469:5
about.ci:1 - 366:3
abroad - 484:15
absolutely - 457:16
absolved - 481:15
Abu - 362:13, 362:15, 362:16, 362:17, 362:21, 363:3, 363:10, 363:15, 363:23, 378:5, 441:24, 441:25, 488:7
Abudullah - 487:8
accepted - 365:19, 366:19
accommodate - 346:17
accommodations - 443:20
Accompanying - 356:25
accomplish - 363:22
accomplished - 358:20
according - 430:2, 430:14, 486:19
account - 455:20, 456:2, 456:4, 457:5, 457:6, 457:14, 458:22, 460:3, 460:7
accounts - 455:18, 457:5, 457:8, 458:9
accurate - 348:19
act - 354:6
action - 364:13
actions - 364:25
active - 376:12
activities - 443:12
activity - 457:10
add - 409:6, 412:13, 441:1, 460:19
addahi - 409:18
addition - 374:25, 388:2
address - 422:12, 466:15, 466:18, 469:5, 470:14
addresses - 444:14, 453:16, 466:16
address...three - 480:10
Aden - 395:24, 396:11
Adid - 485:20
adjourned - 492:9
adjust - 347:24, 348:2, 348:3
adjusted - 378:9
adulteress - 365:15, 365:19
advance - 464:21
advertise - 481:8
advice - 384:11, 395:10, 396:4
affect - 441:9
Afghani - 428:11
Afghanis - 428:24
Afghanistan - 358:21, 359:25, 360:4, 373:5, 373:6, 384:2
afternoon - 347:12, 472:19
Agent - 422:21, 422:23
agent - 474:5
ago - 358:18, 360:24, 361:23, 377:6, 377:14, 492:5
agree - 375:2, 388:17, 389:5, 392:12, 392:13, 406:3, 409:23, 431:15, 438:16, 450:20, 454:7, 480:10
agreed - 392:24, 406:10, 417:19, 435:3, 454:25, 459:16, 461:6, 461:7, 461:24
agreed-upon - 392:24
agreement - 406:1, 454:18, 454:22
agreement... - 477:19

Aha - 460:19
ahead - 350:19, 369:20, 385:17, 389:6, 399:9, 399:19, 463:11, 490:7
Ahmed - 468:13
aid - 351:18, 351:22, 351:23, 380:7, 443:11
air - 347:23
airport - 431:19, 441:25
Akba - 359:14
Akbar - 356:23, 359:14
Al - 345:8, 345:20, 347:8, 350:6, 350:7, 351:9, 351:11, 353:9, 353:11, 356:3, 356:5, 356:22, 356:23, 357:21, 359:10, 360:5, 360:7, 360:8, 360:21, 360:22, 361:19, 364:8, 364:9, 376:5, 379:11, 379:14, 380:4, 381:14, 388:25, 389:15, 389:21, 391:9, 393:6, 395:4, 395:14, 395:17, 395:18, 395:19, 395:20, 395:21, 395:25, 409:18, 413:19, 414:24, 415:3, 423:4, 428:9, 428:21, 428:25, 429:2, 429:6, 429:7, 429:14, 429:25, 432:6, 432:11, 432:21, 433:3, 434:22, 436:19, 437:4, 437:6, 439:1, 439:4, 439:23, 439:24, 439:25, 449:10, 469:3, 470:4, 470:5, 470:6, 470:7, 470:8, 470:9, 470:10, 470:20, 471:2, 488:7
al - 395:17, 413:1, 413:25, 414:6, 414:16, 415:18, 415:19, 444:21, 484:23, 487:25, 488:5, 489:5
Al-addahi - 409:18
Al-bahlawii - 414:24, 415:3
al-banna - 487:25
al-bannah - 484:23
Al-khawlani - 414:24, 415:3
al-majid - 489:5
al-malik - 415:18, 415:19
al-malik...abd - 415:18
Al-moayad - 345:6, 345:20, 347:8, 395:4, 413:19
al-moayad - 413:1, 413:25, 414:6, 414:16
Al-moayad's - 423:4
al-nashiri - 415:19
al-nashiri's - 415:19
Al-nu`man - 395:19, 395:21
Al-qasas - 395:14
al-turabi - 488:5
Al-turabi - 488:7
Al-zubayri - 395:17, 395:18, 395:19, 395:20, 395:21, 395:25
al-zubayri - 395:17
Ala - 352:14, 352:16, 352:19, 357:23
ala - 351:15, 352:3, 352:6, 352:11, 352:18
Algerian - 355:21, 470:17
Ali - 345:5, 397:16, 412:25, 413:14, 413:15, 413:24, 413:25, 414:10, 414:12, 414:18, 415:2, 478:15
Ali...but - 414:8
Ali...what - 414:23
Aliyhi - 353:22, 357:21
Allah - 349:4, 349:6, 350:6, 350:7, 350:13, 350:14, 350:20, 350:22, 351:15, 351:17, 351:19, 351:22, 352:6, 352:19, 353:5, 353:9, 353:11, 353:17, 353:22, 354:3, 354:14, 354:17, 354:20, 357:16, 357:17, 357:21, 357:24, 357:25, 358:13, 358:15, 359:14, 366:24, 367:1, 367:2, 369:7, 374:6, 375:2, 375:16, 377:12, 380:18, 381:14, 381:15, 382:10, 388:25, 389:1, 392:20, 393:6, 393:7, 393:10, 393:18, 393:23, 408:5, 408:23, 425:1, 425:3, 425:6, 426:7, 426:8, 432:16, 438:14, 442:16, 444:11, 444:12, 448:16, 448:20, 458:5, 460:18, 461:2, 461:17, 463:25, 464:5, 464:6, 464:22, 472:5, 472:6, 472:7, 472:8
allah - 352:18

Allah's - 349:5, 353:24, 354:1, 371:25
Allazin - 350:10, 350:12
allies - 355:4
allotted - 386:25
allotting - 407:15
allow - 390:20
almighty - 364:20, 435:7
Almighty - 350:21, 353:10
almost - 474:20
altogether - 419:13
Amat - 415:18
amazed - 377:13
Amen - 349:9, 349:12, 349:16, 349:19, 349:22, 350:2, 353:9
America - 345:3, 366:11, 373:25, 374:1, 374:12, 408:9, 443:9, 449:9, 457:11, 459:8, 460:1, 463:22, 465:16, 469:12, 469:13, 471:3
American/Islamic - 437:23
Amm - 353:8
ammunition - 398:2
Ammunition - 398:5
amount - 373:10, 383:3, 393:3, 403:2, 404:16, 404:22, 405:2, 447:17, 450:2, 450:5, 450:23, 454:24, 457:18, 467:12
amounts - 392:18, 392:24, 448:1, 448:2, 452:2, 454:9, 457:16, 459:7, 468:20
an." - 395:7
ancestors - 356:23
angry - 365:6, 365:18
anna - 351:15
annoyed - 391:1
anonymous - 465:21
another... - 406:12
Ansi - 438:5
answer - 486:3
answered - 396:5
answering - 485:21
Anytime - 424:25
anyway - 373:15
any... - 429:8
apologies - 391:6
apologize - 346:17, 391:8, 391:13
appearances - 364:7
Appearances - 345:12
appease - 354:7, 447:9
applied - 492:5
apply - 491:16
appoint - 451:25
appointment - 389:8, 471:14, 471:16, 471:23
apprehended - 373:23, 374:2, 387:15, 426:25
approached - 395:7, 395:8
appropriate - 490:13
approval - 361:3
approves - 367:11
Aqsa - 376:7, 379:12, 379:14, 380:4, 428:21, 428:25, 429:2, 429:6, 429:25, 462:15
Arab - 418:25
Arabia - 418:25
Arabic - 346:23, 347:10, 350:4, 399:15, 399:19, 419:22, 424:20, 427:9, 446:22, 457:22, 457:23, 482:18, 485:17
Arafat - 357:8
area - 386:8, 391:17, 430:14
arise - 460:4, 469:6
arrange - 376:2, 386:7, 397:4, 397:6, 397:8, 430:13, 431:13, 446:10, 446:17, 453:15
arranged - 431:23, 453:22, 455:13
Arrangements - 453:24
arranging - 397:5
arrest - 395:18, 395:19, 395:21, 490:5
arrested - 363:14, 364:2, 384:2, 391:17, 391:19, 442:1
arrests - 375:20
arrive - 479:13

arrived - 434:10
aside - 404:9
assign - 383:3, 442:24
assigned - 386:18, 444:6
assist - 491:9
assistance - 372:16
Assistant - 345:17
assistant - 439:1, 439:4, 439:22
assisted - 345:25
assisting - 408:4, 408:25, 409:5
Assisting - 408:4, 408:22, 410:10
association - 392:4
assured - 386:6, 446:24
Astaghfiruka - 393:8
astray - 368:21
attain - 448:7
attending - 402:14, 402:25, 403:16, 407:23
attention - 382:19, 397:14, 402:25, 407:16, 407:17, 408:17, 470:21
attorney - 418:12
Attorney - 345:14
attorneys - 360:6, 418:9, 418:14, 468:2
Attorneys - 345:17
attract - 402:24, 408:17
Atubu - 393:8
atuttumuna - 352:14
atytumunina - 352:11
Atytumunina - 352:16
at... - 436:24
authority - 379:20
authorized - 383:8, 404:23
available - 386:13, 433:12, 445:19, 446:13, 446:14, 446:16, 449:16
avoid - 457:8, 458:6, 460:11
Awa - 352:18
aware - 359:9, 363:22, 375:19, 433:24, 463:11
Azim - 353:9, 353:11

### B

Ba - 434:19, 434:20, 434:22, 434:24, 435:1
baby - 475:14
background - 446:21
background..."$25 - 450:12
bad - 346:18
bahlawli - 414:24, 415:3
bakery - 369:13, 369:16, 369:21, 370:5, 374:9, 378:21, 398:15, 400:21, 400:22, 400:23, 400:25, 401:6, 401:8, 401:11, 404:7, 405:3, 406:23, 406:24, 407:13, 410:1, 426:22, 433:6, 433:23, 434:7, 449:22, 449:23, 449:25, 450:16, 450:20, 451:7, 452:17, 456:5, 456:23, 456:24, 456:25
bakery...these - 401:3
bakery." - 389:20, 407:2
bakery...or - 403:25
bakery...the - 410:1
balance - 350:24, 405:20
bank - 456:12, 456:15, 456:16, 457:5, 457:8, 457:13, 458:9, 460:3
Bank - 456:12, 456:13, 457:6, 457:7
banks - 389:15, 455:18, 456:11
banna - 487:25
bannah - 484:23
Baqarah - 364:8, 364:9
bar - 422:14, 422:16, 423:17, 424:4, 424:6
bars - 424:2
based - 381:9, 450:15
basic - 364:21
basics - 358:6, 358:7
basis - 350:6, 452:2, 478:10
batch - 458:18, 459:3
bathroom - 385:6
battle - 484:24

Beautiful - 459:2
beautiful - 425:10, 425:11
became - 391:17
become - 373:9, 380:19
becoming - 355:3
bed - 410:6, 410:14
begin - 459:25
beginning - 354:25, 390:25, 392:25, 417:17, 417:18, 419:6, 419:7, 419:8, 420:13, 462:22
Beginning - 476:12
beginning...this - 415:2
begins - 424:21, 482:24
Begins - 347:13
Beirut - 375:24
belong - 429:7
belongs - 432:20, 466:8
beloved - 418:19
benefit - 363:25, 364:1, 396:13, 396:14
best - 374:5, 378:22, 381:25, 382:21, 386:24, 389:14, 422:24, 430:15, 433:21, 438:25, 462:1
bestowed - 349:5, 350:8, 353:24, 461:18
better - 347:24, 347:25, 391:5, 412:12, 430:20, 433:15, 443:22
better." - 417:20
Between - 394:17, 394:18, 480:5
between - 353:18, 383:2, 394:15, 395:1, 399:11, 402:18, 407:4, 420:11, 437:21, 445:5, 445:15, 453:18, 465:13, 476:2, 477:20, 478:14, 482:18
beware - 354:20
be...god - 453:23
bianahum - 351:13
big - 363:22, 369:1, 433:24
bigger - 374:11, 374:12
Bilal - 364:5
bill - 377:2, 377:3
Bin - 357:10, 358:23, 358:24, 359:2, 383:5, 428:7, 428:9
Bism - 393:6
Bism - 350:6
bit - 483:23
bitten - 364:18
bitter - 438:19
Biya - 436:6
Black - 480:1
blacks - 354:25, 480:2
blank - 457:20, 458:4
Bless - 349:10, 349:13, 480:17
bless - 355:24, 357:9, 394:8, 434:9
blessed - 358:13
blessing - 461:18, 461:19
blessings - 349:5, 350:1, 354:1, 371:25, 393:18, 416:6, 461:17, 480:9, 483:3, 483:4
blessings" - 398:1
bombs - 448:25
book - 419:6, 419:7, 419:8, 419:18, 441:24, 442:1, 442:7, 442:10, 455:15
books - 356:7, 442:6, 442:8, 442:9, 443:3
bought - 383:14
bounce - 458:21
bounty - 349:15
brackets - 371:12
break - 472:19
Bring - 346:5, 422:11, 475:17
bring - 402:19, 426:9, 430:10, 441:18, 441:19, 481:25, 484:14, 489:13
brings - 442:6
Broadway - 475:16
Brooklyn - 345:5, 345:15, 345:24, 390:22
brother - 362:1, 384:18, 452:19, 452:22, 468:12, 489:5
Brother - 397:9, 397:15, 476:14, 480:24

USA v. AL-MOAYAD and ZAYED    2/2/05    3

---

brothers - 360:9, 383:16, 384:2,
384:14, 418:20, 433:18, 443:5, 449:4,
449:9, 453:14, 471:13, 471:19, 478:14,
480:6, 481:25, 488:15
brought - 350:17, 352:12, 395:5
Brought - 352:14
budget - 371:16, 452:10, 466:22,
466:23, 466:25, 467:1, 467:20
build - 365:7, 365:8
Building - 429:10
building - 365:4, 365:9
bulldozer - 484:14
burden - 369:17, 387:17, 455:11
burning - 377:4
business - 446:8, 446:9, 448:3, 469:6
businessman - 374:5, 431:20,
431:22, 431:23
Buy- 386:22
buy - 374:19, 386:14, 386:16, 386:21,
394:1, 398:2, 398:3, 398:4, 398:8,
398:9, 398:11, 402:23, 403:11
buy...ammunition - 398:2
bye - 481:13

## C

Cadman- 345:23
camps - 443:12, 478:25
cane - 472:1
cannot - 465:25
can...under - 403:23
capabilities - 374:22, 430:25, 431:2,
480:5
capability - 443:13
capable - 349:7, 443:16
Capital - 460:10, 460:11
captain - 422:22
Captain - 422:23, 422:24
card - 413:5, 413:11, 413:12, 413:22,
414:11
cards - 413:18, 413:21, 414:14
care - 371:8, 380:8, 380:9, 409:16,
410:6, 410:24, 417:19, 433:12, 444:18,
446:15, 453:3, 453:4, 468:25, 470:22
careful - 361:6, 363:24, 366:5,
366:17, 437:8, 441:11, 447:4, 458:24
carefully - 375:21
carries - 425:2
carry - 364:24
case - 381:2, 381:4, 386:23, 386:24,
398:22, 461:25, 474:10, 489:22, 490:19
cases - 388:12
case... - 400:12
cash - 455:17, 458:9, 459:16, 460:2
cashed - 459:14
cashes - 441:3
cashing - 460:5
categories - 374:7
category - 371:13, 371:14, 387:11,
387:25, 388:1, 403:24
causes - 408:15
cautious - 364:16, 466:4
cease - 488:25
cell - 393:25, 486:4
cent - 468:8
center - 376:17, 408:13
Center- 377:4
centers - 408:7, 408:8, 408:9, 427:13
centers?" - 408:10
certain - 361:17, 377:3, 425:12,
450:23, 468:7
challenge - 484:13
chance - 380:23, 390:25, 391:20
Change- 413:20, 414:18, 427:4
change - 409:24, 419:15, 431:20,
438:8, 438:11
changed - 365:20
changes - 409:22, 415:1
chapter - 351:10
Charitable - 429:2, 429:3, 429:6

charitable - 369:13, 370:3, 370:5,
389:20, 390:4, 400:21, 400:23, 400:25,
401:3, 401:6, 401:8, 403:25, 404:7,
407:2, 407:12, 408:15, 410:1, 429:15,
433:6, 433:23
Charities- 408:16
charity - 365:12, 365:19, 366:19,
369:16, 376:7, 433:7, 433:23, 439:23,
440:20
chatted - 359:5
Chechnya - 373:8
check - 348:21, 366:5, 396:24,
440:24, 455:14, 457:4, 457:19, 457:21,
458:13, 458:19, 458:20, 458:21,
458:23, 459:17, 459:19, 459:21, 460:2,
460:5, 460:12, 460:13
checkbook - 456:14, 457:19
checked - 366:4, 423:5
checking - 350:25, 471:9
checks - 455:15, 455:16, 455:19,
455:21, 455:25, 456:8, 458:4, 458:9,
458:17, 458:18, 459:8, 459:9, 459:13,
464:9, 464:15, 465:2, 465:20, 466:3
cheerful - 463:18
Chen- 345:16, 346:21, 347:4, 394:12,
394:18, 394:24, 399:10, 399:18,
399:22, 420:10, 420:15, 421:3, 422:5,
422:10, 424:8, 424:9, 424:17, 474:18,
475:1, 475:8, 475:25, 476:9, 482:13,
482:21, 492:1
chief - 379:14
child - 346:10, 346:15, 452:6
children - 380:8, 382:24, 390:8,
394:7, 418:22, 418:23, 433:16, 452:5,
452:6, 456:20, 456:21, 458:8
choose - 458:11, 481:10
chose - 433:21, 458:14
Christians - 488:23
Chuckles - 358:24
Ci-1 - 347:2, 347:20, 380:12, 399:12,
399:25, 400:2, 400:5, 400:9, 400:12,
400:15, 400:20, 400:22, 400:24, 401:1,
401:3, 401:7, 401:10, 401:12, 401:14,
401:16, 401:19, 401:21, 401:23, 402:2,
402:5, 402:8, 402:11, 402:17, 402:21,
403:4, 403:6, 403:14, 403:16, 404:2,
404:6, 404:13, 404:18, 404:21, 405:1,
405:5, 405:7, 405:9, 405:11, 405:16,
405:19, 405:21, 406:2, 406:6, 406:10,
406:14, 406:18, 406:20, 406:22,
406:25, 407:4, 407:6, 407:11, 407:24,
408:2, 408:13, 408:17, 408:21, 409:1,
409:5, 409:10, 409:13, 409:16, 409:21,
410:2, 410:4, 410:9, 410:13, 410:16,
410:19, 411:1, 411:7, 411:9, 411:15,
411:18, 411:21, 411:24, 412:1, 412:7,
412:10, 412:13, 412:17, 412:21,
412:24, 413:8, 413:13, 413:17, 413:23,
414:1, 414:3, 414:7, 414:10, 414:13,
414:22, 414:25, 415:4, 415:8, 415:10,
415:20, 415:22, 415:24, 416:2, 416:4,
416:7, 416:9, 416:11, 416:15, 416:19,
416:22, 416:25, 417:5, 417:7, 417:11,
417:16, 417:22, 417:24, 418:1, 418:3,
418:8, 418:11, 418:16, 418:18, 418:21,
419:2, 419:12, 419:14, 419:17, 419:21,
420:3, 420:5, 424:24, 424:25, 425:2,
425:6, 425:8, 425:10, 425:14, 425:17,
425:21, 425:25, 426:2, 426:3, 426:5,
426:9, 426:12, 426:18, 426:19, 426:22,
426:23, 426:24, 426:25, 427:2, 427:6,
427:10, 427:16, 427:19, 427:23, 428:1,
428:5, 428:6, 428:12, 428:15, 428:18,
428:22, 428:25, 429:4, 429:7, 429:13,
429:19, 429:22, 429:24, 430:2, 430:9,
430:12, 430:18, 430:22, 431:4, 431:6,
431:8, 431:12, 432:1, 432:2, 432:10,
432:14, 432:18, 432:21, 432:24,
432:25, 433:8, 433:17, 433:19, 434:2,
434:10, 434:16, 434:17, 434:19,

434:23, 434:25, 435:2, 435:6, 435:10,
435:14, 435:17, 435:21, 435:23, 436:2,
436:7, 436:8, 436:10, 436:11, 436:16,
436:18, 436:25, 437:3, 437:4, 437:8,
437:15, 437:23, 438:6, 438:10, 438:16,
438:19, 438:22, 439:3, 439:6, 439:8,
439:10, 439:12, 439:15, 439:17,
439:18, 439:24, 440:1, 440:4, 440:8,
440:11, 440:15, 440:18, 440:21, 441:1,
441:2, 441:10, 441:11, 441:16, 441:18,
441:22, 442:3, 442:5, 442:8, 442:15,
442:17, 442:19, 442:20, 442:22, 443:1,
443:4, 443:10, 443:24, 444:3, 444:12,
444:13, 444:22, 444:25, 445:2, 445:6,
445:11, 445:19, 445:23, 446:5, 446:13,
446:18, 446:19, 447:1, 447:3, 447:6,
447:12, 447:16, 447:23, 448:2, 448:8,
448:11, 448:14, 448:17, 448:19,
448:25, 449:10, 449:15, 449:19,
449:24, 450:5, 450:8, 450:13, 450:17,
451:3, 451:8, 451:15, 451:18, 451:21,
451:23, 452:1, 452:15, 452:21, 452:25,
453:3, 453:6, 453:11, 453:17, 453:25,
454:2, 454:5, 454:7, 454:10, 454:12,
454:17, 454:20, 454:21, 455:4, 455:6,
455:12, 455:25, 456:11, 456:16,
456:18, 456:19, 456:21, 457:1, 457:2,
457:11, 457:23, 458:1, 458:3, 458:6,
458:10, 458:14, 458:16, 459:3, 459:7,
459:11, 459:13, 459:20, 459:25, 460:8,
460:11, 460:14, 460:17, 460:21,
460:24, 461:3, 461:5, 461:11, 461:14,
462:3, 462:9, 462:11, 462:14, 462:16,
462:19, 462:20, 463:1, 463:3, 463:5,
463:8, 463:10, 463:16, 463:20, 464:1,
464:3, 464:7, 464:8, 464:13, 464:18,
464:21, 464:23, 464:25, 465:8, 465:11,
465:15, 465:17, 465:23, 466:2, 466:6,
466:11, 466:17, 466:23, 466:25, 467:3,
467:6, 467:9, 467:14, 467:17, 467:19,
467:23, 468:6, 468:12, 468:16, 468:22,
469:3, 469:10, 469:15, 469:19, 469:21,
469:25, 470:5, 470:7, 470:9, 470:11,
470:17, 470:19, 470:21, 470:24, 471:1,
471:9, 471:12, 471:15, 471:18, 471:22,
471:25, 472:2, 472:13, 483:1, 483:4,
483:7, 483:10, 483:14, 483:16, 483:18,
483:21, 483:24, 484:2, 484:11, 484:16,
485:2, 485:4, 485:7, 485:11, 485:13,
485:15, 485:20, 485:23, 485:25, 486:7,
486:12, 486:15, 486:19, 487:3, 487:13,
487:18, 487:22, 487:24, 488:2, 488:6,
488:9, 488:12, 488:15, 488:19, 489:2,
489:4, 489:9, 489:12, 489:15
Ci-2- 347:9, 347:17, 350:6, 350:10,
350:13, 351:11, 351:13, 351:15, 352:3,
352:6, 352:9, 352:14, 352:18, 352:20,
352:23, 352:25, 353:2, 353:9, 353:22,
355:15, 355:24, 356:22, 357:20,
358:12, 359:14, 364:9, 364:22, 373:20,
381:14, 381:20, 382:10, 388:25,
390:22, 393:6, 393:22, 439:14, 454:11,
455:3, 455:9, 466:5, 472:4, 472:6,
472:8, 472:10, 472:12, 472:15
Ci:1- 347:22, 348:1, 348:3, 348:4,
348:6, 348:9, 348:12, 348:17, 348:22,
349:1, 350:3, 350:12, 350:18, 350:25,
351:2, 351:19, 351:23, 351:24, 352:2,
353:4, 353:7, 353:8, 353:12, 353:25,
354:8, 354:12, 354:22, 356:1, 356:3,
356:4, 356:10, 356:11, 356:15, 356:16,
356:21, 356:25, 357:5, 357:7, 357:8,
357:21, 358:8, 358:15, 358:18, 358:23,
359:1, 359:3, 359:8, 359:19, 359:21,
359:23, 360:3, 360:8, 360:13, 360:15,
360:18, 360:22, 360:23, 360:25, 361:6,
361:11, 361:12, 361:14, 361:21, 362:4,
362:7, 362:10, 362:14, 362:15, 362:20,
362:25, 363:3, 363:6, 363:10, 363:15,
363:20, 364:3, 364:5, 364:6, 364:8,

364:10, 365:2, 366:2, 366:6, 366:8,
366:11, 366:13, 366:15, 366:17,
366:25, 367:8, 367:13, 367:17, 367:22,
368:1, 368:11, 368:23, 369:5, 369:8,
369:10, 369:15, 369:18, 369:21,
369:25, 370:4, 370:10, 370:11, 370:20,
370:24, 371:2, 371:6, 371:12, 371:21,
371:23, 372:5, 372:11, 372:14, 372:16,
372:17, 372:22, 372:24, 373:5, 373:8,
373:12, 373:21, 373:22, 374:1, 375:15,
375:23, 376:8, 376:14, 376:16, 376:20,
376:22, 377:1, 377:7, 377:9, 377:12,
378:2, 378:9, 378:15, 378:19, 378:23,
378:25, 379:5, 379:7, 379:10, 379:16,
379:19, 379:21, 379:25, 380:4, 380:6,
380:16, 380:21, 380:22, 381:15,
381:22, 381:24, 382:3, 382:7, 382:14,
382:25, 383:10, 383:17, 384:1, 384:7,
384:10, 384:13, 384:17, 384:20,
384:23, 386:1, 386:6, 386:12, 386:15,
386:17, 386:20, 387:1, 387:7, 387:10,
387:13, 387:18, 388:1, 388:2, 388:13,
388:16, 388:19, 388:22, 389:2, 389:4,
389:7, 389:17, 389:22, 389:25, 390:5,
390:12, 390:15, 390:18, 390:23, 391:6,
391:12, 391:14, 391:24, 392:3, 392:9,
392:12, 392:15, 392:17, 392:20,
392:25, 393:4, 393:5, 393:14, 393:24,
394:4
  **circumstances** - 396:14, 449:6,
449:7, 449:8, 468:9
  **Cis** - 347:7
  **Cja** - 490:13, 490:25, 491:1
  **clarification** - 432:4
  **clarifications** - 426:13
  **clarified** - 425:23
  **clarify** - 425:11, 445:6, 445:13
  **clean** - 393:9, 393:11, 393:19
  **clear** - 354:23, 355:6, 374:23, 374:25,
383:1, 400:25, 406:16, 412:15, 417:22,
426:15, 427:6, 427:17, 427:18, 431:25,
434:13, 447:10
  **clearly** - 460:9
  **Clerk's** - 473:3
  **clever** - 398:1
  **clinic** - 408:24
  **clock** - 425:25, 426:1, 426:2, 426:6
  **close** - 361:9, 387:6, 392:2, 417:25,
418:2
  **closest** - 361:7, 433:5
  **clothes** - 370:25, 371:7
  **cloud** - 391:21
  **code** - 388:19, 388:20, 390:5, 390:16,
396:7, 397:20, 406:10, 407:4
  **coded** - 427:18, 427:24
  **codes** - 396:13, 454:6
  **codes...** - 427:11
  **coincided** - 462:24, 463:5
  **cold** - 378:10
  **collect** - 374:5
  **comfortable** - 380:25, 366:20, 389:9,
426:10, 426:11, 435:24
  **coming** - 366:5, 373:19, 400:7, 408:8,
434:5, 492:3
  **Commercial** - 457:7
  **commission** - 446:2
  **committee** - 379:13, 379:15
  **communicate** - 363:11, 400:3, 453:9
  **communicates** - 454:23
  **communicate...** - 446:10
  **communication** - 376:15, 450:21,
455:1
  **communications** - 363:15, 375:5,
446:4, 447:19, 453:20, 465:13
  **companions** - 371:24
  **company** - 437:19, 469:20, 480:20
  **compassionate** - 349:5, 350:21,
393:7, 393:11, 400:14, 400:16, 400:17,
425:7
  **compensated** - 393:1

**complete** - 405:5
  **completely** - 366:4, 404:8
  **complicated** - 491:2
  **composure** - 382:13
  **computer** - 377:5, 377:8, 377:14,
428:1, 441:19, 448:21
  **Computer-** 345:25, 481:2
  **Computer-assisted-** 345:25
  **computers** - 481:3
  **concentrate** - 457:12
  **concentrating** - 481:23
  **concerned** - 391:18
  **concerning** - 400:24
  **concluded** - 399:7, 420:7, 424:15
  **concludes** - 394:12
  **conduct** - 446:22
  **confess** - 393:19
  **confidential** - 420:12
  **confirm** - 465:12
  **confusion** - 460:12
  **connect** - 453:14
  **connection** - 430:15, 446:7, 453:18,
474:11
  **connections** - 381:5
  **conscience** - 374:23, 374:25, 417:22,
435:13, 447:10, 448:13
  **conscious** - 448:10
  **consecrate** - 468:7
  **consequences** - 368:6
  **consider** - 437:6
  **considers** - 378:24
  **conspiring** - 395:9, 396:3, 396:23
  **constant** - 376:15
  **contact** - 362:6, 430:16, 444:15,
444:20, 445:5, 445:15, 445:16, 446:20,
458:25, 465:19, 465:20, 466:25, 466:2,
466:18, 471:8, 477:20, 481:21
  **contacting** - 422:18, 422:25
  **contemplated** - 492:2
  **context** - 419:20, 421:10, 421:16
  **continual** - 457:9
  **continue** - 363:16, 416:19, 426:15,
434:13, 471:10, 481:1, 481:11
  **Continued-** 421:21, 423:20, 473:6
  **continued** - 355:3, 396:11
  **continues** - 424:14
  **continuing** - 446:3
  **continuity** - 460:25, 491:5
  **Contract-** 436:6
  **contradicted** - 492:4
  **control** - 461:24
  **convalescence** - 410:7
  **conversation** - 384:9, 393:20,
393:21, 394:15, 394:19, 394:20, 395:1,
399:11, 399:14, 399:23, 419:20,
424:19, 435:25, 438:8, 476:5, 476:11,
482:15, 482:17, 482:23
  **conversing** - 394:4, 438:13, 438:15
  **converted** - 348:2
  **cooperate** - 354:11, 358:5, 390:17
  **cooperating** - 428:8
  **coordinate** - 376:3, 386:3
  **copy** - 400:17
  **corn** - 398:3, 398:11
  **correct** - 348:24, 491:10
  **Correct-** 347:3, 427:22, 491:13
  **cost** - 409:6, 409:7, 409:10, 409:11,
410:5, 410:6, 410:7, 410:10, 410:11,
410:12, 410:14
  **Coughs** - 485:18
  **could've** - 364:1
  **couldn** - 398:20
  **counsel** - 490:24, 491:2, 491:7
  **count** - 350:23
  **countries** - 367:21, 378:23, 446:23
  **country** - 355:18, 375:6, 386:14,
430:4, 430:10, 430:13, 430:18, 460:14
  **course** - 354:12, 358:17, 358:18,
360:9, 373:12, 376:16, 380:22, 380:23,
380:24, 386:2, 391:8, 424:24, 431:12,

432:4, 432:24, 432:25, 433:8, 434:2,
435:20, 436:12, 440:19, 441:2, 441:11,
442:22, 444:13, 444:18, 445:16,
445:20, 447:4, 447:7, 447:12, 448:19,
449:5, 450:17, 455:12, 456:19, 462:17,
463:16, 465:24, 468:12, 468:13,
469:19, 484:18
  **court** - 384:15, 388:12, 423:1, 424:6
  **Court-** 345:1, 345:22, 345:23, 346:3,
345:5, 346:9, 346:14, 346:25, 347:2,
385:7, 385:10, 385:15, 385:17, 394:17,
395:3, 399:9, 399:21, 420:14, 421:1,
421:4, 421:8, 421:12, 421:15, 421:18,
422:3, 422:6, 422:9, 422:11, 422:14,
422:20, 422:22, 423:5, 423:7, 423:8,
423:15, 424:1, 472:20, 473:1, 474:3,
474:14, 474:16, 474:24, 475:12,
475:17, 475:19, 476:6, 489:18, 489:20,
489:25, 490:3, 490:7, 490:9, 490:15,
490:21, 490:24, 491:6, 491:12, 491:14,
491:16, 491:20, 491:22, 492:7
  **Courthouse-** 345:4
  **courtroom** - 346:13, 385:12, 385:16,
421:19, 422:13, 472:25, 475:18, 489:24
  **cover** - 427:19, 458:24, 460:3
  **covering** - 354:17, 354:19, 410:10
  **cowards** - 480:6
  **Cr-03-372-** 345:3
  **craft** - 371:18
  **crazy."** - 398:2
  **create** - 388:18, 390:5, 457:13
  **created** - 483:6
  **crises** - 359:17, 359:21
  **Csr-** 345:22
  **cued** - 474:18
  **cues** - 475:4
  **cursed** - 461:18
  **custody** - 474:6
  **cut** - 399:19, 461:1

## D

  **daily** - 374:15, 374:24
  **danger** - 469:7
  **Dar-** 356:3, 356:5
  **data** - 441:19
  **date** - 458:3
  **dates** - 460:11
  **daughter** - 415:19
  **days** - 359:25, 465:5, 469:12
  **dead** - 478:1
  **deal** - 358:19, 377:20, 382:7, 429:19,
432:7, 437:12, 452:25, 453:2, 453:6
  **dealing** - 440:18, 457:13, 462:1
  **dear** - 349:7, 349:13, 401:18, 408:8,
481:12
  **Dear-** 349:23, 393:17
  **death** - 433:11, 435:15
  **Death-** 417:25, 418:2
  **decide** - 412:10, 428:2, 452:8
  **decided** - 352:7
  **deed** - 364:24
  **deeds** - 350:24, 361:5
  **deepening** - 411:16
  **defend** - 355:3, 418:10
  **Defendant-** 345:19
  **defendant** - 491:5
  **Defendants-** 345:7
  **defendants** - 347:6, 394:15, 394:18,
395:2, 399:12, 420:12, 476:3, 482:18,
491:16
  **Deft-** 345:20, 345:21
  **deliver** - 428:13, 436:21, 436:22
  **delivery** - 477:22, 477:23
  **demonstration** - 488:7
  **deny** - 487:23
  **Department** - 422:19, 422:25
  **deposit** - 456:15, 458:12
  **deposited** - 457:18
  **derived** - 372:1

designate - 403:2
designed - 483:15
destiny - 431:10
details - 369:5, 369:8, 369:11, 369:17, 427:24
Dhabi - 488:8
dialing - 486:2
didn - 431:21, 434:6, 441:18, 441:19, 444:17, 479:9
die - 382:1, 382:3, 433:22, 434:1, 463:24
died - 364:4, 373:3, 373:5
difference - 437:21, 481:19, 490:21, 492:7
Different - 457:4
different - 372:4, 372:6, 386:24, 440:6, 455:17, 455:18, 456:13, 457:4, 457:5, 457:15, 457:16, 469:6, 469:21, 491:21, 491:22
difficult - 367:7, 406:11, 431:12
difficulty - 455:13, 483:9
Digging - 411:8, 411:12, 411:17, 411:18, 411:19, 411:22
digging - 411:11, 411:21
Dinner - 400:7
dinner - 419:3
direct - 465:13
directed - 434:17
direction - 354:18
direction." - 354:21
directly - 379:23, 454:16, 454:24, 455:1, 481:21
director - 462:12
disappeared - 363:12, 363:24
discouraged - 375:14, 391:3
discriminated - 354:25
discuss - 407:7, 424:3, 427:21, 430:7, 436:13, 444:24, 445:4, 449:4, 489:22
discussed - 392:12, 404:21
discussion - 491:8
display - 441:6, 441:7
disposal - 457:20
disputing - 428:17
disregard - 460:12
distanced - 428:19
distant - 388:4
District - 345:1
divide - 407:3, 407:15, 416:24
divided - 374:7
divorced - 391:9
Doctor - 487:24
doctor - 419:25, 471:8, 471:19
Doctors - 389:7
doesn - 395:16, 408:1, 420:1, 429:24, 430:25, 433:9, 436:13, 436:16, 441:8, 442:3, 442:5, 448:20, 452:7, 452:15, 481:12
Dollar - 377:1
dollar - 377:2, 456:1, 458:19
dollars - 477:9
Don - 406:13, 414:2, 481:15
don - 377:18, 390:21, 398:10, 399:5, 408:14, 414:5, 417:9, 418:6, 418:12, 418:24, 431:4, 433:13, 434:3, 437:6, 437:12, 446:7, 455:23, 458:23, 459:23, 460:6, 460:15, 461:23, 465:10, 465:22, 468:13, 468:14, 478:1, 478:2, 479:20, 481:7, 484:5
done - 354:23, 366:3, 368:10, 368:14, 368:17, 386:10, 392:20, 403:17, 436:1, 441:12, 445:24, 450:18, 450:22, 453:17, 455:1, 469:9, 473:1, 476:15, 485:12
done?" - 461:19
door - 395:14, 480:8
doors - 349:15
double - 348:21, 350:25
double-check - 348:21
double-checking - 350:25

doubt - 364:1
dough - 398:16
down - 369:18, 381:18, 390:24, 400:2, 400:10, 418:6, 424:6, 426:19, 427:8, 427:9, 460:9, 466:21, 467:6, 473:3
do" - 368:7
Dr - 360:8, 470:20
draw - 407:16, 407:17
drawing - 377:2
Driscoll - 345:22
drunk - 378:16
during - 371:23, 462:21, 484:21
duties - 360:10
duty - 353:15, 353:16, 354:6, 354:8, 354:10
Dvd - 394:9

## E

e-mail - 466:15, 466:16, 466:18
early - 399:19, 489:21
Easier - 415:23
easier - 405:22
East - 345:23
Eastern - 345:1
easy - 367:6, 406:3, 406:9, 446:12, 459:2, 483:5
eat - 356:1, 370:17, 392:21, 392:24, 410:8
eating - 392:23
economics - 371:9
educating - 401:13, 401:20, 401:25, 402:16, 403:10, 403:18, 403:20, 406:15, 407:13, 407:18, 449:2
Educating - 401:15, 402:2, 402:22, 410:17
educating...educating...for - 403:20
education - 368:23, 402:21, 403:5, 403:6, 403:8, 403:9, 427:13
Education - 407:1
education... - 429:11
effort - 381:25
efforts - 351:7, 357:9, 374:7, 393:1, 417:9
Egypt - 488:3
Egyptian - 363:12, 363:21, 487:25, 488:1, 488:4
eight - 426:2, 476:2
eighties - 359:20, 359:22, 359:24, 360:1
either - 372:9, 432:6, 466:11, 485:9
elderly - 402:7, 402:9, 402:15, 403:1, 403:17, 407:24, 407:25, 408:20, 408:21, 410:25
elderly...how - 410:25
electrician." - 399:3
electricity - 486:9, 486:10
Elfgeeh - 458:12, 468:13
elucidator - 348:18
embarrassing - 458:21
emerge - 355:13
emigrants - 358:8
Emirates - 488:15
Emm - 398:7, 398:17, 415:14
emotional - 391:10, 391:22
employee - 445:14, 445:24
enabling - 403:18
encompassed - 410:5
End - 394:9, 423:17, 472:16, 482:11, 489:17
end - 355:6, 419:6, 419:7, 419:8, 435:24
ended - 365:16, 393:16
endorse - 459:17, 459:19
endorsed - 457:19
endowed - 447:19
endurance - 350:23
endure - 352:12, 352:15
enduring - 349:18

enemy - 367:25, 368:1, 374:19, 360:19
Enemy - 368:2, 368:3
engineering - 486:18
English - 348:7, 421:10, 421:15, 442:6, 457:24, 460:9
enjoyed - 394:4
enter - 396:5
enters - 346:13, 385:16, 422:13, 475:18
enthusiasm - 462:21
entire - 407:17, 440:2, 446:5, 457:19, 477:23
entirety - 463:18
entities - 401:11
enumerating - 452:9
envied - 461:19
equal - 408:23
equipment - 374:20, 375:5, 383:6, 402:18, 402:20, 409:7
erase - 393:20
errands - 361:16
escaped - 396:1, 396:11
especially - 433:14, 442:23, 462:5, 462:22
Esq - 345:19, 345:21
Esquire - 345:13
establishing - 371:14
esteem - 387:5
etc - 386:11
evening - 394:21, 464:14
event - 463:18, 463:21
everywhere - 425:3, 426:5
evidence - 347:2, 424:18
exact - 403:2
exactly - 451:16
Exactly - 485:5
example - 368:5, 374:7, 376:11, 388:12, 389:21, 390:3, 396:16, 397:9, 397:15, 398:2, 398:14, 398:17, 401:17, 404:12, 405:14, 405:15, 407:12, 407:14, 407:18, 407:22, 409:25, 418:9, 418:19, 419:24, 430:5, 436:21, 440:23, 448:20, 452:5, 453:13, 455:21, 456:12, 459:15, 459:18, 468:8, 484:6, 484:7, 485:16
example...now - 390:15
example...we - 404:22
examples - 436:15, 437:2
examples... - 412:2
example...or - 409:7
exceed - 457:16, 458:17
exceeds - 458:19
excellent - 348:13, 348:18, 456:17
except - 353:18, 361:15, 395:24, 489:15
exchange - 362:6
exchanges - 389:15
exciting - 472:21, 475:13
Excuse - 359:8
excuse - 458:10
Exhibit - 394:14, 394:25, 399:11, 399:23, 420:11, 424:10, 424:18, 476:1, 476:10, 482:14, 482:22
exhibit - 399:18
exigent - 468:9
exist - 457:3
expects - 444:18
expedite - 357:9
expense - 430:11
experience - 438:24, 459:24
experiment - 450:18
explain - 350:5, 350:19, 367:13, 391:8, 411:2, 412:11, 417:1, 436:14, 437:1, 445:17, 447:7, 450:24, 456:18
explained - 462:3
explained... - 430:4
explanation - 348:19, 350:18, 351:24
explosives - 447:19
express - 391:6

expressing - 462:21
expression - 422:10
expressions - 475:5
extent - 347:9, 361:7, 391:10
extremely - 360:3, 391:18
eye - 396:23, 443:18

## F

Fa- 352:20, 352:23
fabric - 402:23, 403:11, 410:20
face - 367:24, 422:10, 480:8
facilitate - 349:14
fact - 437:11, 492:5
fairness - 491:5
faith - 489:1
faith...they - 488:24
faithful - 353:6, 353:14, 375:11, 461:6, 461:21
faithful" - 461:22
Fajar- 426:3
Fallnuzil- 350:15
faiyathin - 350:13
familiar - 467:7
families - 361:9, 372:9, 372:12, 372:20, 372:25, 373:13, 373:24, 374:1, 384:15, 387:4, 387:14, 387:15, 387:23, 426:25, 429:9, 451:11, 451:23, 451:24, 452:4, 466:21, 467:15
families' - 373:14, 383:24
families...the - 384:15
family - 373:11, 383:2, 410:8, 452:5, 467:4
far - 365:25, 366:1, 366:2, 395:14, 488:20
farfetched - 479:2
Farouq- 470:15, 470:16
Fatah- 429:7, 429:14, 437:4, 437:5, 437:6
Fath- 429:20
father - 433:20
father's - 378:17
Fatwa(s- 370:12
fax - 466:7, 466:12, 466:19
Fayatawakalune- 352:21, 352:22
Fbi- 474:5
Fear- 375:11
fear - 435:15
fearing - 395:5
fears - 443:21
feasible - 454:14
February- 345:8
fee - 392:14
Fee- 350:13
feed - 387:23
feeding - 456:3
fees - 392:13
felt - 417:16
few - 372:7, 465:5, 490:4
fi - 374:6, 375:1, 380:18
Fi- 353:17, 392:20
fida'i - 380:19
field - 355:9, 355:10, 372:4, 428:3, 432:13, 432:23, 447:22, 447:23, 448:5, 448:6, 451:1, 478:1, 478:4, 478:7, 478:20, 478:21, 482:25, 483:17, 483:20, 484:6, 484:7, 484:17, 484:20, 486:9, 486:18, 486:22, 487:20
field...that - 484:18
fields - 375:17, 375:18, 448:5, 481:4
fifth - 369:3, 408:4
fifty - 404:15, 405:18, 457:17, 458:17, 458:19, 476:20, 477:1, 477:13, 477:17
fight - 351:17, 351:21, 380:19, 443:24, 488:25
fighting - 354:24
final - 366:21, 389:9
finalize - 432:3
financial - 374:20, 386:1, 430:25, 444:16, 447:16

financially - 359:4
financing - 372:19
fine - 346:12, 348:25, 396:18, 423:14, 423:16, 452:11
Fine- 401:12
finish - 393:5, 416:21, 471:10, 489:25, 490:3
Finish- 490:4
fire - 484:25
firm - 451:13, 451:17, 452:13
first - 358:3, 365:12, 367:5, 367:16, 367:18, 369:13, 370:1, 378:15, 380:21, 382:19, 386:3, 387:2, 387:7, 387:10, 390:3, 391:9, 414:18, 447:9, 454:17, 454:18, 454:20, 455:18, 455:21, 455:25, 458:17
First- 371:1, 381:8, 401:5, 460:22, 467:25
fit - 383:9, 383:12, 486:13
five - 367:3, 369:10, 377:25, 385:10, 401:22, 402:2, 404:23, 426:1, 426:6, 426:19, 452:6, 460:20, 472:22, 474:17, 475:15, 475:23, 476:25, 477:5, 477:7, 477:8, 477:9, 477:10, 477:17, 479:16, 480:10, 480:25, 487:11
Five- 402:4, 477:4, 477:6, 477:8, 477:11, 477:12, 477:13
flames - 349:24
flexible - 462:1
fluent - 446:22
focus - 432:5, 475:1
foes - 431:18
folds - 377:3
follow - 460:3, 477:24, 488:24
follow-up - 477:24
followers - 357:8, 357:18, 358:9, 437:7
following - 346:1, 422:1, 422:16, 474:1
follows - 429:9
food - 421:4, 429:11
football - 438:11, 438:12
forbid - 433:11
forbidden - 392:23
force - 488:25
forgive - 349:14, 382:1, 382:3, 382:11, 382:20, 461:10
Forgive- 382:9
forgiveness - 393:8, 393:11, 393:18, 461:13, 461:16, 472:9, 472:10
Forgiveness- 382:5
forgot - 346:15, 346:17, 364:14
formal - 423:3
forth - 401:25, 407:14, 478:19, 492:9
for... - 411:23
for...what - 398:16
foundation...it - 478:5
four - 394:13, 422:7, 433:1, 460:20, 461:15, 479:16, 480:10
Four- 347:1, 480:24
fourth - 353:19, 368:19, 368:20, 408:1, 408:3, 461:16
France- 445:8
Frankfurt- 469:4, 471:3
free - 476:15
freedom - 355:2
Friday- 346:19, 346:20, 397:1, 397:3, 416:20, 445:12, 465:1
Friday." 397:9
fridge - 377:11
friend - 397:17
friends - 356:13, 361:7, 361:9, 376:23, 425:15, 431:18, 443:15
front - 365:1, 378:6, 382:9, 395:6, 417:4, 417:6, 436:23, 441:3, 441:12, 452:9, 467:12
fulfill - 360:10
fully - 380:16
funds - 458:23, 460:3, 460:6, 490:13
funny - 475:6

future - 387:19, 387:21, 409:22, 431:5, 431:7, 431:9, 431:22, 431:24, 446:4, 453:21, 463:20

## G

gain - 355:2
gas - 378:14
gather - 349:24
gathered - 349:23
general - 448:4, 476:14
General- 403:14
generally - 406:22
generation - 370:13, 484:21, 484:23
generations - 387:20, 387:21, 387:23, 484:23
generosity - 349:24
generous - 378:8
gentlemen - 346:14, 385:11, 424:1, 472:22, 475:19, 475:20, 489:20
German- 490:4
Germany- 431:13, 469:14, 490:5
gestures - 475:4
given - 351:17, 351:21, 372:25, 381:6, 383:5, 399:18
glad - 425:17, 441:1
glorified - 349:8
glorious - 381:16
Glory- 356:14, 377:12, 382:10, 393:23, 426:6, 426:8, 464:6, 472:3, 472:4
glory - 464:6
goal - 354:15, 361:1, 364:20
God- 347:18, 348:20, 349:3, 349:4, 349:7, 349:10, 349:13, 349:14, 349:23, 349:25, 350:21, 350:23, 351:5, 351:6, 351:19, 352:7, 352:13, 352:17, 352:18, 352:19, 353:4, 353:9, 353:14, 353:17, 353:19, 353:21, 354:5, 354:7, 354:15, 355:17, 365:24, 366:14, 357:1, 357:4, 357:5, 357:7, 357:8, 357:10, 357:12, 357:13, 357:16, 357:24, 359:14, 359:15, 360:15, 360:20, 361:3, 361:5, 363:3, 363:19, 364:15, 364:20, 364:23, 365:1, 365:9, 365:18, 366:18, 366:21, 367:11, 368:7, 368:9, 368:11, 368:13, 368:20, 369:12, 373:17, 375:11, 375:17, 376:2, 378:8, 380:17, 380:21, 381:4, 381:9, 381:15, 381:17, 382:5, 382:9, 382:10, 383:2, 383:15, 386:7, 386:24, 387:1, 387:2, 389:2, 391:20, 391:25, 392:7, 392:9, 392:21, 393:17, 393:18, 393:20, 394:3, 394:6, 394:8, 397:15, 397:25, 398:3, 398:14, 400:13, 400:15, 400:16, 408:5, 408:6, 408:23, 416:5, 416:12, 416:13, 416:25, 417:4, 417:6, 417:8, 425:5, 425:9, 425:11, 425:13, 425:18, 425:19, 425:20, 428:3, 428:4, 428:5, 430:1, 431:11, 432:2, 432:16, 433:10, 433:21, 433:25, 434:9, 435:5, 435:6, 435:7, 435:9, 435:12, 435:15, 435:18, 435:24, 436:3, 436:4, 438:17, 441:12, 441:17, 442:21, 443:4, 443:25, 444:10, 444:11, 445:10, 445:11, 445:25, 446:25, 447:2, 447:9, 447:13, 447:14, 447:21, 448:14, 448:15, 449:2, 449:21, 451:2, 451:4, 458:12, 459:22, 460:16, 460:22, 460:23, 461:20, 461:22, 461:25, 462:19, 463:17, 463:19, 463:24, 464:1, 464:2, 464:4, 464:5, 464:8, 464:7, 464:24, 465:1, 465:4, 472:3, 472:4, 472:5, 472:6, 472:7, 472:8, 481:19, 483:17, 483:18, 483:21, 483:25, 484:2, 484:3, 488:12, 488:19
god's - 364:17
God's- 350:8, 353:12, 357:22, 369:4, 370:2, 374:18, 374:24, 375:18, 388:6, 483:2, 483:4
God=s- 353:22, 355:22

Godly - 429:15
Goodbye - 481:13
Goodman - 345:19, 385:9, 422:12, 422:17, 422:24, 423:16, 473:3, 474:13, 474:15, 475:7, 475:10, 475:16, 490:10, 490:16, 490:19, 490:22, 491:8, 491:9, 491:10, 491:13, 491:23, 492:8
goodness - 354:5
government - 346:23, 355:2, 355:7, 374:13, 420:10, 424:9, 424:17, 436:24, 441:3, 444:8, 476:9, 482:13, 482:21
Government - 345:13, 420:11, 424:18, 482:14
Government's - 394:14, 394:25, 399:10, 399:23, 424:10, 476:1, 476:10, 482:22
graduate - 372:6
graduated - 372:3
grandfather - 413:2
grant - 435:7
great - 349:3, 358:19, 359:14, 359:15, 380:2, 428:6, 443:13, 452:14, 463:21
Great - 347:18
greater - 356:23
greatest - 448:4
green - 388:14, 443:6, 444:15, 444:19, 454:19
greetings - 355:22
group - 369:11, 370:6, 370:7, 406:19, 462:4, 462:17, 462:18, 491:21
Guantanamo - 384:3, 451:21
guarantee - 454:21
guard - 395:5, 395:7
guards - 395:21, 395:22
guess - 492:1
guests - 433:13, 433:14, 434:11
guidance - 408:5, 408:6
guided - 363:5
guy - 361:24, 362:20, 439:6

**H**

had...he - 404:21
hadatna - 352:6
Hadda - 389:15, 392:7, 468:19, 469:3, 469:4, 471:1, 471:2
Hadeeth - 353:25, 393:13, 393:15, 393:17, 438:9, 438:13, 442:13, 461:20
Hadith - 369:2, 419:10
Haj - 351:9, 351:11, 397:16, 470:4
haj - 469:12
Haj.[tn:al - 351:9
Hajr - 470:5, 470:6, 470:7, 470:8, 470:9, 470:10
half - 421:3, 422:3, 487:12, 487:13, 491:25
Hamas - 361:24, 363:5, 363:17, 376:1, 376:4, 376:12, 376:23, 377:19, 379:3, 379:19, 379:20, 379:22, 383:16, 386:3, 386:5, 386:10, 388:3, 428:10, 428:19, 430:5, 430:7, 430:25, 432:5, 432:11, 432:21, 436:22, 440:1, 440:11, 443:15, 443:18, 444:14, 448:23, 449:5, 449:10, 453:9, 453:19, 454:13, 455:7, 459:8, 459:15, 462:10, 462:11, 462:14, 465:13, 466:15, 478:13, 478:14, 481:23, 481:24, 481:25, 482:1
Hamdu - 381:14, 388:25
Hamid - 415:15
Hamoud - 470:20
hand - 397:22, 402:25, 423:11
Hand- 472:1
hands - 381:12, 435:12, 456:6, 480:9
happened?" - 396:2
happier - 425:22
happy - 357:5, 425:21, 442:20, 462:20, 463:21
hard - 374:3, 490:20
hardship - 352:12
hardships - 349:18

Hasan - 484:22, 487:25, 488:5
Hassan - 345:5, 414:15, 414:17, 414:21, 423:4
hastily - 460:13
head - 471:4
hear - 357:18, 479:4
heard - 395:20, 482:15, 482:23
heart - 480:17
heaven - 349:20, 349:24, 368:13, 368:15, 368:16, 382:16, 382:17, 444:1, 444:2, 447:11
heavy - 387:16
Heinemann - 423:11
held - 365:1
hell - 349:21
Hello- 355:16
help - 349:17, 353:15, 353:16, 354:9, 357:4, 357:10, 363:19, 368:20, 374:24, 375:4, 381:17, 382:24, 384:10, 384:13, 384:20, 428:4, 433:21, 440:24, 443:6, 452:9, 461:20, 461:22, 483:19
helped - 364:11
helpful - 422:18
Helping - 410:3
helps - 355:5
Hence - 468:23
here?...three - 486:25
he... - 405:4
higher - 362:18
him - 486:24
him." - 395:13
himself - 381:6, 396:15, 444:5, 464:14, 483:22, 489:7
him... - 412:11, 444:24
him...i - 416:6
hip - 366:9
hired - 384:16
hold - 474:14
hole - 354:17, 354:19
Holly - 345:22
Holy- 376:7
home - 365:12, 371:8, 371:9, 402:23, 419:19
honest - 375:10, 380:15, 383:6, 450:11
honesty - 381:9
Honor - 346:4, 346:22, 347:4, 385:4, 385:9, 394:12, 394:24, 399:18, 420:10, 421:3, 421:9, 422:17, 423:9, 424:9, 472:18, 474:6, 475:25, 482:13, 489:19, 490:18, 491:3, 491:4, 491:15
honor - 428:6
Honorable - 345:10
honored - 349:8, 380:22
hope - 380:17, 382:18
hot - 348:1
hotel - 464:17, 464:18, 465:3, 476:3, 486:24
hour - 399:14, 416:18, 421:3, 422:3, 475:11, 482:14, 487:12, 487:13
hour's - 474:20
house - 398:18, 440:23, 440:25
houses - 429:10
Howard- 345:19
huh...the - 461:16
Hum - 434:18
hundred - 404:23, 476:25, 477:5, 477:7, 477:8, 477:10, 477:15, 477:16

**I**

I...we - 404:21
Iaam - 440:6
Ibrahim - 352:2, 413:14, 413:24, 413:25, 414:20, 414:23
Idea - 364:16, 376:9, 376:19, 403:25, 419:10, 429:24
idea... - 484:6
identification - 413:5, 413:11, 413:12, 413:18, 413:21, 413:22,

414:11, 414:14
identify - 381:6, 442:4
ideology - 484:22
ignorant - 355:13, 367:20
ila - 357:24
ila - 351:19
ilah - 357:23
ilayka - 393:8
Imam - 365:2, 395:24, 470:1, 484:21
imams - 364:12
immediately - 391:15, 438:9, 440:24
immigrated - 358:10
important - 355:11, 367:7, 386:23, 406:2, 412:15, 427:2, 456:7, 458:16, 459:11, 461:12, 463:22, 466:1, 470:24, 470:25, 475:9
imprisoned - 364:4, 384:18
improve - 483:17
incarcerated - 441:22, 467:9
incidents - 359:23
include - 371:17
included - 387:24, 388:1
includes - 371:15, 371:21, 449:25
including - 401:4, 406:23
inclusive - 403:15
income - 489:10
independent - 429:21
indicate - 468:1
indirectly - 364:11
individual - 459:20
individuals - 446:23, 457:15, 458:14
informants - 420:12
information - 373:14, 383:25, 386:9, 453:19
informed - 422:17, 457:17
inherit - 368:14, 368:16
initial - 446:20
initiate - 384:16
inside - 380:5, 380:6
inside - 386:14, 386:16, 386:17, 388:7, 444:7, 463:23
instead - 392:23, 403:9, 404:10
Instead - 404:15
intelligence - 441:25
intelligent - 370:16
intent - 361:1
interest - 462:1
interests - 486:19
interior - 436:22
intermediary - 481:18
international - 457:6
Internet - 466:6, 466:8, 466:12
internet - 378:4, 466:17
Interpal - 437:14, 437:16, 437:18, 437:21, 438:22
Interpol - 437:15, 437:22
interpretation - 419:11
interrupted - 385:1, 491:23, 491:24
investigations - 366:3
involves - 347:6, 351:4
Iranian - 439:18
Iraq - 430:14
iron - 484:7, 484:9
is." - 398:11
Isam - 438:25, 439:7, 439:8, 439:11, 439:12, 440:5, 440:6, 440:8
Islam - 349:2, 354:18, 354:20, 355:4, 355:13, 357:25, 366:22, 368:2, 374:13, 374:14, 374:19, 432:9, 440:12, 449:2, 463:18, 483:17
Islam.(laughs - 368:3
Islamic - 359:7, 359:10, 359:11, 367:21, 369:6, 369:9, 432:21, 442:6, 442:9, 443:16, 449:11
Islamiya - 436:19
isn - 412:18
isn - 477:14
Israelis - 374:13
issue - 369:1, 372:19, 373:2, 384:23, 455:16, 491:7

issued - 423:1, 440:24
issues - 424:3, 491:24
is... - 405:12, 419:21
is...,which - 405:12
is...if - 409:25
is...it - 407:22
is...known - 410:1
it." - 483:6
item - 407:22, 408:1, 408:3
item...uh... - 408:5
item...write - 408:1
itself - 469:25
it... - 403:13
it...digging - 411:24
it...not - 419:9
it...tsk - 403:12
it...we - 411:24
izzi - 485:20

## J

Jacobs- 345:19, 385:4, 421:9,
421:13, 421:15, 490:16, 490:18,
490:23, 491:1, 491:4, 491:24, 492:2
Jamiya- 376:5
January- 347:5, 394:19, 395:2,
399:13, 399:24, 420:13, 424:11, 476:3,
482:15, 491:16
Jeffrey- 345:17
Jews- 357:9, 488:22
Jg- 345:3
jihad - 449:11
Jihad- 350:23, 351:4, 353:17, 354:13,
354:14, 356:23, 356:24, 357:1, 361:2,
374:21, 374:22, 375:1, 378:24, 380:6,
426:11, 432:9, 432:13, 437:9, 440:2,
440:14, 444:2, 447:19, 448:5, 448:19,
448:24, 448:25, 449:1, 449:2, 456:22,
484:23
Jilani- 356:4, 356:7, 356:11, 356:19
Jilani's- 356:6
job - 445:24, 452:7
jobs - 374:4
Johnson- 345:10
join - 379:23, 431:2
Jonathan- 345:21
Jordan- 380:13, 436:20
Jr- 345:10
judge - 368:21, 424:3
juice - 410:7
Juror- 385:5, 385:8, 421:17
jurors - 346:10, 346:24, 385:4
jury - 345:11, 346:2, 346:5, 421:9,
422:2, 424:4, 474:2, 475:17
Jury- 346:13, 385:12, 385:16, 421:19,
422:13, 472:25, 475:18, 489:24

## K

keep - 396:23, 400:18, 402:18, 415:8,
438:13, 438:14, 441:16, 442:21,
445:25, 453:10, 460:7, 461:5, 461:8,
486:2, 491:6
Keep- 489:22
keeping - 382:19
Kelly- 345:16
Kenya- 431:14, 431:15, 431:18,
431:19
kept - 491:4
Khaled- 362:2, 362:3, 362:8, 362:9,
363:1
Khalid- 444:21, 481:21, 481:22
Khashanti- 439:14
Khashshani- 439:7, 439:9, 439:11,
439:13, 439:15, 439:16, 439:17, 440:5,
440:6
khawlani - 414:24, 415:3
Khurda- 348:15
ki - 352:25
Kidam- 397:12

killed - 350:11, 350:22, 351:12,
351:13
killing - 374:14
kind - 351:3, 423:8, 436:18, 448:23,
449:11, 470:21
kindness - 349:25
kinds - 447:19
know...my - 390:21
knowing - 391:22
knowledgeable - 359:6
known - 356:7, 384:4, 405:5, 410:17,
415:5, 415:6, 437:10
knows - 357:14, 361:14, 361:15,
363:13, 366:15, 370:13, 381:4, 392:8,
417:18, 429:22, 430:25, 431:2, 433:2,
433:15, 441:14, 445:20, 464:11
Knox- 345:17, 347:8, 347:11, 385:18,
395:4, 420:16, 424:20

## L

lack - 455:14, 460:2
lacking," - 397:13
lacking." - 397:11, 397:13
Laden- 357:10, 358:23, 358:24,
359:2, 383:5, 428:7, 428:9
ladies - 346:14, 385:10, 424:1,
472:22, 475:19, 475:20, 489:20
lady - 365:14
lanasbirana - 352:9
language - 449:3, 485:17
languages - 448:22
languages." - 483:13
laqadir - 351:16
large - 362:21, 374:6, 386:24, 390:14,
401:24, 402:19, 407:15, 411:13
last - 356:16, 369:3, 372:19, 381:23,
386:4, 389:13, 390:7, 394:20, 405:6,
405:17, 415:1, 447:1, 447:11, 458:20,
458:21, 461:23, 472:2, 476:4, 491:24
late - 472:2
lately - 488:14
later...yeah - 408:2
latest - 359:23
Laugh- 380:8, 450:4
laugh - 356:20, 378:17, 394:2, 475:8
Laughing- 388:23, 442:19, 463:12,
463:13, 463:14, 471:7
laughs - 363:9, 436:6
Laughs- 381:23, 414:3, 436:7,
443:23, 463:20, 480:3, 485:4, 489:12
law - 424:3, 451:13, 451:17, 452:13,
488:21
Law- 359:7
laws - 357:19
Laws- 359:10, 359:11
lawsuits - 384:16
lawyer - 384:14
lawyers - 360:16, 384:5, 384:11,
394:12, 384:16, 387:16, 424:3, 451:10,
451:25, 452:1, 452:14
laying - 410:14
Lead- 349:20
leaders - 428:13, 480:4
learn - 355:11, 358:5, 370:23, 371:4,
371:6, 371:9, 402:24, 420:6, 450:19,
468:4, 483:13
learned - 384:17, 442:18
learning - 402:10, 402:16, 449:1
least - 421:3, 450:7
leave - 350:10, 396:4, 401:8, 411:1,
412:7, 428:9, 464:23, 474:17, 487:11
Leave- 367:18, 411:24, 415:7
leaves - 355:25, 385:12, 421:19,
472:25, 489:24
leaving - 398:23, 465:8, 491:8
Lebanese- 439:19
Lebanon- 380:13, 430:14, 436:20,
440:16, 440:17
left - 365:12, 387:3, 479:5

length - 476:2
less - 455:11
letter - 417:10
letters - 460:9
letting - 422:25
LI- 381:14
lie - 375:12, 381:18
lieutenant - 422:22
life - 368:5, 434:20, 443:16
lifetime - 378:16, 378:17
light - 388:14, 443:6, 444:15, 444:19,
454:19
lighter - 360:19
lighting - 399:2
lilathin - 351:11
limited - 431:2
linasbirana - 352:11
line - 450:25
lines - 474:12
lining - 391:21
list - 452:3, 452:8, 456:8, 456:9,
456:10, 456:11, 465:17, 467:11
listened - 399:14
listening - 395:23, 419:8
live - 370:18, 468:3
lived - 488:2
lives - 366:22, 392:1
Living- 417:14
living - 368:22, 374:24, 387:23,
433:22, 489:6, 489:7
ll - 371:12, 377:25, 383:19, 397:9,
403:10, 403:12, 408:9, 411:16, 411:24,
412:6, 413:15, 414:14, 415:5, 417:1,
417:19, 418:23, 426:15, 427:15, 430:7,
430:15, 433:15, 435:8, 435:17, 435:19,
435:20, 441:12, 443:19, 444:18, 445:4,
445:8, 445:16, 445:19, 445:20, 445:25,
446:2, 446:9, 446:15, 446:16, 447:12,
449:17, 449:24, 450:16, 451:17,
452:25, 453:3, 453:8, 453:15, 454:7,
454:8, 454:10, 461:24, 465:1, 465:4,
466:19, 468:22, 468:25, 470:13,
470:14, 470:23, 471:4, 471:5, 471:6,
471:10, 471:15, 471:18, 476:14,
476:15, 477:20, 477:23, 478:14,
478:18, 479:5, 479:16, 480:10, 481:1,
481:5, 481:10, 481:11, 481:12, 481:19,
481:25, 482:6, 483:11, 483:12, 484:19
ll... - 427:7
local - 366:14
location - 354:19
locations - 443:11, 467:24
London- 437:13, 437:19
longtime - 492:3
look - 374:4, 392:7, 423:11, 444:15,
478:23, 484:19, 486:1, 486:8
Look- 419:21
looking - 392:5, 392:22, 423:3,
474:25, 475:3
looks - 423:12
look... - 408:12
Lord- 416:14, 416:15, 416:17, 417:14
Lord...oh- 416:17
lose - 441:8
lost - 441:23, 441:24
lost... - 419:18
loud - 389:8
low - 398:4
lu - 352:23
lunch - 487:1, 487:3, 487:4, 487:5,
489:15
Luncheon- 421:20

## M

machines - 402:1, 402:23, 403:11,
484:10
Madrasa - 371:12
Magdi - 489:4
Mahmoud - 470:4, 470:6, 470:8

Mahmud - 395:17
mall - 466:15, 466:16, 466:18
main - 353:20, 449:21, 453:18
maintenance - 412:1
majid - 489:5
majority - 447:20, 448:5
make...for - 484:6
malana - 352:3
maligned - 351:14
malik - 415:18, 415:19
malik...abd - 415:18
man - 356:4, 363:12, 365:13, 365:16, 365:17, 365:21, 444:5, 462:13, 462:14
manage - 445:14
manner - 367:11
manufacture - 484:9, 484:13, 484:14
manufacturing - 484:8
Marks - 345:21
Marks' - 491:19
Marshals - 490:11
martyr - 373:10, 463:24
martyrdom - 357:6, 357:7
martyrs - 372:10, 372:13, 372:14, 372:21, 373:3, 373:13, 387:15, 427:1, 436:23, 451:12, 451:24
Marzouq - 362:15, 362:16, 362:17, 362:22, 363:3, 363:10, 363:16, 363:23, 441:22, 441:24, 442:1
Massajins - 432:11
master - 349:6
matter - 368:20, 397:16, 408:1, 432:3, 435:23, 436:1, 459:16, 461:23, 466:11, 475:6, 479:14
matters - 361:8, 363:17, 372:7, 425:12, 468:25
matter...if - 477:19
Mauskopf - 345:13
maximum - 466:21, 467:12
me...l - 390:20
mean - 358:5, 371:19, 375:23, 377:25, 379:22, 387:9, 396:22, 397:10, 401:16, 405:22, 405:25, 409:22, 412:13, 415:2, 417:21, 418:4, 419:5, 425:15, 456:14, 478:4, 478:24, 484:13, 484:18
mean...when - 486:25
meaning - 350:5, 351:25, 354:3, 354:19, 354:24, 355:8, 406:16, 462:3
Meaning - 379:17, 404:20
means - 372:5, 381:12, 396:8, 396:17, 396:18, 397:12, 397:13, 397:22, 397:23, 397:24, 398:1, 405:4, 405:5, 408:13, 435:2, 477:14, 485:14, 487:11
Meanwhile - 478:19
mean... - 400:20
mean...from - 478:5
mean...i - 419:14
measure - 446:5
Mecca - 357:15, 357:23, 360:24, 364:12
mechanical - 345:25
mechanics - 486:11
medical - 402:20, 408:24, 409:3, 409:4, 409:6, 409:7, 410:12, 429:11
medications - 410:11
medications...and - 410:11
medicine - 371:10, 409:7, 409:8, 409:10, 409:11, 410:5, 410:12
Medina - 357:23
meet - 376:3, 380:23, 381:2, 381:4, 391:14, 391:20, 431:14, 444:20, 446:15, 450:9, 464:25, 465:1
meeting - 347:5, 347:11, 366:4, 381:9, 389:9, 391:1, 393:16, 420:11, 431:13, 446:16, 446:17, 476:2
meets - 396:15
member - 353:19
members - 467:4, 483:19
membership - 477:25

memorize - 370:17, 483:8
memorized - 364:7, 364:12
memorizes - 419:9
memory - 346:18
men - 356:25, 363:8, 367:11, 367:16, 370:6, 370:7, 372:3, 374:17, 374:18, 383:22, 387:4, 387:5, 387:19, 387:21, 387:22, 388:5, 389:15, 430:11, 433:20, 443:14, 480:12, 480:25
mental - 391:9
mention - 361:4, 373:18, 408:19
mentioned - 389:2, 369:10, 375:20, 391:2, 402:13, 492:1
mentioning - 362:20
merchant - 431:19, 431:21
Merchant - 431:20
merchants - 392:5
merciful - 349:4, 350:20, 393:7, 393:10, 400:13, 400:15, 400:17, 425:6
mercy - 349:5, 349:17, 349:24, 350:1, 350:6, 353:23, 353:24, 371:25, 397:25, 442:16, 483:4
Mesh - 444:21
Mesh'al - 362:2, 362:3, 362:8, 362:9, 363:1
Mesh'al - 481:21, 481:22
messenger - 432:17, 438:14
met - 360:23, 362:11, 365:13, 365:14
method - 389:21, 465:12
middle - 363:12, 405:11, 419:9, 481:16
might - 416:13, 419:9, 451:13, 460:1, 487:20
military - 438:22, 448:23, 478:10
million - 404:23, 411:13, 447:3, 449:16, 456:3
mind - 369:18, 374:15, 375:3, 378:20, 388:6, 434:3, 434:6, 489:23
mine - 445:24
minute - 366:5, 474:18, 475:21, 482:17
minutes - 385:10, 472:22, 475:12, 476:2, 476:4
missing - 475:3
mission - 361:22, 367:6, 374:5
missions - 361:17
mistake - 458:18, 460:12, 460:14, 461:9, 488:6
mistaken - 468:11
mistakes - 460:1, 460:11
misunderstanding - 426:14, 427:12, 427:17, 427:20
Moayad - 347:16, 347:18, 347:21, 347:24, 348:2, 348:5, 348:7, 348:11, 348:13, 348:15, 348:18, 348:20, 348:23, 349:3, 349:10, 349:13, 349:17, 349:20, 349:23, 350:8, 350:15, 350:17, 350:20, 351:6, 351:9, 351:12, 351:14, 351:20, 352:1, 352:5, 352:8, 352:11, 352:16, 352:19, 352:21, 352:24, 353:3, 353:5, 353:21, 354:4, 354:10, 354:16, 355:10, 355:16, 355:18, 355:20, 355:22, 356:6, 356:9, 356:20, 357:4, 357:6, 357:13, 358:2, 358:4, 358:7, 358:11, 358:17, 358:22, 358:24, 359:2, 359:4, 359:6, 359:9, 359:12, 359:16, 359:25, 360:2, 360:7, 360:17, 360:20, 360:21, 360:24, 361:3, 361:23, 362:1, 362:3, 362:8, 362:11, 362:12, 362:18, 362:23, 362:24, 363:1, 363:4, 363:9, 363:14, 363:19, 363:25, 364:4, 364:20, 364:23, 365:10, 365:25, 366:18, 366:20, 366:22, 366:23, 367:3, 367:5, 367:9, 367:15, 367:18, 367:23, 368:3, 368:4, 368:6, 368:9, 368:13, 368:16, 368:19, 368:24, 369:3, 369:7, 369:9, 369:13, 369:16, 369:20, 369:24, 370:1, 370:3, 370:5, 370:6, 370:9, 370:13, 370:15, 370:19, 370:21, 370:22, 371:1, 371:4, 371:8, 371:9,

371:11, 371:19, 372:3, 372:7, 372:13, 372:21, 373:2, 373:6, 373:9, 373:17, 373:25, 375:10, 375:16, 375:19, 375:22, 375:25, 376:12, 376:15, 376:21, 376:24, 376:25, 377:5, 377:8, 377:10, 377:14, 377:18, 377:21, 377:24, 378:4, 378:6, 378:8, 378:11, 378:14, 378:16, 378:24, 379:3, 379:6, 379:8, 379:13, 379:20, 379:22, 380:1, 380:5, 380:8, 380:13, 380:20, 381:8, 381:12, 381:17, 381:19, 381:21, 381:23, 381:25, 382:5, 382:9, 382:11, 382:16, 382:18, 382:20, 382:22, 382:23, 383:15, 383:18, 383:21, 384:6, 384:8, 384:12, 384:14, 384:19, 384:21, 384:25, 386:4, 386:7, 386:13, 386:16, 386:18, 386:21, 387:2, 387:9, 387:16, 387:21, 387:24, 388:8, 388:14, 388:17, 388:20, 388:21, 388:23, 388:24, 389:1, 389:3, 389:5, 389:13, 389:18, 389:21, 389:23, 390:1, 390:7, 390:11, 390:13, 391:4, 391:8, 391:13, 391:22, 392:1, 392:7, 392:11, 392:13, 392:16, 392:19, 392:23, 393:2, 393:13, 393:15, 393:23, 394:2, 394:3, 394:6, 395:5, 395:12, 396:7, 396:11, 396:22, 397:2, 397:5, 397:8, 397:20, 398:6, 398:8, 398:13, 398:25, 399:5, 400:1, 400:4, 400:6, 400:8, 400:11, 400:13, 400:19, 400:21, 400:23, 400:25, 401:2, 401:5, 401:8, 401:13, 401:15, 401:18, 401:20, 401:22, 401:24, 402:4, 402:6, 402:9, 402:14, 402:19, 402:22, 403:5, 403:8, 403:15, 403:20, 403:23, 404:10, 404:14, 404:20, 404:25, 405:4, 405:6, 405:8, 405:10, 405:13, 405:17, 405:20, 405:22, 405:25, 406:5, 406:9, 406:13, 406:17, 406:24, 407:3, 407:5, 407:9, 407:12, 407:20, 407:22, 407:25, 408:3, 408:8, 408:12, 408:15, 408:18, 408:20, 408:22, 408:25, 409:2, 409:9, 409:11, 409:14, 409:17, 409:19, 409:25, 410:3, 410:5, 410:10, 410:14, 410:17, 410:20, 410:24, 411:3, 411:10, 411:13, 411:16, 411:19, 411:22, 412:3, 412:5, 412:9, 412:12, 412:15, 412:20, 412:22, 412:25, 413:4, 413:10, 413:14, 413:20, 413:22, 413:24, 414:2, 414:4, 414:6, 414:8, 414:14, 414:18, 414:20, 414:23, 415:2, 415:7, 415:9, 415:11, 415:14, 415:18, 415:18, 415:21, 415:23, 416:3, 416:5, 416:10, 416:13, 416:17, 416:18, 416:20, 416:24, 417:3, 417:6, 417:8, 417:12, 417:14, 417:25, 418:2, 418:6, 418:9, 418:12, 418:15, 418:17, 418:19, 418:22, 419:1, 419:3, 419:5, 419:7, 419:13, 419:16, 419:18, 419:22, 420:1, 420:4, 420:6, 424:22, 425:5, 425:13, 425:20, 426:11, 426:17, 426:21, 427:4, 427:8, 427:12, 427:14, 427:22, 427:25, 428:4, 428:11, 428:13, 428:16, 428:19, 428:23, 428:24, 429:2, 429:6, 429:9, 429:14, 429:17, 429:21, 429:23, 430:1, 430:7, 430:10, 430:13, 430:17, 430:20, 430:21, 431:10, 431:11, 431:17, 431:25, 432:8, 432:11, 432:15, 432:19, 432:23, 433:3, 433:7, 433:16, 433:18, 433:20, 433:25, 434:3, 434:5, 434:9, 434:15, 434:21, 435:5, 435:19, 435:22, 436:5, 436:9, 436:15, 436:20, 437:2, 437:6, 437:10, 437:12, 437:13, 437:14, 437:18, 437:25, 438:1, 438:3, 438:5, 438:7, 438:12, 438:17, 438:18, 438:21, 438:24, 439:1, 439:4, 439:7, 439:9, 439:11, 439:13, 439:16, 439:21, 439:22, 440:2, 440:5, 440:9, 440:12, 440:14, 440:16, 440:19, 440:22, 441:4, 441:6, 441:14, 441:17, 441:20, 441:21, 442:2, 442:7, 442:13, 442:18, 442:21, 442:24, 443:2, 443:9, 443:22, 443:25,

444:1, 444:10, 444:11, 444:20, 444:23,
445:1, 445:3, 445:10, 445:18, 445:22,
446:3, 446:11, 446:17, 446:25, 447:2,
447:9, 447:15, 447:22, 447:25, 448:4,
448:9, 448:12, 448:24, 449:4, 449:8,
449:13, 449:17, 449:21, 450:3, 450:4,
450:6, 450:9, 450:11, 450:15, 451:2,
451:6, 451:9, 451:11, 451:13, 451:17,
451:20, 451:22, 451:25, 452:11,
452:13, 452:19, 452:22, 453:2, 453:4,
453:7, 453:13, 453:16, 453:24, 454:1,
454:3, 454:6, 454:8, 454:13, 454:19,
455:5, 455:7, 455:10, 455:24, 456:14,
456:17, 456:20, 456:23, 456:25, 457:9,
457:21, 458:2, 458:5, 459:2, 459:6,
459:9, 459:18, 459:22, 460:10, 460:16,
460:19, 460:22, 460:25, 461:4, 461:8,
461:12, 461:13, 461:15, 461:17,
461:23, 462:7, 462:10, 462:13, 462:15,
462:18, 463:4, 463:7, 463:9, 463:13,
463:19, 463:24, 464:2, 464:5, 464:17,
464:22, 464:24, 465:6, 465:12, 465:16,
465:21, 466:1, 466:7, 466:10, 466:14,
466:20, 466:24, 467:5, 467:8, 467:11,
467:15, 467:18, 467:22, 468:5, 468:7,
468:15, 468:21, 469:1, 469:9, 469:11,
469:14, 469:18, 469:24, 470:2, 470:13,
470:16, 470:18, 470:20, 470:23,
470:25, 471:5, 471:7, 471:8, 471:20,
471:24, 472:1, 472:3, 472:5, 472:7,
472:9, 472:11, 472:14, 476:13, 476:18,
476:20, 476:22, 476:24, 477:1, 477:3,
477:5, 477:7, 477:10, 477:12, 477:14,
477:17, 477:20, 477:24, 478:4, 478:6,
478:9, 478:13, 478:18, 478:23, 479:1,
479:4, 479:6, 479:9, 479:11, 479:13,
479:16, 479:19, 479:21, 479:24, 480:1,
480:3, 480:5, 480:8, 480:14, 480:17,
480:20, 480:22, 480:24, 481:4, 481:7,
481:10, 481:15, 481:18, 481:22,
481:24, 482:3, 482:5, 482:7, 482:10,
482:25, 483:2, 483:5, 483:8, 483:11,
483:15, 483:17, 483:19, 483:22,
483:25, 484:4, 484:12, 484:17, 485:3,
485:6, 485:8, 485:12, 485:14, 485:16,
485:19, 485:22, 486:4, 486:6, 486:8,
486:13, 486:16, 486:22, 487:4, 487:7,
487:11, 487:16, 487:19, 487:23, 488:1,
488:4, 488:10, 488:14, 488:17, 488:22,
488:24, 489:3, 489:8, 489:10, 489:14
 **moayad** - 345:6, 345:20, 347:8,
395:4, 413:1, 413:19, 413:25, 414:6,
414:16
 **moayad's** - 423:4
 **moayad"** - 413:15
 **Mohammad** - 348:8, 348:9, 373:21,
374:8, 375:3, 375:7, 378:15, 380:17,
392:8, 433:12, 448:9, 450:17, 452:19,
452:22
 **Mohammad's** - 390:2
 **Mohammed** - 345:5, 345:6, 348:15,
349:6, 350:1, 354:1, 358:19, 392:3,
397:10, 397:15, 398:3, 398:15, 406:14,
412:25, 413:1, 413:3, 413:4, 413:6,
413:9, 413:10, 413:14, 413:15, 413:24,
413:25, 414:6, 414:12, 414:15, 414:17,
414:20, 414:23, 415:2, 417:16, 417:23,
432:16, 433:2, 433:3, 433:4, 433:9,
434:3, 434:4, 434:5, 442:14, 442:15,
445:8, 445:13, 448:12, 453:1, 457:3,
462:6, 469:22, 469:23, 480:24, 488:13
 **Mohammed...for** - 390:15
 **Mohammed...if** - 414:25
 **Mohsen** - 345:6, 413:1, 413:3, 413:4,
413:6, 413:9, 413:10
 **Mohsen...what's** - 413:1
 **mold** - 486:13
 **Monday** - 346:18
 **money** - 358:21, 359:3, 363:7,
363:21, 364:14, 364:17, 365:5, 365:12,

365:13, 365:15, 365:16, 365:20,
372:25, 373:10, 373:15, 374:6, 374:10,
374:15, 374:17, 374:24, 378:20,
380:23, 381:2, 381:3, 381:6, 382:23,
383:3, 383:5, 383:7, 383:10, 383:13,
384:25, 386:1, 386:18, 386:25, 389:10,
389:15, 389:19, 389:20, 390:14,
390:19, 392:18, 392:21, 393:3, 398:9,
398:20, 398:21, 401:24, 402:20, 403:3,
403:4, 404:9, 406:6, 406:22, 407:6,
411:11, 418:24, 425:23, 426:16,
428:13, 431:1, 431:4, 432:5, 435:3,
435:4, 435:11, 437:8, 440:18, 440:19,
443:7, 445:7, 445:8, 445:17, 445:20,
445:21, 446:15, 447:4, 447:6, 447:13,
447:20, 448:10, 448:18, 448:21,
450:24, 454:16, 454:24, 454:25,
455:17, 455:20, 456:2, 456:4, 456:6,
456:10, 457:11, 459:4, 459:7, 464:10,
464:11, 468:17, 468:19, 468:20,
468:23, 468:24, 477:23, 478:15
 **money...if** - 407:15
 **money...this** - 407:17
 **monitoring** - 479:14
 **month** - 391:15, 450:16, 480:10
 **monthly** - 442:24, 452:2
 **months** - 361:23, 377:25, 479:16
 **Moore** - 345:16, 346:4, 346:7, 346:12,
346:21, 346:22, 347:1, 347:3, 347:8,
422:7, 422:21, 423:5, 423:9, 472:18,
472:24, 474:5, 489:19, 490:1, 490:2,
490:4, 490:8, 490:11, 490:20, 491:4,
491:11, 491:15, 491:19, 491:21, 492:1
 **Moreover** - 465:22
 **morning** - 385:5, 420:16, 445:9,
445:11, 464:8, 464:16, 464:25
 **morning."** - 397:24
 **morning'** - 397:24
 **mosque** - 365:3, 365:4, 365:5, 365:7,
365:9, 370:14, 406:25, 411:8, 411:11,
411:12, 411:19, 411:22, 469:23,
469:25, 470:15, 470:16, 485:9
 **Mosque** - 376:7, 462:15
 **Mosques** - 441:6
 **mosques** - 441:7, 469:22
 **most** - 350:20, 351:18, 351:22,
351:23, 355:11, 356:17, 393:7, 393:10,
406:2, 450:13, 451:3, 458:16, 459:11,
461:12, 463:21
 **Most** - 349:4, 481:2
 **mother** - 355:21, 398:13, 433:20
 **move** - 357:19, 450:21, 476:16, 478:7
 **movement** - 440:2, 478:1
 **movies** - 489:10
 **moving** - 478:4
 **Mub~rez** - 392:4
 **Muhajireen** - 358:8
 **Muhammad** - 395:17, 484:22, 486:21
 **mujahid** - 484:20
 **Mujahid** - 374:20, 374:21, 375:1,
380:18, 430:24, 449:11
 **Mujahideen** - 374:11
 **Mujahidin** - 375:4, 376:23, 388:5,
427:3, 430:3, 430:23, 432:23, 442:23,
443:14, 447:18, 450:22
 **Mujahidins** - 351:4, 357:3, 360:4,
380:10, 430:23, 432:12
 **Mumbles** - 483:7
 **mumbling** - 450:12
 **Munir** - 476:14
 **Mur** - 348:9
 **Murduk** - 348:9
 **Murphy** - 422:18, 422:20, 422:21,
422:23
 **Muslem** - 395:6, 395:8
 **Muslim** - 353:15, 354:7, 354:8, 354:9,
355:3, 357:14, 364:18, 370:21, 374:18,
425:4, 437:6, 442:9, 449:13, 451:9,
483:19, 484:4
 **Muslims** - 349:18, 353:14, 353:15,

354:9, 355:4, 355:5, 355:8, 355:11,
355:13, 357:9, 358:3, 358:5, 367:10,
367:24, 374:14, 429:9, 429:10, 440:13,
447:10, 448:17, 449:14, 463:21, 487:20
 **must** - 352:3, 352:9, 352:12, 358:3,
358:4, 375:21, 377:21, 386:22, 392:13,
398:1, 407:3, 414:8, 419:5, 419:13,
438:14, 457:14, 460:22, 461:9, 466:4,
479:8, 486:13, 486:16
 **Mustaqim,ftn** - 361:19
 **Mutawakilune** - 352:24, 353:1, 353:2

---

## N

 **Nabi** - 357:21
 **name** - 349:4, 350:20, 353:21, 362:1,
362:7, 369:7, 371:22, 374:18, 381:15,
390:2, 390:13, 393:7, 393:10, 397:16,
400:13, 400:15, 400:16, 407:10,
412:23, 412:25, 413:2, 413:6, 413:19,
414:15, 415:1, 415:21, 415:23, 418:16,
425:2, 425:5, 425:6, 427:4, 427:24,
427:25, 439:6, 439:18, 447:2, 449:19,
449:25, 455:15, 456:8, 457:3, 459:17,
462:5, 465:23, 465:24, 467:12, 470:3,
470:4, 470:20, 486:6
 **named** - 356:4
 **names** - 361:2, 364:10, 392:9, 415:9,
429:17, 444:14, 452:4, 453:12, 453:16,
453:19, 454:9, 455:17, 455:23, 456:9,
456:10, 456:11, 456:12, 456:21, 457:2,
457:3, 457:4, 457:14, 457:25, 458:1,
458:13, 460:9, 465:17, 465:18, 466:12,
467:4, 467:6, 467:11, 467:21, 467:24,
468:23, 468:24, 469:8, 469:10
 **nashiri** - 415:19
 **nashiri's** - 415:19
 **nassrihum** - 351:15
 **Natawakal** - 352:5
 **natawalal** - 352:3
 **nation** - 485:6, 487:19
 **National** - 456:13
 **natured** - 488:17
 **ne** - 352:23
 **necessary** - 415:13, 459:1
 **need** - 368:21, 372:15, 372:16, 375:2,
375:4, 375:5, 375:6, 376:9, 376:11,
379:8, 379:9, 383:24, 384:10, 384:21,
385:5, 386:2, 386:9, 387:4, 388:5,
388:11, 393:25, 394:1, 396:24, 397:10,
401:25, 402:11, 402:24, 410:20,
410:21, 410:22, 429:10, 442:24, 443:2,
450:9, 450:16, 452:9, 454:15, 457:25,
458:1, 468:2, 468:3, 468:19, 470:22,
476:15, 478:6, 487:19
 **need."** - 402:24
 **needed** - 390:17, 441:14, 445:16,
446:6, 456:5
 **needs** - 354:23, 370:22, 370:24,
372:20, 374:20, 375:1, 376:3, 382:13,
382:15, 383:23, 411:13, 440:22,
450:10, 467:3, 470:21
 **needy** - 353:16, 354:2, 354:3, 409:12,
409:14, 409:17, 468:8
 **need...we** - 402:24
 **negligence** - 441:23
 **neighbor** - 392:1
 **never** - 351:6, 351:7, 378:16, 436:2
 **new** - 450:17
 **New** - 345:1, 345:5, 345:15, 345:24,
388:3, 426:2, 426:6, 455:4, 455:5,
455:6, 465:3, 474:7
 **news** - 465:4
 **next** - 346:19, 365:24, 370:21,
395:23, 420:16, 421:21, 423:20,
450:19, 450:21, 460:13, 463:17,
465:10, 470:15, 470:16, 473:6
 **night** - 356:16, 365:13, 365:14,
365:16, 445:7, 472:2
 **nine** - 415:14, 489:21

none - 446:9
normal - 359:5, 390:4
normally - 438:13
north - 488:19
noted - 421:7
nothing - 353:18, 366:2, 366:6, 366:12, 393:2, 395:24, 396:8, 398:1, 410:8, 429:12, 437:4, 463:22, 467:17
nothing...if - 415:24
noticed - 363:11, 364:13
notorious - 437:10
notwithstanding - 424:5
Now...temporarily - 412:10
no...I - 419:14
no" - 375:13
Nu`man - 395:18
nu`man - 395:19, 395:21
number - 358:4, 399:11, 402:2, 447:15, 452:4, 460:19, 461:2, 467:21, 468:4
Number - 358:4, 394:14, 401:22, 402:5, 420:11, 461:15, 482:14
numbers - 373:14, 454:3, 454:4, 465:18, 466:3, 467:4, 467:24

# O

o'clock - 487:6, 487:11, 489:21
o'clock....so - 486:25
oath - 372:18, 381:16
obey - 460:22
objection - 372:18, 489:6
obligation - 354:5, 354:6
obligations - 354:4
observer - 381:10
occur - 465:19
occurred - 347:5, 420:12
occurs - 394:15, 394:19, 399:12, 399:13, 482:14
of...for - 484:6
of...iron," - 484:7
offer - 349:13, 366:22, 367:1, 474:11
offered - 423:10
offering - 480:9
Office - 473:4
office - 379:3, 389:19, 428:20, 445:14, 455:15, 459:15, 471:2, 471:19
officer - 443:5
official - 469:5
Official - 345:23
Ohoh- 471:7
oh... - 395:19
Okay...seven- 415:16
old - 348:4, 356:17, 376:17, 481:5
Omar- 360:6, 360:7, 360:8, 360:21, 360:22
once - 395:15, 409:19, 417:17, 417:18, 456:3
Once- 466:3
once...we - 489:4
One- 345:14, 346:9, 396:8, 419:9, 419:13, 422:8, 452:15, 487:20
one - 346:10, 346:15, 348:4, 348:23, 354:4, 354:17, 354:19, 356:9, 358:2, 358:4, 360:24, 361:14, 361:21, 362:18, 363:12, 367:5, 367:13, 367:16, 367:18, 367:23, 372:1, 372:3, 372:19, 373:17, 376:17, 376:18, 380:24, 380:25, 382:11, 385:4, 389:21, 392:5, 395:4, 395:25, 396:3, 396:4, 399:2, 400:3, 400:17, 402:16, 403:17, 404:2, 405:15, 405:17, 406:12, 407:10, 410:15, 412:22, 412:25, 413:6, 414:18, 418:23, 419:5, 419:10, 419:11, 422:8, 427:3, 433:5, 435:13, 436:21, 436:22, 438:15, 438:25, 439:22, 440:16, 444:2, 447:15, 448:4, 450:16, 452:5, 452:6, 452:7, 453:11, 456:4, 456:12, 457:3, 457:5, 457:8, 457:17, 458:13, 458:18, 458:19, 459:9, 459:13, 460:14, 461:2, 461:3,

461:9, 461:10, 461:15, 461:16, 462:2, 462:16, 463:2, 463:3, 463:7, 463:8, 467:16, 467:18, 469:3, 469:12, 470:17, 470:18, 478:21, 483:19, 483:22, 484:17, 486:13, 490:17
one...of - 484:18
oneness - 357:17
ones - 348:4, 356:17, 370:15, 375:11, 380:1, 474:23
one...the - 405:11
on... - 465:5
on...." - 398:10
open - 347:22, 349:15, 451:13, 489:22
opening - 462:23
operation - 363:22, 446:6, 462:25, 463:1
operations - 446:22
opinion - 348:24, 388:24, 468:5
opportunity - 458:15, 481:7, 481:10, 485:14
oppress - 374:14
oppressed - 353:15, 358:9
or.... - 403:22
order - 360:9, 360:18, 363:21, 370:13, 375:1, 423:3, 423:6, 427:4, 444:15, 447:18, 449:5, 449:6, 457:8, 458:9, 460:22, 467:20, 469:5
Organization- 429:2, 429:5, 429:6
organization - 376:7, 379:12, 379:18, 380:4, 380:25, 388:4, 425:15, 428:21, 429:1, 429:3, 429:7, 432:7, 432:20, 436:19, 437:5, 437:24, 438:23, 440:3, 446:8, 446:21, 447:5, 449:11, 453:18
organizations - 428:24, 436:14, 436:14, 449:10
organization,... - 432:22
organize - 383:15
organized - 388:8, 397:10
original - 444:4
orphans - 371:17, 380:9, 383:7, 390:12, 402:8, 402:14, 402:15, 402:25, 403:16, 407:24, 407:25, 408:19, 408:20, 410:24, 466:20, 467:13
orphans...and - 402:7
orphans...just - 402:8
or... - 412:14
otherwise - 475:2
ourselves - 382:23, 428:19, 479:10
Outside - 408:14
overdrawn - 458:22
overhears... - 398:23
overseas - 490:25
overseeing - 379:13, 379:14
overseen - 436:4
own - 354:13, 358:6, 361:22, 392:21, 444:8, 462:21, 466:3, 469:19, 480:9, 481:11, 482:25
owner - 459:19

# P

page - 385:18, 421:6, 421:21, 423:20, 473:6
Page - 395:4
Pager - 366:9
paid - 464:18, 464:21, 479:22
Pakistan - 356:8, 356:12, 356:19
Pakistani - 348:5, 348:11, 348:13
Palestine - 375:22, 375:24, 375:25, 376:1, 376:10, 380:5, 380:6, 383:21, 386:10, 386:16, 386:17, 386:21, 440:23, 463:5
Palestine...many - 429:16
Palestinian - 379:24, 439:20, 439:21
Palestinians - 380:2
Pamela - 345:16
paper - 415:25, 416:1, 460:8
papers - 377:22, 435:25, 436:8, 436:14, 441:16, 442:3

paperwork - 423:1, 423:8
pardon - 389:5
Paris - 464:14
part - 354:6, 371:16, 374:15, 374:16, 374:23, 383:2, 387:24, 433:1, 452:11, 456:22, 478:13
participate - 365:3, 372:23
particular - 351:3, 431:15
party - 441:4
passes - 397:21
passport - 413:9, 413:10, 431:20, 431:21, 431:22, 431:23
path - 352:7, 352:8, 361:15, 361:20
Patience - 358:12, 358:14
patient - 352:10, 352:12, 358:11, 358:16
patient" - 375:11
Pause - 416:17
paused - 421:2
pay - 370:8, 379:4, 382:18, 384:15, 387:4, 397:14, 410:21, 447:17, 490:13, 490:25
paying - 490:12
payment - 455:18
Peace - 347:16, 355:14, 355:15, 355:23, 472:14, 486:21
peace - 347:17, 353:23, 353:24, 354:1, 354:16, 357:15, 357:22, 365:10, 371:25, 393:15, 397:23, 434:3, 442:16
peel." - 398:17
Peels - 398:16
peels - 398:16
penetrated - 354:21
people - 356:12, 356:17, 357:16, 357:23, 359:5, 360:4, 361:2, 361:15, 364:11, 367:5, 367:10, 372:6, 372:9, 373:5, 373:22, 374:2, 374:24, 375:24, 377:13, 379:9, 382:6, 383:23, 384:2, 384:4, 388:3, 388:5, 388:7, 388:9, 388:11, 388:17, 389:14, 390:19, 396:22, 409:15, 418:25, 429:15, 429:16, 430:7, 431:1, 433:5, 438:25, 443:10, 443:17, 443:20, 444:5, 444:7, 444:14, 446:21, 452:9, 453:22, 455:7, 455:8, 455:14, 455:16, 456:10, 456:19, 458:10, 465:17, 467:25, 468:2, 468:4, 471:1, 481:2, 481:24, 484:19, 486:10, 486:13, 488:17, 491:21, 491:22
People - 367:20
Pepsi - 378:11
per - 468:8
perceived - 442:9
percent - 405:15, 405:17, 405:18, 406:7, 450:1, 477:7, 477:8, 477:14
percentage - 392:19, 393:4, 404:1, 404:4, 404:6, 404:9, 404:17, 405:1, 405:2, 405:12, 406:6, 449:15, 449:20, 449:24, 450:1, 450:3, 450:6, 450:20, 452:23, 468:7
Percentage - 452:24
percentages - 392:18, 406:3, 406:5, 428:2, 456:6
percentages...these - 407:7
perfectly - 350:4
perform - 353:16, 443:12
performances - 475:16
performs - 354:12
permission - 351:16, 351:21, 375:18, 483:21
person - 365:11, 365:17, 391:19, 396:13, 396:14, 396:15, 398:1, 398:23, 410:8, 412:23, 419:8, 433:21, 440:4, 440:15, 443:18, 444:4, 452:5, 453:13, 456:10, 457:12, 458:13, 465:21, 468:18, 481:11
personal - 383:1, 441:18, 441:19
personally - 382:23, 388:3
pertain - 424:4
Philips - 364:5
phone - 366:1, 391:11, 393:25,

441:24, 465:18, 466:3, 471:2, 486:2,
486:4
  phonebook - 441:24
  phonetic - 469:4
  pick - 346:11, 346:15, 475:14
  Picking - 385:18
  picture - 356:16, 356:18, 360:12,
360:14, 446:6
  Pierrepont - 345:14
  pillow - 426:9
  place - 346:1, 347:25, 349:23, 384:9,
406:11, 412:18, 415:5, 422:1, 422:16,
426:17, 431:14, 465:2, 467:10, 468:3,
474:1
  places - 356:5, 373:6, 425:1, 443:7,
443:20
  plan - 383:20, 479:1
  plane - 478:23
  planning - 351:4, 376:9
  plans...for - 419:24
  play - 346:7, 394:14
  played - 394:22, 395:1, 399:16,
420:17, 476:7, 482:19
  playing - 347:7, 347:8, 399:10,
420:10, 424:10, 424:14, 475:25, 482:13
  Plaza - 345:14, 345:23
  pleases - 464:12
  plenty - 410:18
  Pm - 394:20, 395:2, 399:12, 399:24,
421:7, 424:13, 476:4, 482:16
  poetry - 462:5
  point - 370:21, 373:17, 386:4, 386:5,
387:2, 387:7, 430:16, 431:5, 446:20,
451:6, 478:2, 490:14, 490:15, 490:23,
491:1
  points - 366:9, 372:8, 445:4
  police - 438:23, 444:9
  portion - 383:11
  portions - 346:23, 347:10, 424:20
  position - 433:10, 479:10
  possession - 464:11
  possibility - 455:10
  possible - 375:22, 375:24, 375:25,
376:22, 382:21, 406:17, 411:10,
444:23, 458:2, 458:22, 465:24, 466:10,
478:9
  Possible - 466:14
  possibly - 447:25
  Possibly - 406:17, 484:25
  post - 490:5
  post-arrest - 490:5
  potential - 485:6
  power - 416:13
  Powerful - 351:18, 351:22, 351:23
  practice - 443:15
  praise - 483:2
  pray - 357:12, 357:14, 358:1, 365:9,
458:5
  prayer - 357:18, 393:5, 393:14, 426:3,
426:6, 442:7, 442:8, 442:10, 445:12,
465:1
  prayers - 350:1, 350:8, 353:23, 416:5,
461:17
  preacher - 462:15, 470:1, 470:3
  premise - 364:21
  preparation - 449:14
  prepare - 386:11, 390:16, 449:13,
452:3
  prepared - 443:6, 445:8
  preparing - 357:1, 445:7, 464:14
  presence - 346:1, 422:1, 474:1
  present - 349:1, 386:5, 405:23, 417:2,
423:6, 484:10
  presentation - 472:21
  President - 392:4
  president - 379:18, 428:21, 441:5
  pressure - 461:24
  primary - 447:14
  print - 348:13, 348:14
  prison - 362:21, 362:22, 383:24,

418:10, 418:20, 438:20, 452:7, 466:21,
467:9, 467:13, 468:1
  prisoners - 372:11, 372:15, 372:21,
372:22, 372:25, 373:13, 373:18, 387:9,
387:12, 387:13, 387:14, 387:15,
388:10, 451:9, 451:18, 452:4, 467:13
  Prisoners - 432:12
  prisons - 372:9, 374:3, 383:24
  private - 361:8, 446:8, 468:17
  problem - 369:2, 393:4, 423:6, 423:9,
455:24, 465:23, 470:13, 470:23
  problems - 459:25, 460:4
  Proceedings - 345:25, 492:9
  proceeds - 392:24
  process - 405:25, 423:3, 491:24
  produce - 409:22
  produced - 345:25
  projects - 468:17
  promise - 379:2
  promised - 397:17
  promises - 461:8
  pronounce - 350:3
  proper - 388:9
  Prophet - 483:2
  prophet - 349:6, 350:1, 353:25,
354:16, 357:15, 357:22, 358:9, 365:10,
365:18, 366:18, 371:24, 393:15,
432:16, 438:14, 442:14, 442:15, 461:17
  prophet's - 368:4
  proposal - 474:21
  protect - 349:20, 357:10, 443:14,
444:8, 460:23
  protection - 349:6, 350:7, 354:20,
443:17, 444:6, 444:16, 480:18
  proud - 360:3, 360:10
  prove - 450:25
  provide - 373:16, 386:8, 443:11,
443:15, 444:13, 453:11, 461:1, 466:17,
467:24
  provided - 376:18, 425:17
  provides - 444:6
  providing - 380:7, 383:1, 384:11,
409:4, 443:7, 443:16, 465:19
  Providing - 380:9
  Psychological - 471:25
  publisher - 348:5
  purchase - 459:18
  purpose - 483:15
  purposes - 447:21
  put - 371:10, 381:12, 383:19, 387:10,
391:19, 403:24, 425:18, 435:17, 458:2,
458:20, 461:23, 468:21, 467:20, 481:15
  puts - 456:4
  putting - 457:7

## Q

  Qa- 439:24
  Qaeda - 428:9, 432:6, 432:11, 432:21,
449:10
  Qardhawi - 439:2, 439:5, 439:23,
439:25
  qasas - 395:14
  qat - 489:13
  quarter - 474:17, 475:15, 475:23
  questions - 443:13, 460:4
  Quietly- 382:2
  quietness - 382:15
  Quil...wa- 350:10
  Qur- 395:7
  Quran- 348:4, 350:4, 350:6, 351:10,
353:18, 364:6, 364:12, 368:9, 368:13,
370:17, 381:13, 381:16, 438:3, 438:9,
438:14, 442:6, 442:10, 483:9
  Quranic- 348:24, 351:3
  Quran....etc- 425:1
  Qutillu- 350:12
  Qutillu-[tn:those- 350:11

## R

  Ra- 439:24
  Rahim- 350:7, 393:8
  Rahman- 350:7, 360:5, 360:7, 360:8,
360:21, 360:22, 393:6
  raise - 367:11, 367:16, 370:13, 387:5,
450:23
  raised - 484:22
  raises - 484:21
  raising - 368:24, 387:19, 387:21,
387:22, 397:22, 456:6
  ranked - 362:18
  re - 397:17, 398:15, 399:1, 414:5,
416:21, 428:20, 430:20, 430:24,
433:13, 436:24, 437:20, 441:12,
447:13, 476:14, 477:17, 480:19, 481:4
  reach - 454:18, 454:21
  reaches - 395:15
  reaching - 406:1
  Read- 419:7
  read - 346:7, 346:23, 347:10, 394:25,
395:7, 399:19, 399:22, 418:23, 419:9,
424:17, 443:2, 474:24, 476:5, 476:9,
482:21
  Reading- 347:13, 385:1, 399:7,
424:21, 472:16, 476:12, 482:11,
482:24, 489:17
  reading - 394:12, 395:9, 420:7,
474:19, 474:22, 475:3, 475:13, 475:22
  reads - 419:8
  Ready- 346:3, 385:15
  ready - 357:2, 384:13, 389:23,
443:24, 449:5, 455:14, 465:19
  real - 363:22, 401:11, 423:12, 455:23
  really - 462:4, 490:11
  rears - 484:20
  reason - 421:13, 431:15, 441:22,
442:1, 492:1
  reasonable - 404:25
  reasons - 391:24
  rebuilding - 440:25
  rebuttal - 474:9
  recall... - 404:5
  receipt - 418:13, 418:16
  receipts - 429:17, 474:7
  receive - 454:15, 455:19, 458:4
  received - 458:23
  receiving - 459:3
  Recess- 385:13, 473:5
  recess - 421:20, 491:16
  recitation - 350:4
  recited - 395:15
  Reciting- 350:6
  reciting - 395:14
  record - 347:4, 394:25, 399:22, 476:5,
482:22
  recorded - 345:25, 424:11
  records - 476:2
  reference - 477:18
  referring - 368:1, 374:12, 469:23
  refugees - 354:2
  refused - 391:14
  regard - 372:17, 383:21
  Regarding- 363:10, 369:21, 372:7,
372:18, 375:25, 384:17, 427:10, 466:20
  regarding - 370:3, 373:12, 373:22,
383:10, 384:11, 386:1, 386:4, 386:9,
387:2, 387:3, 392:17, 397:16, 442:22,
447:16, 451:18, 453:8, 468:12, 488:6
  regardless - 432:19
  registered - 364:23
  regular - 423:13, 423:15
  reinforce - 393:21
  reiterate - 417:3
  related - 452:12
  relations - 391:16, 428:23, 436:17,
453:8, 453:17
  relationship - 380:14

relay - 383:24
released - 373:18, 374:3, 468:2
reliant - 352:24, 353:1, 353:2
religion - 355:12, 358:6, 367:6, 367:19, 367:20, 370:12, 370:14, 370:22, 371:1, 371:3, 371:4
religious - 370:7, 440:10, 443:2
Religious- 370:11
remain - 352:9, 409:23, 461:6, 465:4, 465:21
remainder - 405:11
remains - 405:6
remember - 398:20, 402:17, 427:9
remind - 421:9
Remove- 438:1
renounce - 489:1
repeat - 354:18
repeating - 468:17
repent - 393:19, 472:11, 472:12
repented - 365:20
replace - 453:22
replacing - 491:9
replied - 396:2, 396:8
Reporter- 345:22, 345:23
reporter - 424:6
representation - 492:4
representative - 462:22
Republic- 441:5
requested - 373:23
requires - 410:18, 412:3, 412:4, 412:5
requiring - 423:2
reservation - 471:16
reservations - 471:21
resolve - 474:8
respect - 380:2, 434:16
respectable - 437:19
responding - 432:15
responsibility - 364:24
Responsible- 433:7
responsible - 365:1, 380:1, 380:24, 381:1, 433:6, 433:23, 434:7, 439:22
rest - 349:18, 366:6, 374:9, 374:10, 383:12, 390:16, 435:18, 446:24, 455:1, 466:4
restrict - 483:22
restroom - 424:23
restrooms - 424:25
results - 451:4
resume - 424:10
resuming - 424:13
retain - 490:24, 492:8
retained - 490:22, 491:11, 491:12
return - 375:7, 391:23, 458:20
returned - 458:20
returning - 464:17
review - 414:20
revolution - 396:12
reward - 361:5, 363:4, 394:6, 459:22, 464:22
rewarded - 351:8, 364:25, 445:25
rich - 365:17, 365:21
Righteous- 417:15
ro - 488:25
role - 347:7, 347:8, 368:7, 444:5, 485:9
roll - 476:6
room - 399:2, 476:3, 482:18
Room- 355:14, 355:17, 355:19, 355:21, 355:23, 355:25, 438:4
rooms - 366:4
Roslynn- 345:13
ruined - 440:24
Ruler- 395:18
run - 361:16
running - 398:4
rush - 384:22
Russians- 360:2

**S**

Sabil - 353:17
sabil - 350:13, 374:6, 375:1, 380:18, 392:20
Sabra- 358:12, 358:13, 358:14
Sadaq - 353:9, 353:11
Saeed - 407:8
safe - 443:7, 443:21
Safe- 443:21
safety - 446:5
Sahaba- 371:23
sahlan - 398:16
sahlan," - 398:18
sake - 349:11, 350:14, 350:22, 351:5, 353:17, 354:2, 354:3, 354:13, 354:15, 357:1, 357:3, 364:15, 364:17, 366:22, 366:24, 367:1, 367:2, 369:4, 370:2, 374:24, 392:21, 447:13, 447:14, 447:21, 448:20, 449:2, 463:25, 464:1, 464:4, 464:5, 491:5
Sala - 353:22, 357:21
Salafi - 356:22
Salafi- 356:22
Salafia- 356:20, 356:21
Salam - 353:22, 356:3, 356:5, 357:22
salaries - 370:8, 371:19, 410:21
salary - 373:19, 442:24
Salem - 392:4
Salih - 356:22
San`a - 484:10
San`a' - 484:10
San`a'," - 484:8
San`ani - 415:3
Sana - 453:13
Sanaa - 428:20, 459:16, 471:20
Sannaa- 389:16
sat - 358:25, 359:4, 359:16, 359:17, 362:5, 437:19, 438:24
satan - 374:11, 374:12
Satan - 349:7, 350:7
Saturday- 491:17
Saudi - 418:25
save - 418:13
saw - 395:22, 399:24, 424:19, 476:11, 484:23
say...i - 485:8
say...one - 483:12
say?" - 395:25
sayings - 442:14, 442:15
saying... - 408:11, 480:19
says... - 451:16
schedule - 490:7
scholar - 440:10
scholars - 356:9, 370:7, 370:9, 370:11, 371:15, 426:23
school - 371:14, 371:16, 371:22, 371:24, 372:5, 372:18, 373:1, 374:9, 387:11, 387:25, 388:1, 389:21, 390:4, 390:10, 401:4, 401:11, 418:24, 449:21, 449:25, 451:7, 486:17
School- 449:23
school...we'll - 407:1
school...scouting...i - 408:14
scientific - 489:10
scrawled - 423:12
screen - 475:3
searching - 431:14
season - 398:11, 398:12
seat - 361:14, 475:19
second - 361:4, 365:14, 367:9, 367:10, 367:23, 370:6, 374:16, 382:11, 382:18, 382:20, 389:24, 405:7, 405:10, 413:22, 414:10, 459:3, 462:13, 462:14
Second- 364:23, 381:25, 447:9, 447:16, 453:21, 460:25, 461:13, 467:25
Secondly- 401:13
second... - 405:9
Secrecy- 461:16
secrecy - 361:9
secret - 382:19
secrets - 361:13, 361:17

See - 395:8, 395:12, 398:17
see - 365:6, 367:2, 377:3, 377:13, 383:9, 383:12, 393:24, 395:13, 396:7, 398:11, 412:6, 417:9, 432:8, 449:6, 449:8, 449:18, 450:4, 461:25, 471:15, 475:9, 478:6, 484:9, 486:6, 489:21
see." - 398:19, 399:6
seek - 349:6, 350:7, 393:8, 393:11, 393:18, 402:10, 402:16
sees - 451:4
seizures - 490:5
selects - 363:8
self - 387:5
send - 376:22, 377:22, 377:23, 384:6, 384:8, 390:2, 390:24, 407:9, 436:23, 454:8, 466:12, 466:19, 476:13, 479:11
Send - 411:10, 479:12
sends - 361:16, 361:17
sense - 409:9
senses - 365:21
sent - 374:18, 390:2, 404:15, 407:2, 423:1, 434:7
sentence - 360:18
separate - 373:2, 383:3, 429:14, 466:23
serious - 475:5
sermon - 416:20, 416:23
service - 355:14, 355:17, 355:19, 355:21, 355:23, 355:25, 438:4
set - 373:10, 401:25, 404:9, 491:22, 492:9
setting - 403:11
Seven - 415:10, 415:11
seventies - 355:1
Seven...leave - 415:17
Several - 488:14
several - 374:7, 380:14, 436:21
sew - 371:6
sewing - 370:25, 401:25, 402:23, 403:11, 410:20
sew...they - 402:23
sha - 375:16
Sha" - 382:10
shall - 383:18, 408:3, 432:19, 469:11
share - 452:25, 476:17, 477:23
Shari`a - 488:20
Sharia - 359:10
Sheik - 373:21, 445:8, 450:17
sheik - 374:8, 375:2, 375:7, 452:25
sheikh - 349:2, 356:11, 356:19, 357:10, 358:19, 359:13, 360:23, 364:6, 376:6, 379:11, 380:11, 380:16, 425:15, 434:3, 434:20, 439:1, 445:13, 454:23, 469:22, 469:23, 488:16
Sheikh- 356:4, 359:12, 360:5, 360:22, 390:15, 398:3, 398:14, 407:7, 408:7, 412:11, 428:7, 433:9, 433:12, 434:4, 439:4, 439:25, 462:5, 478:8, 487:9, 489:5
Sheikhs - 483:12
sheikhs - 402:13, 402:15, 469:21
Sheikhyousef - 439:23
Sheikh...that's - 410:2
shelter - 380:9
short - 399:19, 422:8, 475:21
shorten - 474:3
shorter - 474:21
shortest - 444:1, 444:2
shouldn - 438:8
show - 351:3, 377:2, 380:2, 436:15
showed - 356:16, 395:24
shown - 365:8
shreds - 435:25
shut - 480:8
shy - 433:1, 433:13, 434:12
sick - 408:4, 408:22, 408:25, 409:1, 409:4, 409:5, 409:13, 409:14, 410:3, 410:6, 410:8, 410:10, 410:14, 410:25, 418:21
sick...uh - 409:2

sick...assisting - 409:2
sickness - 433:11
side - 373:10, 381:6, 412:16, 422:14, 422:16, 423:17, 424:2, 424:4, 424:6, 430:24
side-bar - 422:14, 422:16, 423:17, 424:4, 424:6
side-bars - 424:2
sign - 460:14
signed - 455:15
signs - 425:1
silver - 391:21
simiiar - 380:24, 424:25
similarity - 457:3
similarly - 443:14
simplest - 460:1
sin - 375:14
single - 456:1, 484:24
sins - 349:14
Siraj - 365:2
sit - 390:14, 444:23, 445:4, 482:7
sitting - 346:18, 346:20
situation - 355:9, 375:19, 380:25, 430:3, 433:10, 444:16, 458:21, 464:10, 468:10, 491:2
six - 377:25, 455:22, 460:20
Siyam - 462:7, 462:8, 462:9
slavery - 355:2
sleep - 374:23, 398:20, 485:4
small - 356:17, 433:24, 444:5, 450:6
smart - 395:8, 395:12
smoking - 399:6
snake - 364:18
social - 369:1
society - 484:19
soldiers - 388:6
solidarity - 369:1
solve - 471:9
solved - 459:23
someone - 364:5, 379:3, 381:3, 396:24, 397:11, 397:14, 397:21, 438:7, 440:23, 453:21, 455:22, 478:23, 478:24, 481:19, 484:7, 486:22
Someone - 484:5
Sometimes - 410:7
sometimes - 469:6, 486:22
somewhere - 470:15
son - 480:17
Son - 408:15
soon - 381:2, 384:8, 404:15, 444:23, 455:19
sorry - 490:2
sort - 423:12
sources - 378:23
south - 488:19
sparkling - 377:16, 377:18, 378:13
speaking - 406:23
speaks - 347:9
special - 386:2, 443:12, 452:10, 467:1, 467:3, 467:20, 470:21, 470:22
specializations - 486:17
specialized - 430:20, 430:21, 484:19
specific - 376:11, 381:1, 443:2, 447:21, 448:22, 457:12, 457:13, 481:11, 483:15
specifically - 383:18
specify - 448:1, 452:1
specifying - 448:2
speech - 462:22
spelled - 457:25, 458:1
spend - 374:8, 381:2, 383:8, 383:11, 431:1, 447:6, 447:13
spending - 445:20
spends - 456:10
spent - 373:16, 383:6, 383:13, 389:11, 417:18, 425:24, 426:16, 435:4, 447:4, 456:7
spokesman - 462:10, 462:11
sponsoring - 370:15, 372:8
stage - 450:21

stages - 450:19
stamp - 423:11
stand - 401:7, 401:9
start - 353:13, 357:15, 450:14, 451:17, 452:13
Start - 367:13
started - 351:2, 353:12, 353:18, 365:9, 395:7, 395:8, 395:13, 424:11, 428:16, 492:4
starting - 347:5, 395:2, 399:24
state - 391:3, 391:10, 391:23
State - 422:18, 422:25
statements - 490:5
States - 345:1, 345:3, 345:14, 492:6
status - 444:16, 479:20, 479:21
stayed - 357:15
stealing - 383:7
stenography - 345:25
step - 457:17
steps - 451:5, 484:3
Sterling - 347:10
stick - 417:9
still - 360:5, 365:6, 423:2, 468:1, 474:9
stipulation - 474:12
stop - 346:11, 419:13, 421:4, 438:8, 488:11
stopped - 363:16, 420:1, 421:6
stops - 438:7
store - 459:19
story - 365:11
straight - 361:15, 361:20
street - 412:18
stretch - 421:14
strictly - 379:23
struggle - 396:12
students - 370:15, 371:15, 371:17, 390:9, 391:17, 426:23, 448:20, 454:6, 486:9
studies - 386:10, 481:2, 481:11
study - 386:11, 481:3, 486:9
study...comp...uh...this - 486:10
stuffy - 347:25
subject - 372:8, 382:13, 382:15, 419:15, 474:11
subpoena - 423:12, 423:13, 423:15, 473:1, 490:9
subpoenas - 423:2, 423:10
Subulana - 352:8
subulana[tn - 352:7
succeeded - 368:10, 368:18
success - 435:7, 458:5
successful - 357:12, 487:21
such." - 397:4
Sudan - 488:13, 489:6
Sudanese - 487:25, 488:2, 488:5
suddenly - 461:1
sufficient - 368:4, 423:2
Sufi - 356:7
sugar - 378:14
suggest - 430:4, 430:19
suggested - 431:13
suggestions - 449:17
suicidal - 462:3, 463:3
sum - 363:21, 378:20, 386:18, 386:25, 390:14, 401:24, 402:19, 403:4, 405:2, 406:6, 406:15, 406:22, 407:15, 407:17
summer - 408:7, 408:8, 408:9, 408:10
sums - 374:6, 389:10
sum...three - 411:13
Sunat - 356:22
Sunni - 356:9
supervise - 379:21
supervision - 370:8, 379:20
supervisor - 376:6, 379:11
supplies - 409:6, 410:21, 484:9
support - 354:2, 354:3, 358:20, 358:21, 363:7, 372:15, 374:11, 374:17, 374:19, 374:20, 375:4, 375:7, 375:8,

376:10, 376:18, 382:22, 383:1, 383:4, 384:1, 384:4, 386:2, 386:8, 388:5, 388:11, 432:8, 432:17, 432:19, 440:2, 447:17, 452:8
supported - 360:9, 361:2
Supporting - 368:24
supporting - 360:5, 363:5, 363:6, 363:16, 369:22, 373:24, 375:3, 388:6, 428:8, 430:23
supports - 355:8, 374:1, 374:2, 374:4, 440:3, 440:11, 440:12, 440:22
Surah - 351:9
surah - 351:11
Suraht - 351:9, 352:2, 364:8, 364:9
Surat - 361:19, 395:14
surgery...for - 409:12
surveillance - 443:19
suspect - 457:14
suspicion - 457:8, 457:13, 458:7
suspicious - 442:4
swear - 393:17, 472:5, 472:6, 472:7, 472:8
swore - 432:25, 434:11
Sworn - 434:19
Syria - 362:11, 430:14, 445:1, 445:2
Syrian - 469:21, 470:1

## T

T-10 - 482:22
T-4 - 346:23, 346:25, 385:18
T-5 - 424:18
T-7 - 394:25
T-8 - 399:23
T-9 - 476:10
tackle - 451:7
tank - 484:9
tape - 394:22, 399:16, 420:17, 422:4, 424:14, 476:7, 482:19
Tape- 421:2, 421:6, 424:15
tapes - 346:7, 422:6, 472:24, 475:21, 489:25, 490:3, 490:4
task - 445:13, 445:14
taste - 438:19
tasted - 397:12
taught - 356:18, 363:1, 363:4
teach - 359:10, 367:5, 367:19, 370:7, 370:11, 370:16, 371:2
teachers - 370:21, 410:21
teaching - 357:16, 357:23, 368:24, 371:1, 371:16, 371:18, 403:11, 410:20
tear - 435:25, 441:12
telephone - 365:23, 391:23, 454:3, 454:4
television - 364:7, 489:11
temperature - 347:25
temporary - 468:3
ten - 377:1, 377:2, 415:14, 438:20, 458:17, 469:12, 474:18, 475:12, 475:21, 477:7, 477:13, 477:14, 482:17
Ten- 477:16
test - 448:15, 448:16, 448:18
tested - 448:17
tests - 410:12
Tha- 398:5
tha - 398:6
Thablt- 415:15
Thakhira- 398:5
thakhira - 398:6
thanked - 391:20
that...okay - 404:12
That=s- 348:11
that...[ui - 419:23
that...that - 397:20, 411:4
themselves - 372:15, 387:16, 428:17
there...this - 417:17
therefore - 353:14, 353:19, 445:23, 457:7
Therefore- 360:10, 374:15, 396:12, 446:9, 446:23, 447:19, 458:24, 463:10,

487:19
the... - 401:1
thief - 365:14, 365:20
thing...someone - 486:8
things...dividing - 407:6
thing... - 419:5
third - 348:10, 365:16, 367:11, 368:19, 370:15, 370:19, 382:22, 390:1, 407:22, 420:14, 461:15
Thirdly- 461:8, 461:13
thirds - 404:11
third...attending - 402:6
thirteen - 357:23
thirty - 404:12, 404:14, 405:15
This....oh- 405:10
this?" - 402:20
Those...they- 419:22
thousand - 404:23, 455:23, 458:17, 458:19, 476:25, 477:5, 477:7, 477:9, 477:11, 477:12
thousand..." - 450:12
three - 367:12, 389:13, 460:19, 468:8, 487:6
Thursday- 346:19, 471:4, 471:5
tickets - 434:7
time." - 397:17
timed - 395:15
tired - 414:2, 414:5
title - 422:24
Tn- 350:13, 351:12, 351:13, 351:14, 351:19, 352:3, 352:8, 352:9, 352:11, 352:14, 352:18, 352:19, 352:20, 352:21, 352:22, 352:23, 352:24, 353:1, 353:2, 353:9, 353:17, 353:22, 356:22, 356:23, 357:22, 358:12, 358:14, 359:10, 359:14, 371:23, 382:10, 392:20, 393:6, 393:8, 398:5, 432:11, 434:19, 436:6, 442:13
Tn:brought- 352:16
Tn:god- 375:17
Tn:their- 350:15
Tn:there- 357:24
Tn:to- 351:16
today - 346:6, 396:25, 425:8, 425:10, 434:13, 473:2
together - 423:13, 453:2
tolerated - 460:15
tomorrow - 445:11, 464:12
tomorrow - 404:3, 407:7, 411:1, 412:11, 417:2, 419:25, 423:7, 445:7, 464:8, 464:14, 464:15, 464:23, 464:25, 465:4, 465:11, 471:10, 471:19, 474:22, 489:21
tomorrow." - 398:23
tomorrow...and - 417:1
tomorrow...i - 417:1
tonight - 464:17, 471:11, 471:12, 471:17, 471:18
top - 385:18, 405:15
topic - 353:20, 387:3, 427:2, 438:11, 438:12, 444:4, 449:16, 451:15
total - 450:2, 450:7, 455:25, 477:2
totally - 457:15, 475:5
touch - 360:16, 376:1, 383:22, 445:25, 453:10
toward - 440:12, 448:6
towards... - 451:5
to... - 411:2, 478:23
trade - 370:23, 371:5, 376:17
Trade- 377:3
trades - 371:11
train - 375:24, 430:11, 431:1, 443:8, 448:21, 449:11, 480:13, 481:1, 488:11
trained - 356:12, 356:19, 357:2, 447:18
Training- 378:3
training - 357:2, 363:8, 374:17, 375:6, 376:1, 376:23, 403:22, 403:23, 406:15, 407:13, 408:13, 410:17, 427:3, 430:3, 430:22, 430:24, 442:22, 443:11,

443:15, 444:17, 448:22, 448:23
training...the - 405:3
Transcript- 345:7, 345:25
transcript - 345:25, 346:25, 347:11, 394:13, 395:1, 399:20, 421:6, 424:18, 476:10, 482:23
transcripts - 346:8, 474:24
transfer - 412:24, 468:22, 471:3, 481:19
transfer...should - 412:22
transferred - 390:20, 403:4, 406:15, 454:16, 454:24
transfers - 455:14
transfer... - 412:24
translate - 348:8, 445:18
translated - 348:7, 476:10, 482:22
translation - 348:21, 348:24, 349:3, 351:1
travel - 432:3, 442:5, 464:15
traveling - 445:7, 464:13
tread - 375:21
treatment - 409:4, 429:11, 469:14, 469:18, 469:19
treatment...assisting - 409:3
Trial- 345:7
trials - 424:2
tries - 374:13
triumphant - 435:9
true - 375:8, 375:9
truly - 353:10
Trust- 417:6
trust - 363:16, 363:17, 379:6, 380:16, 380:17, 381:3, 390:21, 391:19, 417:3, 417:17, 425:18, 436:12, 455:14
trust/promise - 433:25
trusted - 388:11, 389:14, 390:19, 391:2
trusting - 380:17
trustworthy - 446:11, 447:8
truth - 421:10, 421:16
truthful - 384:22
try - 367:23, 368:20, 373:10
trying - 474:8
Tuesday- 464:19
Tunisia- 355:19
turabi - 488:5, 488:7
turned - 391:16
Twenty- 477:10
twenty - 404:14, 405:17, 477:8
twice - 364:19, 456:8
two - 347:6, 347:7, 358:4, 361:23, 363:7, 391:15, 404:23, 420:12, 445:15, 456:1, 456:3, 456:4, 457:17, 458:24, 474:18, 474:21, 474:22, 475:12, 475:21, 477:20, 492:5
Two- 463:7, 463:8, 476:25, 477:5, 477:7
type - 423:13, 449:1
types - 448:25, 460:1, 484:20

## U

uh...i - 484:13
Uhhh- 367:3
Uhuh- 426:21
Uhum- 360:17, 373:20, 438:2, 454:11, 455:3, 467:5, 467:8
Uh-huh - 398:17
uh...he - 401:16
Ui - 348:7, 357:25, 363:9, 367:4, 369:14, 369:15, 369:23, 376:20, 376:25, 377:2, 377:10, 377:19, 378:2, 378:4, 378:7, 378:15, 379:14, 380:15, 389:8, 393:1, 393:6, 395:9, 395:16, 396:3, 396:12, 396:21, 397:14, 397:16, 397:17, 397:23, 398:12, 398:17, 398:20, 398:24, 399:25, 400:23, 401:2, 401:8, 401:18, 402:14, 402:16, 402:19, 403:3, 403:10, 404:5, 404:18, 404:19, 406:9, 406:21, 407:11, 408:12, 408:21, 409:1,

409:16, 409:20, 410:6, 410:22, 410:23, 411:17, 412:8, 412:9, 412:17, 412:18, 412:24, 413:7, 413:13, 413:17, 414:4, 415:4, 415:5, 415:12, 415:14, 415:16, 416:5, 416:8, 416:10, 416:16, 416:21, 417:4, 417:8, 417:21, 418:5, 418:24, 419:2, 419:4, 419:16, 419:17, 419:19, 419:25, 430:1, 436:12, 438:4, 438:18, 440:7, 440:9, 440:18, 441:8, 441:13, 442:21, 445:22, 450:16, 451:14, 454:10, 459:5, 459:6, 459:12, 459:21, 461:13, 462:20, 463:15, 464:6, 464:20, 465:5, 465:6, 465:7, 466:5, 467:2, 467:22, 469:1, 469:2, 469:5, 469:14, 471:3, 471:24, 471:25, 472:13, 476:14, 476:17, 476:18, 476:19, 476:20, 476:21, 476:23, 476:24, 477:3, 477:4, 477:6, 477:13, 477:25, 478:1, 478:3, 478:6, 478:13, 478:16, 478:17, 478:18, 478:22, 478:23, 478:25, 479:1, 479:3, 479:5, 479:6, 479:7, 479:8, 479:9, 479:11, 479:12, 479:13, 479:14, 479:17, 479:18, 479:19, 479:23, 479:24, 479:25, 480:1, 480:4, 480:5, 480:7, 480:11, 480:12, 480:16, 480:22, 480:23, 480:24, 480:25, 481:5, 481:9, 481:14, 481:16, 481:17, 481:20, 481:21, 481:22, 481:25, 482:2, 482:3, 482:5, 482:7, 482:9, 482:10, 484:4, 484:15, 484:17, 484:20, 485:3, 485:4, 485:9, 485:12, 485:13, 485:24, 486:5, 486:11, 486:14, 486:16, 486:21, 486:23, 486:24, 487:7, 487:8, 487:10, 487:11, 487:15, 487:16, 487:17, 487:19, 487:20, 487:23, 488:9, 488:10, 488:11, 488:14, 488:19, 488:21, 488:22, 488:23, 489:3, 489:6, 489:8, 489:9, 489:10, 489:11, 489:14, 489:16
Ui)." - 484:10
Ui)... - 407:18
Ui)....uh - 478:14
Ulema' - 370:10, 371:17
Ulum - 359:9
um..a - 461:20
umm - 369:25
unanimity - 440:13
under - 370:7, 371:13, 387:10, 395:19, 413:24, 443:17, 443:18, 455:17, 466:24
understood - 403:7, 417:16
unexpectedly - 435:16
unite - 358:3, 367:23
United - 345:1, 345:3, 345:14, 418:25, 492:6
uniting - 367:9
unity - 367:10
university]?" - 485:10
unjustly - 351:14
unless - 446:8, 488:24
up - 346:11, 346:15, 365:16, 368:7, 383:12, 385:18, 395:24, 397:25, 401:25, 403:11, 407:3, 407:6, 416:21, 416:24, 423:13, 435:18, 441:12, 447:24, 451:17, 456:7, 460:3, 471:22, 474:4, 474:14, 474:18, 475:14, 477:24, 491:2
upfront - 354:22, 450:25
urgent - 468:9
Usa - 354:14, 362:21, 388:7, 389:17, 389:18, 464:15
Usama - 359:9, 378:5
Usdj - 345:10
us... - 479:11
utilize - 485:6
utmost - 434:16
Utnin - 351:11

## V

vain - 350:14, 350:16, 351:6, 351:7

ve - 407:2, 420:1, 445:24, 478:8, 478:19
verily - 351:17, 351:22
verse - 348:24, 350:19, 351:1, 351:3, 395:15
victory - 368:8
video - 474:6, 474:9, 474:25, 475:1
videos - 474:19, 474:21
videotape - 424:10, 424:13, 476:1
visa - 480:20
visas - 423:3, 491:18
visit - 362:10, 377:23, 377:24, 378:1, 383:18, 386:3, 386:5, 395:20, 445:3, 471:19, 482:4, 482:6, 482:7
visited - 362:12, 380:11, 380:13, 436:20, 437:19, 478:8, 478:19
visits - 362:6
visual - 475:4
voluntary - 354:6
volunteers - 356:18

## W

wa - 351:15, 352:9, 352:23, 352:25, 353:22, 357:22, 393:8, 396:16, 396:18, 436:19
Wa - 350:10, 350:12, 351:19, 352:3, 352:11, 352:19
Wahab - 391:9
wait - 401:5, 474:22, 487:9
waiting - 365:6, 398:15
walked - 471:21
wants - 354:7, 364:10, 364:16, 373:15, 374:16, 378:19, 382:16, 401:20, 419:11, 427:11, 429:19, 431:1, 432:3, 432:4, 436:8, 436:12, 436:14, 445:6, 445:12, 447:1, 447:23, 448:5, 449:19, 450:24, 478:20, 480:12, 486:17
wants... - 417:21
wants...especially - 419:10
want...they - 398:15
waqad - 352:6
war - 351:16, 351:20, 355:1, 484:21
warm - 378:9
warn - 395:6
wasn - 488:16
was... - 478:5
watch - 397:11
watched - 347:12
watches - 379:17
watchful - 443:17
watching - 395:23
water - 377:16, 377:17, 377:18, 378:13
Water- 378:11, 378:14
waterways - 411:20, 411:23
ways - 365:20, 389:13
way... - 416:24
we'll...tomorrow - 416:12
weapon - 484:25
weaponry - 447:18, 448:25
weapons - 374:19, 375:5, 398:14, 449:1
weapons... - 448:23
weather - 425:11
wedding - 406:19, 462:4, 462:17, 462:18, 462:21, 463:6, 463:11, 463:17, 463:20, 474:6, 474:9, 475:8
weddings - 463:7, 463:8
Wednesday- 346:19
week - 346:19, 456:1, 469:12, 474:8, 491:25
weeks - 456:4, 458:25, 490:8, 492:5
Welcome- 355:20, 355:22
well-known - 415:5, 437:10
well." - 396:25
well... - 411:24
what?" - 398:4
what...and - 412:3
Whch- 442:15

whichever - 422:24
whole - 369:11, 407:1, 447:17, 450:5, 457:19
Wi- 439:24
wife - 361:12, 366:16, 391:10, 398:13, 425:14, 441:23
wife's - 415:21, 415:23
William- 345:19
willing - 349:4, 357:7, 357:11, 360:15, 360:20, 361:3, 364:23, 368:20, 369:12, 373:17, 375:17, 376:2, 380:21, 383:15, 384:13, 386:8, 386:24, 387:1, 387:3, 392:7, 392:9, 416:12, 416:25, 425:9, 425:11, 425:13, 425:19, 425:20, 428:3, 428:5, 430:1, 431:11, 432:3, 435:5, 435:6, 435:12, 435:24, 436:5, 438:17, 441:12, 443:4, 443:25, 444:11, 445:10, 445:11, 446:1, 447:17, 448:14, 451:4, 453:23, 459:22, 460:16, 461:25, 463:17, 463:19, 463:24, 464:2, 464:5, 464:6, 464:24, 465:1, 465:4, 480:14, 483:18, 483:21, 484:1, 484:2, 484:3, 488:12
window - 347:23
wing - 478:10
wing... - 478:11
wish - 355:5, 381:8, 398:2, 398:3, 398:8, 404:8, 465:3, 484:6, 484:8
wishes - 374:10, 375:8, 390:18, 426:13
withdrawal - 457:9
withdrawn - 457:12, 457:16
witness - 417:8, 436:3
witnesses - 423:4, 490:5, 490:12, 490:13, 490:18, 490:25, 491:19, 492:3
wives - 418:19
woman - 370:21, 370:24, 474:16
Women- 426:24
women - 371:18, 373:4, 374:14, 380:9, 401:13, 401:15, 401:20, 401:25, 402:2, 402:16, 402:22, 403:5, 403:6, 403:9, 403:10, 403:18, 403:19, 403:21, 403:23, 406:15, 407:13, 410:17
women's - 371:20, 403:8
women...the - 371:19
won - 381:17, 396:19, 411:5, 416:22, 443:13, 450:9, 458:17, 481:24
Won- 398:25
word - 353:12, 358:3, 367:24, 372:18, 381:23, 461:5
words - 350:22, 395:9, 396:14, 427:10, 427:18, 462:5
work's - 369:17
workers - 396:24, 397:4, 397:6, 397:7, 397:9, 397:10, 398:15
workers." - 397:6
works - 422:3, 440:12, 480:5
world - 376:16, 459:15
World- 377:3
worn - 404:11
worried - 365:23, 391:18
worry - 366:2, 366:7, 366:13, 366:14, 412:17, 464:3
worth - 474:20, 491:15
worthy - 356:23
wouldn - 379:9, 398:13, 398:18, 484:25
Wow- 395:11, 484:11, 484:16
write - 400:2, 400:9, 400:11, 400:16, 405:14, 411:16, 412:14, 413:15, 415:18, 418:6, 418:7, 456:8, 460:9, 467:6, 467:11, 467:12
writing - 369:18, 404:16
written - 433:22, 441:2, 442:6, 455:21, 457:18, 457:21
wronged - 351:17, 351:21
wrote - 423:10, 426:19, 427:8, 427:9

## Y

Yahya - 345:6, 413:3, 413:4, 413:7, 413:9, 413:11
Yasin - 478:8, 478:9, 481:5
Yassin- 362:13
yatawakiline - 352:20
Yateem- 370:20
yawn - 389:8
Yeah... - 419:11
year - 409:19
years - 357:16, 357:23, 363:7, 438:20
Yemen - 354:13, 362:10, 362:12, 375:23, 377:23, 377:24, 383:22, 384:8, 386:9, 386:15, 388:9, 395:18, 430:4, 430:8, 445:3, 451:19, 457:6, 459:14, 469:11, 474:5, 474:10, 477:25, 478:25
Yemen...now- 384:6
Yemeni - 384:2, 391:16, 456:12, 457:6, 469:23, 469:24, 469:25, 470:2, 470:18, 481:18, 489:11
Yemeni's - 391:2
Yemenis - 389:14, 390:19, 390:23
yesterday - 347:12, 375:20, 426:13, 426:20, 427:8, 427:20, 428:7, 430:3, 430:5, 432:25, 433:1, 433:14, 434:12, 452:3, 485:9
Yesterday- 451:15
yesterday... - 427:9
York - 345:1, 345:5, 345:15, 345:24, 388:3, 426:2, 426:6, 455:4, 455:5, 455:6, 465:3, 474:7
you," - 397:23
you...they - 384:4
you." - 484:4
you?" - 396:16, 396:17
young - 356:25, 367:11, 367:16, 370:6, 370:7, 383:22, 387:4, 387:19, 387:22, 388:5, 389:15, 430:10, 433:20, 443:14, 480:12, 480:25
yourself - 413:4, 450:25, 459:23
yourselves - 405:2
Yousef - 430:1, 439:4, 439:25, 440:6, 440:7, 440:9
youth - 373:3, 378:3, 403:9, 466:9
Youth- 368:21
youths - 408:13
you... - 428:10, 445:17
you..." - 397:1
you...huh - 418:15, 418:17
you...look - 398:9
you'll - 458:22
you" - 397:22
yuqtalune - 351:11
Yuqtalune - 351:12, 351:13

## Z

Zakariyya - 413:14, 414:6, 414:11, 414:15, 414:25
Zayed - 345:6, 345:21, 347:9, 349:9, 349:12, 349:16, 349:19, 349:22, 352:22, 358:2, 356:14, 359:20, 359:22, 359:24, 360:1, 360:12, 360:14, 361:25, 362:2, 362:9, 362:13, 362:16, 362:17, 365:22, 365:23, 366:1, 366:9, 366:10, 366:12, 367:4, 367:16, 367:20, 368:15, 369:1, 369:14, 369:23, 376:4, 376:6, 377:11, 377:16, 377:19, 377:20, 377:22, 377:25, 378:4, 378:5, 378:7, 378:13, 378:18, 378:22, 379:1, 379:11, 379:17, 380:11, 382:2, 382:13, 382:15, 387:12, 387:19, 387:22, 390:9, 394:7, 394:8, 395:11, 396:10, 396:21, 397:1, 397:3, 397:7, 397:19, 398:5, 398:7, 398:12, 398:24, 399:4, 400:7, 401:11, 402:10, 402:13, 403:2, 403:18, 403:22, 404:5, 404:19, 405:23, 406:19, 406:21, 407:19, 407:21, 408:7, 408:11, 408:19, 408:24, 409:18, 409:20, 410:23, 411:8, 411:12, 411:17, 411:20, 411:23, 411:25, 412:4, 412:8, 413:1, 413:3,

413:6, 413:8, 413:9, 413:18, 413:21,
414:5, 414:11, 414:17, 414:19, 415:5,
415:13, 415:15, 415:17, 416:1, 416:8,
416:16, 417:13, 417:21, 417:23, 418:4,
418:14, 419:4, 419:24, 426:1, 426:4,
426:8, 427:13, 429:3, 429:5, 429:12,
429:15, 430:16, 431:5, 431:7, 431:9,
433:2, 433:4, 433:9, 433:12, 434:1,
434:4, 434:5, 434:18, 434:22, 434:24,
435:1, 435:7, 435:12, 435:15, 435:20,
436:1, 437:17, 437:21, 438:2, 439:20,
439:25, 440:3, 440:10, 441:8, 442:12,
446:2, 448:1, 448:15, 448:16, 448:18,
449:6, 449:9, 449:23, 450:12, 451:14,
452:12, 452:17, 452:24, 454:15,
454:18, 454:23, 455:11, 456:24,
457:25, 458:8, 458:12, 459:5, 459:8,
459:12, 460:7, 462:8, 462:12, 462:25,
463:2, 463:14, 463:15, 463:17, 463:25,
464:20, 465:7, 466:8, 466:15, 467:2,
469:2, 469:13, 469:16, 469:17, 470:4,
470:6, 470:8, 470:10, 470:12, 470:15,
471:4, 471:6, 471:11, 471:14, 471:17,
476:17, 476:19, 476:21, 476:23,
476:25, 477:2, 477:4, 477:6, 477:8,
477:11, 477:13, 477:16, 477:18,
477:22, 478:3, 478:5, 478:8, 478:12,
478:17, 478:22, 478:25, 479:3, 479:5,
479:8, 479:10, 479:12, 479:14, 479:18,
479:20, 479:23, 479:25, 480:2, 480:4,
480:7, 480:12, 480:16, 480:19, 480:21,
480:23, 481:2, 481:6, 481:9, 481:14,
481:17, 481:21, 481:23, 482:2, 482:4,
482:6, 482:9, 485:5, 485:18, 485:21,
485:24, 486:2, 486:5, 486:21, 486:24,
487:5, 487:8, 487:9, 487:15, 487:17,
488:7, 488:11, 489:13
  **Zindani** - 489:5
  **zubayri** - 395:17, 395:18, 395:19,
395:20, 395:21, 395:25
  **Zulimu** - 351:14, 351:15

---

• • •

---

**...** - 427:15, 430:6, 438:11, 440:15,
440:18, 441:1, 444:19, 445:21, 448:18
  **...the** - 395:18

---

'

---

**'hurry** - 416:21
**'if** - 476:15
**'leave** - 411:3
**'medical** - 402:18
**'my** - 418:23
**'not** - 396:1
**'okay** - 481:12
**'that** - 395:9, 396:1, 396:3
**'there** - 432:15
**'this** - 405:14
**'til** - 419:9, 487:6
**'train** - 480:14
**'we** - 480:9
**'what** - 411:5
**'you** - 396:5, 476:14

---

"

---

**"** - 397:23
**"(ui** - 395:25
**"ahlan** - 396:15, 396:16, 396:18
**"ahlan,"** - 396:18
**"at** - 413:15
**"al-moayad"** - 413:15
**"anything** - 483:5
**"brother** - 396:24
**"by** - 397:15, 398:3, 398:14
**"do** - 398:19
**"don't** - 397:8
**"good** - 397:23

---

**"he** - 461:18
**"here** - 389:19, 389:20
**"how** - 396:16
**"i** - 397:12, 399:5
**"it** - 397:13
**"lacking"** - 397:12
**"let** - 395:13
**"mohammed** - 398:19, 399:2
**"mohammed,"** - 398:19
**"mohammed"...i** - 483:12
**"no** - 375:13, 398:10, 483:12
**"not."** - 395:22, 396:8
**"not"** - 396:7
**"oh** - 397:9, 484:4
**"on** - 397:1
**"peace** - 397:21, 397:24, 397:25
**"remember** - 397:3
**"seek** - 461:20, 461:22
**"sheikh** - 417:20, 484:5, 484:8
**"that** - 396:1
**"that"** - 395:22, 396:7, 396:8
**"this** - 396:3
**"to** - 368:7, 375:11
**"we** - 397:5, 398:8, 402:22, 407:2
**"what** - 395:25, 396:2, 402:20,
408:10, 485:9
**"yes."** - 398:19
**"...he** - 395:5

---

"

---

**"** - 395:10, 396:1, 396:6, 396:15
**"so** - 395:8

---

—

---

**—it** - 478:10