1993

1          UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK
2     - - - - - - - - - - - - - - - -X
                                     :
3     UNITED STATES OF AMERICA,      :      CR-03-1322 (SJJ)
                                     :
4                    v.              :      U.S. Courthouse
                                     :      Brooklyn, New York
5                              FILED
                                     :
6     MOHAMMED ALI HASSAN ALI-MOAYAD, IN CLERK'S OFFICE
                              U.S. D     :      ʳᵗ E.D.N.Y.
7     & MOHAMMED MOHSEN YAHYA ZAYED,          ☆
                                MAR · ᵗ 2005
8              Defendants.            :
                                 P.M. _____
9                           TIME A.M. ──February 28, 2005
                                     :      9:30 o'clock a.m.
                                     :
10    - - - - - - - - - - - - - - - X
                    TRANSCRIPT OF TRIAL
11                  BEFORE THE HONORABLE STERLING JOHNSON, JR.
                    UNITED STATES DISTRICT JUDGE, and a jury
12
      APPEARANCES:
13
      For the Government:
14                             ROSLYNN R. MAUSKOPF
                               United States Attorney
15                             By:  PAMELA CHEN
                                    KELLY MOORE
16                                  JEFFREY KNOX
                               Assistants U.S. Attorney
17                             147 Pierrepont Street
                               Brooklyn, New York 11201
18
      For the Defendant:       HOWARD JACOBS, ESQ.
19                             WILLIAM GOODMAN, ESQ.
                               LAMIS DEEK, ESQ.
20                             For Deft Ali-Moayad

21                             JONATHAN MARKS, ESQ.
                               For Deft Zayed
22
      Court Reporter:          Sheldon Silverman
23                             225 Cadman Plaza East
                               Brooklyn, New York 11201
24                             (718) 260-2537

25    Proceedings recorded by mechanical stenography, transcript
      produced by CAT.

                    SS, OCR, CSR, CM, CRR

1994

1      THE COURT:  Let's bring the jury in.

2          (Jury enters courtroom.)

3      THE COURT:  Have a seat, please.  Good morning.

4      What I wanted to do is bring you out to let you

5  know what's happening.  I know how it is to be sitting

6  somewhere waiting, not knowing what's going on.

7      We are missing one juror.  We're waiting for one

8  juror.  We tried to contact the juror at home, no answer.

9  We're going to send somebody out to the house, so we'll have

10  to wait.

11      What we're going to do --  I'm going to do --  it

12  will be short today.  We'll have one witness and get you out

13  of here before the snow comes.  I'm concerned about that for

14  your sake.  Just to let you know what's going on, we should

15  hear something soon.

16      One juror is with the van, still waiting for the

17  other.  Hopefully, he's all right.  If something like that

18  happens to any one of you, please call.  He's holding

19  everything up.

20          Please go back.

21          (Jury leaves courtroom.)

22      THE COURT:  We're still trying to locate this

23  juror who is missing.

24          (Pause.)

25      THE COURT:  Let's get the jury in.

1        (Jury enters courtroom.)

2            THE COURT:    Be seated, ladies and gentlemen.

3    I want to let you know we still have not heard from your

4    colleague.  Rather than keep you waiting, I'm going to let

5    you go.  You won't get trapped down here with the snow.  We

6    only have one witness anyway, and won't be able to put him

7    on, because, as I say, your colleague is not here.

8    Hopefully, we'll be able to do something tomorrow.

9            Be safe.  Go home, enjoy yourselves, your kids.  If

10   you get a chance to get out, spend a lot of money.  See you

11   tomorrow.

12           (Jury leaves courtroom.)

13           (End of matter for 2-28-05.)